| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| A. Barry Cappello (CSB 037835)<br>Dugan P. Kelley (CSB 207347)<br>CAPPELLO & NOËL LLP<br>831 State Street<br>Santa Barbara, CA 93101<br>(805) 564-2444<br>Fax (805) 965-5950<br><br><br>*Attorney for Plaintiff* KAMRAN PASADENA GROUP, INC., ET AL. | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br>NAMCO CAPITAL GROUP, INC.<br><br><br>                                                                    Debtor. | CHAPTER  11 <br><br>CASE NUMBER  2:08-bk-32333-BR <br><br>ADVERSARY NUMBER 2:08-bk- *10- 01244BR* |
| KAMRAN PASADENA GROUP, INC., ET AL.<br><br>                                    Plaintiff(s),<br><br>vs.<br><br>BRADLEY D. SHARP CHAPTER 11 TRUSTEE FOR NAMCO<br>                                    Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE OF<br>STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by_____ *4/5/10*  ←___, the Court may enter a judgment by default against you for the relief demanded in the Complaint.      *April 5 2010*

A Status Conference on the proceeding commenced by the Complaint has been set for:

| Hearing Date: *6/29/10*   Time: *2:00pm*   Courtroom: *1668*   Floor: *16* |
|---|

☒  255 East Temple Street, Los Angeles          ☐  411 West Fourth Street, Santa Ana

☐  21041 Burbank Boulevard, Woodland Hills      ☐  1415 State Street, Santa Barbara

☐  3420 Twelfth Street, Riverside

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: _____*3/5/10*_____

KATHLEEN J. CAMPBELL
Clerk of Court

By: _____
                *Deputy Clerk*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*February 2010 (COA-SA)*

**F 7004-1**

Summons and Notice of Status Conference - *Page 2*                    **F 7004-1**

| In re                          (SHORT TITLE) | CASE NO.: 2:08-bk-32333-BR |
|----------------------------------------------|----------------------------|
| NAMCO CAPITAL GROUP, INC.           Debtor(s). | 2:08-bk- |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:


A true and correct copy of the foregoing document described as  Summons and Notice of Status Conference _____
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:


**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:


☑ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.


☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.


☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Date | Type Name | Signature |
|------|-----------|-----------|

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*February 2010 (COA-SA)*                                                        **F 7004-1**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

NOTICE

RE: CONTINUANCES:

No continuances will be granted unless a written stipulation signed by all parties is filed at least 48 hours prior to the scheduled hearing. Such stipulation must explain, in detail, the reason for the continuances. Such stipulation must be in the form of a declaration, signed under penalty of perjury. No continuance will be granted without good cause.

In addition to filing a written stipulation, the Courtroom Deputy must be notified personally at least 48 hours before the hearing. No continuances will be granted on the day of the hearing. It is the responsibility of all parties to check to see that the Court has been so notified. If there has been no notification, both written and oral, all sides must be ready to proceed with the hearing. Unless the parties have been notified by the clerk that the judge has granted the motion, all parties must appear for the hearing.

RE: SETTLEMENTS:

In case of a settlement reached prior to a hearing or trial, every effort should be made to notify the Court at least 48 hours prior to the hearing or trial.

RE: SANCTIONS FOR FAILURE TO TIMELY PREPARE FOR STATUS AND PRE-TRIAL CONFERENCES:

Pursuant to Rule 7016 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 7016-1, failure to timely comply with Rule 7016-1 will result in sanctions of at least $200.00 against any party and/or its counsel, payable to the Clerk of Court, General Fund Account. Additional sanctions may be imposed as deemed appropriate under the circumstances. Timely compliance with Rule 7016-1 includes, but is not limited to, timely filing of status report and pre-trial orders. Subsequent offenses in the same matter will result in escalating sanctions. Sending attorneys to court to appear on matters, about which they are inadequate informed will result in similar sanctions.

BARRY RUSSELL
U.S. BANKRUPTCY JUDGE