GREGORY M. SALVATO  (SBN 126285)
ALAN D. WEINFELD  (SBN 234584)
PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN
    A Professional Corporation
555 S. Flower St., 30th Floor
Los Angeles, California 90071-2440
Telephone:    (213) 683-6500
Facsimile:    (213) 683-6669
E-mail:       gsalvato@pmcos.com

Attorneys for Defendants ASHLAND PROPERTIES, LLC,
JAMSHID BAHRVAR, MAHMOUD FATORECHI AND
SOUSSAN HASHEMI AS TRUSTEES FOR THE
FATORECHI-HASHEMI TRUST, FARAMARZ MASSACHI,
AS TRUSTEE OF THE FARMO TRUST, MORTEZA
HOMAYOUNJAM, FARANAK SARAFIAN, SAWTELLE
PROPERTIES, LLC, and DARIUSH SOLEIMANI

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.:  2:08-32333-BR |
| NAMCO CAPITAL GROUP, INC., a California corporation, | Chapter 11 |
| Debtor. | |
| KAMRAN PASADENA GROUP, INC., a California corporation; and KAMRAN GROUP, LLC, a California limited liability company | Adv. No. 2:10-ap-01244-BR **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |
| Plaintiffs, | |
| v. | |
| BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP, INC., a California corporation; WOODMAN PARTNERS, LLC, a California limited liability company; FIDELITY NATIONAL TITLE COMPANY, a California corporation; DANIEL JACOB ISSAC, an individual; FAY FRANAK SARAFIAN, an individual; | *Status Conference* Date:       June 29, 2010 Time:       2:00 p.m. Place:      Room 1668 Roybal Federal Bldg. 255 E. Temple St. Los Angeles, CA 90012 |

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION

#361315          STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

DARIOUSH SOLEIMANI, an individual; MORTEZA HOMAYOUNJAM, an individual; MEHRNAZ HEKMATRAVAN, an individual; JAMSHID BAHRVAR, an individual; ASHLAND PROPERTIES, LLC, a California limited liability company; FARMCO TRUST, SAWTELLE PROPERTIES, LLC, a California limited liability company; MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEE FOR THE FATORECHI-HASHEMI TRUST; and DOES 1 THROUGH 100,

Defendants.

Plaintiffs KAMRAN PASADENA GROUP, INC. and KAMRAN GROUP, LLC (collectively, "Plaintiffs") and Defendants ASHLAND PROPERTIES, LLC, JAMSHID BAHRVAR, MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEES FOR THE FATORECHI-HASHEMI TRUST, FARAMARZ MASSACHI, AS TRUSTEE OF THE FARMO TRUST, MORTEZA HOMAYOUNJAM, FARANAK SARAFIAN, SAWTELLE PROPERTIES, LLC, and DARIUSH SOLEIMANI  (collectively, the "Stipulating Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

1.     On February 24, 2010, Plaintiffs filed their complaint in this adversary proceeding.   Summons on the complaint was issued against the Stipulating Defendants on March 5, 2010; the current deadline for the Stipulating Defendants to respond to the complaint is April 5, 2010.

2.     On March 24, 2010, the Court entered an order approving the stipulation between Plaintiffs and defendant BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP, INC. (the "Trustee'), which extended the time for the Trustee to respond to the complaint through April 30, 2010.  (Docket No. 7.)

3.     The Stipulating Defendants have requested, and Plaintiff has agreed, to a 30 -day extension for the Stipulating Defendants to respond to the complaint, so that the

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION

- 2 -

Stipulating Defendants have through and including May 5, 2010 to respond to the complaint.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the Stipulating Defendants have through and including May 5, 2010 to file a responsive pleading to the complaint in this adversary proceeding.

DATED: April  1 , 2010                CAPPELLO & NOEL LLP


By: _____
        MATTHEW CLARKE


Attorneys for Plaintiffs KAMRAN PASADENA GROUP. INC. and KAMRAN GROUP. LLC


DATED: April  1, 2010                PARKER, MILLIKEN, CLARK,
                                              O'HARA & SAMUELIAN
                                     A Professional Corporation


By:    /s/ Gregory M. Salvato    .
          Gregory M. Salvato

Attorneys for Defendants ASHLAND PROPERTIES, LLC, JAMSHID BAHRVAR, MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEES FOR THE FATORECHI-HASHEMI TRUST, FARAMARZ MASSACHI, AS TRUSTEE OF THE FARMO TRUST, MORTEZA HOMAYOUNJAM, FARANAK SARAFIAN, SAWTELLE PROPERTIES, LLC, and DARIUSH SOLEIMANI

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION

- 3 -

#361315                STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

| In re:<br>KAMRAN PASADENA GROUP, INC. v. BRADLEY D. SHARP, et al.<br><div style="text-align:right">Debtor(s).</div> | CHAPTER 11<br>CASE NUMBER 2:0 8-bk-32333-BR<br>ADVERSARY NUMBER: 2:10-ap-01244 BR |
| --- | --- |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document described _____ ORDER APPROVING STIPULATION TO EXTEND _____ TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __April 1, 2010__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On __April 1, 2010_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Honorable Barry Russell, United States Bankruptcy Court, 255 E. Temple Street, Suite 1660, Los Angeles, CA  90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 1, 2010 | Sharon Young Austin | |
| --- | --- | --- |
| _Date_ | _Type Name_ | _Signature_ |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_January 2009_ **F 9013-3.1**

| | |
|---|---|
| In re:<br>KAMRAN PASADENA GROUP, INC. v. BRADLEY D. SHARP, et al.<br><div align="right">Debtor(s).</div> | CHAPTER 11<br>CASE NUMBER 2:0 8-bk-32333-BR<br>ADVERSARY NUMBER: 2:10-ap-01244 BR |

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

- A Barry Cappello — abc@cappellonoel.com
- Dugan P. Kelly — adanker@kayescholer.com
- Matthew Clarke — mclarke@cappellonoel.com
- Marc S Cohen — mcohen@kayescholer.com
- Ashleigh A Danker — adanker@kayescholer.com
- Joseph A Eisenberg — jeisenberg@jmbm.com
- Timothy Neufeld — tneufeld@neufeldlawgroup.com
- David M Poitras — dpoitras@jmbm.com
- United States Trustee (LA) — ustpregion16.la.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.