ORIGINAL

Saul Reiss, Esq.  SBN 48528
Firouzeh Simab, Esq. SBN 198708
LAW OFFICES OF SAUL REISS, P.C.
2800 28TH Street, Suite 328
Santa Monica, CA 90405
Telephone 310-450-2888  Fax 310-450-2885
E-Mail saulreiss@verizon.net

Attorney for Defendant
MEHRNAZ HEKMATRAVAN

FILED
APR 01 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                    Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

FILED
APR - 2 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY

| | |
|---|---|
| In Re: NAMCO CAPITAL GROUP, INC., a California Corporation,<br><br>Debtor.<br>_____<br>KAMRAN PASADENA GROUP, INC., a California corporation; and KAMRAN GROUP, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP INC., a California corporation; WOODMAN PARTNERS, LLC, a California limited liability company; FIDELITY NATIONAL TITLE COMPANY, a California corporation; DANIEL JACOB ISAAC, an individual; FAY FARANK SARAFIAN, an individual; DARIOUSH SOLEIMANI, an individual; MORTEZA HOMAYOUNJAM, an individual; MEHRNAZ HEKMATRAVAN, an individual, JAMSHID BAHARVAR, an individual; | Case No.: 2:08-bk-32333-BR<br>Chapter 11<br>Adv. Case No.: 10-01244BR<br>[Assigned to the Honorable Barry Russell – Courtroom 1668]<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT MEHRNAZ HEKMATRAVAN TO FILE RESPONSIVE PLEADING TO THE ADVERSARY COMPLAINT; [PROPOSED] ORDER THEREON** |

ENTERED
APR - 2 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY

-1-

ASHLAND PROPERTIES, LLC, a )
California limited liability company; )
FARMCO TRUST, SAWTELLE )
PROPERTIES, LLC, a California limited )
liability company; MAHMOUD )
FATORECHI AND SOUSSAN HASHEMI )
AS TRUSTEES FOR THE FATORECHI- )
HASHEMI TRUST, and DOES 1 )
THROUGH 100, )

       Defendants.

_____

      Plaintiffs KAMRAN PASADENA GROUP, INC. and KAMRAN GROUP, LLC (hereinafter collectively referred to as the "Plaintiffs"), through their counsel of record, Matthew Clarke, Esq. of Cappello & Noel, LLP and Defendant MEHRNAZ HEKMATRAVAN (hereinafter referred to as the "Defendant"), through her counsel of record, Saul Reiss, Esq. of Law Offices of Saul Reiss, P.C., enter into the Stipulation below with reference to the following facts:

## RECITALS

     1.     On February 24, 2010, Plaintiffs filed a complaint against Defendant and other individuals and entities (hereinafter referred to as the "Adversary Proceeding") in the instant action.

     2.     On March 5, 2010, the Summons and Notice of Status Conference was issued in the Adversary Proceeding providing that responsive pleadings to Plaintiffs' Complaint were due for filing and service by April 5, 2010.

     3.     The Status Conference in the Adversary Proceeding is scheduled for June 29, 2010.

     4.     Defendant requests a two (2) week extension from April 5, 2010 to April 19, 2010, to file her responsive pleading to Plaintiffs' Complaint in the Adversary Proceeding

## STIPULATION

     1.     The preceding Recitals are an integral part of this Stipulation and are incorporated herein by this reference.

-2-

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT MEHRNAZ HEKMATRAVAN TO FILE
RESPONSIVE PLEADING TO THE ADVERSARY COMPLAINT; [PROPOSED] ORDER THEREON

///

2.        Plaintiffs KAMRAN PASADENA GROUP, INC. and KAMRAN GROUP, LLC and Defendant MEHRNAZ HEKMATRAVAN stipulate that Defendant MEHRNAZ HEKMATRAVAN'S deadline to file her responsive pleading to Plaintiffs KAMRAN PASADENA GROUP, INC. and KAMRAN GROUP, LLC'S Complaint in the Adversary Proceeding is extended from April 5, 2010 to April 19, 2010.

Dated: March 31, 2010             CAPPELLO & NOEL LLP

_Matthew Clarke_

_____
Matthew Clarke, Esq.
Attorneys for Plaintiffs
KAMRAN PASADENA GROUP, INC.
and KAMRAN GROUP, LLC


Dated: 3/31/10                    LAW OFFICES OF SAUL REISS, P.C.

_Saul Reiss_

_____
Saul Reiss, Esq.
Firouzeh Simab, Esq.
Attorneys for Defendant
MEHRNAZ HEKMATRAVAN

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT MEHRNAZ HEKMATRAVAN TO FILE RESPONSIVE PLEADING TO THE ADVERSARY COMPLAINT; [PROPOSED] ORDER THEREON

**ORDER**

Based on the preceding Stipulation, having given due consideration to all relevant documents on file in the above-captioned Case and Adversary Proceeding (as defined in the Stipulation), it is

ORDERED that Defendant MEHRNAZ HEKMATRAVAN'S time to file responsive pleadings to Plaintiffs KAMRAN PASADENA GROUP, INC. and KAMRAN GROUP, LLC'S Complaint in the instant Adversary Proceeding is extended from April 5, 2010 to April 19, 2010; and it is

FURTHER ORDERED that no further notice is required by either party.

Dated: _____4/2/10_____

Honorable Barry Russell
United States Bankruptcy Judge

-4-

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2800 28TH Street, Suite 328, Santa Monica, CA 90405.

On March 31, 2010, I served the foregoing document described as

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT MEHRNAZ HEKMATRAVAN TO FILE RESPONSIVE PLEADING TO THE ADVERSARY COMPLAINT; [PROPOSED] ORDER THEREON**

on the interested parties in this action

/ X / by placing /   / the original / X / a true copy thereof enclosed in sealed envelopes addressed as follows:

Matthew Clarke, Esq.
Cappello & Noel, LLP
831 State Street
Santa Barbara, CA 93101

/ x / (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Santa Monica, California.
/ / (BY PERSONAL SERVICE) I caused such envelope to delivered by hand to the offices of each addressee.
/ / (BY OVERNIGHT DELIVERY) I caused the each envelope to be mailed via overnight delivery to each addressee.
/ / (BY FACSIMILE) I transmitted true copies of said documents by facsimile machine in compliance with Rule 2003(3), (5) and no error was reported by the machine. Pursuant to Rule 2003(6), I caused the machine to print a record of the transmission(s), a copy of which is attached to this declaration.
/ / (BY EMAIL) I transmitted true copies of the said document by email pursuant to addressee's request.

Executed on March 31, 2010, at Santa Monica, California.

/ X / (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Signature