GREGORY M. SALVATO  (SBN 126285)
ALAN D. WEINFELD  (SBN 234584)
PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN
   A Professional Corporation
555 S. Flower St., 30th Floor
Los Angeles, California 90071-2440
Telephone:    (213) 683-6500
Facsimile:    (213) 683-6669

FILED & ENTERED

APR 02 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier     DEPUTY CLERK

Attorneys for Defendants ASHLAND PROPERTIES, LLC,
JAMSHID BAHRVAR, MAHMOUD FATORECHI AND
SOUSSAN HASHEMI AS TRUSTEES FOR THE
FATORECHI-HASHEMI TRUST, FARAMARZ MASSACHI,
AS TRUSTEE OF THE FARMO TRUST, MORTEZA
HOMAYOUNJAM, FARANAK SARAFIAN, SAWTELLE
PROPERTIES, LLC, and DARIUSH SOLEIMANI

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.:   2:08-32333-BR |
| NAMCO CAPITAL GROUP, INC., a California corporation, | Chapter 11 |
| Debtor. | |
| KAMRAN PASADENA GROUP, INC., a California corporation; and KAMRAN GROUP, LLC, a California limited liability company | Adv. No. 2:10-ap-01244-BR |
| | **ORDER APPROVING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |
| Plaintiffs, | |
| v. | *Status Conference* |
| BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP, INC., a California corporation; WOODMAN PARTNERS, LLC, a California limited liability company; FIDELITY NATIONAL TITLE COMPANY, a California corporation; DANIEL JACOB ISSAC, an individual; FAY FRANAK SARAFIAN, an individual; | Date:      June 29, 2010<br>Time:      2:00 p.m.<br>Place:     Room 1668<br>              Roybal Federal Bldg.<br>              255 E. Temple St.<br>              Los Angeles, CA 90012 |

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION

#361317     ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

DARIOUSH SOLEIMANI, an individual; MORTEZA HOMAYOUNJAM, an individual; MEHRNAZ HEKMATRAVAN, an individual; JAMSHID BAHRVAR, an individual; ASHLAND PROPERTIES, LLC, a California limited liability company; FARMCO TRUST, SAWTELLE PROPERTIES, LLC, a California limited liability company; MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEE FOR THE FATORECHI-HASHEMI TRUST; and DOES 1 THROUGH 100,

Defendants.

The Court has considered the Stipulation between Plaintiffs and Defendants to Extend Time for the following Defendants to Respond to the Complaint: ASHLAND PROPERTIES, LLC, JAMSHID BAHRVAR, MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEES FOR THE FATORECHI-HASHEMI TRUST, FARAMARZ MASSACHI, AS TRUSTEE OF THE FARMO TRUST, MORTEZA HOMAYOUNJAM, FARANAK SARAFIAN, SAWTELLE PROPERTIES, LLC, and DARIUSH SOLEIMANI  (collectively, "Defendants").

Good cause appearing, it is hereby

**ORDERED**, that the Stipulation is approved and confirmed as an Order of this Court; and it is further

**ORDERED** that Defendants shall have through and including May 5, 2010 to file a responsive pleading to the Complaint in this adversary proceeding.

DATED: April 2, 2010

_____
United States Bankruptcy Judge

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION

- 2 -

#361317    ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

*Submitted By:*

PARKER, MILLIKEN, CLARK,
   O'HARA & SAMUELIAN
A Professional Corporation


       */s/ Gregory M. Salvato*

By: _____
    Gregory M. Salvato

Attorneys for Defendants ASHLAND PROPERTIES, LLC, JAMSHID BAHRVAR, MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEES FOR THE FATORECHI-HASHEMI TRUST, FARAMARZ MASSACHI, AS TRUSTEE OF THE FARMO TRUST, MORTEZA HOMAYOUNJAM, FARANAK SARAFIAN, SAWTELLE PROPERTIES, LLC, and DARIUSH SOLEIMANI

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION

#361317    ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

| | |
|---|---|
| In re:<br><br>KAMRAN PASADENA GROUP, INC. v. BRADLEY D. SHARP, et al. | CHAPTER 11<br><br>CASE NUMBER 2:0 8-bk-32333-BR |
| Debtor(s). | ADVERSARY NUMBER:  2:10-ap-01244 BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

555 South Flower Street, 30th Floor, Los Angeles, CA  90071

A true and correct copy of the foregoing document described _____ ORDER APPROVING STIPULATION TO EXTEND _____  TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ___April 1, 2010_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed*.*

Honorable Barry Russell, United States Bankruptcy Court, 255 E. Temple Street, Suite 1660, Los Angeles, CA  90012

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| _April 1, 2010_ | _Sharon Young Austin_ | _/s/ Sharon Young Austin_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

| | |
|---|---|
| In re:<br><br>KAMRAN PASADENA GROUP, INC. v. BRADLEY D. SHARP, et al.<br><br>Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 2-08-bk-32333-BR<br>ADV NUMBER: 2:10-ap-01244-BR |

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.

**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)    ORDER APPROVING STIPULATION        TO EXTEND TIME FOR DEFENDANTS TO PRESPOND TO COMPLAINT                                       was entered on the date indicated as   Entered   on the first page of this judgment or order and will be served in the manner indicated below:

**I.  <u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (</u>**"**<u>NEF</u>**"**<u>)</u>**    Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of    April 1, 2010                             , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- ♦   A Barry Cappello          abc@cappellonoel.com
- ♦   Dugan P. Kelly           adanker@kayescholer.com
- ♦   Matthew Clarke          mclarke@cappellonoel.com
- ♦   Marc S Cohen            mcohen@kayescholer.com
- ♦   Ashleigh A Danker        adanker@kayescholer.com
- ♦   Joseph A Eisenberg       jeisenberg@jmbm.com
- ♦   Timothy Neufeld          tneufeld@neufeldlawgroup.com
- ♦   David M Poitras          dpoitras@jmbm.com
- ♦   United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  <u>SERVED BY THE COURT VIA U.S. MAIL:</u>** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  <u>TO BE SERVED BY THE LODGING PARTY</u>**: Within 72 hours after receipt of a copy of this judgment or order which bears an   Entered   stamp, the party lodging the judgment or order will serve a complete copy bearing an   Entered   stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                    **F 9021-1.1**

| In re: | CHAPTER: 11 |
|---|---|
| KAMRAN PASADENA GROUP, INC. v. BRADLEY D. SHARP, et al. | CASE NUMBER: 2-08-bk-32333-BR |
| Debtor(s). | ADV NUMBER: 2:10-ap-01244-BR |

**ADDITIONAL SERVICE INFORMATION** (if needed):

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9021-1.1**

# CERTIFICATE OF NOTICE

District/off: 0973-2          User: admin              Page 1 of 1              Date Rcvd: Apr 02, 2010
Case: 10-01244               Form ID: pdf031           Total Noticed: 16

The following entities were noticed by first class mail on Apr 04, 2010.
```
aty        +A Barry Cappello,   Cappello & Noel LLP,   831 State Street,   Santa Barbara, CA 93101-3227
aty        +Ashleigh A Danker,   Kaye Scholer LLP,   1999 Avenue Of The Stars Ste 1700,
             Los Angeles, CA 90067-4622
aty        +David M Poitras,   Jeffer, Mangels, Butler & Marmaro LLP,   1900 Ave Of The Stars 7Th Flr,
             Los Angeles, CA 90067-4308
aty        +Dugan P Kelley,   Cappello & Noel LLP,   831 State St,   Santa Barbara, CA 93101-3227
aty        +Gregory M Salvato,   Parker, Milliken, et al.,   555 S Flower 30th Flr,
             Los Angeles, CA 90071-2300
aty        +Joseph A Eisenberg,   Jeffer, Mangels, Butler & Marmaro LLP,   1900 Ave Of The Stars 7th Flr,
             Los Angeles, CA 90067-4308
aty        +Marc S Cohen,   1999 Ave Of The Stars Ste 1700,   Los Angeles, CA 90067-4622
aty        +Matthew Clarke,   Cappello & Noel,   831 State Street,   Santa Barbara, CA 93101-3227
aty        +Timothy Neufeld,   Neufeld Law Group,   360 E 2nd St Ste 703,   Los Angeles, CA 90012-4245
ust        +United States Trustee (LA),   725 S Figueroa St., 26th Floor,   Los Angeles, CA 90017-5524
dft        +Ashland Properties LLC,   Weissmann Wolff et al,   9665 Wilshire Blvd,   9th Floor,
             Beverly Hills, CA 90212-2316
pla        +Kamran Pasadena Group, Inc.,   Kaye Scholer LLP,   Attn: Marc S. Cohen,
             1999 Avenue of the Stars,   17th Floor,   Los Angeles, CA 90067-4622
dft        +Mahmoud Fatorechi,   Weissmann Wolff et al,   9665 Wilshire Blvd,   9th Floor,
             Beverly Hills, CA 90212-2316
dft        +Morteza Homayounjam,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Fl,
             Beverly Hills, CA 90212-2316
dft        +Sawtelle Properties LLC,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Fl,
             Beverly Hills, CA 90212-2316
dft        +Soussan Hashemi,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Floor,
             Beverly Hills, CA 90212-2316
```

The following entities were noticed by electronic transmission.
NONE.                                                                        TOTAL: 0

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft        Bradley D. Sharp
dft        Daniel Jacob Isaac
dft        Darioush Soleimani
dft        Farmco Trust
dft        Fatorechi-Hashemi Trust
dft        Fay Franak Sarafian
dft        Fidelity National Title Company
dft        Jamshid Baharvar
dft        Mehrnaz Hekmatravan
dft        Woodman Partners
```
                                                                        TOTALS: 10, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 04, 2010**                    **Signature:** _Joseph Speetjens_