A. Barry Cappello (SBN 037835)
abc@cappellonoel.com
Matthew Clarke (SBN 184959)
mclarke@cappellonoel.com
Dugan P. Kelley (SBN 207347)
dkelley@cappellonoel.com
CAPPELLO & NOËL LLP
831 State Street
Santa Barbara, California 93101
Telephone:    (805) 564-2444
Facsimile:    (805) 965-5950

Marc S. Cohen (SBN 65486)
mcohen@kayescholer.com
Ashleigh A. Danker (SBN 138419)
adanker@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067-6048
Telephone:    (310) 788-1000
Facsimile:    (310) 788-1200

Attorneys for Plaintiffs
Kamran Pasadena Group, Inc. and Kamran Group, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In Re:  NAMCO CAPITAL GROUP INC, a California corporation<br><br>Debtor.<br>_____<br><br>KAMRAN PASADENA GROUP, INC., a California corporation; and KAMRAN GROUP, LLC, a California limited liability company<br><br>Plaintiffs,<br><br>v.<br><br>BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP INC, a California corporation; WOODMAN PARTNERS, LLC, a California limited liability company; FIDELITY NATIONAL TITLE COMPANY, a California corporation DANIEL JACOB ISSAC, an individual; FAY FRANAK SARAFIAN, an individual; DARIOUSH SOLEIMANI, an individual; MORTEZA | Case No.: 2:08-bk-32333-BR<br><br>Chapter 11<br><br>Adv. No.: 2:10-ap-01244 BR<br><br>**STIPULATION FOR EXTENSION OF TIME FOR COUNTER DEFENDANTS KAMRAN PASADENA GROUP, INC. AND KAMRAN GROUP, LLC TO FILE RESPONSIVE PLEADING TO COUNTERCLAIM OF MEHRNAZ HEKMATRAVAN** |

CAPPELLO
& NOËL LLP
TRIAL LAWYERS

09019.003 - 167868.1

HOMAYOUNJAM, an individual; MEHRNAZ HEKMATRAVAN, an individual; JAMSHID BAHARVAR; an individual; ASHLAND PROPERTIES, LLC, A California limited liability company; FARMCO TRUST, SAWTELLE PROPERTIES, LLC; a California limited liability company; MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEES FOR THE FATORECHI-HASHEMI TRUST; and
DOES 1 THROUGH 100

Defendants.

Plaintiffs KAMRAN PASADENA GROUP, INC. and KAMRAN GROUP, LLC (hereinafter collectively referred to as the "Plaintiffs"), through their counsel of record, Matthew Clarke, Esq. of Cappello & Noel, LLP and Defendant MEHRNAZ HEKMATRAVAN (hereinafter referred to as the "Defendant"), through her counsel of record, Saul Reiss, Esq. of Law Offices of Saul Reiss, P.C., enter into the Stipulation below with reference to the following facts:

## RECITALS

1.    On February 24, 2010, Plaintiffs filed a complaint against Defendant and other individuals and entities (hereinafter referred to as the "Adversary Proceeding") in the instant action.

2.    On April 21, 2010, Defendant filed a Counter-Claim.  Plaintiffs' responsive pleading to Defendant's Counter-Claim is due for filing and service by May 14, 2010.

3.    Plaintiffs requests a two (2) week extension from May 14, 2010 to May 28, 2010 in which to file their responsive pleading to Defendant's Counter-Claim.

## STIPULATION

1.    The preceding Recitals are an integral part of this Stipulation and are incorporated herein by this reference.

/ / /

/ / /

/ / /

/ / /

1

09019.003 - 167868.1

2.      Plaintiffs and Defendant stipulate that Plaintiff's deadline to file their responsive pleading to Defendant's Counter-Claim in the Adversary Proceeding is extended from May 14, 2010 to May 28, 2010.

DATED: May 25, 2010

CAPPELLO & NOËL LLP
KAYE SCHOLER LLP

By: _____
A. Barry Cappello
Matthew Clarke
Dugan P. Kelley
Marc S. Cohen
Ashleigh A. Danker
Attorneys for Plaintiffs
KAMRAN PASADENA GROUP, INC. and
KAMRAN GROUP, LLC

Dated: May 21, 2010

LAW OFFICES OF SAUL REISS, P.C.

By: _____
Saul Reiss
Firouzeh Simab
Attorneys for Defendant
MEHRNAZ HEKMATRAVAN

2

| In re:NAMCO CAPITAL GROUP, INC., a California Corporation | | CHAPTER 11 |
| --- | --- | --- |
| KAMRAN PASADENA GROUP, INC. ... vs. Bradley D. Sharp, Chapter 11 Trustee of Namco Capital Group, Inc. ... | Debtor(s). | CASE NUMBER 2:08bk-32333-BR |
| | | Adversary No. 2:10-ap-012444-BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
831 State Street, Santa Barbara, CA, 93101

The foregoing document described as **STIPULATION FOR EXTENSION OF TIME FOR COUNTER DEFENDANTS KAMRAN PASADENA GROUP, INC. AND KAMRAN GROUP, LLC TO FILE RESPONSIVE PLEADING TO COUNTERCLAIM OF MEHRNAZ HEKMATRAVAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 25, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, a nd/or with an overnight mail service addressed as follows. Listing the jud ge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____May 25, 2010____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 25, 2010 | Tina Vanderhook | |
| --- | --- | --- |
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                 **F 9013-3.1**

| | | |
|---|---|---|
| In re:NAMCO CAPITAL GROUP, INC., a California Corporation <br><br>KAMRAN PASADENA GROUP, INC. ... vs. Bradley D. Sharp, Chapter 11 Trustee of Namco Capital Group, Inc. ... | Debtor(s). | CHAPTER 11 <br><br>CASE NUMBER 2:08bk-32333-BR <br> Adversary No. 2:10-ap-012444-BR |

## I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):

- David M. Poitras          dpoitras@jmbm.com
- Joseph A. Eisenberg       jeisenberg@jmbm.com
- Marc S. Cohen             mcohen@kayescholer.com
- Ashleigh A. Danker        adanker@kayescholer.com
- Gregory M. Salvato        gsalvato@pmcos.com
- United States Trustee (LA)  ustpregion16.la.ecf@usdoj.gov

## III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL:

- Saul Reiss               saulreiss@verizon.net          (by email)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                **F 9013-3.1**