A. Barry Cappello (SBN 037835)
abc@cappellonoel.com
Matthew Clarke (SBN 184959)
mclarke@cappellonoel.com
Dugan P. Kelley (SBN 207347)
dkelley@cappellonoel.com
CAPPELLO & NOËL LLP
831 State Street
Santa Barbara, California 93101
Telephone:     (805) 564-2444
Facsimile:     (805) 965-5950

Marc S. Cohen (SBN 65486)
mcohen@kayescholer.com
Ashleigh A. Danker (SBN 138419)
adanker@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067-6048
Telephone:     (310) 788-1000
Facsimile:     (310) 788-1200

Attorneys for Plaintiffs
Kamran Pasadena Group, Inc. and Kamran Group, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In Re:  NAMCO CAPITAL GROUP INC, a California corporation<br><br>　　　　Debtor. | Case No.: 2:08-bk-32333-BR<br><br>Chapter 11<br><br>Adv. No.:  2:10-ap-01244 BR |
| KAMRAN PASADENA GROUP, INC., a California corporation; and KAMRAN GROUP, LLC, a California limited liability company<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP INC, a California corporation; WOODMAN PARTNERS, LLC, a California limited liability company; FIDELITY NATIONAL TITLE COMPANY, a California corporation DANIEL JACOB ISSAC, an individual; FAY FRANAK SARAFIAN, an individual; DARIOUSH SOLEIMANI, an individual; MORTEZA | **ORDER APPROVING STIPULATION FOR EXTENSION OF TIME FOR COUNTER DEFENDANTS KAMRAN PASADENA GROUP, INC. AND KAMRAN GROUP, LLC TO FILE RESPONSIVE PLEADING TO COUNTERCLAIM OF MEHRNAZ HEKMATRAVAN** |

CAPPELLO
& NOËL LLP
TRIAL LAWYERS

09019.003 - 168874.1

HOMAYOUNJAM, an individual; MEHRNAZ HEKMATRAVAN, an individual; JAMSHID BAHARVAR; an individual; ASHLAND PROPERTIES, LLC, A California limited liability company; FARMCO TRUST, SAWTELLE PROPERTIES, LLC; a California limited liability company; MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEES FOR THE FATORECHI-HASHEMI TRUST; and
DOES 1 THROUGH 100

Defendants.

This court having considered the Stipulation to Extend Time for Counter-Defendants Kamran Pasadena Group, Inc. and Kamran Group, LLC to File Responsive Pleading to Counter-Claim of Mehrnaz Hekmatravan (Docket No. 17, the "Stipulation") and good cause appearing, it is hereby

**ORDERED**, that the Stipulation is approved and confirmed as an Order of this Court; and it is further

**ORDERED** that Counter-Defendants Kamran Pasadena Group, Inc. and Kamran Group, LLC, for themselves and no other Counter-Defendants, shall have through and including May 28, 2010 in which to file a responsive pleading to the Counter-Claim of Mehrnaz Hekmatravan in this adversary proceeding.

***

DATED: May 27, 2010

_____
United States Bankruptcy Judge

1

09019.003 - 168874.1

| | |
|---|---|
| In re: NAMCO CAPITAL GROUP, INC.<br><br>KAMRAN PASADENA GROUP, INC. et al. v.<br>BRADLEY D. SHARP, CHAPTER 11 TRUSTEE, et al.<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 2:08-bk-32333-BR<br>Adversary No. 2:10-ap-01244 BR |

**Note:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.  Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1831 State Street
Santa Barbara, CA 93101

The foregoing document described as ***Order Approving Stipulation For Extension Of Time For Counter Defendants Kamran Pasadena Group, Inc. And Kamran Group, LLC To File Responsive Pleading To Counterclaim Of Mehrnaz Hekmatravan*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

☐    **I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____**, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

☒    **II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **May 25,  2010,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

☒    **III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on **May 25, 2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| _May 25, 2010_ | _Tina Vanderhook_____ | _/s/ Tina Vanderhook_____ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

2

**SERVICE LIST**
**In re Namco Capital Group, Inc.**
**Kamran Pasadena Group, Inc. et al. v. Bradley D. Sharp, Chapter 11 Trustee et al**
**USBC, CDCA Adv. Proc. 2:10-ap-01244-BR**

**I. SERVED ELECTRONICALLY VIA NEF:**

**None.**

**II. SERVED VIA OVERNIGHT MAIL:**

**<u>Honorable Barry Russell</u>**
U.S. Bankruptcy Court
255 E. Temple Street, Bin outside of Suite 1660
Los Angeles, CA 90012

**III. SERVED VIA EMAIL:**

- *Saul Reiss  saulreiss@verizon.net*
- *Matthew Clarke    mclarke@cappellonoel.com*
- *Marc S Cohen    mcohen@kayescholer.com*
- *Ashleigh A Danker  adanker@kayescholer.com*
- *Joseph A Eisenberg    jae@jmbm.com*
- *David M Poitras    dpoitras@jmbm.com*
- *Gregory M Salvato    gsalvato@pmcos.com, calendar@salvatolawoffices.com*
- *Gregory M Salvato  gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com*
- *United States Trustee (LA)  ustpregion16.la.ecf@usdoj.gov*

3

09019.003 - 168874.1

| In re: NAMCO CAPITAL GROUP, INC.<br><br>KAMRAN PASADENA GROUP, INC. et al. v.<br>BRADLEY D. SHARP, CHAPTER 11 TRUSTEE, et al.<br>Debtor(s). | CHAPTER  11<br>CASE NUMBER 2:08-bk-32333-BR<br>Adversary No. 2:10-ap-01244 BR |
|---|---|

## NOTE TO USERS OF THIS FORM:

1)      Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

2)      The title of the judgment or order and all service information must be filled in by the party lodging the order.

3)      Category I. below: The United States trustee and case trustee (if any) will always be in this category.

4)      Category II. below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  DO NOT list an address if person/entity is listed in category I.

### NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled: ***Order Approving Stipulation For Extension Of Time For Counter Defendants Kamran Pasadena Group, Inc. And Kamran Group, LLC To File Responsive Pleading To Counterclaim Of Mehrnaz Hekmatravan*** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

☒      I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order.  As of **May 25, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

☐      II. SERVED BY THE COURT VIA U.S. MAIL:  A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

☒      III. TO BE SERVED BY THE LODGING PARTY:  Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☒ Service information continued on attached page

4

09019.003 - 168874.1

**SERVICE LIST FOR ENTERED ORDER**

**I.  SERVED ELECTRONICALLY VIA NEF:**

- *Matthew Clarke     mclarke@cappellonoel.com*
- *Marc S Cohen     mcohen@kayescholer.com*
- *Ashleigh A Danker     adanker@kayescholer.com*
- *Joseph A Eisenberg     jae@jmbm.com*
- *David M Poitras     dpoitras@jmbm.com*
- *Gregory M Salvato     gsalvato@pmcos.com, calendar@salvatolawoffices.com*
- *Gregory M Salvato     gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com*
- *United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov*

**III.  TO BE SERVED BY THE LODGING PARTY:**

- *Saul Reiss  saulreiss@verizon.net*

09019.003 - 168874.1