| In re: NAMCO CAPITAL GROUP, INC. | CHAPTER: 11 |
|---|---|
| Debtor(s). | Bk No.: 2:08-bk-32333-BR<br>Adv. No.: 2:ID-ap-01244-BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Team Legal, Inc.
25876 The Old Road, Suite 314
Valencia, CA 91381 (661) 964-0154

A true and correct copy of the foregoing document described as _Summons and Notice of Status Conference;_
_Adversary Proceeding Cover Sheet; Complaint_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _3/9/10_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Substituted service upon Mahmoud Fatorechi as Trustee for the Fatorechi-Hashemi Trust completed as requested on March 9, 2010 at 6:35pm by serving Soussan Fatorechi, Wife, Co-Occupant and competent member of the household located at 10445 Wilshire Blvd., Apt 1102, Los Angeles, CA 90024.

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/9/10 | Matthew Dobrow | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_January 2009_                                                                                    **F 9013-3.1**

| In re: NAMCO CAPITAL GROUP, INC.<br><br>Debtor(s). | CHAPTER: 11<br>Bk No.: 2:08-bk-32333-BR<br>Adv. No.: 2:ID-ap-01244-BR |
|---|---|

**ADDITIONAL SERVICE INFORMATION (if needed):**

March 07, 2010 09:30am Attempted service at the residence; Subject refused to accept documents via phone and would not allow access to his apt.

March 08, 2010 07:35am Attempted service at the residence; Subject not in per Wife via phone. She said to come back M-F, 9:00am-9:30am.

March 09, 2010 06:35pm Substituted service upon Soussan Fatorechi, Wife, Co-Occupant and competent member of the household.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                    **F 9013-3.1**