# Exhibit 7

## PROMISSORY NOTE

Los Angeles, California

$1,000,000.00                                     Dated: January 8, 2008

For value received, the undersigned promises to pay, without notice, demand, grace, deduction or offset, to Darioush Soleimani in lawful money of the United States, in immediately available funds, the principal sum of One Million and 00/100 Dollars ($1,000,000.00), together with interest thereon, on or before January 8, 2009 (the "Maturity Date"), at 911 N. Rexford Dr., Beverly Hills CA 90210 or such other place as the holder hereof may designate.

The outstanding principal amount of this Note shall bear interest at the rate of eight Percent (8%) per annum calculated on a 360/360 basis; that is by applying the ratio of the annual interest rate over a year of 360 days, multiplied by the outstanding principal balance, multiplied by the number of days the principal balance is outstanding (based on 30 days a month). Interest only on the unpaid principal amount outstanding under this Note from time to time shall be payable, in arrears, on the first day of each calendar month beginning February 1, 2008 without notice, grace, demand, deduction or offset, until and including the Maturity Date, on which date, the principal amount hereof, together with all accrued and unpaid interest payable by the undersigned hereunder, shall be due and payable.

In the event of any misrepresentation, breach of warranty, or other failure by the undersigned or any party to perform its obligations under this Note, all unpaid principal and interest under this Note shall, at Holder's sole discretion, be immediately due and payable, without demand, notice or presentment.

No amendment, modification, or waiver of any provision of this Note, nor consent to any departure by the undersigned therefrom shall be effective, irrespective of any course of dealing, unless the same shall be in writing and signed by the Holder, and then such waiver of consent shall be effective only in the specific instance and for the specific purpose for which given.

The options, powers and rights of the Holder specified herein are in addition to, and not in lieu of, those authorized by applicable law.

Notwithstanding anything set forth in this Note, no interest payment or interest rate charged hereunder shall exceed the maximum amount or rate permitted under applicable law.

The undersigned agrees to pay all costs and expenses incurred or payable by holder in connection with any litigation brought for the enforcement or collection of this Note, including court costs and attorneys' fees and costs actually incurred.

To the extent permitted by applicable law, the undersigned waives notice of protest, presentment, demand and any other notice in connection with the collection of this Note.

This Note shall be binding on the undersigned, its successors and assigns and shall inure to the benefit of holder, its successors and assigns.

B-7(1)

Any payment hereunder which is required to be made on a day which is not a business day In the City of Los Angeles shall be payable on the next immediately succeeding business day and such additional time shall be included in the computation of interest.

This Note shall be prepayable upon no less than fifteen (15) days written notice to Holder.

This Note shall be governed by and construed in accordance with the laws of the State of California.

This Note replaces and supersedes all prior instruments, documents and agreements which evidence the indebtedness represented by this Note, all of which prior instruments, documents and agreements, shall be null and void and of no force or effect.

The undersigned hereby assigns, transfer to and pledges with said lender as collateral security for the payment of this or any other joint or several liability or liabilities of the undersigned to said lender, due or to become due, or that may be hereafter contracted, all of the following secured promissory note of which the undersigned is the sole owner, the same being deposited at the sole risk and expense of the undersigned, to wit:

1. Note dated September 10, 2007 in the amount of $1,300,000.00 executed by Kamran Group, LLC in favor of NAMCO CAPITAL GROUP, INC. a California corporation as Beneficiary.

2. Deed of Trust dated September 10, 2007 in the amount of $1,300,000.00 recorded as Instrument #20072133936 on September 17, 2007 in the County Recorder's Office of Los Angeles County.

NAMCO CAPITAL GROUP, INC.


Ezri Namvar, President

B-7(2)

When Recorded Mail To

Namco Capital Group,Inc.
12121 Wilshire Blvd., #1400.
Los Angeles, CA 90025



01/14/08

**20080072494**

Space above this line is for Recorder's use

## COLLATERAL ASSIGNMENT OF DEED OF TRUST

For Value Received, the undersigned hereby grants, assigns and transfers to Darioush Soleimani as to all beneficial interest   under that certain Deed of Trust dated September 10, 2007 executed by Kamran Group, LLC, a California limited liability company Trustor, to Woodman Partners LLC, a California limited liability company , Trustee, and   recorded as instrument # 20072133936 on September 17, 2007 in the County Recorder's office of Los Angeles County, California, describing land therein as:

SET FORTH IN EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.

Together with a collateral assignment under that certain  note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust. This instrument is given to secure a promissory note made by the undersigned in favor the of the assignee hereunder

Dated:January 8, 2008                                          Namco Capital Group, Inc.

By: _____
     Ezri Namvar-President

**ALL PURPOSE ACKNOWLEDGMENT**

STATE OF _California_  )
COUNTY OF _Los Angeles_  )

On _January 8th_, 20 _08_, before , me, _Alpha C. Giles Notary Public_ personally appeared _EZRI NAMVAR_ , who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is(are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature


ALPHA C. GILES
Commission # 1707444
Notary Public - California
Los Angeles County
My Comm. Expires Nov 25, 2010

D-7 (1)

Exhibit 1

A CONDOMINIUM COMPRISED OF:

A) AN UNDIVIDED 5.581 PERCENT INTEREST IN LOT 1 OF TRACT NO: 33536, IN THE CITY OF PASADENA, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 896 PAGE(S) 84 AND 85 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT UNITS 1 TO 6 INCLUSIVE AS SHOWN AND DEFINED ON THE CONDOMINIUM PLAN RECORDED JULY 12, 1978 AS INSTRUMENT NO. 78-752467, IN SAID OFFICE OF THE COUNTY RECORDER.

ALSO EXCEPT FROM THEREFROM ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES, AS RESERVED IN VARIOUS DEEDS OF RECORD, ONE OF THEM BEING THE DEED RECORDED JANUARY 21, 1974 AS INSTRUMENT NO. 71 OF OFFICIAL RECORDS.

B) UNIT 3 AS SHOWN AND DEFINED ON THE CONDOMINIUM PLAN REFERRED TO ABOVE.

APN: 5713-009-041

D-7(2)

# Exhibit 8

## PROMISSORY NOTE

Los Angeles, California

$500,000.00                                      Dated: October 10, 2006

For value received, the undersigned promises to pay, without notice, demand, grace, deduction or offset, to Mahmoud Fatorechi and Soussan Hashemi Trustees of Fatorechi-Hashemi Family Trust dated March 29, 2005 in lawful money of the United States, in immediately available funds, the principal sum of Five Hundred Thousand and 00/100 Dollars  ($500,000.00), together with interest thereon, on or before April 10, 2007  (the "Maturity Date"), at 10445 Wilshire Blvd, #1102, Los Angeles CA 90024 or such other place as the holder hereof may designate.

The outstanding principal amount of this Note shall bear interest at the rate of seven and three quarter **Percent (7.75%)** per annum calculated on a 360/360 basis; that is by applying the ratio of the annual interest rate over a year of 360 days, multiplied by the outstanding principal balance, multiplied by the number of days the principal balance is outstanding (based on 30 days a month).  Interest only on the unpaid principal amount outstanding under this Note from time to time shall be payable, in arrears, on the first day of each calendar month beginning November 1, 2006 without notice, grace, demand, deduction or offset, until and including the Maturity Date, on which date, the principal amount hereof, together with all accrued and unpaid interest payable by the undersigned hereunder, shall be due and payable.

In the event of any misrepresentation, breach of warranty, or other failure by the undersigned or any party to perform its obligations under this Note, all unpaid principal and interest under this Note shall, at Holder's sole discretion, be immediately due and payable, without demand, notice or presentment.

No amendment, modification, or waiver of any provision of this Note, nor consent to any departure by the undersigned therefrom shall be effective, irrespective of any course of dealing, unless the same shall be in writing and signed by the Holder, and then such waiver of consent shall be effective only in the specific instance and for the specific purpose for which given.

The options, powers and rights of the Holder specified herein are in addition to, and not in lieu of, those authorized by applicable law.

Notwithstanding anything set forth in this Note, no interest payment or interest rate charged hereunder shall exceed the maximum amount or rate permitted under applicable law.

The undersigned agrees to pay all costs and expenses incurred or payable by holder in connection with any litigation brought for the enforcement or collection of this Note, including court costs and attorneys' fees and costs actually incurred.

To the extent permitted by applicable law, the undersigned waives notice of protest, presentment, demand and any other notice in connection with the collection of this Note.

This Note shall be binding on the undersigned, its successors and assigns and shall inure to the benefit of holder, its successors and assigns.

B-8 (1)



Any payment hereunder which is required to be made on a day which is not a business day in the City of Los Angeles shall be payable on the next immediately succeeding business day and such additional time shall be included in the computation of interest.

This Note shall be prepayable upon no less than fifteen (15) days written notice to Holder.

This Note shall be governed by and construed in accordance with the laws of the State of California.

This Note replaces and supersedes all prior instruments, documents and agreements which evidence the indebtedness represented by this Note, all of which prior instruments, documents and agreements, shall be null and void and of no force or effect.

The undersigned hereby assigns, transfer to and pledges with said lender as collateral security for the payment of this or any other joint or several liability or liabilities of the undersigned to said lender, due or to become due, or that may be hereafter contracted, all of the following secured promissory note of which the undersigned is the sole owner, the same being deposited at the sole risk and expense of the undersigned, to wit:

1. Note dated November 10 2005  in the amount of $200,000.00 and amended on February 28, 2006 to $600,000.00 executed by B.G.A Holding Company LLC in favor of NAMCO CAPITAL GROUP, INC. a California corporation as Beneficiary.

2. Deed of Trust dated November 10, 2005  in the amount of $200,000.00 recorded as Instrument #05-3074961 on December 14, 2005 and amended on February 28, 2006 to the amount  $600,000.00 recorded as instrument  # 06-0470287 in the County Recorder's Office of  Los Angeles County.

**NAMCO CAPITAL GROUP, INC.**

_____
Ezri Namvar, President

This Note is personally guaranteed by

_____
Ezri Namvar

β-8 (2)



This page is part of your document - DO NOT DISCARD

 **20080117011** Pages: 004

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

01/22/08 AT 11:48AM

| | |
|---|---|
| Fee: | 15.00 |
| Tax: | 0.00 |
| Other: | 0.00 |
| Total: | 15.00 |

1578617    200801220020026   Mail

## TITLE(S) :



L E A D    S H E E T

Assessor's Identification Number (AIN)
To be completed by Examiner OR Title Company in black ink.    Number of AIN's Shown

 **THIS FORM IS NOT TO BE DUPLICATED**

D-8 (1)

When Recorded Mail To

Namco Capital Group,Inc.
12121 Wilshire Blvd., #1400.
Los Angeles, CA 90025

01/22/08

20080117011

Space above this line is for Recorder's use

## COLLATERAL ASSIGNMENT OF DEED OF TRUST

For Value Received, the undersigned hereby grants, assigns and transfers to Mahmoud Fatorechi and Soussan Hashemi Trustees of Fatorechi-Hashemi Family Trust dated March 29, 2005 as to all beneficial interest  under that certain Deed of Trust dated September 10, 2007 executed by Kamran Group, LLC, a California limited liability company  Trustor, to Woodman Partners LLC, a California limited liability company , Trustee, and  recorded as instrument # 20072133956  on September 17, 2007 in the County Recorder's office of Los Angeles County, California, describing land therein as:

SET FORTH  IN EXHIBIT "ONE" ATTACHED HERETO AND MADE A PART HEREOF.

Together  with a collateral  assignment under that certain  note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust. This instrument is given to secure a promissory note made by the undersigned in favor the of the assignee hereunder

Dated: December 19, 2007

Namco Capital Group, Inc.

By _____
Ezri Namvar-President

STATE OF CALIFORNIA

COUNTY OF _____

On _____ before me, _____, (here insert name and title of the officer), personally appeared _____ personally known to me (or proved to me on the basis of satisfactory evidence) to be he person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her /their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____

*\* please see attached certificate*

D-8(2)

3

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _Los Angeles_

On _January 11, 2008_ before me, _Alpha C. Giles Notary Public_
Here insert name and Title of the Officer

personally appeared _EZRI NAMVAR_
Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Alpha C. Giles_
Signature of Notary Public

> ALPHA C. GILES
> Commission # 1707444
> Notary Public · California
> Los Angeles County
> My Comm. Expires Nov 25, 2010

Place Notary Seal Above

―――――――――――― OPTIONAL ――――――――――――

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

Description of Attached Document

Title or Type of Document: _Collateral Assignment of Deed of Trust_

Document Date: _January 11, 2008_ Number of Pages: _1_

Signer(s) Other Than Named Above: _none_

Capacity(ies) Claimed by Signer(s)

Signer's Name: _Ezri Namvar_
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☑ Other: _President_

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer Is Representing: _Namco Capital Group_

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer Is Representing: _____

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827

A-8(3)

4

"EXHIBIT ONE"

A CONDOMINIUM COMPRISED OF:

A) AN UNDIVIDED 2.21 PERCENT INTEREST IN LOT 1 OF TRACT NO. 33536, IN THE CITY OF
PASADENA, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN
BOOK 896 PAGE(S) 84 AND 85 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID
COUNTY,

EXCEPT UNITS 1 TO 6 INCLUSIVE AS SHOWN AND DEFINED ON THE CONDOMINIUM PLAN
RECORDED JULY 12, 1978 AS INSTRUMENT NO. 78-752467, IN SAID OFFICE OF THE COUNTY
RECORDER.

ALSO EXCEPT FROM PORTIONS OF SAID LAND, ALL OIL, GAS, AND OTHER HYDROCARBON
SUBSTANCES, WITHOUT, HOWEVER THE RIGHT OF SURFACE ENTRY, AS PROVIDED FOR IN
THE DEEDS RECORDED JANUARY 21, 1974 AS INSTRUMENT NO, 71, JANUARY 21, 1974 AS
INSTRUMENT NO. 82, FEBRUARY 15, 1974 AS INSTRUMENT NO. 160 AND FEBRUARY 15, 1974
AS INSTRUMENT NO. 162, ALL IN SAID OFFICE OF THE COUNTY RECORDER.

B) UNIT 4 AS SHOWN AND DEFINED ON THE CONDOMINIUM PLAN REFERRED TO ABOVE.

APN: 5713-009-042

D-8 (4)