A. Barry Cappello (SBN 037835)
abc@cappellonoel.com
Dugan P. Kelley (SBN 207347)
dkelley@cappellonoel.com
CAPPELLO & NOËL LLP
831 State Street
Santa Barbara, California 93101
Telephone:    (805) 564-2444
Facsimile:    (805) 965-5950

Marc S. Cohen (SBN 65486)
mcohen@kayescholer.com
Ashleigh A. Danker (SBN 138419)
adanker@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067-6048
Telephone:    (310) 788-1000
Facsimile:    (310) 788-1200

Attorneys for Plaintiffs
Kamran Pasadena Group, Inc. and Kamran Group, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| | |
|---|---|
| In Re:  NAMCO CAPITAL GROUP INC, a California corporation<br><br>Debtor. | Case No.: 2:08-bk-32333-BR<br><br>Chapter 11<br><br>Adv. No.: 2:10-ap-01244 BR |
| KAMRAN PASADENA GROUP, INC., a California corporation; and KAMRAN GROUP, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>NAMCO CAPITAL GROUP INC, a California corporation;<br>EZRI NAMVAR, an individual;<br>WOODMAN PARTNERS, LLC, a California limited liability company;<br>FIDELITY NATIONAL TITLE COMPANY, a California corporation;<br>DANIEL JACOB ISSAC, an individual;<br>FAY FRANAK SARAFIAN, an individual;<br>DARIOUSH SOLEIMANI, an individual; | **JOINT STATUS REPORT**<br><br>STATUS CONFERENCE:<br><br>DATE:       6/29/10<br>TIME:       2:00 P.M.<br>PLACE:     COURTROOM 1668<br>               16TH FLOOR<br>               ROYBAL FEDERAL BLDG.<br>               255 E. TEMPLE STREET<br>               LOS ANGELES, CA  90012 |

CAPPELLO
& NOËL LLP
TRIAL LAWYERS

09019.003 - 170137.1

MORTEZA HOMAYOUNJAM, an individual;
MEHRNAZ HEKMATRAVAN, an individual;
JAMSHID BAHARVAR; an individual;
ASHLAND PROPERTIES, LLC, A California
limited liability company;
FARMCO TRUST, SAWTELLE PROPERTIES,
LLC; a California limited liability company;
MAHMOUD FATORECHI AND SOUSSAN
HASHEMI AS TRUSTEES FOR THE
FATORECHI-HASHEMI TRUST; and
DOES 1 THROUGH 100,

Defendants.

AND RELATED COUNTERCLAIMS AND
CROSS-CLAIMS

TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE:

The Parties submit the following Joint Status Report in accordance with Local Bankruptcy Rule 7016-1(1)(b):

A.    **PLEADINGS/SERVICE**

1.    Have all parties been served?

No.

2.    Have all parties filed and served Answers to the Complaints and/or Counter-Claims?

No.

3.    Is this case at issue as to all parties and as to all causes of action?

No.

4.    If your answers to any of the three preceding questions is anything other than an unqualified "Yes", then please explain:

**The parties are unable to locate and serve Daniel Jacob Issac.**

B.    **READINESS FOR TRIAL:**

1.    When will you be ready for trial in this case?

**The parties anticipate being ready for trial in 6-8 months.**

1

09019.003 - 170137.1

2.     If your answer to the above is more than (4) months after the summons issued in this case, give reasons for further delay.

**The complexity of the case is such that it cannot be ready for trial in 4 months.**

3.     When do you expect to complete your discovery efforts?

December 2010.

4.     What additional discovery do you require to prepare for trial?

**1) interrogatories; 2) document production; 3) request for admissions; 4) depositions.**

5.     What problems, if any, have arisen with regard to discovery?

**None.**

C.     **TRIAL TIME:**

1.     What is your estimate of the time required to present your side of the case at trial including rebuttal stage if applicable?

**The parties are unable to answer this question because it is premature.**

2.     How many witnesses do you intend to call at trial (including opposing parties)?

**The parties are unable to answer this question because it is premature.**

3.     How many exhibits do you anticipate using at trial?

**The parties are unable to answer this question because it is premature.**

D.     **PRE-TRIAL CONFERENCE**

**The parties request a pretrial conference.  The parties believe the pretrial conference should be set in February 2011.**

E.     **SETTLEMENT:**

1.     When did counsel/parties last discuss settlement of this case?

**There have been no settlement discussions.**

2.     Has the dispute been formally mediated?

**There has not been a formal mediation.  The parties believe that mediation at**

2

09019.003 - 170137.1

**this time would be premature.  After discovery is completed, the parties are interested in formal mediation.**

3.      Would a settlement conference be of any assistance in achieving settlement at this time?

If not, why not?

**After discovery is completed, the parties are interested in settlement conference.**

**F. ADDITIONAL COMMENT/RECOMMENDATIONS RE TRIAL**

Ashland Properties, LLC, Jamshid Baharvar and/or Shohreh E. Baharvar, Farmo Trust Dated January 1, 2007, Mahmoud Fatorechi and Soussan Hashemi, Trustees of Fatorechi-Hashemi Family Trust Dated March 29, 2005, Morteza Homayounjam, Faranak Faye Sarafian, Sawtelle Properties, LLC and Darioush Soleimani ("Relief from Stay Moving Parties") filed a Motion for Relief from the Automatic stay in the Namco Case on or about July 3, 2009.  By and through the Motion, the Relief from Stay, Moving Parties seek relief from the stay to pursue their rights and remedies with respect to each of their assignments of beneficial interests and ultimately foreclose on the Walnut Property.

The Motion for Relief from Stay is pending with the primary issue to be resolved being whether the Relief from Stay Moving Parties are properly perfected secured creditors.  While the Trustee plans to file a Motion for Summary Judgment to resolve this issue, in the abundance of caution, the Motion for Relief from Stay Moving Parties who are also Defendants in the above captioned adversary proceeding are named as Cross-Defendants.

**In addition to the Complaint in this Adversary Proceeding,**

(1)      **Defendant HEKMATRAVAN has filed a Counterclaim and Cross-Complaint, to which all parties have filed an Answer;**

(2)      **Defendant ASHLAND PROPERTIES, BAHARVAR, et al, filed an Answer to the HEKMATRAVAN CrossComplaint and Filed a Counterclaim against KAMRAN and the TRUSTEE**

3

09019.003 - 170137.1

(3)    Defendant TRUSTEE has filed an Answer to the HEKMATRAVAN Counterclaim and filed a Cross-Complaint against ASHLAND, et al.

(4)    No Answer has yet been filed by the Trustee to the ASHLAND Cross-Complaint

(5)    No Answer has yet been filed by the ASHLAND Parties to the Trustee's Cross-Complaint.

DATED: June 15, 2010

CAPPELLO & NOËL LLP
KAYE SCHOLER LLP

By: _____
A. Barry Cappello
Matthew M. Clarke
Dugan P. Kelley
Marc S. Cohen
Ashleigh A. Danker
Attorneys for Plaintiffs and Counter-Defendants
Kamran Pasadena Group, Inc. and Kamran
Group, LLC

DATED: June 15, 2010

SALVATO LAW OFFICES

By: _____
Gregory M. Salvato
Attorneys for Defendants Ashland Properties,
LLC, et al.

DATED: June 15, 2010

JEFFER, MANGELS, BUTLER & MARMARO LLP

By: _David M. Poitras by Matthew Clarke_
David M. Poitras
Attorneys for Defendant Bradley Sharp, Chapter
11 Trustee for Namco Capital Group Inc.

4

DATED:  June 15, 2010                LAW OFFICES OF SAUL REISS, P.C.

By: _Saul Reiss by Matthew Clark_
    Saul Reiss
    Attorneys for Defendant Mehrnaz Hekmatravan

DATED:  June 15, 2010                EZRA BRUTZKUS GUBNER LLP

By: _Robyn B. Sokol by matthew Clark_
    Steven T. Gubner
    Robyn B. Sokol
    Special Counsel for Bradley D. Sharp, Chapter
    11 Trustee for Namco Capital Group, Inc.

5

09019.003 - 170137.1

| In re:NAMCO CAPITAL GROUP, INC., a California Corporation | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:08bk-32333-BR |
| KAMRAN PASADENA GROUP, INC. ... vs. Bradley D. Sharp, Chapter 11 Trustee of Namco Capital Group, Inc. ... | Adversary No. 2:10-ap-012444-BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
831 State Street, Santa Barbara, CA, 93101

The foregoing document described as **JOINT STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 15, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On June 15, 2010 , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____June 15, 2010____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 15, 2010 | Tina Vanderhook | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**

| In re:NAMCO CAPITAL GROUP, INC., a California Corporation | CHAPTER 11 |
|---|---|
| KAMRAN PASADENA GROUP, INC. ... vs. Bradley D. Sharp, Chapter 11 Trustee of Namco Capital Group, Inc. ...    Debtor(s). | CASE NUMBER 2:08bk-32333-BR<br><br>Adversary No. 2:10-ap-012444-BR |

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):

- David M. Poitras      dpoitras@jmbm.com
- Robyn B. Sokol      rsokol@ebg-law.com
- Joseph A. Eisenberg      jeisenberg@jmbm.com
- Marc S. Cohen      mcohen@kayescholer.com
- Ashleigh A. Danker      adanker@kayescholer.com
- Gregory M. Salvato      gsalvato@pmcos.com
- United States Trustee (LA)      ustpregion16.la.ecf@usdoj.gov

## II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL:

The Honorable Barry Russell
U.S. Bankruptcy Court
255 E. Temple Street, Bin Outside of Suite 1660
Los Angeles, CA  90012

## III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL:

- Saul Reiss      saulreiss@verizon.net      (by email)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                 **F 9013-3.1**