| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **GREGORY M. SALVATO (SBN 126285)**<br>**SALVATO LAW OFFICES**<br>**Wells Fargo Center**<br>**333 So. Flower Street, 25th Floor**<br>**Los Angeles, California 90071-1529**<br>**Telephone: (213) 484-8400**<br>**Facsimile: (213) 948-1301**<br><br>*Attorney for Plaintiff* ASHLAND PROPERTIES, LLC, et al., | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: NAMCO CAPITAL GROUP, INC., a California corporation,<br><br>Debtor. | CHAPTER 11<br><br>CASE NUMBER 2:08-32333-BR<br><br>ADVERSARY NUMBER 2:10-ap-01244-BR |
|---|---|
| ASHLAND PROPERTIES, LLC, etc., et al.,<br>Plaintiff(s),<br><br>vs.<br><br>KAMRAN PASADENA, INC., et al.,<br>Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br>*Counter Claim and Cross-Claim*<br>**SUMMONS AND NOTICE OF**<br>**STATUS CONFERENCE** |

TO THE DEFENDANT: A Counterclaim/Cross-claim has been filed against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by _FRBP 7012_ , the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| **Hearing Date:** 06/29/2010 | **Time:** 2:00 p.m. | **Courtroom:** 1668 | **Floor:** |
|---|---|---|---|

☒ **255 East Temple Street, Los Angeles**    ☐ **411 West Fourth Street, Santa Ana**

☐ **21041 Burbank Boulevard, Woodland Hills**    ☐ **1415 State Street, Santa Barbara**

☐ **3420 Twelfth Street, Riverside**

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: _6-17-10_

KATHLEEN J. CAMPBELL
Clerk of Court

By: _____
*Deputy Clerk*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*February 2010 (COA-SA)*

**F 7004-1**

GREGORY M. SALVATO  (SBN 126285)
SALVATO LAW OFFICES
Wells Fargo Center
333 So. Flower Street, 25th Floor
Los Angeles, California 90071-1529
Telephone:   (213) 484-8400
Facsimile:   (213) 948-1301
E-mail:       Gsalvato@Salvatolawoffices.com

Attorneys for Counterclaimants:
ASHLAND PROPERTIES, LLC, JAMSHID BAHRVAR, M.D.,
MAHMOUD FATORECHI and SOUSSAN HASHEMI, as
Trustees of the FATORECHI-HASHEMI FAMILY TRUST
Dated March 29, 2005, MORTEZA HOMAYOUNJAM,
FARAMARZ MASSACHI, as Trustee of the FARMO TRUST,
FARANAK FAYE SARAFIAN, SAWTELLE PROPERTIES,
LLC, and DARIUSH SOLEIMANI

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES

| | |
|---|---|
| In re: | Case No.:   2:08-32333-BR |
| NAMCO CAPITAL GROUP, INC., a California corporation, | Chapter 11 |
| Debtor. | |
| KAMRAN PASADENA GROUP, INC., a California corporation; and KAMRAN GROUP, LLC, a California limited liability company | Adv. No. 2:10-ap-01244-BR |
| Plaintiffs, | **COUNTERCLAIM AND CROSS-CLAIM FOR:**<br>**(1) DETERMINATION OF THE EXTENT, VALIDITY, AND PRIORITY OF LIENS;**<br>**(2) RELIEF FROM THE AUTOMATIC STAY; AND**<br>**(3) OTHER EQUITABLE RELIEF** |
| v. | |
| BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP, INC., a California corporation; WOODMAN PARTNERS, LLC, a California limited liability company; FIDELITY NATIONAL TITLE COMPANY, a California corporation; DANIEL JACOB ISSAC, an individual; FAY FRANAK SARAFIAN, an individual; DARIOUSH SOLEIMANI, an individual: MORTEZA | *Status Conference*<br>Date:       June 29, 2010<br>Time:       2:00 p.m.<br>Place:      Room 1668<br>              Roybal Federal Bldg.<br>              255 E. Temple St.<br>              Los Angeles, CA 90012 |

SALVATO LAW
OFFICES

COUNTERCLAIM, CROSS-CLAIM AND THIRD PARTY COMPLAINT

HOMAYOUNJAM, an individual; MEHRNAZ HEKMATRAVAN, an individual; JAMSHID BAHRVAR, an individual; ASHLAND PROPERTIES, LLC, a California limited liability company; FARMCO TRUST, SAWTELLE PROPERTIES, LLC, a California limited liability company; MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEE FOR THE FATORECHI-HASHEMI TRUST; and DOES 1 THROUGH 100

Defendants.

ASHLAND PROPERTIES, LLC, a California limited liability company; JAMSHID BAHRVAR, an individual; MAHMOUD FATORECHI and SOUSSAN HASHEMI, as Trustees of the FATORECHI-HASHEMI FAMILY TRUST Dated March 29, 2005; MORTEZA HOMAYOUNJAM, an individual; FARAMARZ MASSACHI, as Trustee of the FARMO TRUST Dated January 1, 2007; FARANAK FAYE SARAFIAN, an individual; SAWTELLE PROPERTIES, LLC, a California limited liability company; and , DARIUSH SOLEIMANI, an individual;

Counter-Claimants,
Cross-Claimants, and
Third Party Plaintiffs,

v.

KAMRAN PASADENA, INC., a California corporation; and KAMRAN GROUP, LLC, a California limited liability company; BRADLEY D. SHARP, Chapter 11 Trustee; and ROES 1 through 20, Inclusive,

Counter-Defendants, and
Cross-Defendants .

//

//

- 2 -
COUNTERCLAIM AND CROSS-CLAIM