A. Barry Cappello (SBN 037835)
abc@cappellonoel.com
Dugan P. Kelley (SBN 207347)
dkelley@cappellonoel.com
Richard R. Sutherland (SBN 240858)
rsutherland@cappellonoel.com
CAPPELLO & NOËL LLP
831 State Street
Santa Barbara, California 93101
Telephone:     (805) 564-2444
Facsimile:     (805) 965-5950

Marc S. Cohen (SBN 65486)
mcohen@kayescholer.com
Ashleigh A. Danker (SBN 138419)
adanker@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067-6048
Telephone:     (310) 788-1000
Facsimile:     (310) 788-1200

Attorneys for Plaintiffs
Kamran Pasadena Group, Inc. and Kamran Group, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In Re:  NAMCO CAPITAL GROUP INC, a California corporation<br><br>Debtor. | Case No.: 2:08-bk-32333-BR<br><br>Chapter 11<br><br>Adv. No.: 2:10-ap-01244 BR |
| KAMRAN PASADENA GROUP, INC., a California corporation; and KAMRAN GROUP, LLC, a California limited liability company<br><br>Plaintiffs,<br><br>v.<br><br>BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP INC, a California corporation; WOODMAN PARTNERS, LLC, a California limited liability company; FIDELITY NATIONAL TITLE COMPANY, a California corporation DANIEL JACOB ISSAC, an individual; FAY FRANAK SARAFIAN, an individual; DARIOUSH SOLEIMANI, an individual; MORTEZA | STIPULATION FOR EXTENSION OF TIME FOR COUNTER DEFENDANTS KAMRAN PASADENA, INC. AND KAMRAN GROUP, LLC TO FILE RESPONSIVE PLEADING TO COUNTERCLAIM AND CROSS-CLAIM OF ASHLAND PROPERTIES, LLC, JAMSHID BAHRVAR, MAHMOUD FATORECHI AND SOUSSAN HASEMI, AS TRUSTEES OF THE FATORECHI-HASHEMI FAMILY TRUST, MORTEZA HOMAYOUNJAM, FARAMARZ MASSACHI, AS TRUSTEE OF THE FARMO TRUST, FARANAK FAYE SARAFIAN, SAWTELLE PROPERTIES, LLC AND DARIUSH SOLEIMANI |

CAPPELLO
& NOËL LLP
TRIAL LAWYERS

09019.003 - 171627.1

HOMAYOUNJAM, an individual; MEHRNAZ HEKMATRAVAN, an individual; JAMSHID BAHARVAR; an individual; ASHLAND PROPERTIES, LLC, A California limited liability company; FARMCO TRUST, SAWTELLE PROPERTIES, LLC; a California limited liability company; MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEES FOR THE FATORECHI-HASHEMI TRUST; and DOES 1 THROUGH 100

Defendants.

AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS

Plaintiffs KAMRAN PASADENA, INC. and KAMRAN GROUP, LLC (hereinafter collectively referred to as "Plaintiffs"), through their counsel of record Cappello & Noel, LLP and Defendants ASHLAND PROPERTIES, LLC, JAMSHID BAHRVAR, MAHMOUD FATORECHI AND SOUSSAN HASEMI, AS TRUSTEES OF THE FATORECHI-HASHEMI FAMILY TRUST, MORTEZA HOMAYOUNJAM, FARAMARZ MASSACHI, AS TRUSTEE OF THE FARMO TRUST, FARANAK FAYE SARAFIAN, SAWTELLE PROPERTIES, LLC AND DARIUSH SOLEIMANI (hereinafter referred to as "Ashland"), through their counsel of record Salvato Law Offices, enter into the Stipulation below with reference to the following facts:

**RECITALS**

1.      On February 24, 2010, Plaintiffs filed a complaint against Ashland and other individuals and entities (hereinafter referred to as the "Adversary Proceeding") in the instant action;

2.      On June 7, 2010, Ashland filed a Counterclaim and Cross-Claim. Plaintiffs' responsive pleading to Ashlands' Counterclaim and Cross-Claim is due for filing and service by July 1, 2010;

3.      Plaintiffs requests an extension from July 1, 2010 to July 16, 2010 in which to file their responsive pleading to Ashlands' Counterclaim and Cross-Claim.

09019.003 - 171627.1

1

## STIPULATION

1. The preceding Recitals are an integral part of this Stipulation and are incorporated herein by this reference;

2. Plaintiffs and Ashland stipulate that Plaintiffs' deadline to file their responsive pleading to Ashland' Counterclaim and Cross-Claim in the Adversary Proceeding is extended from July 1, 2010 to July 16, 2010.

DATED: July 1, 2010

CAPPELLO & NOËL LLP
KAYE SCHOLER LLP

By: _____
A. Barry Cappello
Dugan P. Kelley
Richard R. Sutherland
Marc S. Cohen
Ashleigh A. Danker
Attorneys for Plaintiffs
KAMRAN PASADENA GROUP, INC. and
KAMRAN GROUP, LLC

Dated: July 1, 2010

SALVATO LAW OFFICES

By: _____
Gregory M. Salvato
Attorneys for Defendants
ASHLAND PROPERTIES, LLC, JAMSHID
BAHRVAR, MAHMOUD FATORECHI AND
SOUSSAN HASEMI, AS TRUSTEES OF THE
FATORECHI-HASHEMI FAMILY TRUST,
MORTEZA HOMAYOUNJAM, FARAMARZ
MASSACHI, AS TRUSTEE OF THE FARMO
TRUST, FARANAK FAYE SARAFIAN,
SAWTELLE PROPERTIES, LLC AND
DARIUSH SOLEIMANI

2

09019.003 - 171627.1

| In re:NAMCO CAPITAL GROUP, INC., a California Corporation | | CHAPTER 11 |
|---|---|---|
| KAMRAN PASADENA GROUP, INC. ... vs. Bradley D. Sharp, Chapter 11 Trustee of Namco Capital Group, Inc. ... | Debtor(s). | CASE NUMBER 2:08bk-32333-BR<br><br>Adversary No. 2:10-ap-012444-BR |

**NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 831 State Street, Santa Barbara, CA, 93101

The foregoing document described as **STIPULATION FOR EXTENSION OF TIME FOR COUNTER DEFENDANTS KAMRAN PASADENA, INC. AND KAMRAN GROUP, LLC TO FILE RESPONSIVE PLEADING TO COUNTERCLAIM AND CROSS-CLAIM OF ASHLAND PROPERTIES, LLC, JAMSHID BAHRVAR, MAHMOUD FATORECHI AND SOUSSAN HASEMI, AS TRUSTEES OF THE FATORECHI-HASHEMI FAMILY TRUST, MORTEZA HOMAYOUNJAM, FARAMARZ MASSACHI, AS TRUSTEE OF THE FARMO TRUST, FARANAK FAYE-SARAFIAN, SAWTELLE PROPERTIES, LLC AND DARIUSH SOLEIMANI** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 1, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On July 1, 2010 . I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____July 1, 2010____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 1, 2010 | Tina Vanderhook | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                 **F 9013-3.1**

| In re:NAMCO CAPITAL GROUP, INC., a California Corporation | | CHAPTER 11 |
|---|---|---|
| KAMRAN PASADENA GROUP, INC. ... vs. Bradley D. Sharp, Chapter 11 Trustee of Namco Capital Group, Inc. ... | Debtor(s). | CASE NUMBER 2:08bk-32333-BR |
| | | Adversary No. 2:10-ap-012444-BR |

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):

- David M. Poitras              dpoitras@jmbm.com
- Robyn B. Sokol               rsokol@ebg-law.com
- Joseph A. Eisenberg          jeisenberg@jmbm.com
- Marc S. Cohen                mcohen@kayescholer.com
- Ashleigh A. Danker           adanker@kayescholer.com
- Gregory M. Salvato           gsalvato@pmcos.com
- United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov

## II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL:

The Honorable Barry Russell
U.S. Bankruptcy Court
255 E. Temple Street, Bin Outside of Suite 1660
Los Angeles, CA  90012

## III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL:

- Saul Reiss                   saulreiss@verizon.net              (by email)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                   F 9013-3.1