**FIDELITY NATIONAL LAW GROUP**
**A Division of Fidelity National Title Group, Inc.**
**JOHN M. RYGH** (SBN 125040)
915 Wilshire Boulevard, Suite 2100
Los Angeles, California 90017
Telephone: (213) 438-4403
Facsimile: (213) 438-4417
Email: john.rygh@fnf.com

Attorneys for Defendant
FIDELITY NATIONAL TITLE COMPANY

**FILED**

**JUN 22 2010**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In Re: NAMCO CAPITAL GROUP, INC, a California corporation <br><br> Debtor. <br><br>———————————————— <br><br> KAMRAN PASADENA GROUP, INC., a California corporation; and KAMRAN GROUP, LLC, a California limited liability company <br><br> Plaintiffs, <br><br> v. <br><br> BRADLEY D. SHARP, *et al.*, <br><br> Defendants. | **CASE NO. 2:08-bk-32333-BR** <br><br> **ANSWER OF FIDELITY NATIONAL TITLE COMPANY TO PLAINTIFFS' COMPLAINT** <br><br> 10 AP 01244 <br><br> H[?] [?] 6/29/10 2p |

Defendant Fidelity National Title Company ("Defendant"), in response to Plaintiffs'

Complaint answers as follows:

### INTRODUCTION

1.     Defendant admits that the properties at issue are located in Pasadena, California. As

to all other matters alleged in paragraph 1 Defendant lacks sufficient knowledge or information to

ORIGINAL

1

form a belief as to the truth of said allegations and, on that basis, denies each and every allegation contained in said paragraph.

## JURISDICTION AND VENUE

2. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 2 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

3. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 3 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

## PARTIES

4. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 4 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

5. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 5 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

6. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 6 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

7. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 7 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

8. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 8 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

**ANSWER OF FIDELITY NATIONAL TITLE COMPANY TO PLAINTIFFS' COMPLAINT**

9.    Defendant admits the allegation set-forth in paragraph 9 that it is a corporation authorized to do business in the State of California.

10.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 10 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

## GENERAL ALLEGATIONS

11.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 11 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

12.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 12 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

13.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 13 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

14.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 14 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

15.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 15 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

16.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 16 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

///

///

- 3 -

**ANSWER OF FIDELITY NATIONAL TITLE COMPANY TO PLAINTIFFS' COMPLAINT**

17.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 17 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

18.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 18 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

19.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 19 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

20.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 20 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

21.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 21 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

22.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 22 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

23.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 23 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

24.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 24 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

///

///

ANSWER OF FIDELITY NATIONAL TITLE COMPANY TO PLAINTIFFS' COMPLAINT

25.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 25 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

26.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 26 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

27.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 27 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

28.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 28 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

29.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 29 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

30.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 30 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

31.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 31 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

32.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 32 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

///

///

**ANSWER OF FIDELITY NATIONAL TITLE COMPANY TO PLAINTIFFS' COMPLAINT**

33.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 33 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

34.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 34 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

35.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 35 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

## FIRST CLAIM FOR RELIEF

### (Breach of Written Contract/Promissory Notes)

36.    In response to paragraph 36 of Plaintiffs' Complaint, Defendant re-alleges and incorporates herein, as though set forth at length, its responses to paragraph 1-35, inclusive, of the Complaint, as set forth above.

37.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 37 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

38.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 38 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

39.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 39 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

40.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 40 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

ANSWER OF FIDELITY NATIONAL TITLE COMPANY TO PLAINTIFFS' COMPLAINT

## SECOND CLAIM FOR RELIEF

(Breach of Implied Covenant of Good Faith and Fair Dealing)

41.    In response to paragraph 41 of Plaintiffs' Complaint, Defendant re-alleges and incorporates herein, as though set forth at length, its responses to paragraph 1-40, inclusive, of the Complaint, as set forth above.

42.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 42 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

43.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 43 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

44.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 44 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

45.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 45 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

## THIRD CLAIM FOR RELIEF

(Declaratory Judgment)

46.    In response to paragraph 46 of Plaintiffs' Complaint, Defendant re-alleges and incorporates herein, as though set forth at length, its responses to paragraph 1-45, inclusive, of the Complaint, as set forth above.

47.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 47 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

///

ANSWER OF FIDELITY NATIONAL TITLE COMPANY TO PLAINTIFFS' COMPLAINT

48.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 48 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

49.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 49 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

50.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 50 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

## FOURTH CLAIM FOR RELIEF

### (Preliminary Injunctive Relief)

51.    In response to paragraph 51 of Plaintiffs' Complaint, Defendant re-alleges and incorporates herein, as though set forth at length, its responses to paragraph 1-50, inclusive, of the Complaint, as set forth above.

52.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 52 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

53.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 53 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

54.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 54 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

55.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 55 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

## FIFTH CLAIM FOR RELIEF

(Fraudulent Inducement)

56.    In response to paragraph 56 of Plaintiffs' Complaint, Defendant re-alleges and incorporates herein, as though set forth at length, its responses to paragraph 1-55, inclusive, of the COMPLAINT, as set forth above.

57.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 57 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

58.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 58 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

59.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 59 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

60.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 60 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

61.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 61 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

62.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 62 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

63.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 63 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

ANSWER OF FIDELITY NATIONAL TITLE COMPANY TO PLAINTIFFS' COMPLAINT

64.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 64 of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

## SIXTH CLAIM FOR RELIEF

(Fraudulent Concealment)

65.    In response to paragraph 63 [sic] of Plaintiffs' Complaint, Defendant re-alleges and incorporates herein, as though set forth at length, its responses to paragraphs 1-64, inclusive, of the Complaint, as set forth above.

66.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 64 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

67.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 65 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

68.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 66 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

69 .    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 67 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

70.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 68 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

71.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 69 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

ANSWER OF FIDELITY NATIONAL TITLE COMPANY TO PLAINTIFFS' COMPLAINT

72.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 70 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

73.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 71 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

## SEVENTH CLAIM FOR RELIEF

(Fraud-Negligent Concealment)

74.     In response to paragraph 72 [sic] of Plaintiffs' Complaint, Defendant re-alleges and incorporates herein, as though set forth at length, its responses to all paragraphs, inclusive, of the COMPLAINT, as set forth above.

75.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 73 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

76.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 74 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

77.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 75 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

78.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 76 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

79.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 77 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

- 11 -

80.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 78 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

81.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 79 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

## EIGHTH CLAIM FOR RELIEF

### (Conversion)

82.    In response to paragraph 80 [sic] of Plaintiffs' Complaint, Defendant re-alleges and incorporates herein, as though set forth at length, its responses to all paragraphs, inclusive, of the Complaint, as set forth above.

83.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 81 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

84.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 82 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

85.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 83 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

86.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 84 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

///

///

///

- 12 -

ANSWER OF FIDELITY NATIONAL TITLE COMPANY TO PLAINTIFFS' COMPLAINT

## NINTH CLAIM FOR RELIEF

### (Interference with Prospective Economic Advantage)

87.    In response to paragraph 85 [sic] of Plaintiffs' Complaint, Defendant re-alleges and incorporates herein, as though set forth at length, its responses to all paragraphs, inclusive, of the Complaint, as set forth above.

88.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 86 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

89.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 87 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

90.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 88 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

91.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 89 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

92.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 90 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

## TENTH CLAIM FOR RELIEF

### (Decree and Dissolution and Winding-Up of Joint Venture)

93.    In response to paragraph 91 [sic] of Plaintiffs' Complaint, Defendant re-alleges and incorporates herein, as though set forth at length, its responses to all paragraphs, inclusive, of the Complaint, as set forth above.

///

- 13 -

**ANSWER OF FIDELITY NATIONAL TITLE COMPANY TO PLAINTIFFS' COMPLAINT**

94.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 92 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

## ELEVENTH CLAIM FOR RELIEF

### (To Set Aside the Fraudulent Transfer of the Assets Belonging to Plaintiffs)

95.    In response to paragraph 93 [sic] of Plaintiffs' Complaint, Defendant re-alleges and incorporates herein, as though set forth at length, its responses to all paragraphs, inclusive, of the Complaint, as set forth above.

96.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 94 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

97.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 95 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

98.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 96 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

99.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 97 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

100.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 98 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

101.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 99 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

**ANSWER OF FIDELITY NATIONAL TITLE COMPANY TO PLAINTIFFS' COMPLAINT**

## TWELFTH CLAIM FOR RELIEF

### (Rescission)

102.    In response to paragraph 100 [sic] of Plaintiffs' Complaint, Defendant re-alleges and incorporates herein, as though set forth at length, its responses to all paragraphs, inclusive, of the Complaint, as set forth above.

103.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 101 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

104.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 102 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

105.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 103 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

## THIRTEENTH CLAIM FOR RELIEF

### (Cancellation)

106.    In response to paragraph 104 [sic] of Plaintiffs' Complaint, Defendant re-alleges and incorporates herein, as though set forth at length, its responses to all paragraphs, inclusive, of the Complaint, as set forth above.

107.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 105 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

108.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 106 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

///

ANSWER OF FIDELITY NATIONAL TITLE COMPANY TO PLAINTIFFS' COMPLAINT

109. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 107 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

110. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 108 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

111. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 109 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

## FOURTEENTH CLAIM FOR RELIEF

### (Slander of Title)

112. In response to paragraph 110 [sic] of Plaintiffs' Complaint, Defendant re-alleges and incorporates herein, as though set forth at length, its responses to all paragraphs, inclusive, of the Complaint, as set forth above.

113. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 111 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

114. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 112 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

115. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 113 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

116. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 114 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

**ANSWER OF FIDELITY NATIONAL TITLE COMPANY TO PLAINTIFFS' COMPLAINT**

117.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 115 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

118.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 116 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

## FIFTEENTH CLAIM FOR RELIEF

### (For Accounting)

119.    In response to paragraph 117 [sic] of Plaintiffs' Complaint, Defendant re-alleges and incorporates herein, as though set forth at length, its responses to all paragraphs, inclusive, of the Complaint, as set forth above.

120.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 118 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

121.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 119 [sic] of Plaintiffs' Complaint and, on that basis, denies each and every allegation contained in said paragraph.

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Defendant alleges that the Complaint, and the whole thereof, fails to state a claim upon which relief may be granted against this answering Defendant.

### SECOND AFFIRMATIVE DEFENSE

Defendant alleges that this court does not have jurisdiction over the subject matter of Plaintiffs' Complaint.

///

///

**ANSWER OF FIDELITY NATIONAL TITLE COMPANY TO PLAINTIFFS' COMPLAINT**

### THIRD AFFIRMATIVE DEFENSE

Defendant is informed and believes, and upon said information and belief alleges that Plaintiffs failed to exercise reasonable care for their own protection against the type of damages and incidents alleged to have occurred in their Complaint, if any, which damages and incidents are denied by this answering Defendant. If any such damage has occurred, it was proximately and legally caused in some proportion, up to and including the whole thereof, by the negligence of Plaintiffs, and therefore any award against this answering Defendant, if any, must be reduced according to law and according to the principles of comparative fault.

### FOURTH AFFIRMATIVE DEFENSE

Defendant is informed and believes, and upon said information and belief alleges that, if, in Complaint, Plaintiffs sustained any injury or damage of any nature whatsoever by anything done or omitted to be done by this answering Defendant (which supposition is not admitted, but is merely stated for the purpose of this defense) said injury and damage, if any, was proximately caused by the acts of persons other than this answering Defendant.

### FIFTH AFFIRMATIVE DEFENSE

Defendant is informed and believes, and upon said information and belief alleges that Plaintiffs failed to mitigate their damages, so as to bar and diminish any recovery by Plaintiffs.

### SIXTH AFFIRMATIVE DEFENSE

Defendant is informed and believes, and upon said information and belief alleges that, without admitting any of the allegations of Plaintiffs' Complaint, if this answering Defendant is found liable at the time of trial, then this answering Defendant alleges that its fault was not the sole legal or proximate cause of the incidents upon which liability is based or damages awarded, if any, and that, accordingly, damages awarded, if any, must be apportioned according to the respective faults of all parties, persons or entities or their agents, servants and employees, who have contributed to or caused the alleged incidents or damages at the time of trial.

///

- 18 -

**ANSWER OF FIDELITY NATIONAL TITLE COMPANY TO PLAINTIFFS' COMPLAINT**

## SEVENTH AFFIRMATIVE DEFENSE

Defendant is informed and believes, and upon said information and belief alleges that its liability, if any, is limited to its capacity as Trustee under the deed of trust and not due to any wrongful acts or omissions on its part.

## EIGHTH AFFIRMATIVE DEFENSE

Defendant alleges that the Complaint and the whole thereof, fails to contain Complaints sufficient upon which to base a recovery for punitive damages.

## NINTH AFFIRMATIVE DEFENSE

Defendant is informed and believes, and upon said information and belief alleges that Plaintiffs have failed to exhaust any and all administrative remedies available to them prior to the filing of this Complaint, and therefore, is estopped from asserting any claim for relief as alleged in their Complaint.

## TENTH AFFIRMATIVE DEFENSE

Defendant alleges that the Complaint and the claims therein are barred by all applicable statutes of limitation, including, but not limited to, 15 U.S.C. § 1635, 15 U.S.C. § 1640, CCP § 318, CCP § 343, CCP § 337 and CCP § 328.

## ELEVENTH AFFIRMATIVE DEFENSE

Defendant alleges that Plaintiffs unreasonably delayed in bringing this action against Defendant and that such delay substantially prejudiced this Defendant. Therefore, this action is barred by laches.

## TWELFTH AFFIRMATIVE DEFENSE

Defendant is informed and believes and thereon alleges that with respect to the matters alleged in the Complaint, Plaintiffs do not come into court with clean hands and is precluded from recovering on said COMPLAINT by the doctrine of unclean hands.

///

///

- 19 -

**ANSWER OF FIDELITY NATIONAL TITLE COMPANY TO PLAINTIFFS' COMPLAINT**

### THIRTEENTH AFFIRMATIVE DEFENSE

Defendant is informed and believes and thereon alleges that the above-referenced Complaint, and each claim therein, is barred by the doctrine of estoppel.

### FOURTEENTH AFFIRMATIVE DEFENSE

Defendant is informed and believes and based thereon alleges that Plaintiffs have engaged in conduct and activities sufficient to constitute a waiver of any alleged breach of duty, negligence, act, omission or any other conduct, if any, as set forth in Plaintiffs' Complaint.

### FIFTEENTH AFFIRMATIVE DEFENSE

Defendant is informed and believes and based thereon alleges that Plaintiffs claims are, by reason of their action and/or inaction, barred by the doctrine of assumption of risk.

### SIXTEENTH AFFIRMATIVE DEFENSE

Defendant is informed and believes and based thereon alleges that Defendant's alleged conduct at issue in this litigation was justified, which bars recovery herein.

### SEVENTEENTH AFFIRMATIVE DEFENSE

Defendant is informed and believes and based thereon alleges that at all times relevant herein, it acted in a commercially reasonable manner and was acting in accordance with reasonable mortgage lending standards and practices applicable to it.

### EIGHTEENTH AFFIRMATIVE DEFENSE

Defendant is informed and believes and based thereon alleges that Defendant's alleged conduct at issue in this litigation was excused, which bars recovery herein.

### NINETEENTH AFFIRMATIVE DEFENSE

Defendant is informed and believes and thereon alleges that any variations in accuracy of disclosures at issue herein are within the tolerance set forth in 15 U.S.C. § 1605(f).

///

///

///

**ANSWER OF FIDELITY NATIONAL TITLE COMPANY TO PLAINTIFFS' COMPLAINT**

## TWENTIETH AFFIRMATIVE DEFENSE

Defendant is informed and believes and based thereon alleges that its conduct complained for herein complies with the Truth in Lending Act due to its use of model form pursuant to 15 U.S.C. § 1604(b).

## TWENTY-FIRST AFFIRMATIVE DEFENSE

Defendant is informed and believes and based thereon alleges that it is not liable for any violation of law asserted herein as any such violation was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

Defendant is informed and believes and thereon alleges that if any fault is found as to Defendant, it is attributable to Plaintiffs providing faulty information that directly led to the violation.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

Defendant is informed and believes and thereon alleges that Plaintiffs do not have the ability to rescind the transaction.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

Defendant is informed and believes and thereon alleges that any alleged conduct or omission by Defendant was not the cause in Complaint, or proximate cause, of any injuries or damages alleged by Plaintiffs.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

Defendant is informed and believes and thereon alleges that Plaintiffs ratified the alleged acts of Defendant.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

Defendant is informed and believes and thereon alleges that Plaintiffs consented to the conduct that they attribute to Defendant.

**ANSWER OF FIDELITY NATIONAL TITLE COMPANY TO PLAINTIFFS' COMPLAINT**

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

Defendant is informed and believes and thereon alleges that Plaintiffs' state laws claims are barred by virtue of the doctrine of preemption.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

Defendant is informed and believes and thereon alleges that Plaintiffs' claims are barred by virtue of the parol evidence rule.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

Defendant is informed and believes and thereon alleges that Plaintiffs' claims are barred by virtue of application of the business judgment rule.

## THIRTIETH AFFIRMATIVE DEFENSE

Defendant is informed and believes and there on alleges that is actions complained of herein were performed in good faith.

## THIRTY-FIRST AFFIRMATIVE DEFENSE

Defendant is informed and believes and thereon alleges that no statement was made to Plaintiffs that was either false or made with reckless disregard of the truth.

## THIRTY-SECOND AFFIRMATIVE DEFENSE

Defendant is informed and believes and thereon alleges that Plaintiffs did not rely on any representation made by or on behalf of this answering Defendant.

## THIRTY-THIRD AFFIRMATIVE DEFENSE

Defendant is informed and believes and thereon alleges that Plaintiffs' right to rescind the loan agreement at issue has expired.

## THIRTY-FOURTH AFFIRMATIVE DEFENSE

Defendant presently has insufficient knowledge or information on which to form a belief as to whether it may have additional, as yet unstated, affirmative defenses available for its benefit. Defendant thereby reserves herein its right to assert additional affirmative defenses in the event discovery indicates that such affirmative defenses would be appropriate.

- 22 -

**ANSWER OF FIDELITY NATIONAL TITLE COMPANY TO PLAINTIFFS' COMPLAINT**

WHEREFORE, Defendant prays judgment as follows:

1.    That Plaintiffs take nothing from this Defendant by virtue of this action;

2.    That Plaintiffs' request for injunctive relief against this Defendant be denied;

3.    For all costs of suit herein;

4.    That all causes of action alleged in the COMPLAINT against this Defendant be dismissed with prejudice;

5.    For all attorneys' fees and costs expended in defense of this action; and

6.    For such other and further relief as this court deems just and proper.

Dated: June 22, 2010

FIDELITY NATIONAL LAW GROUP

John M. Rygh
Attorneys for Defendant
Fidelity National Title Company.

- 23 -

**ANSWER OF FIDELITY NATIONAL TITLE COMPANY TO PLAINTIFFS' COMPLAINT**

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within entitled action; my business address is 915 Wilshire Blvd., Suite 2100, Los Angeles, CA 90017.

On June 22, 2010, I served the foregoing document(s) described as **ANSWER OF FIDELITY NATIONAL TITLE COMPANY TO PLAINTIFFS COMPLAINT** on the interested parties in said action:

[X]    By placing   [ ] the original    [X] a true copy thereof enclosed in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

[ ]    (BY ELECTRONIC SERVICE) Pursuant to CM/ECF System, registration as CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends and email notification of the filing to the parties and counsel of record listed who registered with the Court's CM/ECF system.

[√ ]    (BY MAIL) I deposited such envelope in an internal collection basket. The envelope was mailed with postage thereon fully prepaid from Irvine, California. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if a postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    (BY FEDEX OVERNIGHT) I caused such envelope to be delivered to an authorized courier or driver authorized by FedEx to receive documents, in an envelope or package designated by FedEx with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence.

[ ]    (FACSIMILE) I faxed such document from Los Angeles, California to the facsimile number(s) shown on the attached service list. The sending facsimile machine number is (213) 438-4411. The transmission was reported as complete and without error and the transmission report was properly issued by the transmitting facsimile machine

[ ]    (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

[√]    (STATE) I declare under the penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

[  ]    (FEDERAL)  I declare that I am a member of the bar of this court at whose direction the service was made.


Executed on June 22, 2010, at Los Angeles, California.


_____
Ticci Alridge

## SERVICE LIST

*In Re: Namco Capital Group, Kamran Pasadena Group, Inc. v. Sharp et al.*
United States Bankruptcy Court - Central District - Los Angeles Division
Case No. 2:08-bk-32333-BR

| | |
|---|---|
| A. Barry Cappello<br>Matthew Clarke<br>Dugan Kelley<br>CAPPELLO & NOEL LLP<br>831 State Street<br>Santa Barbara, CA 93101<br>Telephone: 805-564-2444<br>Fax: 805-965-5950 | Attorneys for Kamran Pasadena<br>Group Inc. and Kamran Group, LLC |
| Marc S. Cohen<br>Ashleigh A. Danker<br>KAYE SCHOLER LLP<br>1999 Avenue of the Stars, Ste 1700<br>Los Angeles, CA 90067<br>Telephone: 310-788-1000<br>Fax: 310-788-1200 | |
| Joseph A. Eisenberg<br>David M. Poitras<br>Jeffer, Mangels, Butler & Marmaro LLP<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067 | Attorneys for Bradley D. Sharp<br>Chapter 11 Trustee for Namco<br>Capital Group, Inc. |
| Timothy Neufeld<br>Neufeld Law Group<br>360 E. Second Street, Suite 703<br>Los Angeles, CA 90012<br>(Special Litigation Counsel) | |

Proof of Service