07/08/2010  13:34    9495028111              ROX CONSULTING GROUP                    PAGE  02/02

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| A. Barry Cappello (SBN 037835)<br>Cappello & Noel LLP<br>831 State Street  Santa Barbara, CA  93101  (805) 564-2444<br>Marc S. Cohen (SBN 65486)<br>Kaye Scholer LLP<br>1999 Avenue of the Stars, Suite 1700  Los Angeles, CA  90067<br>Phone: (310) 788-1000<br><br>*Attorney for*  Kamran Pasadena Group, Inc. and Kamran Group, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: NAMCO CAPITAL GROUP INC, a California corporation | |
|---|---|
| Debtor. | |

| Kamran Pasadena Group, Inc. and Kamran Group, LLC | CHAPTER 11 |
|---|---|
| Plaintiff(s), | CASE NUMBER  2:08bk-32333-BR |
| vs.<br>NAMCO CAPITAL GROUP INC, a California corporation; et al.,<br>Defendant(s). | ☒  ADVERSARY NUMBER (if Applicable)<br>2:10-ap-012444-BR |

## SUBSTITUTION OF ATTORNEY

1. The name of the party making this Substitution of Attorney is *(specify name)*:
   Kamran Pasadena Group, Inc. and Kamran Group, LLC (together, the "Kamran Plaintiffs")

2. The name, address and telephone number of the New Attorney are *(specify)*:
   Dugan Kelley (SBN 207347), Matthew Clarke (SBN 184959)
   Christman Kelley & Clarke  5215 N. O'Connor Blvd., Suite 200, Irving, Texas 75039 Phone: (972) 253-4440; Fax: (866) 611-9852

3. New Attorney hereby appears in the following matters:    ☐ The case    ☒ The above Adversary Proceeding

4. The New Attorney is substituted as attorney of record in place and stead of the Present Attorney.  *(Specify name of Present Attorney)*: A. Barry Cappello of Cappello & Noel and Marc S. Cohen of Kaye Scholer    ,

Dated: 7/8/10

David Golkar for the Kamran Plaintiffs
*Type Name of Party*
_____
*Signature of Party*

I consent to the above substitution.

Dated: 7/9/10

A. Barry Cappello and Marc S. Cohen
*Type Name of Present Attorney*
_____
*Signature of Present Attorney*
/s/ Marc S. Cohen

I am duly admitted to practice in this district.  The above substitution is accepted.

Dated: 7-7-10

Matthew Clarke
*Type Name of New Attorney*
_____
*Signature of New Attorney*

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                        **F 2090-1.4**

| In re:NAMCO CAPITAL GROUP, INC., a California Corporation | | CHAPTER 11 |
|---|---|---|
| KAMRAN PASADENA GROUP, INC. ... vs. Bradley D. Sharp, Chapter 11 Trustee of Namco Capital Group, Inc. ... | Debtor(s). | CASE NUMBER 2:08bk-32333-BR |
| | | Adversary No. 2:10-ap-012444-BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 831 State Street, Santa Barbara, CA, 93101

The foregoing document described as **SUBSTITUTION OF ATTORNEY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _July 9, 2010_ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On _July 9, 2010_ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____July 9, 2010_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| _July 9, 2010_ | Tina Vanderhook | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_January 2009_ **F 9013-3.1**

| | | |
|---|---|---|
| In re:NAMCO CAPITAL GROUP, INC., a California Corporation<br><br>KAMRAN PASADENA GROUP, INC. ... vs. Bradley D. Sharp, Chapter 11<br>Trustee of Namco Capital Group, Inc. ... | Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 2:08bk-32333-BR<br><br>Adversary No. 2:10-ap-012444-BR |

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):

- David M. Poitras — dpoitras@jmbm.com
- Robyn B. Sokol — rsokol@ebg-law.com
- Joseph A. Eisenberg — jeisenberg@jmbm.com
- Marc S. Cohen — mcohen@kayescholer.com
- Ashleigh A. Danker — adanker@kayescholer.com
- Gregory M. Salvato — gsalvato@salvatolawoffices.com
- United States Trustee (LA) — ustpregion16.la.ecf@usdoj.gov
- Matthew M. Clarke — matt@christmankelley.com

## II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL:

The Honorable Barry Russell
U.S. Bankruptcy Court
255 E. Temple Street, Bin Outside of Suite 1660
Los Angeles, CA  90012

## III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL:

- Saul Reiss — saulreiss@verizon.net — (by email)
- Dugan P. Kelley — dugan@christmankelley.com — (by email)

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                               **F 9013-3.1**