A. Barry Cappello (SBN 037835)
abc@cappellonoel.com
Dugan P. Kelley (SBN 207347)
dkelley@cappellonoel.com
Richard R. Sutherland
rsutherland@cappellonoel.com
CAPPELLO & NOËL LLP
831 State Street
Santa Barbara, California 93101
Telephone:      (805) 564-2444
Facsimile:      (805) 965-5950

Marc S. Cohen (SBN 65486)
mcohen@kayescholer.com
Ashleigh A. Danker (SBN 138419)
adanker@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067-6048
Telephone:      (310) 788-1000
Facsimile:      (310) 788-1200

Attorneys for Plaintiffs
Kamran Pasadena Group, Inc. and Kamran Group, LLC

FILED & ENTERED

JUL 08 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier      DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In Re:  NAMCO CAPITAL GROUP INC, a California corporation<br><br>Debtor. | Case No.: 2:08-bk-32333-BR<br><br>Chapter 11<br><br>Adv. No.:  2:10-ap-01244 BR |
| KAMRAN PASADENA GROUP, INC., a California corporation; and KAMRAN GROUP, LLC, a California limited liability company<br><br>Plaintiffs,<br><br>v.<br><br>BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP INC, a California corporation; WOODMAN PARTNERS, LLC, a California limited liability company; FIDELITY NATIONAL TITLE COMPANY, a California corporation DANIEL JACOB ISSAC, an individual; FAY FRANAK SARAFIAN, an individual; DARIOUSH SOLEIMANI, an individual; MORTEZA | **ORDER APPROVING STIPULATION FOR EXTENSION OF TIME FOR COUNTER DEFENDANTS KAMRAN PASADENA, INC. AND KAMRAN GROUP, LLC TO FILE RESPONSIVE PLEADING TO COUNTERCLAIM AND CROSSCLAIM OF ASHLAND PROPERTIES, LLC, JAMSHID BAHRVAR, MAHMOUD FATORECHI AND SOUSSAN HASEMI, AS TRUSTEES OF THE FATORECHI-HASHEMI FAMILY TRUST, MORTEZA HOMAYOUNJAM, FARAMARZ MASSACHI, AS TRUSTEE OF THE FARMO TRUST, FARANAK FAYE SARAFIAN, SAWTELLE PROPERTIES, LLC AND DARIUSH SOLEIMANI** |

CAPPELLO
& NOËL LLP
TRIAL LAWYERS

09019.003 - 171644.1

HOMAYOUNJAM, an individual; MEHRNAZ HEKMATRAVAN, an individual; JAMSHID BAHARVAR; an individual; ASHLAND PROPERTIES, LLC, A California limited liability company; FARMCO TRUST, SAWTELLE PROPERTIES, LLC; a California limited liability company; MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEES FOR THE FATORECHI-HASHEMI TRUST; and
DOES 1 THROUGH 100

Defendants.

This court having considered the Stipulation to Extend Time for Counter-Defendants Kamran Pasadena, Inc. and Kamran Group, LLC to File Responsive Pleading to Counter-Claim and Cross-Claim of Ashland Properties, LLC, Jamshid Bahrvar, Mahmoud Fatorechi and Soussan Hasemi, as Trustees Of The Fatorechi-Hashemi Family Trust, Morteza Homayounjam, Faramarz Massachi, as Trustee of the Farmo Trust, Faranak Faye Sarafian, Sawtelle Properties, LLC And Dariush Soleiman (Docket No. 42, the "Stipulation") and good cause appearing, it is hereby

**ORDERED**, that the Stipulation is approved and confirmed as an Order of this Court; and it is further

**ORDERED** that Counter-Defendants Kamran Pasadena, Inc. and Kamran Group, LLC, for themselves and no other Counter-Defendants, shall have through and including July 16, 2010 in which to file a responsive pleading to the Counter-Claim and Cross-Claim of Ashland Properties, LLC, Jamshid Bahrvar, Mahmoud Fatorechi and Soussan Hasemi, as Trustees Of The Fatorechi-Hashemi Family Trust, Morteza Homayounjam, Faramarz Massachi, as Trustee of the Farmo Trust, Faranak Faye Sarafian, Sawtelle Properties, LLC And Dariush Soleiman.

DATED: July 8, 2010

_____
United States Bankruptcy Judge

09019.003 - 171644.1

1

In re: NAMCO CAPITAL GROUP, INC.

KAMRAN PASADENA GROUP, INC. et al. v.

BRADLEY D. SHARP, CHAPTER 11 TRUSTEE, et al.

Debtor(s).

CHAPTER 11
CASE NUMBER 2:08-bk-32333-BR
Adversary No. 2:10-ap-01244 BR

**Note:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.  Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

831 State Street
Santa Barbara, CA 93101

The foregoing document described as **ORDER APPROVING STIPULATION FOR EXTENSION OF TIME FOR COUNTER DEFENDANTS KAMRAN PASADENA, INC. AND KAMRAN GROUP, LLC TO FILE RESPONSIVE PLEADING TO COUNTERCLAIM AND CROSSCLAIM OF ASHLAND PROPERTIES, LLC, JAMSHID BAHRVAR, MAHMOUD FATORECHI AND SOUSSAN HASEMI, AS TRUSTEES OF THE FATORECHI-HASHEMI FAMILY TRUST, MORTEZA HOMAYOUNJAM, FARAMARZ MASSACHI, AS TRUSTEE OF THE FARMO TRUST, FARANAK FAYE SARAFIAN, SAWTELLE PROPERTIES, LLC AND DARIUSH SOLEIMANI** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

☐   **I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** –
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____**, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

☒   **II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **July 1,  2010,**  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

☒   **III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on **July 1, 2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

2

09019.003 - 171644.1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 1, 2010 | Tina Vanderhook | /s/ Tina Vanderhook |
| Date | Type Name | Signature |

3

09019.003 - 171644.1

**SERVICE LIST**
**In re Namco Capital Group, Inc.**
**Kamran Pasadena Group, Inc. et al. v. Bradley D. Sharp, Chapter 11 Trustee et al**
**USBC, CDCA Adv. Proc. 2:10-ap-01244-BR**

## I. SERVED ELECTRONICALLY VIA NEF:

**None.**

## II. SERVED VIA OVERNIGHT MAIL:

**Honorable Barry Russell**
U.S. Bankruptcy Court
255 E. Temple Street, Bin outside of Suite 1660
Los Angeles, CA 90012

## III. SERVED VIA EMAIL:

- *Saul Reiss  saulreiss@verizon.net*
- *Matthew Clarke    mclarke@cappellonoel.com*
- *Marc S Cohen    mcohen@kayescholer.com*
- *Ashleigh A Danker adanker@kayescholer.com*
- *Joseph A Eisenberg    jae@jmbm.com*
- *David M Poitras    dpoitras@jmbm.com*
- *Gregory M Salvato    gsalvato@pmcos.com, calendar@salvatolawoffices.com*
- *Gregory M Salvato gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com*
- *United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov*

4

09019.003 - 171644.1

| In re: NAMCO CAPITAL GROUP, INC.<br><br>KAMRAN PASADENA GROUP, INC. et al. v.<br>BRADLEY D. SHARP, CHAPTER 11 TRUSTEE, et al.<br><div align="right">Debtor(s).</div> | CHAPTER  11<br>CASE NUMBER 2:08-bk-32333-BR<br>Adversary No. 2:10-ap-01244 BR |
|---|---|

### NOTE TO USERS OF THIS FORM:

1)      Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

2)      The title of the judgment or order and all service information must be filled in by the party lodging the order.

3)      Category I. below: The United States trustee and case trustee (if any) will always be in this category.

4)      Category II. below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  DO NOT list an address if person/entity is listed in category I.

### NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled: **ORDER APPROVING STIPULATION FOR EXTENSION OF TIME FOR COUNTER DEFENDANTS KAMRAN PASADENA, INC. AND KAMRAN GROUP, LLC TO FILE RESPONSIVE PLEADING TO COUNTERCLAIM AND CROSSCLAIM OF ASHLAND PROPERTIES, LLC, JAMSHID BAHRVAR, MAHMOUD FATORECHI AND SOUSSAN HASEMI, AS TRUSTEES OF THE FATORECHI-HASHEMI FAMILY TRUST, MORTEZA HOMAYOUNJAM, FARAMARZ MASSACHI, AS TRUSTEE OF THE FARMO TRUST, FARANAK FAYE SARAFIAN, SAWTELLE PROPERTIES, LLC AND DARIUSH SOLEIMANI** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

☒      I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order.  As of **July 1, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

<div align="right">☒ Service information continued on attached page</div>

☐      II. SERVED BY THE COURT VIA U.S. MAIL:  A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

<div align="right">☐ Service information continued on attached page</div>

☒      III. TO BE SERVED BY THE LODGING PARTY:  Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

<div align="right">☒ Service information continued on attached page</div>

<div align="center">5</div>

09019 003 - 171644 1

**SERVICE LIST FOR ENTERED ORDER**

**I. SERVED ELECTRONICALLY VIA NEF:**

- *Matthew Clarke    mclarke@cappellonoel.com*
- *Marc S Cohen    mcohen@kayescholer.com*
- *Ashleigh A Danker adanker@kayescholer.com*
- *Joseph A Eisenberg    jae@jmbm.com*
- *David M Poitras    dpoitras@jmbm.com*
- *Gregory M Salvato    gsalvato@pmcos.com, calendar@salvatolawoffices.com*
- *Gregory M Salvato gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com*
- *United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov*

**III. TO BE SERVED BY THE LODGING PARTY:**

- *Saul Reiss saulreiss@verizon.net*

6

09019 003 - 171644 1

# CERTIFICATE OF NOTICE

District/off: 0973-2          User: admin          Page 1 of 2          Date Rcvd: Jul 08, 2010
Case: 10-01244               Form ID: pdf031        Total Noticed: 20

The following entities were noticed by first class mail on Jul 10, 2010.
```
aty          +A Barry Cappello,   Cappello & Noel LLP,   831 State Street,   Santa Barbara, CA 93101-3227
aty          +Ashleigh A Danker,   Kaye Scholer LLP,   1999 Avenue Of The Stars Ste 1700,
               Los Angeles, CA 90067-4622
aty          +David M Poitras,   Jeffer, Mangels, Butler & Marmaro LLP,   1900 Ave Of The Stars 7Th Flr,
               Los Angeles, CA 90067-4308
aty          +Dugan P Kelley,   Cappello & Noel LLP,   831 State St,   Santa Barbara, CA 93101-3227
aty          +Gregory M Salvato,   Salvato Law Offices,   333 S Grand Ave 25th Fl,   Los Angeles, CA 90071-1504
aty          +Gregory M Salvato,   Parker, Milliken, et al.,   555 S Flower 30th Flr,
               Los Angeles, CA 90071-2300
aty          +John M Rygh,   915 Wilshire Bl Ste 2100,   Los Angeles, CA 90017-3450
aty          +Joseph A Eisenberg,   Jeffer Mangels Butler & Marmaro LLP,   1900 Ave Of The Stars, 7th Flr,
               Los Angeles, CA 90067-4308
aty          +Marc S Cohen,   1999 Ave Of The Stars Ste 1700,   Los Angeles, CA 90067-4622
aty          +Matthew Clarke,   Cappello & Noel,   831 State Street,   Santa Barbara, CA 93101-3227
aty          +Robyn B Sokol,   Ezra Brutzkus Gubner LLP,   21650 Oxnard St Ste 500,
               Woodland Hills, CA 91367-4911
aty          +Saul Reiss,   Law Offices of Saul Reiss,   2800 28th St,   Ste 328,   Santa Monica, CA 90405-6201
aty          +Timothy Neufeld,   Neufeld Law Group,   360 E 2nd St Ste 703,   Los Angeles, CA 90012-4245
ust          +United States Trustee (LA),   725 S Figueroa St., 26th Floor,   Los Angeles, CA 90017-5524
dft          +Ashland Properties LLC,   Weissmann Wolff et al,   9665 Wilshire Blvd,   9th Floor,
               Beverly Hills, CA 90212-2316
pla          +Kamran Pasadena Group, Inc.,   Kaye Scholer LLP,   Attn: Marc S. Cohen,
               1999 Avenue of the Stars,   17th Floor,   Los Angeles, CA 90067-4622
dft          +Mahmoud Fatorechi,   Weissmann Wolff et al,   9665 Wilshire Blvd,   9th Floor,
               Beverly Hills, CA 90212-2316
dft          +Morteza Homayounjam,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Fl,
               Beverly Hills, CA 90212-2316
dft          +Sawtelle Properties LLC,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Fl,
               Beverly Hills, CA 90212-2316
dft          +Soussan Hashemi,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Floor,
               Beverly Hills, CA 90212-2316
```

The following entities were noticed by electronic transmission.
NONE.                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
crc          Bradley D. Sharp
dft          Bradley D. Sharp
crd          Bradley D. Sharp
crd          Daniel Jacob Isaac
dft          Daniel Jacob Isaac
crd          Darioush Soleimani
crc          Darioush Soleimani
cc           Darioush Soleimani
dft          Darioush Soleimani
dft          Faramarz Massachi
crc          Faramarz Massachi
cc           Faramarz Massachi
dft          Farank Faye Sarafian
crc          Farank Faye Sarafian
cc           Farank Faye Sarafian
dft          Farmco Trust
crd          Farmco Trust
dft          Fatorechi-Hashemi Trust
crd          Fatorechi-Hashemi Trust
dft          Fay Franak Sarafian
dft          Fidelity National Title Company
dft          Jamshid Baharvar
crd          Jamshid Baharvar
crc          Jamshid Baharvar
cc           Jamshid Baharvar
crd          Mehrnaz Hekmatravan
dft          Mehrnaz Hekmatravan
dft          Woodman Partners
crd*         +Ashland Properties LLC,   Weissmann Wolff et al,   9665 Wilshire Blvd,   9th Floor,
               Beverly Hills, CA 90212-2316
crc*         +Ashland Properties LLC,   Weissmann Wolff et al,   9665 Wilshire Blvd,   9th Floor,
               Beverly Hills, CA 90212-2316
cc*          +Ashland Properties LLC,   Weissmann Wolff et al,   9665 Wilshire Blvd,   9th Floor,
               Beverly Hills, CA 90212-2316
cd*          +Kamran Pasadena Group, Inc.,   Kaye Scholer LLP,   Attn: Marc S. Cohen,
               1999 Avenue of the Stars,   17th Floor,   Los Angeles, CA 90067-4622
cd*          +Kamran Pasadena Group, Inc.,   Kaye Scholer LLP,   Attn: Marc S. Cohen,
               1999 Avenue of the Stars,   17th Floor,   Los Angeles, CA 90067-4622
crd*         +Mahmoud Fatorechi,   Weissmann Wolff et al,   9665 Wilshire Blvd,   9th Floor,
               Beverly Hills, CA 90212-2316
crc*         +Mahmoud Fatorechi,   Weissmann Wolff et al,   9665 Wilshire Blvd,   9th Floor,
               Beverly Hills, CA 90212-2316
cc*          +Mahmoud Fatorechi,   Weissmann Wolff et al,   9665 Wilshire Blvd,   9th Floor,
               Beverly Hills, CA 90212-2316
crd*         +Morteza Homayounjam,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Fl,
               Beverly Hills, CA 90212-2316
```

```
District/off: 0973-2         User: admin              Page 2 of 2              Date Rcvd: Jul 08, 2010
Case: 10-01244              Form ID: pdf031          Total Noticed: 20

                  ***** BYPASSED RECIPIENTS (continued) *****
crc*           +Morteza Homayounjam,   Weissmann Wolff,    9665 Wilshire Blvd,    9th Fl,
                 Beverly Hills, CA 90212-2316
cc*            +Morteza Homayounjam,   Weissmann Wolff,    9665 Wilshire Blvd,    9th Fl,
                 Beverly Hills, CA 90212-2316
crd*           +Sawtelle Properties LLC,   Weissmann Wolff,    9665 Wilshire Blvd,    9th Fl,
                 Beverly Hills, CA 90212-2316
crc*           +Sawtelle Properties LLC,   Weissmann Wolff,    9665 Wilshire Blvd,    9th Fl,
                 Beverly Hills, CA 90212-2316
cc*            +Sawtelle Properties LLC,   Weissmann Wolff,    9665 Wilshire Blvd,    9th Fl,
                 Beverly Hills, CA 90212-2316
crd*           +Soussan Hashemi,   Weissmann Wolff,    9665 Wilshire Blvd,    9th Floor,
                 Beverly Hills, CA 90212-2316
crc*           +Soussan Hashemi,   Weissmann Wolff,    9665 Wilshire Blvd,    9th Floor,
                 Beverly Hills, CA 90212-2316
cc*            +Soussan Hashemi,   Weissmann Wolff,    9665 Wilshire Blvd,    9th Floor,
                 Beverly Hills, CA 90212-2316
                                                                          TOTALS: 28, * 17

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 10, 2010**                    **Signature:**   _Joseph Speetjens_