David M. Poitras - Bar No. 141309
Dan P. Sedor - Bar No. 139091
JEFFER, MANGELS, BUTLER & MARMARO LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California  90067-4308
Telephone:    310.203.8080
Facsimile:    310.203.0567
Email:        dpoitras@jmbm.com

Attorneys for Defendant, Bradley D. Sharp
Chapter 11 Trustee for Namco Capital Group Inc.

Steven T. Gubner - Bar No. 156593
Robyn B. Sokol - Bar No. 159506
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA  91367
Telephone:  818.827.9000
Facsimile:   818.827.9099
Email:        sgubner@ebg-law.com
              rsokol@ebg-law.com

Special Counsel for Bradley D. Sharp,
Chapter 11 Trustee for Namco Capital Group, Inc.

FILED & ENTERED

AUG 13 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY oflores    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:08-bk-32333 BR |
| NAMCO CAPITAL GROUP, INC., a California corporation, | Chapter 11 |
| Debtor | Adv. No. 2:10-ap-01244 BR |
| | **SCHEDULING ORDER AFTER STATUS CONFERENCE** |
| KAMRAN PASADENA GROUP, INC.,  a California corporation; and KAMRAN GROUP, LLC a California limited liability company, | Date:   July 13, 2010<br>Time:   2:00 p.m.<br>Place:  Courtroom 1668<br>        U.S. Bankruptcy Court<br>        255 East Temple Street<br>        Los Angeles, CA  90012 |
| Plaintiffs,<br>v. | |
| BRADLEY D. SHARP, CHAPTER 11 TRUSTEE, etc., et al. | Continued Status Conference:<br>Date:   October 5, 2010<br>Time:   10:00 a.m.<br>Place:  Courtroom 1668<br>        U.S. Bankruptcy Court<br>        255 East Temple Street<br>        Los Angeles, CA  90012 |
| Defendants. | |

1

277494

MEHRNAZ HEKMATRAVAN,

Claimant,

v.

BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP, INC. a California corporation, KAMRAN GROUP, LLC, a California Limited Liability Company, KAMRAN GROUP, INC., a California corporation, KAMRAN PASADENA, INC., a California corporation, DAVID J. GOLKAR an individual, HAMID TABATABAI aka HAMID TABA, an individual, VIOLET KASHANY, an individual, MORTEZA HOMAYOUNJAM, an individual, ASHLAND PROPERTIES, LLC, a California Limited Company, SAWTELLE PROPERTIES, LLC, JAMSHID BEHARVAR, an individual, FAYE FARANAK SARAFIAN, an individual, FARMO TRUST DATED JANUARY 1, 2007, a trust, DARIOUSH SOLEMANI, an individual, an individual, and DOES 101 through 125,

Defendants.

BRADLEY D. SHARP, Chapter 11 Trustee,

Cross-Plaintiff,

v.

MORTEZA HOMAYOUNJAM, an individual, ASHLAND PROPERTIES, LLC, a California limited liability company, SAWTELLE PROPERTIES, LLC, a California limited liability company, JAMSHID BAHRVAR, an individual, FAYE FARANAK SARAFIAN, an individual, FARMO TRUST DATED JANUARY 1, 2007, a trust, DARIOUSH SOLEMANI, an individual, DANIEL JACOB ISSAC, an individual, MEHRNAZ HEKMATRAVAN, an individual, MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEES FOR THE FATORECHI-HASHEMI TRUST, a trust

Cross-Defendants.

2

277494

ASHLAND PROPERTIES, LLC, a California limited liability company; JAMSHID BAHRVAR, an individual; MAHMOUD FATORECHI and SOUSSAN HASHEIMI, as Trustees of the FATORECHI-HASHEMI FAMILY TRUST Dated March 29, 2005; MORTEZA HOMAYOUNJAM, an individual; FARAMARZ MASSACHI, as Trustee of the FARMO TRUST Dated January 1, 2007; FARANAK FAYE SARAFIAN, an individual; SAWTELLE PROPERTIES, LLC, a California limited liability company; and, DARIUSH SOLEIMANI, an individual;

Counter-Claimants,
Cross-Claimants, and
Third Party Plaintiffs,

v.

KAMRAN PASADENA, INC., a California corporation; and KAMRAN GROUP, LLC, a California limited liability company; BRADLEY D. SHARP, Chapter 11 Trustee; and ROES 1 through 20, Inclusive,

Counter-Defendants,
And Cross-Defendants

This matter came on for a Status Conference hearing on July 13, 2010 at 2:00 p.m. before the Honorable Barry Russell in Courtroom 1668 of the United States Bankruptcy Court, Central District of California, Los Angeles Division, located at 255 East Temple Street, Los Angeles, California 90012. Robyn B. Sokol of Ezra Brutzkus Gubner LLP appeared as special counsel for Bradley D. Sharp, Chapter 11 Trustee. All other appearances are as reflected in the Court's record.

The Court, having reviewed the pleadings on file in this adversary case, and after hearing oral representations made by counsel at the hearing, orders as follows:

1.    A further Status Conference shall be held on October 5, 2010 at 10:00 a.m. in Courtroom 1668 of this Court.

2.    Discovery regarding only the claims of Plaintiffs Kamran Pasadena Group, Inc. and Kamran Group, LLC in this adversary case shall be completed no later than November 15,

3

277494

2010.  This discovery cut-off does not apply to the counter-claims and cross-claims raised by any other parties in this adversary case.

Dated:  August 13, 2010                    JEFFER MANGELS BUTLER
                                           & MARMARO, LLP


                                           By:  /s/ David M. Poitras_____
                                                David M. Poitras
                                                Counsel for Bradley D. Sharp,
                                                Chapter 11 Trustee for the Estate of Estate
                                                Financial Mortgage Fund


Dated:  August 13, 2010                    EZRA BRUTZKUS GUBNER LLP


                                           By:  /s/ Robyn B. Sokol_____
                                                Robyn B. Sokol
                                                Special Counsel for Bradley D. Sharp,
                                                Chapter 11 Trustee for Namco Capital
                                                Group, Inc

###

DATED: August 13, 2010

_____
United States Bankruptcy Judge

4

277494

| In re: NAMCO CAPITAL GROUP, INC., *etc.*, *et al.*, Debtor(s). | CHAPTER 11 |
| | CASE NUMBER 2:08-bk-32333-BR |
| | ADV. No. 2:10-ap-01244-BR |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, California 91367**

The foregoing document described **SCHEDULING ORDER AFTER STATUS CONFERENCE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 9, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Matthew M Clarke    mclarke@cappellonoel.com
- Marc S Cohen    mcohen@kayescholer.com
- Ashleigh A Danker    adanker@kayescholer.com
- Joseph A Eisenberg    jae@jmbm.com
- David M Poitras    dpoitras@jmbm.com
- Gregory M Salvato    gsalvato@pmcos.com, calendar@salvatolawoffices.com
- Gregory M Salvato    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- Robyn B Sokol    ecf@ebg-law.com, rsokol@ebg-law.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On August 9, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.    *Via U.S. Mail*

| Honorable Barry Russell | Dugan Kelley, Esq. |
| United States Bankruptcy Court | Matthew Clarke, Esq. |
| 255 E. Temple Street, Suite 1660 | Christman Kelley & Clarke |
| Los Angeles, CA  90012 | 5215 N. O'Connor Blvd., Suite 200 |
| | Irvine, TX  75039 |

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 9, 2010 | KRISTINA DOW | /s/ Kristina Dow |
| *Date* | *Type Name* | *Signature* |

5

277494

**SERVICE LIST VIA U.S. MAIL**

Ashland Properties LLC
Weissmann Wolff et al
9665 Wilshire Blvd - 9th Floor
Beverly Hills, CA 90212

Mahmoud Fatorechi
Weissmann Wolff et al
9665 Wilshire Blvd - 9th Floor
Beverly Hills, CA 90212

Soussan Hashemi
Weissmann Wolff
9665 Wilshire Blvd - 9th Floor
Beverly Hills, CA 90212

Morteza Homayounjam
Weissmann Wolff
9665 Wilshire Blvd - 9th Fl
Beverly Hills, CA 90212

Timothy Neufeld
Neufeld Law Group
360 E 2nd St Ste 703
Los Angeles, CA 90012

Saul Reiss
Law Offices of Saul Reiss
2800 28th St., Ste 328
Santa Monica, CA 90405

John M Rygh
915 Wilshire Bl Ste 2100
Los Angeles, CA 90017

Sawtelle Properties LLC
Weissmann Wolff
9665 Wilshire Blvd - 9th Fl
Beverly Hills, CA 90212

6

277494

| In re: NAMCO CAPITAL GROUP, INC., *etc.*, *et al.*, Debtor(s). | CHAPTER 11 |
| | CASE NUMBER 2:08-bk-32333-BR |
| | ADV. No. 2:10-ap-01244-BR |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **SCHEDULING ORDER AFTER STATUS CONFERENCE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of <u>August 9, 2010</u>, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Matthew M Clarke    mclarke@cappellonoel.com
- Marc S Cohen    mcohen@kayescholer.com
- Ashleigh A Danker    adanker@kayescholer.com
- Joseph A Eisenberg    jae@jmbm.com
- David M Poitras    dpoitras@jmbm.com
- Gregory M Salvato    gsalvato@pmcos.com, calendar@salvatolawoffices.com
- Gregory M Salvato    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- Robyn B Sokol    ecf@ebg-law.com, rsokol@ebg-law.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

277494

**SERVICE LIST VIA U.S. MAIL**

Ashland Properties LLC
Weissmann Wolff et al
9665 Wilshire Blvd - 9th Floor
Beverly Hills, CA 90212

Mahmoud Fatorechi
Weissmann Wolff et al
9665 Wilshire Blvd - 9th Floor
Beverly Hills, CA 90212

Soussan Hashemi
Weissmann Wolff
9665 Wilshire Blvd - 9th Floor
Beverly Hills, CA 90212

Morteza Homayounjam
Weissmann Wolff
9665 Wilshire Blvd - 9th Fl
Beverly Hills, CA 90212

Timothy Neufeld
Neufeld Law Group
360 E 2nd St Ste 703
Los Angeles, CA 90012

Saul Reiss
Law Offices of Saul Reiss
2800 28th St., Ste 328
Santa Monica, CA 90405

John M Rygh
915 Wilshire Bl Ste 2100
Los Angeles, CA 90017

Sawtelle Properties LLC
Weissmann Wolff
9665 Wilshire Blvd - 9th Fl
Beverly Hills, CA 90212

Dugan Kelley, Esq.
Matthew Clarke, Esq.
Christman Kelley & Clarke
5215 N. O'Connor Blvd., Suite 200
Irvine, TX  75039

8

277494