**FIDELITY NATIONAL LAW GROUP**
A Division of Fidelity National Title Group, Inc.
**JOHN M. RYGH** (SBN 125040)
John.Rygh@fnf.com
**TERESA Y. HILLERY** (SBN 232377)
Teresa.Hillery@fnf.com
915 Wilshire Blvd., Suite 2100
Los Angeles, CA 90017
Telephone: (213) 438-4409
Facsimile: (213) 438-4417

Attorneys for Defendant and Cross-Plaintiff,
FIDELITY NATIONAL TITLE COMPANY

**FILED**

SEP 16 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>NAMCO CAPITAL GROUP, INC., a California corporation,<br><br>Debtor | Case No.: 2:08-bk-32333 BR<br><br>Chapter 11<br><br>Adv. No. 2:10-ap-01244 BR<br><br>**FIDELITY NATIONAL TITLE COMPANY'S CROSS CLAIM AGAINST DEFENDANTS BRADLEY D. SHARP, CHAPTER 11 TRUSTEE FOR NAMCO CAPITAL GROUP, INC.; DANIEL JACOB ISSAC, an individual; FAY FRANK SARAFIAN, an individual; DARIOUSH SOLEIMANI, an individual; MORTEZA HOMAYOUNJAM, an individual; MEHRNAZ HEKMATRAVAN, an individual; JAMSHID BAHARVAR; an individual; ASHLAND PROPERTIES, LLC, A California limited liability company; FARMCO TRUST, SAWTELLE PROPERTIES, LLC; a California limited liability company; MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEES FOR THE FATORECHI-HASHEMI TRUST, FOR INDEMNIFICATION AND APPORTIONMENT OF FAULT** |

DOCUMENT PREPARED
ON RECYCLED PAPER

1

FIDELITY NATIONAL TITLE COMPANY'S CROSS CLAIM

KAMRAN PASADENA GROUP, INC., a California corporation; and KAMRAN GROUP, LLC a California limited liability company,

Plaintiffs,

v.

BRADLEY D. SHARP, CHAPTER 11 TRUSTEE, etc., et al.

Defendants,

MEHRNAZ HEKMATRAVAN,

Claimant,

v.

BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP, INC. a California corporation, KAMRAN GROUP, LLC, a California Limited Liability Company, KAMRAN GROUP, INC., a California corporation, KAMRAN PASADENA, INC., a California corporation, DAVID J. GOLKAR an individual, HAMID TABATABAI aka HAMID TABA, an individual, VIOLET KASHANY, an individual, MORTEZA HOMAYOUNJAM, an individual, ASHLAND PROPERTIES, LLC, a California Limited Company, SAWTELLE PROPERTIES, LLC, JAMSHID BEHARVAR, an individual, FAYE FARANAK SARAFIAN, an individual, FARMO TRUST DATED JANUARY 1, 2007, a trust, DARIOUSH SOLEMANI, an individual, and DOES 101 through 125,

Defendants,

BRADLEY D. SHARP, Chapter 11 Trustee,

Cross-Plaintiff,

v.

MORTEZA HOMAYOUNJAM, an individual, ASHLAND PROPERTIES, LLC, a California limited liability company, SAWTELLE PROPERTIES, LLC, a California limited liability company, JAMSHID BAHRVAR, an individual, FAYE FARANAK SARAFIAN, an individual, FARMO TRUST DATED JANUARY 1,

DOCUMENT PREPARED ON RECYCLED PAPER

2

FIDELITY NATIONAL TITLE COMPANY'S CROSS CLAIM

2007, a trust, DARIOUSH SOLEMANI, an individual, DANIEL JACOB ISSAC, an individual, MEHRNAZ HEKMATRAVAN, an individual, MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEES FOR THE FATORECHI-HASHEMI TRUST, a trust,

Cross-Defendants,

ASHLAND PROPERTIES LLC, a California limited liability company; JAMSHID BEHRVAR, an individual; MAHMOUD FATORECHI and SOUSSAN HASHEMI, as Trustees of the FATORECHI-HASHEMI FAMILY TRUST Dated March 29, 2005; MORTEZA HOMAYOUNJAM, an individual; FARAMARZ MASSACHI, as Trustee of the FARMO TRUST Dated January 1, 2007; FARANAK FAYE SARAFIAN, an individual; SAWTELLE PROPERTIES, LLC, a California limited liability company; and DARIUSH SOLEIMANI, an individual;

Counter-Claimants,
Cross-Claimants, and
Third Party Plaintiffs,

v.

KAMRAN PASADENA, INC., a California corporation; and KAMRAN GROUP, LLC, a California limited liability company; BRADLEY D. SHARP, Chapter 11 Trustee; and ROES 1 through 20, Inclusive,

Counter-Defendants,
And Cross-Defendants.

FIDELITY NATIONAL TITLE COMPANY,

Defendant and Cross-Plaintiff,

v.

BRADLEY D. SHARP, Chapter 11 Trustee For Namco Capital Group, Inc., DANIEL JACOB ISSAC, an individual; FAY FRANK SARAFIAN, an individual; DARIOUSH SOLEIMANI, an individual; MORTEZA HOMAYOUNJAM, an individual; MEHRNAZ HEKMATRAVAN, an individual; JAMSHID BAHARVAR; an individual; ASHLAND PROPERTIES, LLC, A California limited liability company;

DOCUMENT PREPARED
ON RECYCLED PAPER

FIDELITY NATIONAL TITLE COMPANY'S CROSS CLAIM

FARMCO TRUST, SAWTELLE PROPERTIES, LLC; a California limited liability company; MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEES FOR THE FATORECHI-HASHEMI TRUST

Defendant and Cross-Defendants.

COMES NOW FIDELITY NATIONAL TITLE COMPANY and alleges as follows with respect to its Cross-Claim against co-defendants, BRADLEY D. SHARP, CHAPTER 11 TRUSTEE FOR NAMCO CAPITAL GROUP, INC.; DANIEL JACOB ISSAC, an individual; FAY FRANK SARAFIAN, an individual; DARIOUSH SOLEIMANI, an individual; MORTEZA HOMAYOUNJAM, an individual; MEHRNAZ HEKMATRAVAN, an individual; JAMSHID BAHARVAR; an individual; ASHLAND PROPERTIES, LLC, A California limited liability company; FARMCO TRUST, SAWTELLE PROPERTIES, LLC; a California limited liability company; MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEES FOR THE FATORECHI-HASHEMI TRUST:

1. This cross claim against named co-defendants arises out of the transaction or occurrence that is the subject matter of the original, above-referenced action commenced by Plaintiffs, Kamran Pasadena Group, Inc. and Kamran Group, LLC. (collectively hereafter "Kamran").

2. Based on information and belief, Fidelity National Title Company (hereafter "FNTC") was authorized by named defendants to record Notices of Default (hereafter "Notices") on the following properties that are the subject of the adversary proceeding (hereafter collectively "Properties") commenced by Kamran:

25 West Walnut Avenue, Unit #501, Pasadena;

25 West Walnut Avenue, Unit #504, Pasadena;

25 West Walnut Avenue, Unit #505, Pasadena;

25 West Walnut Avenue, Unit #1, Pasadena; and

810-820 N. Marengo Avenue, Pasadena.

DOCUMENT PREPARED ON RECYCLED PAPER

FIDELITY NATIONAL TITLE COMPANY'S CROSS CLAIM

3.    At the direction of named defendants, FNTC recorded said Notices on or around November 18, 2009.

4.    Based on information and belief, there is no dispute between FNTC and named defendants regarding the recording of the Notices related to the Properties.

5.    FNTC has no monetary interest in the Properties.

6.    FNTC did not know of or had reason to know of any alleged fraudulent activity or wrongdoing related to the Notices.

7.    The named defendants are or may be liable to FNTC for all or part of a claim asserted in the adversary proceeding against FNTC.

## FIRST CROSS-CLAIM FOR INDEMNIFICATION

### (Against all named defendants)

8.    FNTC realleges and incorporates by reference paragraphs 1 through 7, inclusive, as though fully incorporated herein and made a part hereof.

9.    Cross-defendants were the agents, employees, co-venture, partners, or in some manner agents or principals, or both, for Namco Capital Group, Inc., and were acting within the course and scope of their agency or employment.

10.    The principal action alleges among other things, conduct entitling plaintiffs to compensatory damages against FNTC.  FNTC contends that it is not liable for events and occurrences described in plaintiffs' complaint.

11.    If FNTC is found in some manner responsible to plaintiffs or to anyone else as a result of the incidents and occurrences described in plaintiffs' complaint, FNTC's liability would be based solely upon a derivative form of liability not resulting from FNTC's conduct, but only from an obligation imposed upon it by law; therefore, it would be entitled to complete indemnity from cross-defendants.

/ / /

/ / /

/ / /

DOCUMENT PREPARED
ON RECYCLED PAPER

5

FIDELITY NATIONAL TITLE COMPANY'S CROSS CLAIM

## SECOND CROSS-CLAIM FOR APPORTIONMENT OF FAULT

### (Against all named defendants)

12.    FNTC realleges and incorporates by reference paragraphs 1 through 11, inclusive, as though fully incorporated herein and made a part hereof.

13.    Cross-defendants were responsible, in whole or in part, for the injuries, if any, suffered by plaintiffs.

14.    If FNTC is judged liable to plaintiffs, cross-defendants should be required (1) to pay a share of plaintiffs' judgment which is in proportion to the comparative negligence of each cross-defendant in causing plaintiffs' damages; and (2) to reimburse FNTC for any payments it makes to plaintiffs in excess of its proportional share of each and every cross-defendant's negligence.

**WHEREFORE**, Fidelity National Title Company prays judgment as follows:

1.    For total and complete indemnity for any judgments rendered against Fidelity National Title Company;

2.    For judgment in a proportionate share from each and every cross-defendant;

3.    For a judicial determination that cross-defendant was the legal cause of any injuries and damages sustained by plaintiffs and that cross-defendant indemnify Fidelity National Title Company, either completely or partially, for any sums of money which may be recovered against it by plaintiffs;

///

///

///

///

///

///

///

///

DOCUMENT PREPARED
ON RECYCLED PAPER

6

FIDELITY NATIONAL TITLE COMPANY'S CROSS CLAIM

4.    For a declaration of the amount that each and every cross defendant is obligated to indemnify Fidelity National Title Company if Fidelity National Title Company is compelled to pay any sum as the result of any damages, judgment, or other awards recovered by plaintiffs against Fidelity National Title Company;

5.    For costs of suit herein incurred; and

6.    For such other and further relief as the court may deem proper.

DATED: September 16, 2010                    By: _____
                                                 John M. Rygh
                                                 Teresa Y. Hillery
                                                 Attorneys for FIDELITY NATIONAL
                                                 TITLE COMPANY

DOCUMENT PREPARED
ON RECYCLED PAPER

FIDELITY NATIONAL TITLE COMPANY'S CROSS CLAIM