**FIDELITY NATIONAL LAW GROUP**
A Division of Fidelity National Title Group, Inc.
**JOHN M. RYGH** (SBN 125040)
John.Rygh@fnf.com
**TERESA Y. HILLERY** (SBN 232377)
Teresa.Hillery@fnf.com
915 Wilshire Blvd., Suite 2100
Los Angeles, CA 90017
Telephone: (213) 438-4409
Facsimile: (213) 438-4417

Attorneys for Defendant and Cross-Plaintiff,
FIDELITY NATIONAL TITLE COMPANY

FILED

SEP 16 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>NAMCO CAPITAL GROUP, INC., a California corporation,<br><br>Debtor | Case No.: 2:08-bk-32333 BR<br><br>Chapter 11<br><br>Adv. No. 2:10-ap-01244 BR |
| KAMRAN PASADENA GROUP, INC., a California corporation; and KAMRAN GROUP, LLC a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>BRADLEY D. SHARP, CHAPTER 11 TRUSTEE, etc., et al.<br><br>Defendants, | **CERTIFICATE OF SERVICE** |

1

DOCUMENT PREPARED
ON RECYCLED PAPER

MEHRNAZ HEKMATRAVAN,

Claimant,

v.

BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP, INC. a California corporation, KAMRAN GROUP, LLC, a California Limited Liability Company, KAMRAN GROUP, INC., a California corporation, KAMRAN PASADENA, INC., a California corporation, DAVID J. GOLKAR an individual, HAMID TABATABAI aka HAMID TABA, an individual, VIOLET KASHANY, an individual, MORTEZA HOMAYOUNJAM, an individual, ASHLAND PROPERTIES, LLC, a California Limited Company, SAWTELLE PROPERTIES, LLC, JAMSHID BEHARVAR, an individual, FAYE FARANAK SARAFIAN, an individual, FARMO TRUST DATED JANUARY 1, 2007, a trust, DARIOUSH SOLEMANI, an individual, and DOES 101 through 125,

Defendants,

BRADLEY D. SHARP, Chapter 11 Trustee,

Cross-Plaintiff,

v.

MORTEZA HOMAYOUNJAM, an individual, ASHLAND PROPERTIES, LLC, a California limited liability company, SAWTELLE PROPERTIES, LLC, a California limited liability company, JAMSHID BAHRVAR, an individual, FAYE FARANAK SARAFIAN, an individual, FARMO TRUST DATED JANUARY 1, 2007, a trust, DARIOUSH SOLEMANI, an individual, DANIEL JACOB ISSAC, an individual, MEHRNAZ HEKMATRAVAN, an individual, MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEES FOR THE FATORECHI-HASHEMI TRUST, a trust,

Cross-Defendants,

DOCUMENT PREPARED
ON RECYCLED PAPER

2

**CERTIFICATE OF SERVICE**

ASHLAND PROPERTIES LLC, a California limited liability company; JAMSHID BEHRVAR, an individual; MAHMOUD FATORECHI and SOUSSAN HASHEMI, as Trustees of the FATORECHI-HASHEMI FAMILY TRUST Dated March 29, 2005; MORTEZA HOMAYOUNJAM, an individual; FARAMARZ MASSACHI, as Trustee of the FARMO TRUST Dated January 1, 2007; FARANAK FAYE SARAFIAN, an individual; SAWTELLE PROPERTIES, LLC, a California limited liability company; and DARIUSH SOLEIMANI, an individual;

Counter-Claimants,
Cross-Claimants, and
Third Party Plaintiffs,

v.

KAMRAN PASADENA, INC., a California corporation; and KAMRAN GROUP, LLC, a California limited liability company; BRADLEY D. SHARP, Chapter 11 Trustee; and ROES 1 through 20, Inclusive,

Counter-Defendants,
And Cross-Defendants.

FIDELITY NATIONAL TITLE COMPANY,

Defendant and Cross-Plaintiff,

v.

BRADLEY D. SHARP, Chapter 11 Trustee For Namco Capital Group, Inc., DANIEL JACOB ISSAC, an individual; FAY FRANK SARAFIAN, an individual; DARIOUSH SOLEIMANI, an individual; MORTEZA HOMAYOUNJAM, an individual; MEHRNAZ HEKMATRAVAN, an individual; JAMSHID BAHARVAR; an individual; ASHLAND PROPERTIES, LLC, A California limited liability company; FARMCO TRUST, SAWTELLE PROPERTIES, LLC; a California limited liability company; MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEES FOR THE FATORECHI-HASHEMI TRUST

Defendant and Cross-Defendants.

DOCUMENT PREPARED
ON RECYCLED PAPER

3

**CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE

I, Teresa Y. Hillery, certify that service of this SUMMONS AND NOTICE OF STATUS CONFERENCE, along with the FIDELITY NATIONAL TITLE COMPANY'S CROSS CLAIM AGAINST DEFENDANTS BRADLEY D. SHARP, CHAPTER 11 TRUSTEE FOR NAMCO CAPITAL GROUP, INC.; DANIEL JACOB ISSAC, an individual; FAY FRANK SARAFIAN, an individual; DARIOUSH SOLEIMANI, an individual; MORTEZA HOMAYOUNJAM, an individual; MEHRNAZ HEKMATRAVAN, an individual; JAMSHID BAHARVAR; an individual; ASHLAND PROPERTIES, LLC, A California limited liability company; FARMCO TRUST, SAWTELLE PROPERTIES, LLC; a California limited liability company; MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEES FOR THE FATORECHI-HASHEMI TRUST, FOR INDEMNIFICATION AND APPORTIONMENT OF FAULT was made on September 16, 2010 by:

☒    Mail service:  Regular, first class United States mail, postage fully pre-paid, addressed to:

### SEE ATTACHED SERVICE LIST

☐    Personal Service:  By leaving the process with the defendant or with an officer or agent of defendant as:

☐    Residence Service:  By leaving the process with the following adult at:

☐    Certified Mail Service on an Insured Depository Institution by sending the process by certified mail addressed to the following officer of the defendant at:

☐    Publication:  The defendant was served as follows

☐    State Law:  The defendant was served pursuant to the laws of the State of California.

Under penalty of perjury, I declare that the foregoing is true and correct.

_____
Teresa Y. Hillery, Esq.

DOCUMENT PREPARED
ON RECYCLED PAPER

**CERTIFICATE OF SERVICE**

## SERVICE LIST

| | |
|---|---|
| David M. Poitras, Esq.<br>Dan P. Sedor, Esq.<br>Jeffer, Mangels, Butler & Marmaro, LLP<br>1900 Avenue of the Stars, Seventh Floor<br>Los Angeles, CA 90067-4308<br><br>Tel: 310-203-8080<br>Fax: 310-203-0567<br>dpoitras@jmbm.com | Special Counsel for Bradley D. Sharp, Chapter 11 Trustee for Namco Capital Group, Inc. |
| Steven T. Gubner, Esq.<br>Robyn B. Sokol, Esq.<br>Ezra, Brutzkus, Gubner, LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br><br>Tel: 818-827-9000<br>Fax: 818-827-9099<br>sgubner@ebg-law.com<br>rsokol@ebg-law.com | Special Counsel for Bradley D. Sharp, Chapter 11 Trustee for Namco Capital Group, Inc. |
| Gregory M. Salvato, Esq.<br>Joseph Boufadel, Esq.<br>Salvato Law Offices<br>333 S. Flower Street, 25th Floor<br>Los Angeles, CA 90071-1529<br><br>Tel: 213-484-8400<br>Fax: 213-402-3778<br>Gsalvato@Salvatolawoffices.com | Attorneys for Cross-Cross-Defendants ASHLAND PROPERTIES, LLC, JAMSHIID BAHRAVAR, MAHMOUD FATORECHI and SOUSSAN HASHEMI, as Trustees of the FATORECHI-HASHEMI FAMILY TRUST, MORTEZA HOMAYOUNJAM, FARAMARZ MASSACHI, as Trustee of the FARMCO TRUST, FARANAK FAYE SARAFIAN, and SAWTELLE PROPERTIES, LLC |
| Saul Reiss, Esq.<br>LAW OFFICES OF SAUL REISS, P.C.<br>2800 28th Street, Suite 328<br>Santa Monica, CA 90405 | Attorney for Defendant Mehrnaz Hekmatravan |
| A. Barry Cappello<br>Dugan P. Kelley<br>Capello & Noel, LLP<br>831 State Street<br>Santa Barbara, CA 93101 | Attorneys for Plaintiffs |
| | |

DOCUMENT PREPARED
ON RECYCLED PAPER

5

CERTIFICATE OF SERVICE

| Timothy Newfeld<br>Newfeld Law Group<br>360 e. 2nd Street, Suite 703<br>Los Angeles, CA 90012 | Attorney for Defendant Bradley Sharp |
|---|---|
| Daniel Jacob Isaac | Pro Se |

DOCUMENT PREPARED
ON RECYCLED PAPER

6

**CERTIFICATE OF SERVICE**