DAVID M. POITRAS P.C. (SBN 141309)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080/Facsimile: (310) 203-0567
Email: dpoitras@jmbm.com

Attorneys for Bradley D. Sharp,
Chapter 11 Trustee for Namco Capital Group, Inc.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA/ LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>NAMCO CAPITAL GROUP INC, a California corporation,<br><br>Debtor. | Case No.: 2:08-bk-32333-BR<br><br>Chapter 11<br><br>Adv. No.: 2:10-ap-01244 BR |
| KAMRAN PASADENA GROUP, INC., a California corporation; and KAMRAN GROUP, LLC, a California limited liability company,<br>Plaintiffs,<br>v.<br><br>NAMCO CAPITAL GROUP INC, a California corporation; EZRI NAMVAR, an individual; WOODMAN PARTNERS, LLC, a California limited liability company; FIDELITY NATIONAL TITLE COMPANY, a California corporation;DANIEL JACOB ISSAC, an individual; FAY FRANAK SARAFIAN, an individual; DARIOUSH SOLEIMANI, an individual; MORTEZA HOMAYOUNJAM, an individual; MEHRNAZ HEKMATRAVAN, an individual; JAMSHID BAHARVAR; an individual;ASHLAND PROPERTIES, LLC, A California limited liability company; FARMCO TRUST, SAWTELLE PROPERTIES, LLC; a California limited liability company; MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEES FOR THE FATORECHI-HASHEMI TRUST; and DOES 1 THROUGH 100,<br><br>Defendants. | **JOINT STATUS REPORT**<br><br><br><br>STATUS CONFERENCE:<br><br>DATE: 10/05/10<br>TIME: 10:00 A.M.<br>PLACE: COURTROOM 1668<br>16TH FLOOR<br>ROYBAL FEDERAL BLDG.<br>255 E. TEMPLE STREET<br>LOS ANGELES, CA 90012 |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE:**

The Parties submit the following Joint Status Report in accordance with Local Bankruptcy Rule 7016-1:

**A.    PLEADINGS/SERVICE**

1.    Have all parties been served?

**Yes.**

2.    Have all parties filed and served Answers to the Complaint and/or Counter-Claim?

**Yes.**

3.    Is this case at issue as to all parties and as to all causes of action?

**No.**

4.    If your answers to any of the three preceding questions is anything other than an unqualified "Yes", then please explain:

**The Trustee's counsel has served Daniel Jacob Issac with the Cross Complaint. This address was provided to Plaintiff's counsel.**

**B.    STATE OF DISCOVERY:**

After the rulings made by the Court at the last status conference on July 14, 2010, the parties have served special interrogatories, production demands, and requests for admissions. The Trustee's responses are due on or before October 5, 2010. Plaintiffs' responses are due on or before October 15, 2010. The parties anticipate taking party depositions and percipient witness depositions by the first week of November 2010 in advance of the Court's discovery cut-off of November 15, 2010.

**C.    CONTEMPLATED MOTIONS:**

None at this time.

PRINTED ON
RECYCLED PAPER

7294208v1

- 2 -

**D.    PROSPECTS FOR SETTLEMENT:**

The parties continue to discuss potential options to resolve this matter, including in person meetings and phone conferences between the principals and representatives regarding the scope of the issues identified in the adversary complaints, the respective positions by each party, upcoming hearings/costs to litigate, and potential options to resolve this matter.  It is anticipated that the written discovery and depositions will assist the parties to narrow differences of opinion on the merits of this matter in aiding potential resolution options.

**E.    PROPOSED PRE-TRIAL CONFERENCE DATE:**

The parties propose Monday, January 10, 2011, for the pre-trial conference or another convenient date for the Court's calendar.

**F.    ANY OTHER ISSUES IMPACTING MATTER:**

None at this time.

**G.    ALTERNATIVE DISPUTE RESOLUTION:**

The parties are interested in formal dispute resolution once the parties have conducted the outstanding discovery and depositions.

Dated:  September 21, 2010            JEFFER MANGELS BUTLER & MITCHELL LLP


By: /s/ David M. Poitras
    DAVID M. POITRAS P.C.
    Attorneys for Bradley D. Sharp, Chapter 11
    Trustee for Namco Capital Group, Inc.

Dated:  September 21, 2010            CHRISTMAN, KELLEY AND CLARKE


By: /s/ Dugan P. Kelley
    DUGAN P. KELLEY
    Attorneys for Kamran Pasadena Group, Inc.

PRINTED ON
RECYCLED PAPER
7294208v1

- 3 -

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **JOINT STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 21, 2010,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Matthew M Clarke    mclarke@cappellonoel.com
- Marc S Cohen    mcohen@kayescholer.com
- Ashleigh A Danker    adanker@kayescholer.com
- Joseph A Eisenberg    jae@jmbm.com
- David M Poitras    dpoitras@jmbm.com
- Gregory M Salvato    gsalvato@pmcos.com, calendar@salvatolawoffices.com

- Gregory M Salvato    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- Robyn B Sokol ecf@ebg-law.com, rsokol@ebg-law.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **September 21, 2010,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 21, 2010,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 21, 2010 | Billie Terry | |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE LIST:**

**III. SERVED BY EMAIL**

**Attorneys for Kamran Pasadena Group, Inc.**

A Barry Cappello
Cappello & Noel LLP
831 State Street
Santa Barbara, CA 93101
Email: abc@cappellonoel.com

Timothy Neufeld
Neufeld Law Group
360 E 2nd St Ste 703
Los Angeles, CA 90012
Email: tneufeld@neufeldlawgroup.com

Dugan P. Kelley
Christman, Kelley and Clarke
5215 N. O'Connor Blvd., Suite 200
Irvine, TX 75039
Email: dugan@christmankelley.com

**II. SERVED BY OVERNIGHT MAIL**

Honorable Barry Russell
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

**II. SERVED BY U.S. MAIL**

**Fidelity National Title Company**
John M Rygh
915 Wilshire Blvd. Ste 2100
Los Angeles, CA 90017

**Mehrnaz Hekmatravan**
Saul Reiss
Law Offices of Saul Reiss
2800 28th St., Ste 328
Santa Monica, CA 90405

**Ashland Properties LLC; Mahmoud Fatorechi;
Soussan Hashemi; Morteza Homayounjam;
Sawtelle Properties LLC**
Weissmann Wolff et al
9665 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

**F 9013-3.1.PROOF.SERVICE**