David M. Poitras - Bar No. 141309
Thomas Geher – Bar No. 130588
JEFFER, MANGELS, BUTLER & MARMARO LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California  90067-4308
Telephone:    310.203.8080
Facsimile:    310.203.0567
Email:        dpoitras@jmbm.com
              tgeher@jmbm.com

Attorneys for Bradley D. Sharp, Chapter 11 Trustee for
Namco Capital Group, Inc.

Steven T. Gubner - Bar No. 156593
Robyn Sokol - Bar No. 159506
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA  91367
Telephone:  818.827.9000
Facsimile:  818.827.9099
Email:        sgubner@ebg-law.com
              rsokol@ebg-law.com

Special Counsel for Bradley D. Sharp,
Chapter 11 Trustee for Namco Capital Group, Inc.

**FILED & ENTERED**

**NOV 16 2010**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:08-bk-32333-BR |
| NAMCO CAPITAL GROUP, INC., a California corporation, | Chapter 11 |
| Debtor. | Adv. No. 2:10-ap-01244 BR |
| KAMRAN PASADENA GROUP, INC., *etc.*, *et al.*, | **SCHEDULING ORDER RE PRE-TRIAL CONFERENCE** |
| Plaintiffs, | Status Conference: |
| v. | Date:   October 5, 2010 |
|  | Time:   10:00 a.m. |
| BRADLEY D. SHARP, CHAPTER 11 TRUSTEE, *etc.*, *et al.*, | Pre-Trial Conference |
|  | Date:   January 11, 2011 |
| Defendants. | Time:  2:00 p.m. |
|  | Place:  Courtroom 1668 |
|  | United States Bankruptcy Court |
|  | 255 E. Temple Street |
|  | Los Angeles, CA 90012 |

-1-

MEHRNAZ HEKMATRAVAN,

             Claimant,

v.

BRADLEY D. SHARP, CHAPTER 11 TRUSTEE, *etc.*, *et al.*,

             Defendants.

---

BRADLEY D. SHARP, Chapter 11 Trustee,

             Cross-Plaintiff,

v.

MORTEZA HOMAYOUNJAM, *et al.*,

             Cross-Defendants.

---

ASHLAND PROPERTIES, LLC, *etc.*, *et al.*,

             Counter-Claimants,
             Cross-Claimants, and
             Third Party Plaintiffs,

v.

KAMRAN PASADENA, INC., *et al.*,

             Counter-Defendants,
             And Cross-Defendants

A Status Conference was held before the Honorable Barry Russell, Judge of the United States Bankruptcy Court, on October 5, 2010 at 10:00 a.m. in Courtroom 1668 of the above-identified Court.  Thomas M. Geher of Jeffer, Mangels, Butler & Marmaro LLP appeared on behalf of Bradley D. Sharp, Chapter 11 Trustee of Namco Capital Group, Inc.  Other appearances are as reflected in the Court's record.

Based on the pleadings on file in this adversary proceeding and the representations made to the Court at the Status Conference,

IT IS HEREBY ORDERED that a pre-trial conference with respect to the above captioned Plaintiffs and Defendants will be held on January 11, 2011 at  2:00 p.m. in Courtroom 1668 of the United States Bankruptcy Court, located at 255 East Temple Street, Los Angeles, California; and

IT IS FURTHER ORDERED that a status conference with respect to all other claims and parties in the above captioned action will be held on January 11, 2011 at 2:00 p.m.. in Courtroom 1668 of the United States Bankruptcy Court, located at 255 East Temple Street, Los Angeles, California.

IT IS SO ORDERED.

# # #

*328460*

DATED: November 16, 2010

United States Bankruptcy Judge

-3-

| In re: NAMCO CAPITAL GROUP, INC., *etc.*, *et al.*, Debtor(s). | CHAPTER 11 |
| --- | --- |
| | CASE NUMBER 2:08-bk-32333-BR |
| | ADV. No. 2:10-ap-01244-BR |

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, California 91367**

The foregoing document described **SCHEDULING ORDER RE PRE-TRIAL CONFERENCE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 29, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Matthew M Clarke    mclarke@cappellonoel.com
- Marc S Cohen    mcohen@kayescholer.com
- Ashleigh A Danker    adanker@kayescholer.com
- Joseph A Eisenberg    jae@jmbm.com
- David M Poitras    dpoitras@jmbm.com
- Gregory M Salvato    gsalvato@pmcos.com, calendar@salvatolawoffices.com
- Gregory M Salvato    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- Robyn B Sokol    ecf@ebg-law.com, rsokol@ebg-law.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On <u>October 29, 2010</u>, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.    *Via U.S. Mail*

| Honorable Barry Russell | Dugan Kelley, Esq. |
| --- | --- |
| United States Bankruptcy Court | Matthew Clarke, Esq. |
| 255 E. Temple Street, Suite 1660 | Christman Kelley & Clarke |
| Los Angeles, CA  90012 | 5215 N. O'Connor Blvd., Suite 200 |
| | Irvine, TX  75039 |

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 29, 2010 | KRISTINA DOW | /s/ Kristina Dow |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |

-4-

# SERVICE LIST VIA U.S. MAIL

Ashland Properties LLC
Weissmann Wolff et al
9665 Wilshire Blvd - 9th Floor
Beverly Hills, CA 90212

Mahmoud Fatorechi
Weissmann Wolff et al
9665 Wilshire Blvd - 9th Floor
Beverly Hills, CA 90212

Soussan Hashemi
Weissmann Wolff
9665 Wilshire Blvd - 9th Floor
Beverly Hills, CA 90212

Morteza Homayounjam
Weissmann Wolff
9665 Wilshire Blvd - 9th Fl
Beverly Hills, CA 90212

Timothy Neufeld
Neufeld Law Group
360 E 2nd St Ste 703
Los Angeles, CA 90012

Saul Reiss
Law Offices of Saul Reiss
2800 28th St., Ste 328
Santa Monica, CA 90405

John M Rygh
915 Wilshire Bl Ste 2100
Los Angeles, CA 90017

Sawtelle Properties LLC
Weissmann Wolff
9665 Wilshire Blvd - 9th Fl
Beverly Hills, CA 90212

| In re: NAMCO CAPITAL GROUP, INC., *etc.*, *et al.*, | | |
| --- | --- | --- |
| | Debtor(s). | CHAPTER  11 |
| | | CASE NUMBER 2:08-bk-32333-BR |
| | | ADV. No. 2:10-ap-01244-BR |

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **SCHEDULING ORDER AFTER STATUS CONFERENCE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (**"**NEF**"**)** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of <u>October 29, 2010</u>, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Matthew M Clarke    mclarke@cappellonoel.com
- Marc S Cohen    mcohen@kayescholer.com
- Ashleigh A Danker    adanker@kayescholer.com
- Joseph A Eisenberg    jae@jmbm.com
- David M Poitras    dpoitras@jmbm.com
- Gregory M Salvato    gsalvato@pmcos.com, calendar@salvatolawoffices.com
- Gregory M Salvato    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- Robyn B Sokol    ecf@ebg-law.com, rsokol@ebg-law.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

-6-

## SERVICE LIST VIA U.S. MAIL

Ashland Properties LLC
Weissmann Wolff et al
9665 Wilshire Blvd - 9th Floor
Beverly Hills, CA 90212

Mahmoud Fatorechi
Weissmann Wolff et al
9665 Wilshire Blvd - 9th Floor
Beverly Hills, CA 90212

Soussan Hashemi
Weissmann Wolff
9665 Wilshire Blvd - 9th Floor
Beverly Hills, CA 90212

Morteza Homayounjam
Weissmann Wolff
9665 Wilshire Blvd - 9th Fl
Beverly Hills, CA 90212

Timothy Neufeld
Neufeld Law Group
360 E 2nd St Ste 703
Los Angeles, CA 90012

Saul Reiss
Law Offices of Saul Reiss
2800 28th St., Ste 328
Santa Monica, CA 90405

John M Rygh
915 Wilshire Bl Ste 2100
Los Angeles, CA 90017

Sawtelle Properties LLC
Weissmann Wolff
9665 Wilshire Blvd - 9th Fl
Beverly Hills, CA 90212

Dugan Kelley, Esq.
Matthew Clarke, Esq.
Christman Kelley & Clarke
5215 N. O'Connor Blvd., Suite 200
Irvine, TX  75039