DAVID M. POITRAS P.C. (Bar No. 141309)
DAN P. SEDOR (Bar No. 139091)
JEFFER, MANGELS, BUTLER & MITCHELL LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California  90067-4308
Telephone:     310.203.8080
Facsimile:     310.203.0567
Email:          dpoitras@jmbm.com

Attorneys for Defendant, Bradley D. Sharp
Chapter 11 Trustee for Namco Capital Group Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In Re: NAMCO CAPITAL GROUP INC., a California corporation, <br><br> Debtor. | Case No.: 2:08-ap-32333 BR <br><br> Chapter 11 <br><br> Adv. No.: 2:10-ap-01244 BR |
| KAMRAN PASADENA GROUP, INC., a California corporation; and KAMRAN GROUP, LLC, a California limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP, INC, a California corporation; WOODMAN PARTNERS, LLC, a California limited liability company; FIDELITY NATIONAL TITLE COMPANY, a California corporation DANIEL JACOB ISSAC, an individual; FAY FRANAK SARAFIAN, an individual; DARIOUSH SOLEIMANI, an individual; MORTEZA HOMAYOUNJAM, an individual; MEHRNAZ HEKMATRAVAN, an individual; JAMSHID BAHARVAR; an individual; ASHLAND PROPERTIES, LLC, A California limited liability company; FARMCO TRUST, SAWTELLE | **DECLARATION OF DAVID M. POITRAS IN OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINE AND RESET PRETRIAL CONFERENCE** <br><br> **HEARING:** <br><br> DATE:  NOVEMBER 24, 2010 <br> TIME:  10:00 A.M. <br> CTRM:  1668 |

PRINTED ON RECYCLED PAPER

7406228v1

JMBM | Jeffer Mangels Butler & Mitchell LLP

PROPERTIES, LLC; a California limited liability company; MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEES FOR THE FATORECHI-HASHEMI TRUST; and DOES 1 THROUGH 100,

Defendants.

AND RELATED COUNTERCLAIMS

I, DAVID M. POITRAS declare as follows:

1.     I am an attorney duly licensed to practice law in the State of California, and duly admitted to practice before the United States Bankruptcy Court for the Central District of California. Except as otherwise stated, each of the facts contained in this declaration is based upon my personal knowledge and if called upon to do so, I could competently testify thereto.

2.     Attached hereto as Exhibit 1 are true and correct copies of certain emails produced by Plaintiffs Kamran Pasadena Group, Inc. and Kamran Group, LLC (collectively, "Plaintiffs") during discovery in this matter, between and among Plaintiffs' principal David Golkar, Ezri Namvar, and Hamid Tabatabai (who is also known and is referred to in the emails as Hamid Taba).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 17th day of November, 2010, in Los Angeles, California.

/s/ *David M. Poitras*
David M. Poitras

PRINTED ON
RECYCLED PAPER

7406228v1

- 2 -

DECL OF DAVID M. POITRAS IN OPP TO MOTION TO MODIFY SCHEDULING ORDER

# EXHIBIT 1

RE: pasasdena - 'AT&T Yahoo! Mail'                                                    Page 1 of 2

 **MAIL** Classic

---

**RE: pasasdena**                                                   Monday, February 9, 2009 1:41 PM
From: "Ezri Namvar" <Ezri@namcocapital.com>
To: dgolkar@sbcglobal.net

---

## PPPPPPLLLLLLLLLEEEEEEAAAAASSSSSSSSEEEEEEEE

Ezri Namvar
Namco Capital Group, Inc.
12121 Wilshire B lvd., Suite 1400
Los Angeles, CA 90025
310.207.1000 EXT 590
Fax 310.207.6308
Ezri@NamcoCapital.com

Please note that due to the massive number of emails I receive on a daily basis, I DO NOT and CAN NOT read emails exceeding one or two sentences. If you require my attention on a specific matter, you need to call me directly. The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. NO COMMUNICATION IN THIS EMAIL SHALL B E B INDING, OR CONTRACTUAL IN NATURE.

---

**From:** dgolkar@sbcglobal.net [mailto:dgolkar@sbcglobal.net]
**Sent:** Monday, February 09, 2009 1:42 PM
**To:** Ezri Namvar
**Subject:** Re: pasasdena

In a meeting
Can call u @ 3?
Sent via B lack B erry from T-Mobile

---

**From:** " Ezri Namvar "
**Date:** Mon, 9 Feb 2009 13:37:17 -0800
**To:** <dgolkar@sbcglobal.net>
**Subject:** RE: pasasdena
Call me

Ezri Namvar
Namco Capital Group, Inc.
12121 Wilshire B lvd., Suite 1400
Los Angeles, CA 90025

EXHIBIT 1 - 3

RE: pasasdena - 'AT&T Yahoo! Mail'                                                          Page 2 of 2

310.207.1000 EXT 590
Fax 310.207.6308
Ezri@NamcoCapital.com

Please note that due to the massive number of emails I receive on a daily basis, I DO NOT and CAN
NOT read emails exceeding one or two sentences. If you require my attention on a specific matter,
you need to call me directly. The information contained in this e-mail message is intended only for
the personal and confidential use of the recipient(s) named above. This message is privileged and
confidential. If the reader of this message is not the intended recipient or an agent responsible for
delivering it to the intended recipient, you are hereby notified that you have received this document in
error and that any review, dissemination, distribution, or copying of this message is strictly
prohibited. If you have received this communication in error, please notify us immediately by e-
mail, and delete the original message. NO COMMUNICATION IN THIS EMAIL SHALL B E B
INDING, OR CONTRACTUAL IN NATURE.

**From:** DAVID GOLKAR [mailto:dgolkar@sbcglobal.net]
**Sent:** Monday, October 13, 2008 10:56 AM
**To:** Hamid Taba
**Cc:** Ezri Namvar
**Subject:** pasasdena

Hamid joon

I just got a call from ezri this morning regarding 500k

According to my calculation, we have to pay $525,000 to Chris Holden, we have over $700,000 in
accounts payable and a law suit for $50,000 and other liens that you have assigned to people, we do
not have any room to put any more liens in this property.

I must close this deal. I have arranged instead 10 million to get 15 million to clean up all existing liens
and close chris and settle the lawsuit and pay our obligations, hopefully in three weeks.

you also need you to pay me the $150k that you borrowed from me for 30 days two months ago. I
have not recieved any interest payment for several months. I ALSO HAVE CASH FLOW PRO B
LEM

I also told you that I need the 4million to buy my note from the bank 60 days ago. I will be in trouble
if I can not do that. Please help me to meet my obligations.

Thanks
David

EXHIBIT 1 - 4

RE: Demand for Escrow Deposit - 'AT&T Yahoo! Mail'

Page 1 of 8

**YAHOO! MAIL**
Classic

| RE: Demand for Escrow Deposit | Wednesday, January 7, 2009 1:48 PM |
| From: "Ezri Namvar" <Ezri@namcocapital.com> | |
| To: dgolkar@sbcglobal.net | |

thnx

Ezri Namvar
Namco Capital Group, Inc.
12121 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025
310.207.1000 EXT 690
Fax 310.207.6308
Ezri@NamcoCapital.com

Please note that due to the massive number of emails I receive on a
daily basis, I DO NOT and CAN NOT read emails exceeding one or two
sentences. If you require my attention on a specific matter, you need
to call me directly. The information contained in this e-mail message
is intended only for the personal and confidential use of the
recipient(s) named above. This message is privileged and confidential.
If the reader of this message is not the intended recipient or an agent
responsible for delivering it to the intended recipient, you are hereby
notified that you have received this document in error and that any
review, dissemination, distribution, or copying of this message is
strictly prohibited. If you have received this communication in error,
please notify us immediately by e-mail, and delete the original message.
NO COMMUNICATION IN THIS EMAIL SHALL BE BINDING, OR CONTRACTUAL IN
NATURE.
-----Original Message-----
From: dgolkar@sbcglobal.net [mailto:dgolkar@sbcglobal.net]
Sent: Wednesday, January 07, 2009 1:35 PM
To: Ezri Namvar
Subject: Re: Demand for Escrow Deposit

In a meeting
Call u in 30 min
Sent via BlackBerry from T-Mobile

-----Original Message-----
From: "Ezri Namvar" <Ezri@namcocapital.com>

Date: Wed, 7 Jan 2009 13:29:15
To: <dgolkar@sbcglobal.net>
Subject: RE: Demand for Escrow Deposit

Call me its urgent

Ezri Namvar
Namco Capital Group, Inc.
12121 Wilshire Blvd., Suite 1400

EXHIBIT 1 - 5

RE: Demand for Escrow Deposit - 'AT&T Yahoo! Mail'   .                    Page 2 of 8

Los Angeles, CA 90025
310.207.1000 EXT 590
Fax 310.207.6308
Ezri@NamcoCapital.com

Please note that due to the massive number of emails I receive on a
daily basis, I DO NOT and CAN NOT read emails exceeding one or two
sentences. If you require my attention on a specific matter, you need
to call me directly. The information contained in this e-mail message
is intended only for the personal and confidential use of the
recipient(s) named above. This message is privileged and confidential.
If the reader of this message is not the intended recipient or an agent
responsible for delivering it to the intended recipient, you are hereby
notified that you have received this document in error and that any
review, dissemination, distribution, or copying of this message is
strictly prohibited   If you have received this communication in error,
please notify us immediately by e-mail, and delete the original message.
NO COMMUNICATION IN THIS EMAIL SHALL BE BINDING, OR CONTRACTUAL IN
NATURE.

-----Original Message-----
From: DAVID GOLKAR [mailto:dgolkar@sbcglobal.net]
Sent: Wednesday, September 24, 2008 9:46 AM
To: Ezri Namvar
Subject: RE: Demand for Escrow Deposit

I am @ doctor's office getting the colonoscopy done. I will call u after
the procedure.
The PSA needs a lot of clean up. I left a message for Nick yesterday. he
has not called me yet.
Chris Holden is going to file a lawsuit, If we do not close his deal.
I have held him back for the last six month. He needs money to repair
his house( major problem ) I even offered to give him construction
material to help with his cost.
Time extension does not solve his problem.


--- On Tue, 9/23/08, Ezri Namvar <Ezri@namcocapital.com> wrote:

> From: Ezri Namvar <Ezri@namcocapital.com>
> Subject: RE: Demand for Escrow Deposit
> To: dgolkar@sbcglobal.net
> Date: Tuesday, September 23, 2008, 7:56 PM
> CALL ME ON MY CELL
>
> Ezri Namvar
> Namco Capital Group, Inc.
> 12121 Wilshire Blvd., Suite 1400
> Los Angeles, CA 90025
> 310.207.1000 EXT 590
> Fax 310.207.6308
> Ezri@NamcoCapital.com
>

EXHIBIT 1 - 6

RE: Demand for Escrow Deposit - 'AT&T Yahoo! Mail'                                    Page 3 of 8

> Please note that due to the massive number of emails I
> receive on a
> daily basis, I DO NOT and CAN NOT read emails exceeding one
> or two
> sentences.  If you require my attention on a specific
> matter, you need
> to call me directly.  The information contained in this
> e-mail message
> is intended only for the personal and confidential use of
> the
> recipient(s) named above. This message is privileged and
> confidential.
> If the reader of this message is not the intended recipient
> or an agent
> responsible for delivering it to the intended recipient,
> you are hereby
> notified that you have received this document in error and
> that any
> review, dissemination, distribution, or copying of this
> message is
> strictly prohibited.  If you have received this
> communication in error,
> please notify us immediately by e-mail, and delete the
> original message.
> NO COMMUNICATION IN THIS EMAIL SHALL BE BINDING, OR
> CONTRACTUAL IN
> NATURE.
>
> ----Original Message----
> From: DAVID GOLKAR [mailto:dgolkar@sbcglobal.net]
> Sent: Tuesday, September 23, 2008 7:56 PM
> To: Ezri Namvar
> Subject: RE: Demand for Escrow Deposit
>
> Called you. went to vm
>
>
> --- On Tue, 9/23/08, Ezri Namvar
> <Ezri@namcocapital.com> wrote:
>
> > From: Ezri Namvar <Ezri@namcocapital.com>
> > Subject: RE: Demand for Escrow Deposit
> > To: dgolkar@sbcglobal.net
> > Date: Tuesday, September 23, 2008, 3:19 PM
> > Call me please
> >
> >
> >
> > Ezri Namvar
> >
> > Namco Capital Group, Inc.
> >
> > 12121 Wilshire Blvd., Suite 1400

http://us.mc651.mail.yahoo.com/mc/showMessage?sMid=181&fid=%2540S%2540Searc... 12/17/2009

EXHIBIT 1 - 7

RE: Demand for Escrow Deposit - 'AT&T Yahoo! Mail'                                    Page 4 of 8

```
> >
> > Los Angeles, CA 90025
> >
> > 310.207.1000 EXT 590
> >
> > Fax 310.207.5308
> >
> > Ezri@NamcoCapital.com
> >
> >
> >
> > Please note that due to the massive number of emails I
> > receive on a
> > daily basis, I DO NOT and CAN NOT read emails
> exceeding one
> > or two
> > sentences. If you require my attention on a specific
> > matter, you need
> > to call me directly.  The information contained in
> this
> > e-mail message
> > is intended only for the personal and confidential use
> of
> > the
> > recipient(s) named above. This message is privileged
> and
> > confidential.
> > If the reader of this message is not the intended.
> recipient
> > or an agent
> > responsible for delivering it to the intended
> recipient,
> > you are hereby
> > notified that you have received this document in error
> and
> > that any
> > review, dissemination, distribution, or copying of
> this
> > message is
> > strictly prohibited.   If you have received this
> > communication in error,
> > please notify us immediately by e-mail, and delete the
> > original message.
> > NO COMMUNICATION IN THIS EMAIL SHALL BE BINDING, OR
> > CONTRACTUAL IN
> > NATURE.
> >
> >_____
> >
> > From: DAVID GOLKAR [mailto:dgolkar@sbcglobal.net]
> > Sent: Tuesday, September 23, 2008 9:12 AM
> > To: Shadi Dejam; Hamid Taba
> > Cc: Ezri Namvar; dgolkar@roxcpi.com
```

http://us.mc651.mail.yahoo.com/mc/showMessage?sMid=181&fid=%2540S%2540Searc...   12/17/2009

EXHIBIT 1 - 8

RE: Demand for Escrow Deposit - 'AT&T Yahoo! Mail'

Page 5 of 8

> > Subject: RE: Demand for Escrow Deposit
> >
> >
> >
> > I have some comments on PSA. I will talk to Nick This
> > morning to clean
> > it up. The money is suppose to be in escrow today and
> close
> > by seot.
> > 30th. Otherwise he has hired an attorney to file a law
> > suit. I need to
> > know what to tell him. He is going to come after me
> > personally as well.
> >
> > Please advise this morning. It is absouletly urgent
> matter,
> > since he is
> > a councilman and well connedted.
> >
> > I told you about this closing a month ago.
> >
> > Thanks
> >
> > David
> >
> > — On Tue, 9/23/08, Hamid Taba
> > <Hamid@namcocapital.com> wrote:
> >
> >    From: Hamid Taba <Hamid@namcocapital.com>
> >    Subject: RE: Demand for Escrow Deposit
> >    To: "Shadi Dejam"
> <shdejam@roxcgi.com>
> >    Cc: "Ezri Namvar"
> <Ezri@namcocapital.com>,
> > dgolkar@sbcglobal.net, dgolkar@roxcgi.com
> >    Date: Tuesday, September 23, 2008, 8:59 AM
> >
> >    David is to sign Purchase and sale agreement for the
> sale
> > of the
> > property. Has he done it ? otherwise there is no money
> to
> > close this
> > escrow.
> >
> >
> >
> >
> >_____
> >
> >
> >    From: Shadi Dejam [mailto:shdejam@roxcgi.com]
> >    Sent: Monday, September 22, 2008 7:28 PM

EXHIBIT 1 - 9

RE: Demand for Escrow Deposit - 'AT&T Yahoo! Mail'

Page 6 of 8

> >    To: Hamid Taba
> >    Cc: Ezri Namvar; dgolkar@sbcglobal.net;
> dgolkar@roxcgi.com
> >    Subject: FW: Demand for Escrow Deposit
> >
> >    Hamid Jan Hi,
> >
> >    Would you please make sure Ezri reviews this e-mail.
> David
> > had
> > previously sent this to him.
> >
> >    This is the only escrow that has not been closed and
> we
> > must
> > close it. Chris is the councilman that helped us to
> get the
> > project
> > approved. We do not want to mess with him.
> >
> > If it becomes legal, he wants 2.5% interest in the
> entire
> > property,
> > which is a lot higher than $525,000
> >
> >
> >
> > Thank you,
> >
> >
> >
> > Shadi Dejam
> >
> > Rox Consulting Group, Inc.
> >
> > 575 Anton Blvd.
> >
> > Suite 820
> >
> > Costa Mesa, CA , 92626
> >
> > Tel: (949) 502-8116
> >
> > Fax: (949) 502-8111
> >
> > shdejam@roxcgi.com <mailto:shdejam@roxcgi.com>
> >
> >
> >
> >_____
> >
> > From: DAVID GOLKAR [mailto:dgolkar@sbcglobal.net]
> > Sent: Monday, September 22, 2008 7:14 PM

EXHIBIT 1 - 10

RE: Demand for Escrow Deposit - 'AT&T Yahoo! Mail'

> > To: shadi dejam
> > Subject: Fw: Demand for Escrow Deposit
> >
> >
> >
> >
> >
> > — On Sun, 9/21/08, araza@razalaw.com <
> > araza@razalaw.com > wrote:
> >
> > From: araza@razalaw.com < araza@razalaw.com >
> > Subject: Fw: Demand for Escrow Deposit
> > To: "David Golkar"
> <dgolkar@roxcgi.com>,
> > "David Golkar"
> > <dgolkar@sbcglobal.net>
> > Date: Sunday, September 21, 2008, 11:51 AM
> >.
> > Fyi.
> >
> > Sent from my Verizon Wireless BlackBerry
> >
> >_____
> >
> > From: Chris Holden <holden88@msn.com>
> > Date: Sat, 20 Sep 2008 00:34:16 +0000
> > To: <tmoderow@firstam.com>
> > CC: <npapiano@lyph.com>; raza, aamir<
> > araza@razalaw.com >
> > Subject: Demand for Escrow Deposit
> >
> > Tifany,
> >
> > As the escrow officer for the property located at 25
> W.
> > Walnut, unit
> > 402, Pasadena, CA 91103, under United General Title
> escrow
> > number:
> > 261674, I am requesting an escrow amendment which
> > reflects
> > the
> > following:
> >
> >  .
> > 1.   All buyer funds, estimated at $525,000.00, shall be
> > deposited in
> > full to escrow by the close of business, Tuesday
> September
> > 23, 2008.·
> > Should the deposit not be placed in escrow by the
> > referenced date, then
> > a lien will be recorded on the 2.65 acre site

EXHIBIT 1 - 11

RE: Demand for Escrow Deposit - 'AT&T Yahoo! Mail'                      Page 8 of 8

> referenced as
> > 25 W. Walnut
> > Ave. , Pasadena , CA. 91103 and proof of Recorded Lien
> > delivered to
> > escrow.
> > 2.   The escrow closing date shall be Tuesday September
> 30,
> > 2008.
> > Recognizing the original escrow closing was to occur
> on
> > June 15, 2007.
> > 3.   All correspondence should be copied to Seller's
> > attorney.
> >
> > *   Neil Papiano
> > *   Iverson, Yoakum, Papiano & Hatch
> > *   515 South Flower Street, Suite 2900
> > *   Los Angeles , California 90071
> > *   213-624-7444
> > *   npapiano@iyph.com <mailto:npapiano@iyph.com>
> >
> > In the event legal action becomes necessary, I will
> advise
> > you
> > accordingly.  Thank You
> >
> > Chris Holden
> >
> >_____
> >
> > Get more out of the Web. Learn 10 hidden secrets of
> Windows
> > Live. Learn
> > Now
> >
>
<http://windowslive.com/connect/post/jamiethomson.spaces.live.com-Blog-c
> >
> nsl550F681DAD53263715295.entry?ocid=TXT_TAGLM_WL_getmore_092008>

http://us.mc651.mail.yahoo.com/mc/showMessage?sMid=181&fid=%2540S%2540Searc...   12/17/2009

EXHIBIT 1 - 12

RE: FW: Pasadena Site - 'AT&T Yahoo! Mail'                                   Page 1 of 3

**YAHOO! MAIL**
Classic

| RE: FW: Pasadena Site | Friday, August 15, 2008 11:58 AM |
| From: "Ezri Namvar" <Ezri@namcocapital.com> | |
| To: dgolkar@sbcglobal.net | |

Call me asap

Ezri Namvar
Namco Capital Group, Inc.
12121 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025
310.207.1000 EXT 690
Fax 310.207.6308
Ezri@NamcoCapital.com

Please note that due to the massive number of emails I receive on a
daily basis, I DO NOT and CAN NOT read emails exceeding one or two
sentences. If you require my attention on a specific matter, you need
to call me directly. The information contained in this e-mail message
is intended only for the personal and confidential use of the
recipient(s) named above. This message is privileged and confidential.
If the reader of this message is not the intended recipient or an agent
responsible for delivering it to the intended recipient, you are hereby
notified that you have received this document in error and that any
review, dissemination, distribution, or copying of this message is
strictly prohibited. If you have received this communication in error,
please notify us immediately by e-mail, and delete the original message.
NO COMMUNICATION IN THIS EMAIL SHALL BE BINDING, OR CONTRACTUAL IN
NATURE.

-----Original Message-----
From: DAVID GOLKAR [mailto:dgolkar@sbcglobal.net]
Sent: Thursday, August 14, 2008 7:06 PM
To: Ezri Namvar
Subject: Re: FW: Pasadena Site

hi Ezri joon

I can formulate a respose. But, the leggaies regarding reps and
warrenties needs to be looked @ by atty's. I can come by tomorrow Pm. to
discuss the deal. I think it is too low and we can counter back.

We are in it more than that

I have a meeting in Pasadena tomorrow to discuss a deal @ 1 pm

WE also have ab offer from rockerfeller for 21 mil and I countered 30
Mil yesterday.

I will call you later also

Thanks

EXHIBIT 1 - 13

RE: FW: Pasadena Site - 'AT&T Yahoo! Mail'                                                  Page 2 of 3

David

--- On Thu, 8/14/08, Ezri Namvar <Ezri@namcocapital.com> wrote:

> From: Ezri Namvar <Ezri@namcocapital.com>
> Subject: FW: Pasadena Site
> To: "DAVID GOLKAR" <dgolkar@sbcglobal.net>
> Date: Thursday, August 14, 2008, 3:52 PM
> Review and call me.
>
>
>
> Ezri Namvar
>
> Namco Capital Group, Inc.
>
> 12121 Wilshire Blvd., Suite 1400
>
> Los Angeles, CA 90025
>
> 310.207.1000 EXT 590
>
> Fax 310.207.6308
>
> Ezri@NamcoCapital.com
>
>
>
> Please note that due to the massive number of emails I
> receive on a
> daily basis, I DO NOT and CAN NOT read emails exceeding one
> or two
> sentences.  If you require my attention on a specific
> matter, you need
> to call me directly.  The information contained in this
> e-mail message
> is intended only for the personal and confidential use of
> the
> recipient(s) named above. This message is privileged and
> confidential.
> If the reader of this message is not the intended recipient
> or an agent
> responsible for delivering it to the intended recipient,
> you are hereby
> notified that you have received this document in error and
> that any
> review, dissemination, distribution, or copying of this
> message is
> strictly prohibited.  If you have received this
> communication in error,
> please notify us immediately by e-mail, and delete the
> original message.

EXHIBIT 1 - 14

RE: FW: Pasadena Site - 'AT&T Yahoo! Mail'                                    Page 3 of 3

> NO COMMUNICATION IN THIS EMAIL SHALL BE BINDING, OR
> CONTRACTUAL IN
> NATURE.
>
> _____
>
> From: Giann Vitale [mailto:gvitale@cal-coast.com]
> Sent: Thursday, August 14, 2008 3:03 PM
> To: Mousa Namvar
> Cc: Ezri Namvar; Fara Raban
> Subject: Pasadena Site
>
>
>
> Mousa,  here is the new offer with the new times frames.
> 45 day DD and
> close 60 days thereafter.
>
>
>
> Please have Fara call me to discuss.
>
'>
>
> Giann Vitale
>
> Cal Coast Companies
>
> 1450 W Redondo Beach Blvd.,
>
> Suite 150
>
> Gardena, CA 90247
>
> Ph: (310) 544-5900 ext. 205
>
> Fx: (310) 544-5907
>
> Cell: (818) 421-7000

EXHIBIT 1 - 15

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as ***DECLARATION OF DAVID M. POITRAS IN OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINE AND RESET PRETRIAL CONFERENCE*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***November 17, 2010,*** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***November 17, 2010*** , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 17, 2010 | Billie Terry | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

## *ADDITIONAL SERVICE INFORMATION:*

### I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- Matthew M Clarke    mclarke@cappellonoel.com
- Marc S Cohen    mcohen@kayescholer.com
- Ashleigh A Danker    adanker@kayescholer.com
- Joseph A Eisenberg    jae@jmbm.com
- David M Poitras    dpoitras@jmbm.com
- Gregory M Salvato    gsalvato@pmcos.com, calendar@salvatolawoffices.com

- Gregory M Salvato gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- Robyn B Sokol    ecf@ebg-law.com, rsokol@ebg-law.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

### III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL

### SERVED BY PERSONAL DELIVERY
Honorable Barry Russell
United States Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

### SERVED BY EMAIL

Barry L. Moerschell
Christman, Kelley & Clarke
Email: barry@christmankelley.com

Matt Clarke
Christman, Kelley & Clarke
Email: matt@christmankelley.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

**F 9013-3.1.PROOF.SERVICE**