

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

Matthew Clarke (SBN 184959)
matt@christmankelley.com
Dugan P. Kelley (SBN 207347)
dugan@christmankelley.com
CHRISTMAN, KELLEY & CLARKE
831 State Street
Santa Barbara. California 93101
Telephone: (805) 884-9922
Facsimile: (866) 611-9852

FOR COURT USE ONLY

FILED

NOV 10 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

☐ Individual appearing without attorney
☑ Attorney for: Kamran Pasadena Group, Inc. and Kamran Group, LLC

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
Los Angeles            DIVISION

In re: NAMCO CAPITAL GROUP INC, a California corporation (Debtor)

Adversary Proceeding No.: 2:10-ap-01244 BR

KAMRAN PASADENA GROUP, INC., a California corporation; and
KAMRAN GROUP, LLC, a California limited liability company
(Plaintiffs)

v.

BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO
CAPITAL GROUP INC, a California corporation; et al.
(Defendants)

Debtor(s).

CASE NO: 2:08-bk-32333
CHAPTER: 11    )-01244 BR

**APPLICATION FOR ORDER
SETTING HEARING ON
SHORTENED NOTICE**
**[LBR 9075-1(b)]**

11/24(10)

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

   a. *Title of motion:* Motion to Modify Scheduling Order to Extend Discovery Deadline and Reset Pre-Trial Conference

   b. *Date of filing of motion:* 11/10/10

2. Compliance with LBR 9075-1(b)(2)(A): *(The following three sections must be completed)*

   a. Briefly specify the relief requested in the motion:
   Plaintiffs request that the Court enter an order modifying the scheduling order to extend the discovery deadline regarding the claims of Plaintiffs in this adversary proceeding an additional sixty (60) days from its current date of November 15, 2010, to a new deadline of January 14, 2011, in order for Plaintiffs to secure and conduct the depositions of key witnesses with intimate knowledge of the facts underlying this case, namely Ezri Namvar and Hamid Tabatabai, which to date Plaintiffs have been unable to procure by Notice of Deposition or deposition subpoena. Additionally, Plaintiffs request that the Court reset the Pre-Trial Conference currently set for January 11, 2011, to a date beyond the extended discovery deadline at the Court's discretion.

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009                    Page 1                    F 9075-1.1.APPLICATION

b. Identify the parties affected by the relief requested in the motion:

Plaintiffs, Kamran Pasadena Group, Inc. and Kamran Group, LLC.
Defendants, Bradley D. Sharp, Chapter 11 Trustee of Namco Capital Group, Inc.; Woodman Partners, LLC; Daniel Jacob Issac; Fay Franak Sarafian; Darioush Soleimani; Morteza Homayounjam; Mehrnaz Hekmatravan; Jamshid Baharvar; Ashland Properties, LLC; Farmco Trust, Sawtelle Properties, LLC; Mahmoud Fatorechi and Soussan Hashemi as Trustees for the Fatorechi-Hashemi Trust.

c. State the reasons necessitating a hearing on shortened time:

The current discovery deadline for claims asserted by Plaintiffs in the adversary proceeding is November 15, 2010.

3. Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.
See the attached Declaration of Matt Clarke and the Declaration of Barry Moerschell in support of this Application for Order Setting Hearing on Shortened Notice.
4. Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory Form 9075-1.2.ORDER
See the proposed Order Setting Hearing filed with the Court on even date herewith.

Date: 11/10/10

Christman, Kelley & Clarke
*Print Law Firm Name (if applicable)*

Matthew Clarke
*Print Name of Individual Movant or Attorney for Movant*

*Signature of Individual Movant or Attorney for Movant*

Matthew Clarke (SBN 184959)
Matt@christmankelley.com
Dugan P. Kelley (SBN 207347)
Dugan@christmankelley.com
CHRISTMAN, KELLEY & CLARKE
831 State Street
Santa Barbara, California 93101
Telephone:    (805) 884-9922
Facsimile:    (866) 611-9852

Attorneys for Plaintiffs
Kamran Pasadena Group, Inc. and Kamran Group, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In Re:  NAMCO CAPITAL GROUP INC, a California corporation<br><br>Debtor.<br><br>KAMRAN PASADENA GROUP, INC., a California corporation; and KAMRAN GROUP, LLC, a California limited liability company<br><br>Plaintiffs,<br><br>v.<br><br>BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP INC, a California corporation; WOODMAN PARTNERS, LLC, a California limited liability company; FIDELITY NATIONAL TITLE COMPANY, a California corporation DANIEL JACOB ISSAC, an individual; FAY FRANAK SARAFIAN, an individual; DARIOUSH SOLEIMANI, an individual; MORTEZA HOMAYOUNJAM, an individual; MEHRNAZ HEKMATRAVAN, an individual; JAMSHID BAHARVAR; an individual; ASHLAND PROPERTIES, LLC, A California limited liability company; FARMCO TRUST, SAWTELLE PROPERTIES, LLC; a California limited liability company; MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEES FOR THE FATORECHI-HASHEMI TRUST; and DOES 1 THROUGH 100<br><br>Defendants. | Case No.: 2:08-bk-32333-BR<br>Chapter 11<br>Adv. No.: 2:10-ap-01244-BR<br><br>**DECLARATION OF MATTHEW CLARKE IN SUPPORT OF PLAINTIFFS' APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE** |

1

# DECLARATION OF MATTHEW CLARKE

I, Matthew Clarke, do declare and say:

1.    I am an attorney licensed to practice law in all of courts of the State of California. I am also licensed to practice law in the United States Bankruptcy Court for the Central District of California. I make this declaration based upon my own personal knowledge. I could and would competently testify to these facts in a court of law.

2.    In the course of discovery in this adversary proceeding, Plaintiffs Kamran Pasadena Group, Inc. and Pasadena Group, LLC desired to take the oral depositions of the following persons: (1) Namco Capital Group, Inc. ("Namco"), by and through its person(s) most knowledgeable of particular subject matters enumerated in the  Notice of Deposition thereof; (2) Ezri Namvar ("Namvar"), owner and agent of Namco at all relevant times and a person with intimate knowledge of the facts underlying Plaintiffs' claims in this adversary proceeding; and (3) Hamid Tabatabai ("Tabatabai"), vice-president and agent of Namco at all relevant times and a person with intimate knowledge of the facts underlying Plaintiffs' claims in this adversary proceeding.  The oral deposition of Namco is currently set for November 10, 2010.

3.    On October 28, 2010, I, as counsel for and on behalf of Plaintiff Kamran Group, LLC, served Notices of Deposition on counsel for Bradley D. Sharp, Chapter 11 Trustee for Namco Capital Group, Inc. ("Trustee"), seeking the depositions of Namvar and Tabatabai on November 9, 2010.

4.    On October 28, 2010, I issued deposition subpoenas for Namvar and Tabatabai ("First Deposition Subpoenas") seeking to depose both of them on November 9, 2010.  The Deposition Subpoenas were given to a process server, Team Legal, Inc., to perfect service thereof on Namvar and Tabatabai, respectively.  Despite repeated attempts, Team Legal, Inc. has been unable to perfect service on Namvar and Tabatabai, respectively.  E-mail correspondence from November 3-5, 2010, between Kenton Brice, an attorney affiliated with the law firm of Christman, Kelley & Clarke and Matthew Dobrow, Process Supervisor of Team Legal, Inc. evidence the repeated efforts made to attempt service of the deposition subpoenas on Namvar and Tabatabai.

DECLARATION OF MATTHEW CLARKE IN SUPPORT OF
APPLICATION FOR SETTING HEARING ON SHORTENED NOTICE

5.      Having been unsuccessful in timely serving the deposition subpoenas for a November 9, 2010, deposition date for Namvar and Tabatabai, on November 8, 2010, I issued a second set of deposition subpoenas for Namvar and Tabatabai ("Second Deposition Subpoenas") seeking to depose both of them on November 12, 2010.   To date, Team Legal, Inc. has been unable to successfully serve the Second Deposition Subpoenas on Namvar and Tabatabai, respectively.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 9th day of November, 2010 at Santa Barbara, California.

Matthew Clarke

3

DECLARATION OF MATTHEW CLARKE IN SUPPORT OF
APPLICATION FOR SETTING HEARING ON SHORTENED NOTICE

Matthew Clarke (SBN 184959)
Matt@christmankelley.com
Dugan P. Kelley (SBN 207347)
Dugan@christmankelley.com
CHRISTMAN, KELLEY & CLARKE
831 State Street
Santa Barbara, California 93101
Telephone:    (805) 884-9922
Facsimile:    (866) 611-9852

Attorneys for Plaintiffs
Kamran Pasadena Group, Inc. and Kamran Group, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In Re:  NAMCO CAPITAL GROUP INC, a California corporation<br><br>Debtor.<br><br>───────────────────<br><br>KAMRAN PASADENA GROUP, INC., a California corporation; and KAMRAN GROUP, LLC, a California limited liability company<br><br>Plaintiffs,<br><br>v.<br><br>BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP INC, a California corporation; WOODMAN PARTNERS, LLC, a California limited liability company; FIDELITY NATIONAL TITLE COMPANY, a California corporation DANIEL JACOB ISSAC, an individual; FAY FRANAK SARAFIAN, an individual; DARIOUSH SOLEIMANI, an individual; MORTEZA HOMAYOUNJAM, an individual; MEHRNAZ HEKMATRAVAN, an individual; JAMSHID BAHARVAR; an individual; ASHLAND PROPERTIES, LLC, A California limited liability company; FARMCO TRUST, SAWTELLE PROPERTIES, LLC; a California limited liability company; MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEES FOR THE FATORECHI-HASHEMI TRUST; and DOES 1 THROUGH 100<br><br>Defendants. | Case No.: 2:08-bk-32333-BR<br>Chapter 11<br>Adv. No.:  2:10-ap-01244-BR<br><br>**DECLARATION OF BARRY MOERSCHELL IN SUPPORT OF PLAINTIFFS' APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE** |

1

DECLARATION OF BARRY MOERSCHELL IN SUPPORT OF
APPLICATION FOR SETTING HEARING ON SHORTENED NOTICE

## DECLARATION OF BARRY MOERSCHELL

I, Barry Moerschell, do declare and say:

1.    I am an attorney licensed to practice law in the State of Texas.  I make this declaration based upon my own personal knowledge.  I could and would competently testify to these facts in a court of law.

2.    Dan P. Sedor of Jeffer Mangels Butler & Mitchell LLP, counsel for Bradley D. Sharpe, Chapter 11 Trustee of Namco Capital Group, Inc., stated in e-mail correspondence to me, an attorney associated with the firm of Christman, Kelley & Clarke, dated October 28, 2010, that Jeffer Mangels Butler & Mitchell LLP did not represent and had no control over Ezri Namvar or Hamid Tabatabai, and that if Plaintiffs desired to depose them Plaintiffs would need to issue and serve subpoenas.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct. Executed this 9th day of November, 2010 at Irving, Texas.

Barry Moerschell

2

DECLARATION OF BARRY MOERSCHELL IN SUPPORT OF
APPLICATION FOR SETTING HEARING ON SHORTENED NOTICE

| In re: NAMCO CAPITAL GROUP, INC.<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER: 2:08-bk-32333-BR<br>ADVERSARY PROC. NO.: 2:10-ap-01244-BR |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 831 State Street, Santa Barbara, California, 93101. A true and correct copy of the foregoing document described **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):

On **November 10, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 10, 2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

The Hon. Barry Russell
255 E. Temple Street, Suite 1660, Los Angeles, CA 90012,

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/10/2010 | Kenton S. Brice | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**

| In re: NAMCO CAPITAL GROUP, INC.<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER:  2:08-bk-32333-BR<br>ADVERSARY PROC. NO.:  2:10-ap-01244-BR |
| --- | --- |

## II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL

**David M. Poitras**
**Dan P. Sedor**
Jeffer Mangels Bulter & Mitchell LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308

**Robyn B. Sokol**
Ezra Brutzkus Gubner LLP
21650 Oxnard St Ste 500
Woodland Hills, CA 91367

**Joseph A. Eisenberg**
Jeffer Mangels Bulter & Mitchell LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308

**Gregory M. Salvato**
Salvato Law Offices
333 S Grand Ave 25th Fl
Los Angeles, CA 90071

**Saul Reiss**
Law Offices of Saul Reiss, P.C.
2800 28th St Ste 328
Santa Monica, CA 90405

**Timothy Neufeld**
**Neufeld Law Group**
360 East 2nd Street, Suite 703
Los Angeles, CA 90012

**United States Trustee (LA)**
725 S Figueroa St # 2600
Los Angeles, CA 90017-5413

**Ashland Properties, LLC**
**Weissmann Wolff, et al**
9665 Wilshire Blvd, 9th Floor
Beverly Hills, CA 90212

**Sawtelle Properties LLC**
**Weissmann Wolff, et al**
9665 Wilshire Blvd, 9th Floor
Beverly Hills, CA 90212

**Mahmoud Fatorechi**
**Weissmann Wolff, et al**
9665 Wilshire Blvd, 9th Floor
Beverly Hills, CA 90212

**Soussan Hashemi**
**Weissmann Wolff, et al**
9665 Wilshire Blvd, 9th Floor
Beverly Hills, CA 90212

**Morteza Homayounjam**
**Weissmann Wolff, et al**
9665 Wilshire Blvd, 9th Floor
Beverly Hills, CA 90212

**John M. Rygh**
915 Wilshire Blvd, Suite 2100
Los Angeles, CA 90017

## SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL:

- **David M. Poitras**
- **Robyn B. Sokol**
- **Joseph A. Eisenberg**
- **Gregory M. Salvato**
- **United States Trustee (LA)**
- **Saul Reiss**

dpoitras@jmbm.com
rsokol@ebg-law.com
jeisenberg@jmbm.com
gsalvato@pmcos.com
ustpregion16.la.ecf@usdoj.gov
saulreiss@verizon.net

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Matthew Clarke (SBN 184959)<br>matt@christmankelley.com<br>Dugan P. Kelley (SBN 207347)<br>dugan@christmankelley.com<br>CHRISTMAN, KELLEY & CLARKE<br>831 State Street<br>Santa Barbara, California 93101<br>Telephone: (805) 884-9922<br>Facsimile: (866) 611-9852<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Kamran Pasadena Group, Inc. and<br>Kamran Group, LLC | |

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

Los Angeles    **DIVISION**

| In re: NAMCO CAPITAL GROUP, INC, a California corporation (Debtor) | CASE NO.: 2:08-bk-32333 |
|---|---|
| | CHAPTER: 11 |
| Adversary Proceeding No.: 2:10-ap-01244-BR<br>KAMRAN PASADENA GROUP, INC. a California corporation;<br>and KAMRAN GROUP, LLC, a California limited liability company<br>(Plaintiffs)<br>v.<br>BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP, INC,<br>a California Corporation; et al.<br>(Defendants) | **ORDER:**<br>☐ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |
| Debtor(s). | |

1.  Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a.  *Title of motion:* Motion to Modify Scheduling Order to Extend Discovery Deadline and Reset Pre-Trial Conference

    b.  *Date of filing of motion:* 11/10/2010

2.  Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice ("Application") together with supporting declaration(s):

    a.  *Date of filing of Application:* 11/10/2010

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009                    Page 1                    **F 9075-1.2.ORDER**

3. Based upon the court's review of the application, **IT IS ORDERED THAT:**

a. ☐ **The Application is denied.** The motion may be brought on regular notice pursuant to LBRs.

b. ☐ **The Application is granted, and IT IS FURTHER ORDERED THAT:**

(1) ☒ A hearing on the motion will take place as follows:

| Hearing Date: | Place: |
|---|---|
| Time: | ☒  255 East Temple Street, Los Angeles, CA 90012 |
| Courtroom: | ☐  21041 Burbank Boulevard, Woodland Hills, CA 91367 |
| | ☐  3420 Twelfth Street, Riverside, CA 92501 |
| | ☐  411 West Fourth Street, Santa Ana, CA 92701 |
| | ☐  1415 State Street, Santa Barbara, CA 93101 |

(2) ☐ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| a. _Deadlines:_<br>Date:<br><br>Time: | b. _Persons/entities to be provided with telephonic notice:_<br><br><br>☐ See attached page<br><br>c. _Telephonic notice is also required upon_ the United States trustee |
|---|---|

(3) ☒ No later than the deadlines given, **written notice of the hearing** and **a copy of this order** must be served upon all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

a.    ☐ Personal Delivery      ☐ Overnight Mail      ☒ First Class Mail      ☒ Facsimile*      ☒ Email*

| b. _Deadlines:_<br>Date:<br><br>Time: | c. _Persons/entities to be served with written notice and a copy of this order:_<br><br>☒ See attached page<br><br>d. _Service is also required upon:_<br>— United States trustee (_electronic service is not permitted_)<br>— Judge's Copy personally delivered to chambers (_see Court Manual for address_) |
|---|---|

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_October 2009_                                   Page 2                                   **F 9075-1.2.ORDER**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

    a.  ☐ Personal Delivery    ☐ Overnight Mail    ☒ First Class Mail    ☒ Facsimile*    ☒ Email*

| b. _Deadlines:_ | c. _Persons/entities to be served with motion, declarations, supporting documents:_ |
| --- | --- |
| Date:<br><br>Time: | <br><br><br><br>☒ See attached page<br><br>d. _Service is also required upon:_<br>– United States trustee _(no electronic service permitted)_<br>– Judge's Copy personally delivered to chambers _(see Court Manual for address)_ |

(5) ☐ Regarding **opposition to the motion**

    ☐ opposition to the motion may be made **orally** at the hearing

    ☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

    a.  ☐ Personal Delivery    ☐ Overnight Mail    ☐ First Class Mail    ☐ Facsimile*    ☐ Email*

| b. _Deadlines:_ | c. _Persons/entities to be served with written opposition to the motion:_ |
| --- | --- |
| Date:<br><br>Time: | -- movant's attorney (or movant, if movant is not represented by an attorney)<br><br>d. _Service is also required upon:_<br>-- United States trustee _(electronic service is not permitted)_<br>-- Judge's Copy personally delivered to chambers _(see Court Manual for address)_ |

(6) ☐ Regarding a **reply to an opposition:**

    ☐ a reply to opposition may be made **orally** at the hearing.

    ☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

    a.  ☐ Personal Delivery    ☐ Overnight Mail    ☐ First Class Mail    ☐ Facsimile*    ☐ Email*

| b. _Deadlines:_ | c. _Persons/entities to be served with written reply to opposition:_ |
| --- | --- |
| Date:<br><br>Time: | -- All persons/entities who filed a written opposition<br><br>d. _Service is also required upon:_<br>-- United States trustee _(electronic service is not permitted)_<br>-- Judge's Copy personally delivered to chambers _(see Court Manual for address)_ |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009        Page 3        **F 9075-1.2.ORDER**

(7) ☐  Other requirements:

(8) ☐  No later than the deadlines given, movant must file **a Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **Judge's Copy** of the Declaration of Notice and Service must be personally delivered to the Judge's chambers:

> ☐ at least 2 days before the Hearing.
>
> ☐ no later than:        Date:                                Time:

\* Service by electronic means (facsimile or email) requires compliance with FRCP 5(b)(2)(E).

Date:

_____
UNITED STATES BANKRUPTCY JUDGE

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009                        Page 4                        **F 9075-1.2.ORDER**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
831 State Street, Santa Barbara, California, 93101

A true and correct copy of the foregoing document described _____ Proposed Order Setting Hearing on Shortened Notice _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR(s), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

   **NOTE:** - *Proposed orders are not docketed. Therefore, do not list any addresses in Category I.*

**II. SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On 11/10/2010 _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

⌧ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 11/10/2010 _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Hon. Barry Russell
255 E. Temple Street, Suite 1660, Los Angeles, CA 90012,

⌧ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/10/2010 | Kenton Brice | |
|---|---|---|
| Date | Type Name | Signature |

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009 | Page 5 | **F 9075-1.2.ORDER**

## PROOF OF SERVICE OF DOCUMENT – ATTACHED SERVICE LIST

### II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL

**David M. Poitras**
**Dan P. Sedor**
Jeffer Mangels Bulter & Mitchell LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308

**Robyn B. Sokol**
Ezra Brutzkus Gubner LLP
21650 Oxnard St Ste 500
Woodland Hills, CA 91367

**Joseph A. Eisenberg**
Jeffer Mangels Bulter & Mitchell LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308

**Gregory M. Salvato**
Salvato Law Offices
333 S Grand Ave 25th Fl
Los Angeles, CA 90071

**Saul Reiss**
Law Offices of Saul Reiss, P.C.
2800 28th St Ste 328
Santa Monica, CA 90405

**Timothy Neufeld**
**Neufeld Law Group**
360 East 2nd Street, Suite 703
Los Angeles, CA 90012

**United States Trustee (LA)**
725 S Figueroa St # 2600
Los Angeles, CA 90017-5413

**Ashland Properties, LLC**
**Weissmann Wolff, et al**
9665 Wilshire Blvd, 9th Floor
Beverly Hills, CA 90212

**Sawtelle Properties LLC**
**Weissmann Wolff, et al**
9665 Wilshire Blvd, 9th Floor
Beverly Hills, CA 90212

**Mahmoud Fatorechi**
**Weissmann Wolff, et al**
9665 Wilshire Blvd, 9th Floor
Beverly Hills, CA 90212

**Soussan Hashemi**
**Weissmann Wolff, et al**
9665 Wilshire Blvd, 9th Floor
Beverly Hills, CA 90212

**Morteza Homayounjam**
**Weissmann Wolff, et al**
9665 Wilshire Blvd, 9th Floor
Beverly Hills, CA 90212

**John M. Rygh**
915 Wilshire Blvd, Suite 2100
Los Angeles, CA 90017

### II.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL:

- **David M. Poitras**          dpoitras@jmbm.com
- **Robyn B. Sokol**            rsokol@ebg-law.com
- **Joseph A. Eisenberg**       jeisenberg@jmbm.com
- **Gregory M. Salvato**        gsalvato@pmcos.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **Saul Reiss**                saulreiss@verizon.net

**NOTE TO USERS OF THIS FORM:**

**1)** Attach this form to the last page of a proposed order or judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I. below:** The United States trustee and case trustee (if any) will always be in this category.
**4) Category II. below:** List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) _____
<u>ORDER GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE</u>
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. <u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** – Pursuant to controlling General Order(s) and LBR(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

        United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. <u>SERVED BY THE COURT VIA UNITED STATES MAIL:</u>** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

        Matt Clarke

        Christman, Kelley and Clarke

        831 State Street

        Santa Barbara, CA 93101
                                        ☐ Service information continued on attached page

**III. <u>TO BE SERVED BY THE LODGING PARTY:</u>** No later than the deadline specified in paragraph 3.b.(3) of this order, the party lodging the order must serve a complete copy bearing an "Entered" stamp on the persons/entities identified in paragraph 3.b.(3) using the service method(s) required by paragraph 3.b.(3).

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9075-1.2.ORDER**

Matthew Clarke (SBN 184959)
matt@christmankelley.com
Dugan P. Kelley (SBN 207347)
dugan@christmankelley.com
CHRISTMAN, KELLEY & CLARKE
831 State Street
Santa Barbara. California 93101
Telephone:    (805) 884-9922
Facsimile:    (866) 611-9852

Attorneys for Plaintiffs
Kamran Pasadena Group, Inc. and Kamran Group, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In Re: NAMCO CAPITAL GROUP INC, a California corporation<br><br>Debtor. | Case No.: 2:08-bk-32333-BR<br>Chapter 11<br>Adv. No.: 2:10-ap-01244-BR |
| KAMRAN PASADENA GROUP, INC., a California corporation; and KAMRAN GROUP, LLC, a California limited liability company<br><br>Plaintiffs,<br><br>v.<br><br>BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP INC, a California corporation; WOODMAN PARTNERS, LLC, a California limited liability company; FIDELITY NATIONAL TITLE COMPANY, a California corporation DANIEL JACOB ISSAC, an individual; FAY FRANAK SARAFIAN, an individual; DARIOUSH SOLEIMANI, an individual; MORTEZA HOMAYOUNJAM, an individual; MEHRNAZ HEKMATRAVAN, an individual; JAMSHID BAHARVAR; an individual; ASHLAND PROPERTIES, LLC, A California limited liability company; FARMCO TRUST, SAWTELLE PROPERTIES, LLC; a California limited liability company; MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEES FOR THE FATORECHI-HASHEMI TRUST; and DOES 1 THROUGH 100<br><br>Defendants. | **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINE AND RESET PRE-TRIAL CONFERENCE MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINE AND RESET PRE-TRIAL CONFERENCE AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>DATE: TBD<br>TIME: TBD<br>LOCATION: TBD |

1

NOTICE AND MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINE AND
RESET PRE-TRIAL CONFERENCE AND
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

TO THE HONORABLE BARRY RUSSELL UNITED STATES BANKRUPTCY COURT JUDGE, AND ALL DEFENDNTS:

NOTICE IS HEREBY GIVEN, that at a time and location to be determined by the Court, as stated in an Order Granting Application and Setting Hearing on Shortened Notice, should the Court grant such application, Plaintiffs Kamran Pasadena Group, Inc. and Kamran Group, LLC (collectively, "Plaintiffs") will move this Court pursuant to Federal Rule of Civil Procedure 16(b), by and through their Motion to Modify Scheduling Order to Extend Discovery Deadline and Reset Pre-Trial Conference (the "Motion"), for an order modifying the scheduling order to extend the discovery deadline regarding the claims of Plaintiffs in this adversary proceeding an additional sixty (60) days from its current date of November 15, 2010, to a new deadline of January 14, 2011, and to correspondingly reset the Pre-Trial Conference currently set for January 11, 2011, and any and all dates for reports, conferences, and filings related thereto and arising therefrom, to dates beyond the extended discovery deadline as determined by and at the convenience of the Court.

This Motion is made on the grounds that, despite repeated efforts, Plaintiffs have been unable to secure and conduct the depositions of two key witnesses with intimate knowledge of the essential facts underlying this dispute. Specifically, Plaintiffs have been unable to serve deposition subpoenas upon Mr. Ezri Namvar and Hamid Tabatabai, both of whom were key personnel of Namco Capital Group, Inc. ("Namco"), and Mr. Ezri Namvar was an owner of Namco, at all times relevant to this dispute.

The Motion is based on this Notice, the accompanying memorandum of points and authorities, declarations, the pleadings, records, and files in this action, and on such evidence as may be presented at the hearing on this Motion.

In conjunction with the Motion, Plaintiffs are filing an Application for Order Setting Hearing on Shortened Notice, seeking to set the Motion for hearing TBD by the Court. Any opposition to this Motion must be filed within the time designated by the Court in an Order Granting Application and Setting Hearing on Shortened Notice.

NOTICE AND MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINE AND RESET PRE-TRIAL CONFERENCE AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

DATED: November 9, 2010

CHRISTMAN, KELLEY & CLARKE

By: _Matthew Clarke_

Matthew M. Clarke
Dugan P. Kelley
Attorneys for Plaintiffs Kamran Pasadena
Group, Inc. and Kamran Group, LLC

NOTICE AND MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINE AND
RESET PRE-TRIAL CONFERENCE AND
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

**PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINE AND RESET PRE-TRIAL CONFERENCE AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

NOW COMES, Plaintiffs, Kamran Pasadena Group, Inc. and Kamran Group, LLC (collectively, "Plaintiffs"), and file this Motion to Modify Scheduling Order to Extend Discovery Deadline and Reset Pre-Trial Conference and Memorandum of Points and Authorities in Support Thereof ("Motion"), together with the Notice of the Motion, seeking a modification of the Scheduling Order currently effect in this cause to extend the November 15, 2010, discovery deadline currently in place an additional sixty (60) days to a new deadline of January 14, 2011; and, correspondingly, to reset the Pre-Trial Conference currently set for January 11, 2011, to a date subsequent to the new discovery deadline as determined by the Court; and in support thereof would respectfully show the Court as follows:

**I.**

**INTRODUCTION**

1.      Pursuant to the Scheduling Order After Status Conference ("Scheduling Order"), filed and entered in this cause on August 13, 2010, the discovery deadline regarding the claims asserted by Plaintiffs, Kamran Pasadena Group, Inc. and Kamran Group, LLC (collectively, "Plaintiffs"), in this adversary proceeding is currently November 15, 2010. *See* the Scheduling Order at pp. 3-4 on file with the Court. The Joint Status Report in this adversary proceeding dated September 21, 2010, states that "[t]he parties anticipate taking party depositions and percipient witness depositions by the first week of November 2010 in advance of the Court's discovery cut-off of November 15, 2010." Exhibit A.   At the status conference held with the Court on October 5, 2010 (the "Status Conference"), counsel for Plaintiffs made reference to the Court that Plaintiffs would likely seek to modify the scheduling order to extend the discovery deadline in order for Plaintiffs to have sufficient time to conduct depositions in this cause. This is the Motion contemplated by counsel for Plaintiffs at the Status Conference. Pursuant to the Scheduling Order Re Pre-Trial Conference for this cause, the Pre-Trial Conference for this adversary proceeding is currently set for January 11, 2011. Exhibit B.

4

2.      In the course of discovery, Plaintiffs desire to take the oral depositions of the following persons: (1) Namco Capital Group, Inc. ("Namco"), by and through its person(s) most knowledgeable of particular subject matters enumerated in the Notice of Deposition thereof; (2) Ezri Namvar ("Namvar"), owner and agent of Namco at all relevant times and a person with intimate knowledge of the facts underlying Plaintiffs' claims in this adversary proceeding; and (3) Hamid Tabatabai ("Tabatabai"), vice-president and agent of Namco at all relevant times and a person with intimate knowledge of the facts underlying Plaintiffs' claims in this adversary proceeding. Namvar and Tabatabai have direct personal knowledge of the key facts underlying this dispute, including but not limited to the joint venture agreement between Kamran Group, LLC and Namco Capital Group, Inc.; the purchase and development of the real properties comprising, and the funding of, the Pasadena Development Project; and the history, lack of funding, and invalidity of the promissory notes at issue in this cause. The oral deposition of Namco is currently set for November 10, 2010.

3.      Despite Plaintiff Kamran Group, LLC's diligence in repeatedly attempting to secure the depositions of Namvar and Tabatabai, through Notices of Deposition to counsel for Bradley D. Sharp, Chapter 11 Trustee of Namco ("Trustee"), and the issuance and repeated attempted service of deposition subpoenas, Plaintiffs have to date been unable to depose Namvar and Tabatabai; and it is uncertain whether Plaintiffs will be able to secure such depositions prior to the November 15, 2010, discovery deadline currently in place, though Plaintiffs continue their efforts to do so. On October 28, 2010, Plaintiff Kamran Group, LLC served Notices of Deposition on counsel for Trustee seeking the depositions of Namvar and Tabatabai on November 9, 2010. *See* the Notice of Deposition for Ezri Namvar and the Notice of Deposition for Hamid Tabatabai true and correct copies of which are attached, collectively, to the Declaration of Matthew M. Clarke as Exhibit C-1 and incorporated herein by reference. Upon receipt of the Notices of Deposition, counsel for Trustee represented to counsel for Plaintiffs that they did not represent and had no control over Namvar or Tabatabai, and that if Plaintiffs desired to depose them Plaintiffs would need to issue and serve subpoenas thereon. *See* the Declaration of Barry L. Moerschell attached hereto as Exhibit D and incorporated herein by reference.

NOTICE AND MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINE AND
RESET PRE-TRIAL CONFERENCE AND
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

4.     On October 28, 2010, Plaintiff Kamran Group, LLC issued deposition subpoenas for Namvar and Tabatabai ("First Deposition Subpoenas") seeking to depose both of them on November 9, 2010. *See* the Subpoena in Adversary Proceeding for the oral deposition of Namvar and the Subpoena in Adversary Proceeding for the oral deposition of Tabatabai, both of which are dated October 28, 2010, true and correct copies of which are collectively attached to the Declaration of Matthew M. Clarke as Exhibit C-2 and incorporated herein by reference.  Counsel for Plaintiffs placed the Deposition Subpoenas in the hands of an authorized process server, Team Legal, Inc., to perfect service thereof on Namvar and Tabatabai, respectively. Despite repeated attempts, Team Legal, Inc. has been unable to perfect service on Namvar and Tabatabai, respectively.  *See* e-mail correspondence from Matthew Dobrow, Process Supervisor of Team Legal, Inc., dated November 3-5, 2010, a true and correct copy of which is attached to the Declaration of Kenton Brice as Exhibit E-1 and incorporated herein by reference.  Plaintiff Kamran Group, LLC has subsequently issued a second set of deposition subpoenas for Namvar and Tabatabai ("Second Deposition Subpoenas") seeking to depose both of them on November 12, 2010. *See* the Subpoena in Adversary Proceeding for the oral deposition of Namvar and the Subpoena in Adversary Proceeding for the oral deposition of Tabatabai, both of which are dated November 8, 2010, true and correct copies of which are collectively attached to the Declaration of Matthew M. Clarke as Exhibit C-3 and incorporated herein by reference.  Given the history of being unable to perfect service on Namvar and Tabatabai, it is foreseeable that service of the Second Deposition Subpoenas may prove unsuccessful in a timely manner to conduct the depositions on November 12, 2010.

5.     In the event Plaintiffs are unable to timely serve Namvar and Tabatabai with the Second Deposition Subpoenas to allow for their depositions on November 12, 2010, Plaintiffs will continue to pursue service of deposition subpoenas thereon if the Court affords Plaintiffs an opportunity to do so through an extension of the discovery deadline.

6.     In support of this Motion, Plaintiffs attach the Declaration of Matthew Clarke as Exhibit C, the Declaration of Barry Moerschell as Exhibit D, and the Declaration of Kenton Brice as Exhibit E, and incorporate them herein by reference.

NOTICE AND MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINE AND RESET PRE-TRIAL CONFERENCE AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

## II.

## POINTS AND AUTHORITIES

**A.    The Scheduling Order Should Be Modified to Extend Discovery Deadline.**

7.    In order to obtain a modification of a scheduling order, a movant must show good cause for the modification and obtain the judge's consent.  Fed. R. Civ. P. 16(b)(4).  The "good cause" standard of Rule 16(b) primarily considers the diligence of the party seeking the modification. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).  The district court may modify the pretrial schedule "if it cannot reasonably be met despite the diligence of the party seeking the extension." *Id.* (quoting Fed.R.Civ.P. 16 advisory committee's notes (1983 amendment).  Plaintiffs have good cause for the need to modify the scheduling order to extend the discovery deadline in order to afford Plaintiffs an opportunity to secure the oral depositions of Namvar and Tabatabai.

8.    Plaintiffs have repeatedly attempted to procure the oral depositions of Namvar and Tabatabai prior to seeking this modification of the Scheduling Order to extend the current discovery deadline.  On October 28, 2010, Plaintiff Kamran Group, LLC served Notices of Deposition upon counsel for Trustee for the oral depositions of Namvar and Tabatabai to be held on November 9, 2010. Exhibit C-1.  Counsel for Trustee represented that it has no control over or ability to produce Namvar and Tabatabai for deposition, despite their affiliation and insider status with Namco at all times relevant to the facts underlying this dispute. *See* Exhibit D.  The First Deposition Subpoenas for oral depositions on November 9, 2010, were also issued on October 28, 2010, and service was repeatedly attempted on Namvar and Tabatabai, without success. *See* Exhibit E-1.  Now, the Second Deposition Subpoenas have been issued for oral depositions on November 12, 2010, with the knowledge that the history of attempted service makes it foreseeable that timely service may prove unsuccessful.  However, Plaintiffs have done, and will continue to do, all that it can to secure the depositions of Namvar and Tabatabai in a timely manner.

9.    Clearly, Plaintiffs have been diligent in their attempts to secure the oral depositions of Namvar and Tabatabai and good cause exists for extending the discovery deadline in this case sixty (60) days to January 14, 2011.

7

10.    The Joint Status Report establishes the fact that all parties anticipated that the depositions of the parties and percipient witness, which includes Namvar and Tabatabai, would be conducted in the early part of November.  Exhibit A.  Consistent with that fact, and thus consistent with the expectations of the parties with respect to the conduct of discovery, Plaintiff Kamran Group, LLC's diligently attempted to procure the oral depositions of Namvar and Tabatabai on November 9, 2010, and subsequently, November 12, 2010. *See* Exhibits C-1, C-2, and C-3.

**B.    The Pre-Trial Conference Should Be Rescheduled to a Date Beyond the New Discovery Deadline.**

11.    Extending the discovery deadline an additional sixty (60) days from its current date to January 14, 2011, would place the new discovery deadline after the Pre-Trial Conference currently set for January 11, 2011.  Consequently, Plaintiffs request that the Court reset the Pre-Trial Conference from its current setting of January 11, 2011, and correspondingly reset all dates for reports, conferences, and filings related thereto and arising therefrom, to dates beyond the extended discovery deadline date of January 14, 2011, to dates that are convenient to the Court.

### III.

### CONCLUSION

12.    Plaintiffs have repeatedly attempted to procure the oral depositions of Ezri Namvar and Hamid Tabatabai through notices of deposition propounded upon counsel for Trustee and through the issuance of deposition subpoenas, all without success.  Though Plaintiffs continue to attempt service of deposition subpoenas on Namvar and Tabatabai in an effort to secure their respective oral depositions prior to the current discovery deadline of November 15, 2010, it is foreseeable that timely service may prove unsuccessful based upon the lack of success to date.  As required by Federal Rule of Civil Procedure 16, Plaintiffs have established good cause for a modification of the scheduling order to extend the discovery deadline sixty (60) days from its current date of November 15, 2010, to January 14, 2011.

NOTICE AND MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINE AND RESET PRE-TRIAL CONFERENCE AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully pray that their Motion to Modify Scheduling Order to Extend Discovery Deadline be, in all things, GRANTED; that the Scheduling Order be modified to extend the discovery deadline an additional sixty (60) days to January 14, 2011; and that the Pre-Trial Conference currently set for January 10, 2011, and related dates and deadlines for reports, conferences, and filings related thereto and arising therefrom, be rescheduled to dates beyond the extended discovery deadline as determined by and at the convenience of the Court.

DATED: November 9, 2010                         CHRISTMAN, KELLEY & CLARKE

By: _____
Matthew Clarke
Dugan P. Kelley
Attorneys for Plaintiffs
Kamran Pasadena Group, Inc. and Kamran Group, LLC

9

NOTICE AND MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINE AND
RESET PRE-TRIAL CONFERENCE AND
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

# Exhibit A

DAVID M. POITRAS P.C. (SBN 141309)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080/Facsimile: (310) 203-0567
Email: dpoitras@jmbm.com

Attorneys for Bradley D. Sharp,
Chapter 11 Trustee for Namco Capital Group, Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA/ LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>NAMCO CAPITAL GROUP INC, a California corporation,<br><br>Debtor. | Case No.: 2:08-bk-32333-BR<br><br>Chapter 11<br><br>Adv. No.: 2:10-ap-01244 BR |
| KAMRAN PASADENA GROUP, INC., a California corporation; and<br>KAMRAN GROUP, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>NAMCO CAPITAL GROUP INC, a California corporation; EZRI NAMVAR, an individual; WOODMAN PARTNERS, LLC, a California limited liability company; FIDELITY NATIONAL TITLE COMPANY, a California corporation;DANIEL JACOB ISSAC, an individual; FAY FRANAK SARAFIAN, an individual; DARIOUSH SOLEIMANI, an individual; MORTEZA HOMAYOUNJAM, an individual; MEHRNAZ HEKMATRAVAN, an individual; JAMSHID BAHARVAR; an individual;ASHLAND PROPERTIES, LLC, A California limited liability company; FARMCO TRUST, SAWTELLE PROPERTIES, LLC; a California limited liability company; MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEES FOR THE FATORECHI-HASHEMI TRUST; and DOES 1 THROUGH 100,<br><br>Defendants. | **JOINT STATUS REPORT**<br><br><br><br><br><br>STATUS CONFERENCE:<br><br>DATE: 10/05/10<br>TIME: 10:00 A.M.<br>PLACE: COURTROOM 1668<br>16TH FLOOR<br>ROYBAL FEDERAL BLDG.<br>255 E. TEMPLE STREET<br>LOS ANGELES, CA 90012 |

PRINTED ON
RECYCLED PAPER
7294208v1

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE:**

The Parties submit the following Joint Status Report in accordance with Local Bankruptcy Rule 7016-1:

**A.    PLEADINGS/SERVICE**

1.    Have all parties been served?

**Yes.**

2.    Have all parties filed and served Answers to the Complaint and/or Counter-Claim?

**Yes.**

3.    Is this case at issue as to all parties and as to all causes of action?

**No.**

4.    If your answers to any of the three preceding questions is anything other than an unqualified "Yes", then please explain:

**The Trustee's counsel has served Daniel Jacob Issac with the Cross Complaint. This address was provided to Plaintiff's counsel.**

**B.    STATE OF DISCOVERY:**

After the rulings made by the Court at the last status conference on July 14, 2010, the parties have served special interrogatories, production demands, and requests for admissions. The Trustee's responses are due on or before October 5, 2010. Plaintiffs' responses are due on or before October 15, 2010. The parties anticipate taking party depositions and percipient witness depositions by the first week of November 2010 in advance of the Court's discovery cut-off of November 15, 2010.

**C.    CONTEMPLATED MOTIONS:**

None at this time.

PRINTED ON
RECYCLED PAPER

7294208v1

- 2 -

**D. PROSPECTS FOR SETTLEMENT:**

The parties continue to discuss potential options to resolve this matter, including in person meetings and phone conferences between the principals and representatives regarding the scope of the issues identified in the adversary complaints, the respective positions by each party, upcoming hearings/costs to litigate, and potential options to resolve this matter. It is anticipated that the written discovery and depositions will assist the parties to narrow differences of opinion on the merits of this matter in aiding potential resolution options.

**E. PROPOSED PRE-TRIAL CONFERENCE DATE:**

The parties propose Monday, January 10, 2011, for the pre-trial conference or another convenient date for the Court's calendar.

**F. ANY OTHER ISSUES IMPACTING MATTER:**

None at this time.

**G. ALTERNATIVE DISPUTE RESOLUTION:**

The parties are interested in formal dispute resolution once the parties have conducted the outstanding discovery and depositions.

Dated: September 21, 2010      JEFFER MANGELS BUTLER & MITCHELL LLP

By: /s/ David M. Poitras
    DAVID M. POITRAS P.C.
    Attorneys for Bradley D. Sharp, Chapter 11
    Trustee for Namco Capital Group, Inc.

Dated: September 21, 2010      CHRISTMAN, KELLEY AND CLARKE

By: /s/ Dugan P. Kelley
    DUGAN P. KELLEY
    Attorneys for Kamran Pasadena Group, Inc.

PRINTED ON
RECYCLED PAPER
7294208v1

**NOTE:** When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **JOINT STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 21, 2010,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Matthew M Clarke    mclarke@cappellonoel.com
- Marc S Cohen    mcohen@kayescholer.com
- Ashleigh A Danker    adanker@kayescholer.com
- Joseph A Eisenberg    jae@jmbm.com
- David M Poitras    dpoitras@jmbm.com
- Gregory M Salvato    gsalvato@pmcos.com, calendar@salvatolawoffices.com

- Gregory M Salvato    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- Robyn B Sokol    ecf@ebg-law.com, rsokol@ebg-law.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On **September 21, 2010,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 21, 2010,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 21, 2010 | Billie Terry | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                **F 9013-3.1.PROOF.SERVICE**

ADDITIONAL SERVICE LIST:

## III. SERVED BY EMAIL

**Attorneys for Kamran Pasadena Group, Inc.**

A Barry Cappello
Cappello & Noel LLP
831 State Street
Santa Barbara, CA 93101
Email: abc@cappellonoel.com

Timothy Neufeld
Neufeld Law Group
360 E 2nd St Ste 703
Los Angeles, CA 90012
Email: tneufeld@neufeldlawgroup.com

Dugan P. Kelley
Christman, Kelley and Clarke
5215 N. O'Connor Blvd., Suite 200
Irvine, TX 75039
Email: dugan@christmankelley.com

## II. SERVED BY OVERNIGHT MAIL

Honorable Barry Russell
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

## II. SERVED BY U.S. MAIL

**Fidelity National Title Company**
John M Rygh
915 Wilshire Blvd. Ste 2100
Los Angeles, CA 90017

**Mehrnaz Hekmatravan**
Saul Reiss
Law Offices of Saul Reiss
2800 28th St., Ste 328
Santa Monica, CA 90405

**Ashland Properties LLC; Mahmoud Fatorechi;
Soussan Hashemi; Morteza Homayounjam;
Sawtelle Properties LLC**
Weissmann Wolff et al
9665 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                              **F 9013-3.1.PROOF.SERVICE**

**Exhibit B**

David M. Poitras - Bar No. 141309
Thomas Geher – Bar No. 130588
JEFFER, MANGELS, BUTLER & MARMARO LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California  90067-4308
Telephone:    310.203.8080
Facsimile:    310.203.0567
Email:        dpoitras@jmbm.com
              tgeher@jmbm.com

Attorneys for Bradley D. Sharp, Chapter 11 Trustee for
Namco Capital Group, Inc.

Steven T. Gubner - Bar No. 156593
Robyn Sokol - Bar No. 159506
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA  91367
Telephone: 818.827.9000
Facsimile:  818.827.9099
Email:       sgubner@ebg-law.com
             rsokol@ebg-law.com

Special Counsel for Bradley D. Sharp,
Chapter 11 Trustee for Namco Capital Group, Inc.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:08-bk-32333-BR |
| NAMCO CAPITAL GROUP, INC., a California corporation, | Chapter 11 |
| Debtor. | Adv. No. 2:10-ap-01244 BR |
| KAMRAN PASADENA GROUP, INC., *etc.*, *et al.*, | **SCHEDULING ORDER RE PRE-TRIAL CONFERENCE** |
| Plaintiffs, | Status Conference:<br>Date:   October 5, 2010<br>Time:   10:00 a.m. |
| v. | |
| BRADLEY D. SHARP, CHAPTER 11 TRUSTEE, *etc.*, *et al.*, | Pre-Trial Conference<br>Date:   January 11, 2011<br>Time:   11:00 a.m. |
| Defendants. | Place:  Courtroom 1668<br>United States Bankruptcy Court<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

-1-

MEHRNAZ HEKMATRAVAN,

Claimant,

v.

BRADLEY D. SHARP, CHAPTER 11
TRUSTEE, *etc., et al.*,

Defendants.

BRADLEY D. SHARP, Chapter 11 Trustee,

Cross-Plaintiff,

v.

MORTEZA HOMAYOUNJAM, *et al.*,

Cross-Defendants.

ASHLAND PROPERTIES, LLC, *etc., et al.*,

Counter-Claimants,
Cross-Claimants, and
Third Party Plaintiffs,

v.

KAMRAN PASADENA, INC., *et al.*,

Counter-Defendants,
And Cross-Defendants

A Status Conference was held before the Honorable Barry Russell, Judge of the United States Bankruptcy Court, on October 5, 2010 at 10:00 a.m. in Courtroom 1668 of the above-identified Court. Thomas M. Geher of Jeffer, Mangels, Butler & Marmaro LLP appeared on behalf of Bradley D. Sharp, Chapter 11 Trustee of Namco Capital Group, Inc. Other appearances are as reflected in the Court's record.

Based on the pleadings on file in this adversary proceeding and the representations made to the Court at the Status Conference,

-2-

IT IS HEREBY ORDERED that a pre-trial conference with respect to the above captioned Plaintiffs and Defendants will be held on January 11, 2011 at 11:00 a.m. in Courtroom 1668 of the United States Bankruptcy Court, located at 255 East Temple Street, Los Angeles, California; and

IT IS FURTHER ORDERED that a status conference with respect to all other claims and parties in the above captioned action will be held on January 11, 2011 at 11:00 a.m. in Courtroom 1668 of the United States Bankruptcy Court, located at 255 East Temple Street, Los Angeles, California.

IT IS SO ORDERED.


# # #

*328460*

| In re: NAMCO CAPITAL GROUP, INC., *etc.*, *et al.*, | Debtor(s). | CHAPTER 11 |
|---|---|---|
| | | CASE NUMBER 2:08-bk-32333-BR |
| | | ADV. No. 2:10-ap-01244-BR |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, California 91367**

The foregoing document described **SCHEDULING ORDER RE PRE-TRIAL CONFERENCE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 29, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Matthew M Clarke    mclarke@cappellonoel.com
- Marc S Cohen    mcohen@kayescholer.com
- Ashleigh A Danker    adanker@kayescholer.com
- Joseph A Eisenberg    jae@jmbm.com
- David M Poitras    dpoitras@jmbm.com
- Gregory M Salvato    gsalvato@pmcos.com, calendar@salvatolawoffices.com
- Gregory M Salvato    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- Robyn B Sokol    ecf@ebg-law.com, rsokol@ebg-law.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On <u>October 29, 2010</u>, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Via U.S. Mail*

| Honorable Barry Russell<br>United States Bankruptcy Court<br>255 E. Temple Street, Suite 1660<br>Los Angeles, CA 90012 | Dugan Kelley, Esq.<br>Matthew Clarke, Esq.<br>Christman Kelley & Clarke<br>5215 N. O'Connor Blvd., Suite 200<br>Irvine, TX 75039 |
|---|---|

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 29, 2010 | KRISTINA DOW | *Kristina Dow* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

-4-

## SERVICE LIST VIA U.S. MAIL

Ashland Properties LLC
Weissmann Wolff et al
9665 Wilshire Blvd - 9th Floor
Beverly Hills, CA 90212

Mahmoud Fatorechi
Weissmann Wolff et al
9665 Wilshire Blvd - 9th Floor
Beverly Hills, CA 90212

Soussan Hashemi
Weissmann Wolff
9665 Wilshire Blvd - 9th Floor
Beverly Hills, CA 90212

Morteza Homayounjam
Weissmann Wolff
9665 Wilshire Blvd - 9th Fl
Beverly Hills, CA 90212

Timothy Neufeld
Neufeld Law Group
360 E 2nd St Ste 703
Los Angeles, CA 90012

Saul Reiss
Law Offices of Saul Reiss
2800 28th St., Ste 328
Santa Monica, CA 90405

John M Rygh
915 Wilshire Bl Ste 2100
Los Angeles, CA 90017

Sawtelle Properties LLC
Weissmann Wolff
9665 Wilshire Blvd - 9th Fl
Beverly Hills, CA 90212

| In re: NAMCO CAPITAL GROUP, INC., *etc.*, *et al.*, | Debtor(s). | CHAPTER 11 |
| --- | --- | --- |
| | | CASE NUMBER 2:08-bk-32333-BR |
| | | ADV. No. 2:10-ap-01244-BR |

### NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **SCHEDULING ORDER AFTER STATUS CONFERENCE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of <u>October 29, 2010</u>, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- •     Matthew M Clarke     mclarke@cappellonoel.com
- •     Marc S Cohen     mcohen@kayescholer.com
- •     Ashleigh A Danker     adanker@kayescholer.com
- •     Joseph A Eisenberg     jae@jmbm.com
- •     David M Poitras     dpoitras@jmbm.com
- •     Gregory M Salvato     gsalvato@pmcos.com, calendar@salvatolawoffices.com
- •     Gregory M Salvato     gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- •     Robyn B Sokol     ecf@ebg-law.com, rsokol@ebg-law.com
- •     United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page