**FIDELITY NATIONAL LAW GROUP**
A Division of Fidelity National Title Group, Inc.
**JOHN M. RYGH** (SBN 125040)
John.Rygh@fnf.com
**TERESA Y. HILLERY** (SBN 232377)
Teresa.Hillery@fnf.com
915 Wilshire Blvd., Suite 2100
Los Angeles, CA 90017
Telephone: (213) 438-4409
Facsimile: (213) 438-4417

Attorneys for Defendant and Cross-Plaintiff,
FIDELITY NATIONAL TITLE COMPANY

FILED
DEC 06 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>NAMCO CAPITAL GROUP, INC., a California corporation,<br><br>Debtor | Case No.: 2:08-bk-32333 BR<br><br>Chapter 11<br><br>Adv. No. 2:10-ap-01244 BR<br><br>**STIPULATION FOR AN ORDER DISMISSING FIDELITY NATIONAL TITLE COMPANY WITH PREJUDICE; AND FOR AN ORDER DISMISSING FIDELITY NATIONAL TITLE COMPANY'S CROSS-CLAIM WITHOUT PREJUDICE**<br><br>[No Hearing Required] |
| KAMRAN PASADENA GROUP, INC., a California corporation; and KAMRAN GROUP, LLC a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>BRADLEY D. SHARP, CHAPTER 11 TRUSTEE, etc., et al.<br><br>Defendants, | |

1

**STIPULATION FOR AN ORDER DISMISSING FIDELITY NATIONAL TITLE COMPANY WITH PREJUDICE; AND FOR AN ORDER DISMISSING FIDELITY NATIONAL TITLE COMPANY'S CROSS-CLAIM WITHOUT PREJUDICE**

DOCUMENT PREPARED
ON RECYCLED PAPER

MEHRNAZ HEKMATRAVAN,

Claimant,

v.

BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP, INC. a California corporation, KAMRAN GROUP, LLC, a California Limited Liability Company, KAMRAN GROUP, INC., a California corporation, KAMRAN PASADENA, INC., a California corporation, DAVID J. GOLKAR an individual, HAMID TABATABAI aka HAMID TABA, an individual, VIOLET KASHANY, an individual, MORTEZA HOMAYOUNJAM, an individual, ASHLAND PROPERTIES, LLC, a California Limited Company, SAWTELLE PROPERTIES, LLC, JAMSHID BEHARVAR, an individual, FAYE FARANAK SARAFIAN, an individual, FARMO TRUST DATED JANUARY 1, 2007, a trust, DARIOUSH SOLEMANI, an individual, and DOES 101 through 125,

Defendants,

BRADLEY D. SHARP, Chapter 11 Trustee,

Cross-Plaintiff,

v.

MORTEZA HOMAYOUNJAM, an individual, ASHLAND PROPERTIES, LLC, a California limited liability company, SAWTELLE PROPERTIES, LLC, a California limited liability company, JAMSHID BAHRVAR, an individual, FAYE FARANAK SARAFIAN, an individual, FARMO TRUST DATED JANUARY 1, 2007, a trust, DARIOUSH SOLEMANI, an individual, DANIEL JACOB ISSAC, an individual, MEHRNAZ HEKMATRAVAN, an individual, MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEES FOR THE FATORECHI-HASHEMI TRUST, a trust,

Cross-Defendants,

2

STIPULATION FOR AN ORDER DISMISSING FIDELITY NATIONAL TITLE COMPANY WITH PREJUDICE; AND FOR AN ORDER DISMISSING FIDELITY NATIONAL TITLE COMPANY'S CROSS-CLAIM WITHOUT PREJUDICE

DOCUMENT PREPARED
ON RECYCLED PAPER

ASHLAND PROPERTIES LLC, a California limited liability company; JAMSHID BEHRVAR, an individual; MAHMOUD FATORECHI and SOUSSAN HASHEMI, as Trustees of the FATORECHI-HASHEMI FAMILY TRUST Dated March 29, 2005; MORTEZA HOMAYOUNJAM, an individual; FARAMARZ MASSACHI, as Trustee of the FARMO TRUST Dated January 1, 2007; FARANAK FAYE SARAFIAN, an individual; SAWTELLE PROPERTIES, LLC, a California limited liability company; and DARIUSH SOLEIMANI, an individual;

        Counter-Claimants,
        Cross-Claimants, and
        Third Party Plaintiffs,

v.

KAMRAN PASADENA, INC., a California corporation; and KAMRAN GROUP, LLC, a California limited liability company; BRADLEY D. SHARP, Chapter 11 Trustee; and ROES 1 through 20, Inclusive,

        Counter-Defendants,
        And Cross-Defendants.

FIDELITY NATIONAL TITLE COMPANY,

        Defendant and Cross-Plaintiff,

v.

BRADLEY D. SHARP, Chapter 11 Trustee For Namco Capital Group, Inc., DANIEL JACOB ISSAC, an individual; FAY FRANK SARAFIAN, an individual; DARIOUSH SOLEIMANI, an individual; MORTEZA HOMAYOUNJAM, an individual; MEHRNAZ HEKMATRAVAN, an individual; JAMSHID BAHARVAR; an individual; ASHLAND PROPERTIES, LLC, A California limited liability company; FARMCO TRUST, SAWTELLE PROPERTIES, LLC; a California limited liability company; MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEES FOR THE FATORECHI-HASHEMI TRUST

        Defendant and Cross-Defendants.

3

**STIPULATION FOR AN ORDER DISMISSING FIDELITY NATIONAL TITLE COMPANY WITH PREJUDICE; AND FOR AN ORDER DISMISSING FIDELITY NATIONAL TITLE COMPANY'S CROSS-CLAIM WITHOUT PREJUDICE**

DOCUMENT PREPARED ON RECYCLED PAPER

TO THE HONORABLE BARRY RUSSELL:

This Stipulation for an (1) Order Dismissing Fidelity National Title Company with Prejudice, and (2) Order Dismissing Fidelity National Title Company's Cross Claim without Prejudice is entered into by and between Plaintiffs, KAMRAN PASADENA GROUP, INC.,KAMRAN GROUP, LLC; FIDELITY NATIONAL TITLE COMPANY; and MEHRNAZ HEKMATRAVAN.

I.   **RECITAL**

A. On or around February 24, 2010, KAMRAN PASADENA GROUP, INC. and KAMRAN GROUP, LLC . (collectively referred to as "KAMRAN") filed their complaint against FIDELITY NATIONAL TITLE COMPANY (hereafter "FIDELITY").

B. On or around June 22, 2010, FIDELITY answered KAMRAN's complaint.

C. On or around September 16, 2010, FIDELITY filed its Cross-Claim against BRADLEY D. SHARP, Chapter 11 Trustee For Namco Capital Group, Inc., DANIEL JACOB ISSAC, an individual; FAY FRANK SARAFIAN, an individual; DARIOUSH SOLEIMANI, an individual; MORTEZA HOMAYOUNJAM, an individual; JAMSHID BAHARVAR; an individual; ASHLAND PROPERTIES, LLC, A California limited liability company; FARMCO TRUST, SAWTELLE PROPERTIES, LLC; a California limited liability company; MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEES FOR THE FATORECHI-HASHEMI TRUST.

D. On or around October 7, 2010, MEHRNAZ HEKMATRAVAN filed an answer to FIDELITY's cross claim.

E. BRADLEY D. SHARP, Chapter 11 Trustee For Namco Capital Group, Inc.; and DANIEL JACOB ISSAC have yet to answer FIDELITY's cross claim.

F. FIDELITY stipulated to an extension of time for the filing of a responsive pleading on behalf of FAY FRANK SARAFIAN; DARIOUSH SOLEIMANI; MORTEZA

4

DOCUMENT PREPARED
ON RECYCLED PAPER

HOMAYOUNJAM; JAMSHID BAHARVAR; ASHLAND PROPERTIES, LLC; SAWTELLE PROPERTIES, LLC; MAHMOUD FATORECHI; AND SOUSSAN HASHEMI.

II. **STIPULATION**

A. KAMRAN shall dismiss FIDELITY with prejudice.

B. FIDELITY shall not sale/foreclose on the subject properties of this Adversary Proceeding absent a court order or ruling.

C. All parties are to bear their own attorneys' fees and costs.

D. As a result of being dismissed with prejudice from KAMRAN's complaint, FIDELITY shall dismiss without prejudice all parties to its cross-claim.

DATED: December 6, 2010    **CHRISTMAN KELLY & CLARKE**

BY: _____
DUGAN P. KELLY, Attorneys for
KAMRAN PASADENA GROUP, INC. and
KAMRAN GROUP, LLC

DATED: December ____, 2010    **LAW OFFICES OF SAUL REISS, P.C.**

BY: _____
SAUL REISS
FIROUZEH SIMAB, Attorneys for
MEHRNAZ HEKMATRAVAN

DATED: December 6, 2010    **FIDELITY NATIONAL LAW GROUP**

BY: _____
JOHN M. RYGH
TERESA Y. HILLERY, Attorneys for
FIDELITY NATIONAL TITLE COMPANY

5

DOCUMENT PREPARED
ON RECYCLED PAPER

HOMAYOUNJAM; JAMSHID BAHARVAR; ASHLAND PROPERTIES, LLC; SAWTELLE PROPERTIES, LLC; MAHMOUD FATORECHI; AND SOUSSAN HASHEMI.

II. **STIPULATION**

A. KAMRAN shall dismiss FIDELITY with prejudice.

B. FIDELITY shall not sale/foreclose on the subject properties of this Adversary Proceeding absent a court order or ruling.

C. All parties are to bear their own attorneys' fees and costs.

D. As a result of being dismissed with prejudice from KAMRAN's complaint, FIDELITY shall dismiss without prejudice all parties to its cross-claim.

DATED:   December ___, 2010          **CHRISTMAN KELLY & CLARKE**

BY: _____
DUGAN P. KELLY, Attorneys for
KAMRAN PASADENA GROUP, INC. and
KAMRAN GROUP, LLC

DATED:   December _2_, 2010          **LAW OFFICES OF SAUL REISS, P.C.**

BY: _____
SAUL REISS
FIROUZEH SIMAB, Attorneys for
MEHRNAZ HEKMATRAVAN

DATED:   December ___, 2010          **FIDELITY NATIONAL LAW GROUP**

BY: _____
JOHN M. RYGH
TERESA Y. HILLERY, Attorneys for
FIDELITY NATIONAL TITLE COMPANY

5

STIPULATION FOR AN ORDER DISMISSING FIDELITY NATIONAL TITLE COMPANY WITH PREJUDICE; AND FOR AN ORDER DISMISSING FIDELITY NATIONAL TITLE COMPANY'S CROSS-CLAIM WITHOUT PREJUDICE

DOCUMENT PREPARED ON RECYCLED PAPER