**FIDELITY NATIONAL LAW GROUP**
A Division of Fidelity National Title Group, Inc.
**JOHN M. RYGH** (SBN 125040)
John.rygh@fnf.com
**TERESA HILLERY** (SBN 232377)
Teresa.hillery@fnf.com
915 Wilshire Blvd., Suite 2100
Los Angeles, CA 90017
Telephone: (213) 438-4403
Facsimile: (213) 438-4409

**FILED**

**DEC 06 2010**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

Attorneys for Plaintiff
FIDELITY NATIONAL TITLE INSURANCE COMPANY

UNITED STATE BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>NAMCO CAPITAL GROUP, INC., a California corporation,<br><br>Debtor. | Case No.: 2:08-bk-32333 BR<br><br>Chapter 11<br><br>Adv. No. 2:10-ap-01244 BR<br><br>**CERTIFICATE OF SERVICE**<br><br>**CTRM: 1668** |
| KAMRAN PASADENA GROUP, INC., a California corporation; and KAMRAN GROUP, LLC  a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>BRADLEY D. SHARP, CHAPTER 11 TRUSTEE, etc., et al.<br><br>Defendants, | |

DOCUMENT PREPARED
ON RECYCLED PAPER

CERTIFICATE OF SERVICE

MEHRNAZ HEKMATRAVAN,

            Claimant,

v.

BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP, INC. a California corporation, KAMRAN GROUP, LLC, a California Limited Liability Company, KAMRAN GROUP, INC., a California corporation, KAMRAN PASADENA, INC., a California corporation, DAVID J. GOLKAR an individual, HAMID TABATABAI aka HAMID TABA, an individual, VIOLET KASHANY, an individual, MORTEZA HOMAYOUNJAM, an individual, ASHLAND PROPERTIES, LLC, a California Limited Company, SAWTELLE PROPERTIES, LLC, JAMSHID BEHARVAR, an individual, FAYE FARANAK SARAFIAN, an individual, FARMO TRUST DATED JANUARY 1, 2007, a trust, DARIOUSH SOLEMANI, an individual, and DOES 101 through 125,

            Defendants,

BRADLEY D. SHARP, Chapter 11 Trustee,

            Cross-Plaintiff,

v.

MORTEZA HOMAYOUNJAM, an individual, ASHLAND PROPERTIES, LLC, a California limited liability company, SAWTELLE PROPERTIES, LLC, a California limited liability company, JAMSHID BAHRVAR, an individual, FAYE FARANAK SARAFIAN, an individual, FARMO TRUST DATED JANUARY 1, 2007, a trust, DARIOUSH SOLEMANI, an individual, DANIEL JACOB ISSAC, an individual, MEHRNAZ HEKMATRAVAN, an individual, MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEES FOR THE FATORECHI-HASHEMI TRUST, a trust,

            Cross-Defendants,

DOCUMENT PREPARED
ON RECYCLED PAPER

2

**CERTIFICATE OF SERVICE**

ASHLAND PROPERTIES LLC, a California limited liability company; JAMSHID BEHRVAR, an individual; MAHMOUD FATORECHI and SOUSSAN HASHEMI, as Trustees of the FATORECHI-HASHEMI FAMILY TRUST Dated March 29, 2005; MORTEZA HOMAYOUNJAM, an individual; FARAMARZ MASSACHI, as Trustee of the FARMO TRUST Dated January 1, 2007; FARANAK FAYE SARAFIAN, an individual; SAWTELLE PROPERTIES, LLC, a California limited liability company; and DARIUSH SOLEIMANI, an individual;

        Counter-Claimants,
        Cross-Claimaints, and
        Third Party Plaintiffs,

v.

KAMRAN PASADENA, INC., a California corporation; and KAMRAN GROUP, LLC, a California limited liability company; BRADLEY D. SHARP, Chapter 11 Trustee; and ROES 1 through 20, Inclusive,

        Counter-Defendants,
        And Cross-Defendants.

I, the undersigned, declare that I am an employed in the County of Los Angeles. I am over the age of 18 years and am not a party to the within entitled action. My business address is 915 Wilshire Blvd., Suite 2100, Los Angeles, CA 90017.

On December 6, 2010, I served the within STIPULATION FOR AN ORDER DISMISSING FIDELITY NATIONAL TITLE COMPANY WITH PREJUDICE; AND FOR AN ORDER DISMISSING FIDELITY NATIONAL TITLE COMPANY'S CROSS-CLAIM WITHOUT PREJUDICE, by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, to all parties entitled to receive regular mailed notices, addressed as follows:

**SEE ATTACHED SERVICE LIST**

3

DOCUMENT PREPARED
ON RECYCLED PAPER

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of December, 2010, Los Angeles, California

_____
Veronica Garcia

DOCUMENT PREPARED
ON RECYCLED PAPER

**CERTIFICATE OF SERVICE**

SERVICE LIST
In Re: Namco
LASC Case No.: 2:08-bk-32333 BR

| | |
|---|---|
| David M. Poitras, Esq.<br>Dan P. Sedor, Esq.<br>Jeffer, Mangels, Butler & Marmaro, LLP<br>1900 Avenue of the Stars, Seventh Floor<br>Los Angeles, CA 90067-4308<br><br>Tel: 310-203-8080<br>Fax: 310-203-0567<br>dpoitras@jmbm.com | Special Counsel for Bradley D. Sharp, Chapter 11 Trustee for Namco Capital Group, Inc. |
| Steven T. Gubner, Esq.<br>Robyn B. Sokol, Esq.<br>Ezra, Brutzkus, Gubner, LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br><br>Tel: 818-827-9000<br>Fax: 818-827-9099<br>sgubner@ebg-law.com<br>rsokol@ebg-law.com | Special Counsel for Bradley D. Sharp, Chapter 11 Trustee for Namco Capital Group, Inc. |
| Gregory M. Salvato, Esq.<br>Joseph Boufadel, Esq.<br>Salvato Law Offices<br>333 S. Flower Street, 25th Floor<br>Los Angeles, CA 90071-1529<br><br>Tel: 213-484-8400<br>Fax: 213-402-3778<br>Gsalvato@Salvatolawoffices.com | Attorneys for Cross-Cross-Defendants ASHLAND PROPERTIES, LLC,  JAMSHIID BAHRAVAR, MAHMOUD FATORECHI and SOUSSAN HASHEMI, as Trustees of the FATORECHI-HASHEMI FAMILY TRUST, MORTEZA HOMAYOUNJAM, FARAMARZ MASSACHI, as Trustee of the FARMCO TRUST, FARANAK FAYE SARAFIAN, and SAWTELLE PROPERTIES, LLC |
| Saul Reiss, Esq.<br>LAW OFFICES OF SAUL REISS, P.C.<br>2800 28th Street, Suite 328<br>Santa Monica, CA 90405 | Attorney for Defendant Mehrnaz Hekmatravan |
| A. Barry Cappello<br>Dugan P. Kelley<br>Capello & Noel, LLP<br>831 State Street<br>Santa Barbara, CA 93101 | Attorneys for Plaintiffs |
| Timothy Newfeld<br>Newfeld Law Group<br>360 e. 2nd Street, Suite 703 | Attorney for Defendant Bradley Sharp |

5

CERTIFICATE OF SERVICE

DOCUMENT PREPARED
ON RECYCLED PAPER

| Los Angeles, CA 90012 | |
| --- | --- |
| Daniel Jacob Isaac | Pro Se |

DOCUMENT PREPARED
ON RECYCLED PAPER

**CERTIFICATE OF SERVICE**