

**ENTERED**

DEC 08 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                          Deputy Clerk

**FIDELITY NATIONAL LAW GROUP**
A Division of Fidelity National Title Group, Inc.
**JOHN M. RYGH** (SBN 125040)
John.Rygh@fnf.com
**TERESA Y. HILLERY** (SBN 232377)
Teresa.Hillery@fnf.com
915 Wilshire Blvd., Suite 2100
Los Angeles, CA 90017
Telephone: (213) 438-4409
Facsimile: (213) 438-4417

Attorneys for Defendant and Cross-Plaintiff,
FIDELITY NATIONAL TITLE COMPANY

**FILED**

DEC – 7 2010

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                          Deputy Clerk

**LODGED**

DEC 06 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                          Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>NAMCO CAPITAL GROUP, INC., a California corporation,<br><br>Debtor | Case No.: 2:08-bk-32333 BR<br><br>Chapter 11<br><br>Adv. No. 2:10-ap-01244 BR<br><br>**ORDER APPROVING STIPULATION FOR DISMISSING FIDELITY NATIONAL TITLE COMPANY WITH PREJUDICE; AND DISMISSING FIDELITY NATIONAL TITLE COMPANY'S CROSS-CLAIM WITHOUT PREJUDICE**<br><br>[No Hearing Required] |
| KAMRAN PASADENA GROUP, INC., a California corporation; and KAMRAN GROUP, LLC  a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>BRADLEY D. SHARP, CHAPTER 11 TRUSTEE, etc., et al.<br><br>Defendants, | |

1

**ORDER APPROVING STIPULATION FOR DISMISSING FIDELITY NATIONAL TITLE COMPANY WITH PREJUDICE; AND DISMISSING FIDELITY NATIONAL TITLE COMPANY'S CROSS-CLAIM WITHOUT PREJUDICE**

DOCUMENT PREPARED
ON RECYCLED PAPER

MEHRNAZ HEKMATRAVAN,

Claimant,

v.

BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP, INC. a California corporation, KAMRAN GROUP, LLC, a California Limited Liability Company, KAMRAN GROUP, INC., a California corporation, KAMRAN PASADENA, INC., a California corporation, DAVID J. GOLKAR an individual, HAMID TABATABAI aka HAMID TABA, an individual, VIOLET KASHANY, an individual, MORTEZA HOMAYOUNJAM, an individual, ASHLAND PROPERTIES, LLC, a California Limited Company, SAWTELLE PROPERTIES, LLC, JAMSHID BEHARVAR, an individual, FAYE FARANAK SARAFIAN, an individual, FARMO TRUST DATED JANUARY 1, 2007, a trust, DARIOUSH SOLEMANI, an individual, and DOES 101 through 125,

Defendants,

BRADLEY D. SHARP, Chapter 11 Trustee,

Cross-Plaintiff,

v.

MORTEZA HOMAYOUNJAM, an individual, ASHLAND PROPERTIES, LLC, a California limited liability company, SAWTELLE PROPERTIES, LLC, a California limited liability company, JAMSHID BAHRVAR, an individual, FAYE FARANAK SARAFIAN, an individual, FARMO TRUST DATED JANUARY 1, 2007, a trust, DARIOUSH SOLEMANI, an individual, DANIEL JACOB ISSAC, an individual, MEHRNAZ HEKMATRAVAN, an individual, MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEES FOR THE FATORECHI-HASHEMI TRUST, a trust,

Cross-Defendants,

2

**ORDER APPROVING STIPULATION FOR DISMISSING FIDELITY NATIONAL TITLE COMPANY WITH PREJUDICE; AND DISMISSING FIDELITY NATIONAL TITLE COMPANY'S CROSS-CLAIM WITHOUT PREJUDICE**

DOCUMENT PREPARED ON RECYCLED PAPER

ASHLAND PROPERTIES LLC, a California limited liability company; JAMSHID BEHRVAR, an individual; MAHMOUD FATORECHI and SOUSSAN HASHEMI, as Trustees of the FATORECHI-HASHEMI FAMILY TRUST Dated March 29, 2005; MORTEZA HOMAYOUNJAM, an individual; FARAMARZ MASSACHI, as Trustee of the FARMO TRUST Dated January 1, 2007; FARANAK FAYE SARAFIAN, an individual; SAWTELLE PROPERTIES, LLC, a California limited liability company; and DARIUSH SOLEIMANI, an individual;

> Counter-Claimants,
> Cross-Claimants, and
> Third Party Plaintiffs,

v.

KAMRAN PASADENA, INC., a California corporation; and KAMRAN GROUP, LLC, a California limited liability company; BRADLEY D. SHARP, Chapter 11 Trustee; and ROES 1 through 20, Inclusive,

> Counter-Defendants,
> And Cross-Defendants.

FIDELITY NATIONAL TITLE COMPANY,

> Defendant and Cross-Plaintiff,

v.

BRADLEY D. SHARP, Chapter 11 Trustee For Namco Capital Group, Inc., DANIEL JACOB ISSAC, an individual; FAY FRANK SARAFIAN, an individual; DARIOUSH SOLEIMANI, an individual; MORTEZA HOMAYOUNJAM, an individual; MEHRNAZ HEKMATRAVAN, an individual; JAMSHID BAHARVAR; an individual; ASHLAND PROPERTIES, LLC, A California limited liability company; FARMCO TRUST, SAWTELLE PROPERTIES, LLC; a California limited liability company; MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEES FOR THE FATORECHI-HASHEMI TRUST

> Defendant and Cross-Defendants.

3

ORDER APPROVING STIPULATION FOR DISMISSING FIDELITY NATIONAL TITLE COMPANY WITH PREJUDICE; AND DISMISSING FIDELITY NATIONAL TITLE COMPANY'S CROSS-CLAIM WITHOUT PREJUDICE

DOCUMENT PREPARED ON RECYCLED PAPER

**HAVING CONSIDERED THE STIPULATION** to order (1) dismissing Fidelity National Title Company with Prejudice, and (2) dismissing Fidelity National Title Company's cross-claim without prejudice, and good cause appearing, **IT IS HEREBY ORDERED** that the Stipulation is approved and conformed in its entirety as an order of this Court.

Dated: December 7, 2010

_____
**HONORABLE U.S. BANKRUPTCY JUDGE**

4

**ORDER APPROVING STIPULATION FOR DISMISSING FIDELITY NATIONAL TITLE COMPANY WITH PREJUDICE; AND DISMISSING FIDELITY NATIONAL TITLE COMPANY'S CROSS-CLAIM WITHOUT PREJUDICE**

DOCUMENT PREPARED
ON RECYCLED PAPER