DAVID M. POITRAS P.C. (Bar No. 141309)
DAN P. SEDOR (Bar No. 139091)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California  90067-4308
Telephone:     (310) 203-8080
Facsimile:     (310) 203-0567
Email:         dpoitras@jmbm.com

Counsel for Defendant, Bradley D. Sharp,
Chapter 11 Trustee for Namco Capital Group, Inc.

FILED & ENTERED

DEC 06 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier     DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>NAMCO CAPITAL GROUP, INC.,<br>a California corporation,<br><br>　　　　　Debtor. | Case No.:  2:08-bk-32333-BR<br><br>Chapter 11<br><br>Adversary No.:  2:10-ap-01244 BR |
| KAMRAN PASADENA GROUP, INC., a California corporation and KAMRAN GROUP, LLC, a California limited liability company,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP INC., a California corporation; WOODMAN PARTNERS, LLC, a California limited liability company; FIDELITY NATIONAL TITLE COMPANY, a California corporation; DANIEL JACOB ISSAC, an individual; FAY FRANAK SARAFIAN, an individual; DARIOUSH SOLEIMANI, an individual; MORTEZA HOMAYOUNJAM, an individual; MEHRNAZ HEKMATRAVAN, an individual; JAMSHID BAHARVAR, an individual; ASHLAND PROPERTIES, LLC, a California limited liability company; FARMCO TRUST, SAWTELLE PROPERTIES, LLC, a California limited liability company; MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEE FOR THE FATORECHI-HASHEMI TRUST; and DOES 1 THROUGH 100,<br>　　　　　Defendant(s). | **ORDER DENYING PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINE AND RESET PRE-TRIAL CONFERENCE MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINE AND RESET PRE-TRIAL CONFERENCE**<br><br><br>Hearing:<br><br>Date:　　November 24, 2010<br>Time:　　10:00 a.m.<br>Place:　　255 E. Temple Street<br>　　　　　Los Angeles, CA 90012<br>Crtm:　　1668 |

PRINTED ON

RECYCLED PAPER

7422640v1

The hearing on the Motion to Modify Scheduling Order to Extend Discovery Deadline and Reset Pre-Trial Conference Motion to Modify Scheduling Order to Extend Discovery Deadline and Reset Pre-Trial Conference (the "Motion"), came on for hearing before the above United States Bankruptcy Court on the above date and time.  All appearances of counsel are as noted on the record.

The Court, having heard the argument of counsel, and good cause appearing,

**HEREBY ORDERS AS FOLLOWS:**

The Motion is denied.

###

DATED: December 6, 2010

_____
United States Bankruptcy Judge

JMBM | Jeffer Mangels
Butler & Mitchell LLP

PRINTED ON

RECYCLED PAPER

7422640v1

- 2 -

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document described as ***ORDER DENYING PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINE AND RESET PRE-TRIAL CONFERENCE MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINE AND RESET PRE-TRIAL CONFERENCE*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ***November 29, 2010,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***November 29, 2010,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 29, 2010 | Billie Terry | /s/ Billie Terry |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

**F 9013-3.1.PROOF.SERVICE**

7422640v1

*ADDITIONAL SERVICE INFORMATION:*

## II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL

### SERVED BY OVERNIGHT MAIL

Honorable Barry Russell
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

### SERVED BY U.S. MAIL

**United States Trustee (LA)**
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

**Ashland Properties LLC; Mahmoud Fatorechi; Soussan Hashemi; Morteza Homayounjam; Sawtelle Properties LLC**
Weissmann Wolff et al
9665 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212

**Mehrnaz Hekmatravan**
Saul Reiss
Law Offices of Saul Reiss
2800 28th St., Ste 328
Santa Monica, CA 90405

**Fidelity National Title Company**
John M Rygh
915 Wilshire Blvd. Ste 2100
Los Angeles, CA 90017

## III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL

### SERVED BY EMAIL

**Attorneys for Kamran Pasadena Group, Inc.**
Christman, Kelley and Clarke
Dugan P. Kelley
Email: dugan@christmankelley.com

Neufeld Law Group
Timothy Neufeld
Email: tneufeld@neufeldlawgroup.com

**Kamran Pasadena Group, Inc.**
Kaye Scholer LLP
Marc S. Cohen, Ashleigh A. Danker
Email: mcohen@kayescholer.com
Email: adanker@kayescholer.com

Ezra|Brutzkus|Gubner LLP
Robyn B. Sokol
Email: ecf@ebg-law.com, rsokol@ebg-law.com

Salvato Law Offices
Gregory M Salvato
Email: gsalvato@pmcos.com,
calendar@salvatolawoffices.com
gsalvato@salvatolawoffices.com,
calendar@salvatolawoffices.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ***ORDER DENYING PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINE AND RESET PRE-TRIAL CONFERENCE MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINE AND RESET PRE-TRIAL CONFERENCE*** was entered on the date indicated as ○Entered○ on the first page of this judgment or order and will be served in the manner indicated below:

**I.  <u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>**  Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ***November 29, 2010,*** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Matthew M Clarke    mclarke@cappellonoel.com
- Marc S Cohen    mcohen@kayescholer.com
- Ashleigh A Danker    adanker@kayescholer.com
- Joseph A Eisenberg    jae@jmbm.com
- David M Poitras    dpoitras@jmbm.com
- Gregory M Salvato    gsalvato@pmcos.com, calendar@salvatolawoffices.com
- Gregory M Salvato    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- Robyn B Sokol    ecf@ebg-law.com, rsokol@ebg-law.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  <u>SERVED BY THE COURT VIA U.S. MAIL:</u>** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Mehrnaz Hekmatravan**
Saul Reiss
Law Offices of Saul Reiss
2800 28th St., Ste 328
Santa Monica, CA 90405

**Fidelity National Title Company**
John M Rygh
915 Wilshire Blvd. Ste 2100
Los Angeles, CA 90017

**Ashland Properties LLC; Mahmoud Fatorechi; Soussan Hashemi; Morteza Homayounjam; Sawtelle Properties LLC**
Weissmann Wolff et al
9665 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212

Timothy Neufeld
Neufeld Law Group
360 E 2nd St Ste 703
Los Angeles, CA 90012

☐ Service information continued on attached page

**III.  <u>TO BE SERVED BY THE LODGING PARTY</u>**: Within 72 hours after receipt of a copy of this judgment or order which bears an ○Entered○ stamp, the party lodging the judgment or order will serve a complete copy bearing an ○Entered○ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                    **F 9021-1.1.NOTICE.ENTERED.ORDER**

7422640v1

# CERTIFICATE OF NOTICE

District/off: 0973-2           User: admin              Page 1 of 2            Date Rcvd: Dec 06, 2010
Case: 10-01244                 Form ID: pdf031          Total Noticed: 14

The following entities were noticed by first class mail on Dec 08, 2010.
```
aty          +A Barry Cappello,   Cappello & Noel LLP,   831 State Street,   Santa Barbara, CA 93101-3227
aty          +Dugan P Kelley,   Cappello & Noel LLP,   831 State St,   Santa Barbara, CA 93101-3227
aty          +John M Rygh,   915 Wilshire Blvd Ste 2100,   Los Angeles, CA 90017-3450
aty          +Saul Reiss,   Law Offices of Saul Reiss,   2800 28th St,   Ste 328,   Santa Monica, CA 90405-6201
aty          +Timothy Neufeld,   Neufeld Law Group,   360 E 2nd St Ste 703,   Los Angeles, CA 90012-4245
tr           +Bradley D. Sharp (TR),   Development Specialist, Inc.,   333 So. Grand Ave., Suite 4070,
               Los Angeles, CA 90071-1544
dft          +Ashland Properties LLC,   Weissmann Wolff et al,   9665 Wilshire Blvd,   9th Floor,
               Beverly Hills, CA 90212-2316
crd          +Faramarz Massachi,   Weissmann Wolff et al,   9665 Wilshire Blvd,   9th Floor,
               Beverly Hills, CA 90212-2316
crd          +Faranak Faye Sarafian,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Fl,
               Beverly Hills, CA 90212-2316
pla          +Kamran Pasadena Group, Inc.,   Kaye Scholer LLP,   Attn: Marc S. Cohen,
               1999 Avenue of the Stars,   17th Floor,   Los Angeles, CA 90067-4622
dft          +Mahmoud Fatorechi,   Weissmann Wolff et al,   9665 Wilshire Blvd,   9th Floor,
               Beverly Hills, CA 90212-2316
dft          +Morteza Homayounjam,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Fl,
               Beverly Hills, CA 90212-2316
dft          +Sawtelle Properties LLC,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Fl,
               Beverly Hills, CA 90212-2316
dft          +Soussan Hashemi,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Floor,
               Beverly Hills, CA 90212-2316
```

The following entities were noticed by electronic transmission.
NONE.                                                                              TOTAL: 0

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
crc           Bradley D. Sharp
dft           Bradley D. Sharp
crd           Bradley D. Sharp
cd            Bradley D. Sharp
crd           Daniel Jacob Isaac
dft           Daniel Jacob Isaac
crd           Darioush Soleimani
crc           Darioush Soleimani
cc            Darioush Soleimani
dft           Darioush Soleimani
dft           Faramarz Massachi
crc           Faramarz Massachi
cc            Faramarz Massachi
dft           Farank Faye Sarafian
crc           Farank Faye Sarafian
cc            Farank Faye Sarafian
dft           Farmco Trust
crd           Farmco Trust
dft           Fatorechi-Hashemi Trust
crd           Fatorechi-Hashemi Trust
dft           Fay Franak Sarafian
dft           Fidelity National Title Company
dft           Jamshid Baharvar
crd           Jamshid Baharvar
crc           Jamshid Baharvar
cc            Jamshid Baharvar
crd           Mehrnaz Hekmatravan
dft           Mehrnaz Hekmatravan
dft           Woodman Partners
crd*         +Ashland Properties LLC,   Weissmann Wolff et al,   9665 Wilshire Blvd,   9th Floor,
               Beverly Hills, CA 90212-2316
crc*         +Ashland Properties LLC,   Weissmann Wolff et al,   9665 Wilshire Blvd,   9th Floor,
               Beverly Hills, CA 90212-2316
cc*          +Ashland Properties LLC,   Weissmann Wolff et al,   9665 Wilshire Blvd,   9th Floor,
               Beverly Hills, CA 90212-2316
cd*          +Kamran Pasadena Group, Inc.,   Kaye Scholer LLP,   Attn: Marc S. Cohen,
               1999 Avenue of the Stars,   17th Floor,   Los Angeles, CA 90067-4622
cd*          +Kamran Pasadena Group, Inc.,   Kaye Scholer LLP,   Attn: Marc S. Cohen,
               1999 Avenue of the Stars,   17th Floor,   Los Angeles, CA 90067-4622
crd*         +Mahmoud Fatorechi,   Weissmann Wolff et al,   9665 Wilshire Blvd,   9th Floor,
               Beverly Hills, CA 90212-2316
crc*         +Mahmoud Fatorechi,   Weissmann Wolff et al,   9665 Wilshire Blvd,   9th Floor,
               Beverly Hills, CA 90212-2316
cc*          +Mahmoud Fatorechi,   Weissmann Wolff et al,   9665 Wilshire Blvd,   9th Floor,
               Beverly Hills, CA 90212-2316
crd*         +Morteza Homayounjam,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Fl,
               Beverly Hills, CA 90212-2316
crc*         +Morteza Homayounjam,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Fl,
               Beverly Hills, CA 90212-2316
cc*          +Morteza Homayounjam,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Fl,
               Beverly Hills, CA 90212-2316
crd*         +Sawtelle Properties LLC,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Fl,
               Beverly Hills, CA 90212-2316
crc*         +Sawtelle Properties LLC,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Fl,
               Beverly Hills, CA 90212-2316
```

```
District/off: 0973-2          User: admin            Page 2 of 2            Date Rcvd: Dec 06, 2010
Case: 10-01244               Form ID: pdf031         Total Noticed: 14
```

```
                 ***** BYPASSED RECIPIENTS (continued) *****
cc*           +Sawtelle Properties LLC,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Fl,
               Beverly Hills, CA 90212-2316
crd*          +Soussan Hashemi,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Floor,
               Beverly Hills, CA 90212-2316
crc*          +Soussan Hashemi,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Floor,
               Beverly Hills, CA 90212-2316
cc*           +Soussan Hashemi,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Floor,
               Beverly Hills, CA 90212-2316
                                                                       TOTALS: 29, * 17, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 08, 2010**                  **Signature:** _Joseph Speetjens_