Daniel Jacob Issak, *Pro Se*
10790 Wilshire Blvd., Suite 1102
Los Angeles, CA 90024
Tel: (310) 606-2414
Fax: (310) 496-1618
E-Mail: info@lightingzilla.com
PRO SE: Defendant/Cross-Defendant



FILED

DEC 21 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:          Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>NAMCO CAPITAL GROUP, INC. a California corporation<br><br>Debtor. | BK Case No.: 2:08-bk-32333-BR<br>Adversary No.: 2:10-ap-01244-BR<br>Chapter 11 |
| KAMRAN PASADENA GROUP, INC., a California corporation; and KAMRAN GROUP, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br>BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP, INC., a California Corporation; WOODMAN PARTNERS, LLC, a California limited liability company; FIDELITY NATIONAL TITLE COMPANY, a California corporation; DANIEL JACOB ISSAC, an individual; FAY FARANAK SARAFIAN, an individual; DARIOUSH SOLEIMANI, an individual; MORTEZA HOMAYOUNJAM, an individual; MEHRNAZ HEKMATRAVAN, an individual; JAMSHID BAHRAVAR, an individual; ASHLAND PROPERTIES, LLC, a California limited liability company; FARMCO TRUST, | ANSWER OF DANIEL JACOB ISSAK TO THE COMPLAINT BY KAMRAN PASADENA GROUP, INC., A CALIFORNIA CORPORATION AND KAMRAN GROUP, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY |

-1-

ANSWER OF DANIEL JACOB ISSAK TO THE COMPLAINT BY KAMRAN PASADENA GROUP, INC., A
CALIFORNIA CORPORATION AND KAMRAN GROUP, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

SAWTELLE PROPERTIES, LLC, a California )
limited liability company; MAHMOUD )
FATORECHI AND SOUSSAN HASHEMI AS )
TRUSTEE FOR THE FATORECHI-HASHEMI )
TRUST; and DOES 1 THROUGH 100, )
                                        )
Defendants )
_____ )
                                        )
MEHRNAZ HEKMATRAVAN, )
                                        )
    Claimant, )
                                        )
    vs. )
                                        )
BRADLEY D. SHARP, CHAPTER 11 )
TRUSTEE OF NAMCO CAPITAL GROUP, )
INC. a California corporation; KAMRAN )
GROUP, LLC, a California Limited Liability )
Company; KAMRAN GROUP, INC., a )
California corporation; KAMRA PASADENA, )
INC. a California corporation; DAVID J. )
GOLKAR, an individual; HAMID )
TABATABAI aka HAMID TABA, an )
individual; VIOLET KASHANY, an individual; )
MORTEZA HOMAYOUNJAM, an individual; )
ASHLAND PROPERTIES, LLC, a California )
Limited Liability Company; SAWTELLE )
PROPERTIES, LLC, JAMSHID BEHARVAR, )
an individual; FAYE FARANAK SARAFIAN, )
an individual; FARMO TRUST DATED )
JANUARY 1, 2007, a trust; DARIOUSH )
SOLEIMANI, an individual; and DOES 101 )
through 125, )
                                        )
    Defendants. )
BRADLEY D. SHARP, Chapter 11 Trustee, )
                                        )
    Cross-Plaintiff, )
                                        )
    vs. )
                                        )
MORTEZA HOMAYOUNJAM, an individual; )
ASHLAND PROPERTIES, LLC, a California )

ANSWER OF DANIEL JACOB ISSAK TO THE COMPLAINT BY KAMRAN PASADENA GROUP, INC., A
CALIFORNIA CORPORATION AND KAMRAN GROUP, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

limited liability company; SAWTELLE PROPERTIES, LLC, a California limited liability company; JAMSHID BAHRVAR, an individual; FAYE FARANAK SARAFIAN, an individual; FARMO TRUST DATED JANUARY 1, 2007, a trust; DARIOUSH SOLEIMANI, an individual; DANIEL JACOB ISSAC, an individual; MEHRNAZ HEKMATRAVAN, an individual; MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS )

TRUSTEES FOR THE FATORECHI-HASHEMI TRUST, a trust,

Cross-Defendants.

ASHLAND PROPERTIES, LLC, a California limited liability company; JAMSHID BEHRVAR, an individual; MAHMOUD FATORECHI AND SOUSSAN HASHEMI, as Trustees of the FATORECHI-HASHEMI FAMILY TRUST dated March 29, 2005; MORTEZA HOMAYOUNJAM, an individual; FARAMARZ MASSACHI, as Trustee of the FARMO TRUST dated January 1, 2007; FARANAK FAYE SARAFIAN, an individual; SAWTELLE PROPERTIES, LLC, a California limited liability company; and DARIOUSH SOLEIMANI, an individual,

    Counter-Claimants, Cross-Claimants and Third-Party Plaintiffs,

    vs.

KAMRAN PASADENA, INC., a California corporation; and KAMRAN GROUP, LLC, a California limited liability company; BRADLEY D. SHARP, Chapter 11 Trustee; and ROES 1 through 20, Inclusive,

    Counter-Defendants and Cross-Defendants.

FIDELITY NATIONAL TITLE COMPANY,

    Defendants and Cross-Plaintiff,

-3-

**ANSWER OF DANIEL JACOB ISSAK TO THE COMPLAINT BY KAMRAN PASADENA GROUP, INC., A CALIFORNIA CORPORATION AND KAMRAN GROUP, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY**

vs.

BRADLEY D. SHARP, Chapter 11 Trustee for Namco Capital Group, Inc.; DANIEL JACOB ISSAC, an individual; FAY FRANK SARAFIAN, an individual; DARIOUSH SOLEIMANI, an individual; MORTEZA HOMAYOUNJAM, an individual; MEHRNAZ HEKMATRAVAN, an individual; JAMSHID BAHARVAR, an individual; ASHLAND

PROPERTIES, LLC, a California limited liability company; FARMCO TRUST< SAWTELLE PROPERTIES, LLC, a California limited liability company; MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEES FOR THE FATORECHI-HASHEMI TRUST,

Defendant and Cross-Defendants.

Comes now the Defendant DANIEL JACOB ISSAK ("Defendant"), a *pro se* individual, and for his answer to the complaint ("Complaint") filed by Plaintiffs Kamran Pasadena Group, Inc., a California corporation and Kamran Group, LLC, a California limited liability company (collectively "Plaintiffs") and each of them, admits, denies and alleges as follows:

1. Answering Paragraphs 1 through 119 of the Complaint herein, Defendant does not have sufficient information to form a belief as to the matters therein alleged to enable him to answer, and on that ground denies generally and specifically, the allegations therein.

### FIRST AFFIRMATIVE DEFENSE
#### (Failure to State a Claim for Relief)

2. Neither the Complaint, nor any purported claim for relief contained therein, states facts sufficient to constitute any claim for relief against Defendant.

-4-

## SECOND AFFIRMATIVE DEFENSE

### (Laches)

3.     Defendant is informed and believes and thereupon alleges that the Complaint, and each of the purported causes of action contained therein, is barred by reason of laches in that Plaintiffs unjustifiably delayed in prosecuting this action to the detriment of Defendant.

## THIRD AFFIRMATIVE DEFENSE

### (Estoppel)

4.     Defendant is informed and believes and thereupon alleges that the conduct of Plaintiffs estopped them from asserting the purported claims set forth in the Complaint, and each of the purported causes of action contained therein, in that Defendant has reasonably relied upon such conduct to his detriment.

## FOURTH AFFIRMATIVE DEFENSE

### (Waiver)

5.     Defendant is informed and believes and thereupon alleges that Plaintiffs have knowingly and voluntarily relinquished and waived any and all rights that they may have arising from the allegations set forth in the Complaint, and each of the purported causes of action contained therein.

## FIFTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

6.     Defendant is informed and believes and thereupon alleges that Plaintiffs have unclean hands in connection with the purported transactions alleged in the Complaint, and are thus barred from asserting the purported claims set forth in the Complaint and each of the purported causes of action contained in the Complaint.

## SIXTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

7.     Plaintiffs' action is barred by the Statute of Limitations.

///

///

///

///

**ANSWER OF DANIEL JACOB ISSAK TO THE COMPLAINT BY KAMRAN PASADENA GROUP, INC., A CALIFORNIA CORPORATION AND KAMRAN GROUP, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY**

## SEVENTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

8.     Defendant is informed and believes and thereupon alleges that the Complaint, and each of the purported causes of action contained therein, is barred by virtue of Plaintiffs' failure to exercise reasonable diligence in avoiding and mitigating its damages, if any.

## EIGHTH AFFIRMATIVE DEFENSE

### (Plaintiff's Fault)

9.     Defendant is informed and believes and thereupon alleges that if Plaintiffs suffered or sustained any loss, damage and/or injury as alleged in the Complaint, such loss, damage and/or injury was the direct and proximate result of the acts and omissions of Plaintiffs, and not of Defendant.

## NINTH AFFIRMATIVE DEFENSE

### (Fault of Others)

10.     Defendant is informed and believes and thereupon alleges that if Plaintiffs suffered or sustained any loss, damage and/or injury as alleged in the Complaint, such loss, damage and/or injury was the direct and proximate result of the acts and omissions of other persons for whom Defendant is not responsible, and not of Defendant.

## TENTH AFFIRMATIVE DEFENSE

### (Plaintiff's Material Breach)

11.     Defendant is informed and believes and thereupon alleges that Plaintiffs are barred from obtaining the relief they seek in the Complaint in that they have materially breached the agreement, if any, which they seek to enforce by the Complaint.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Failure of Conditions Precedent)

12.     Defendant is informed and believes and thereupon alleges that Plaintiffs are barred from enforcing the provision of the agreement alleged in the Complaint, if any, by virtue of the failure of conditions precedent to the enforcement against Defendant of any such agreement.

///

///

///

-6-

ANSWER OF DANIEL JACOB ISSAK TO THE COMPLAINT BY KAMRAN PASADENA GROUP, INC., A CALIFORNIA CORPORATION AND KAMRAN GROUP, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

## TWELFTH AFFIRMATIVE DEFENSE

### (Unconscionability)

13.     Defendant is informed and believes and thereupon alleges that the agreement alleged in the Complaint, if any, is unconscionable as to Defendant and is, therefore, unenforceable by Plaintiffs against Defendant.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Exoneration by Plaintiff's Conduct)

14.     Defendant is informed and believes and thereupon alleges that Plaintiffs' conduct has resulted in an exoneration of Defendant as to any purported liability alleged in the Complaint.

**WHEREFORE**, this answering Defendant prays for judgment as follows:

1.     That Plaintiffs take nothing by their Complaint herein and that the same be dismissed;

2.     For this answering Defendant's reasonable attorneys' fees;

3.     For costs of suit incurred herein; and

4.     For such other and further relief as the Court may deem just and proper.

Dated: November 15, 2010                    DANIEL JACOB ISSAK

DANIEL JACOB ISSAK
PRO SE CROSS-DEFENDANT

-7-

**ANSWER OF DANIEL JACOB ISSAK TO THE COMPLAINT BY KAMRAN PASADENA GROUP, INC., A CALIFORNIA CORPORATION AND KAMRAN GROUP, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY**

## PROOF OF SERVICE BY MAIL

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My address: 433 N Camden Drive, Fourth Floor, Beverly Hills, CA 90210.

A true and correct copy of the foregoing document described as:

**CROSS-DEFENDANT DANIEL JACOB ISSAK'S ANSWER TO CROSS-PLAINTIFF FIDELITY NATIONAL TITLE COMPANY'S CROSS-CLAIM**

**ANSWER OF DANIEL JACOB ISSAK TO THE COMPLAINT BY KAMRAN PASADENA GROUP, INC., A CALIFORNIA CORPORATION AND KAMRAN GROUP, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY**

**CROSS-DEFENDANT DANIEL JACOB ISSAK'S ANSWER TO CROSS-CLAIMANT BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP, INC. A CALIFORNIA CORPORATION**

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and by U.S. Mail.

On December 20, 2010 I served the following person(s) and/or entity(ies) at the alst known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid – SEE ATTACHED LIST.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is correct.

Executed on December 20, 2010.

_____
Erica Haghnazarzadeh

-9-

**CROSS-DEFENDANT DANIEL JACOB ISSAK'S ANSWER TO CROSS-CLAIMANT BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP, INC. A CALIFORNIA CORPORATION**

## SERVICE LIST

Timothy Neufeld, Esq.
NEUFELD LAW GROUP
360 E. 2nd Street, Suite 703
Los Angeles, CA 90012

John M. Rygh, Esq.
Teresa Y. Hillery, Esq.
FIDELITY NATIONAL LAW GROUP
915 Wilshire Blvd., Suite 2100
8 Los Angeles, CA 90017

David M. Poitras, Esq.
JEFFER, MANGELS, BUTLER & MARAMARO, LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, Ca 90067

Steven T. Gubner, Esq.
Robyn B. Sokol, Esq.
EZRA, BRUTZKUS, GUBNER, LLP
21650 Oxnard Street, Suite 500
Woodland Hills, Ca 91367

Gregory M. Salvato, Esq.
Joseph Boufadel, Esq.
SALVATO LAW OFFICES
333 S. Flower St., 25th Floor
Los Angeles, Ca 90071

A. Barry Cappello, Esq.
Dugan P. Kelley, Esq.
CAPELLO & NOEL, LLP
831 State Street
Santa Barbara, CA 93101

WEISSMAN WOLFF
9665 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212

Saul Reiss, Esq.
Firouseh Simab, Esq.
LAW OFFICES OF SAUL REISS, P.C.
2800 28th Street, Suite 328
Santa Monica, CA 90405

-10-

CROSS-DEFENDANT DANIEL JACOB ISSAK'S ANSWER TO CROSS-CLAIMANT BRADLEY D. SHARP,
CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP, INC. A CALIFORNIA CORPORATION

Dugan Kelley, Esq.
Matthew Clarke, Esq.
CHRISTMAN KELLEY & CLARKE
5215 N. O'Connor Blvd., Suite 200
Irvine, TX 75039

CROSS-DEFENDANT DANIEL JACOB ISSAK'S ANSWER TO CROSS-CLAIMANT BRADLEY D. SHARP,
CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP, INC. A CALIFORNIA CORPORATION