ORIGINAL

ENTERED

JAN 19 2011

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

FILED

JAN 1 1 2011

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                    Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re:

Namco Capital Group

                    Debtor(s)

_____

Kamran Pasadena Group

                    Plaintiff(s)

Bradley Sharp
Chapter 11 Trustee
                    Defendant(s)
et al

Chapter _____11_____

BK. NO. ___08-32333___ BR

ADV. NO. ___10-01244___ BR

ORDER REPRESENTATION OF
EVIDENCE BY DECLARATION FOR
COURT TRIAL; FILING JOINT PRE-
TRIAL ORDER PURSUANT TO
LOCAL RULE 7016-1

Date: ___4/27/11___
Time: ___10 am___
Place:  Courtroom 1668
        255 E. Temple Street
        Los Angeles, CA 90012

The following procedures are to be followed for the presentation of evidence to be offered at the trial of the above-entitled proceeding on ___April 27 2011 . 10a___

The purpose of this procedure is to ensure a fair and expeditious trial. The procedure is similar to a motion for summary judgment, except that the admissibility of a declaration is dependent upon the presence of the declarant at trial subject to cross-examination.

1.    DECLARATIONS:

(a)    Except as herein provided, each party shall present the testimony of all its witnesses through declarations of said witnesses, under penalty of perjury, otherwise admissible under the Federal Rule of Evidence.

(b)    The only oral testimony which may be offered at trial by a party through its witnesses will be STRICTLY limited to rebuttal testimony.

(c)    If a portion of a witness' declaration concerns an exhibit to be admitted into evidence at trial, the exhibit must be attached to the declaration.

(d)    If a party is unable to obtain a declaration of a witness, counsel for that party shall file a declaration stating the name of the witness and a detailed summary of the expected testimony and why counsel was unable to obtain the witness' declaration.

Failure to make every reasonable effort to obtain the declaration of any such witness, will result in the exclusion of any oral testimony of such witness offered by the party.

If a party intends to present the witness' testimony by a transcript of a deposition of the witness only those portions of the transcript intended to be offered, should be attached to its counsel's declaration.

(e)    The declaration of a witness for a party will be admissible at trial, subject to timely objections, and only if the declarant is present at trial, and subject to cross-examination.

2.    TIME FOR FILING DECLARATIONS AND OBJECTIONS TO DECLARATIONS:

(a)    Plaintiff shall serve and file its declaration(s) on or before _2 /2) /1 /_

(b)    Defendant shall serve and file its declaration(s) and any evidentiary objections it has to plaintiff's declaration(s) on or before _3 / 9 / 11_.

(c)    Plaintiff shall serve and file its reply declaration(s) and any evidentiary objections it has to defendant's declaration(s) on or before _3 / 2) / 11_ .

(d)    Defendant shall serve and file any evidentiary objections to plaintiff's reply declaration(s) on or before _April 6, 2011_

(e)    NO OTHER DECLARATIONS WILL BE ALLOWED.  The only additional evidence a party may offer at trial is TRUE rebuttal evidence.

3.    TIME FOR FILING BRIEFS:

If a party wishes to file a trial brief(s), such brief(s) must be filed with the party's declaration(s). A party may file its brief(s) at the time(s) designated for filing its declarations(s), even though the party chooses not to file a declaration(s). NO OTHER BRIEFS WILL BE ALLOWED.

4.    PRE-TRIAL ORDER:

The parties shall file a joint pre-trial order pursuant to Local Rule 7016-1 on or before _Has been filed_

IT IS SO ORDERED.

Dated: ___1 / 11 / 11_____

BARRY RUSSELL
U.S. Bankruptcy Judge

rev 3/20/06 - Trial 1