**ORIGINAL**

Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

Matthew M. Clarke (SBN 184959)
Dugan P. Kelley (SBN 207347)
Christman Kelley & Clarke, PC
2570 Justin Road, Suite 240
Highland Village, Texas 75077
Phone: 972-253-4440
Fax: 866-611-9852

**FILED**

**MAR 09 2011**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

FOR COURT USE ONLY

☑ *Attorney for* Kamran Pasadena Group, Inc & Kamran Group, LLC

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re  NAMCO CAPITAL GROUP, INC, a California
Corporation

Debtor(s),

KAMRAN PASADENA GROUP, INC., a
California corporation; and KAMRAN GROUP,
LLC, a California limited liability company

Plaintiff(s),

vs.

Bradley D. Sharp, Chapter 11 Trustee of NAMCO
CAPITAL GROUP, INC, a California Corporation, et
al.

Debtor(s).

CHAPTER 11

CASE NUMBER 2:08-bk-32333-BR

| ☑ | ADVERSARY NUMBER (if applicable) |
| ☐ | See attached list for multiple cases that require an update to the attorneys information |

2:10-ap-01244-BR

## NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
(See page 2 for additional requirements)

The following information must be provided:

I, Dugan P. Kelley                         207347                    dugan@christmankelley.com
_____    _____    _____
            *Name*                          *Bar ID Number*                *E-Mail Address*

☑ am **counsel of record** or
   ☐ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*
Kamran Pasadena Group, Inc, and Kamran Group, LLC

☐ am **counsel of record** or
   ☐ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

### PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to_____
New Firm/Government Agency Name  Christman Kelley & Clarke, PC_____
New Address 2570 Justin Road, Suite 240, Highland Village, Texas 75077_____
New Telephone Number_____ New Facsimile Number _____
New E-Mail Address_____

_____
Notice of Change of Address or Law Firm

(September 2009)

_SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:_

☑ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**

    ☑ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

❏ **TO BE TERMINATED FROM THE CASE:**\*\*

    ❏ I am, or

        ❏ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

    **Note**: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

**CHECK ONE BOX**

    ❏ The order relieving me/the aforementioned attorney from my firm was entered on:_____

    ☑ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.

    ❏ I am, or

        ❏ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action.  There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

    \*\*This form _cannot_ be used as a substitution of attorney form.  For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, _Substitution of Attorney._  At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.

Dated: 3/9/11 _____        _____

                                             Signature of Present Attorney

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED.  IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this _Notice of Change of Address or Law Firm_ separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1.  Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases.  The court will update the case information once filed.

Notice of Change of Address or Law Firm

(September 2009)

00/00/2010  13:10:43  FAX  2132499990  NATIONWIDE LEGAL

| In re:  NAMCO CAPITAL GROUP, INC. | CHAPTER 11 |
|---|---|
| | CASE NUMBER: 2:08-bk-32333-BR |
| Debtor(s). | ADVERSARY PROC. NO.: 2:10-ap-01244-BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2570 Justin Road, Suite 240, Highland Village, Texas 75077. A true and correct copy of the foregoing document described **NOTICE OF CHANGE OF ADDRESS** will be served or was served in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):

On March 8, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  March 8, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| _03/09/2011_ | _Kenton S. Brice_ | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_January 2009_

09019.003 - 163624.1

**F 9013-3.1**

| In re: NAMCO CAPITAL GROUP, INC.<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER: 2:08-bk-32333-BR<br>ADVERSARY PROC. NO.: 2:10-ap-01244-BR |
|---|---|

## II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL

**United States Trustee (LA)**
725 S Figueroa St # 2600
Los Angeles, CA 90017-5413

**David M. Poitras**
**Dan P. Sedor**
**Jeffer Mangels Butler & Mitchell LLP**
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067

**Sawtelle Properties LLC**
**Weissmann Wolff, et al**
9665 Wilshire Blvd, 9th Floor
Beverly Hills, CA 90212

**Soussan Hashemi**
**Weissmann Wolff, et al**
9665 Wilshire Blvd, 9th Floor
Beverly Hills, CA 90212

**John M. Rygh**
915 Wilshire Blvd, Suite 2100
Los Angeles, CA 90017

**Ashland Properties, LLC**
**Weissmann Wolff, et al**
9665 Wilshire Blvd, 9th Floor
Beverly Hills, CA 90212

**Mahmoud Fatorechi**
**Weissmann Wolff, et al**
9665 Wilshire Blvd, 9th Floor
Beverly Hills, CA 90212

**Morteza Homayounjam**
**Weissmann Wolff, et al**
9665 Wilshire Blvd, 9th Floor
Beverly Hills, CA 90212

**Saul Reiss**
Law Offices of Saul Reiss, P.C.
2800 28th St Ste 328
Santa Monica, CA 90405

**Richard S. Berger**
**Peter J. Gurfein**
**Landau Gottfried & Berger, LLP**
1801 Century Park East, Suite 1460
Los Angeles, CA 90067

## III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL:

### SERVED BY E-MAIL:

- **David M. Poitras**          dpoitras@jmbm.com
- **Robyn B. Sokol**          rsokol@ebg-law.com; ecf@ebg-law.com
- **Joseph A. Eisenberg**          jeisenberg@jmbm.com
- **Gregory M. Salvato**          gsalvato@salvatolawoffices.com; gsalvato@pmcos.com
- **Saul Reiss**          saulreiss@verizon.net
- **Richard S. Berger**          rberger@LGBFirm.com
- **Peter J. Gurfein**          pgurfein@LGBFirm.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
09019.003 - 163624.1

**F 9013-3.1**