00/00/2010   13:10:43 FAX 2132499990        NATIONWIDE LEGAL

# ORIGINAL

Matthew Clarke (SBN 184959)
Matt@christmankelley.com
Dugan P. Kelley (SBN 207347)
Dugan@christmankelley.com
CHRISTMAN, KELLEY & CLARKE
831 State Street
Santa Barbara, California 93101
Telephone:    (805) 884-9922
Facsimile:    (866) 611-9852

Attorneys for Plaintiffs
Kamran Pasadena Group, Inc. and Kamran Group, LLC



FILED

MAR 23 2011

CLERK U.S BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
By_____ Deputy Clerk

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In Re:  NAMCO CAPITAL GROUP INC, a California corporation<br><br>Debtor.<br><br>KAMRAN PASADENA GROUP, INC., a California corporation; and KAMRAN GROUP, LLC, a California limited liability company<br><br>Plaintiffs,<br><br>v.<br><br>BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP INC, a California corporation; WOODMAN PARTNERS, LLC, a California limited liability company; FIDELITY NATIONAL TITLE COMPANY, a California corporation DANIEL JACOB ISSAC, an individual; FAY FRANAK SARAFIAN, an individual; DARIOUSH SOLEIMANI, an individual; MORTEZA HOMAYOUNJAM, an individual; MEHRNAZ HEKMATRAVAN, an individual; JAMSHID BAHARVAR; an individual; ASHLAND PROPERTIES, LLC, A California limited liability company; FARMCO TRUST, SAWTELLE PROPERTIES, LLC; a California limited liability company; MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEES FOR THE FATORECHI-HASHEMI TRUST; and DOES 1 THROUGH 100<br><br>Defendants. | Case No.: 2:08-bk-32333-BR<br>Chapter 11<br>Adv. No.:  2:10-ap-01244-BR<br><br>**EVIDENTIARY OBJECTIONS OF PLAINTIFFS KAMRAN PASADENA GROUP, INC AND KAMRAN GROUP, LLC TO DECLARATIONS AND EXHIBITS OF BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP, INC., AND DAN SEDOR**<br><br>Trial Date: April 27, 2011<br>Time:       10:00 a.m.<br>Place:      Courtroom 1668<br>              255 E. Temple Street<br>              Los Angeles, CA 90012 |

EVIDENTIARY OBJECTIONS

Plaintiffs KAMRAN PASADENA GROUP, INC, and KAMRAN GROUP, INC, (collectively "Plaintiffs") hereby submits the following Evidentiary Objections to the Declarations of Bradley D. Sharp, Chapter 11 Trustee of Namco Capital Group, Inc, ("Trustee") and Dan Sedor ("Sedor"). Copies of the Trustee and Sedor Declarations and their respective exhibits are attached as Exhibits 1 and 2, respectively.

Plaintiffs articulate their objections separately below, first to the Trustee's Declaration and Exhibits and second to Sedor's Declaration and Exhibits. Plaintiffs respectfully request that the Court sustain the objections and strike the evidence that the Trustee and Sedor purport to offer to the Court.

## EVIDENTIARY OBJECTIONS TO THE TRUSTEE DECLARATION

1.      Paragraph 3, Page 2:12-17 – "After an investigation that included interviews with Namco employees, some of which are still employed by Namco, I have determined and otherwise believe that Namco's records which relate to Namco's transactions with Plaintiffs were prepared or maintained at or near the time of the transactions in question by Namco employees, were kept in the regular course of Namco's business, and it was the regular practice of Namco to prepare or maintain them. Unless a different source of information is specified below, all of the information contained in this declaration was obtained from Namco's books and records or my personal knowledge." – **Objection: Lack of Foundation and Lack of Personal Knowledge (FRE 601); Inadmissible Hearsay (FRE 801)**

2.      Paragraph 5, Page 3:13-17 – "The first page of Trial Exhibit 107 (a true and correct copy of Trial Exhibit 107 is attached hereto as Exhibit 7), numbered "NAMCO 3038," is a summary that was prepared by my staff at my direction to illustrate how we tracked each of the loans made by Namco to Plaintiffs using Namco's bank and accounting records and to compare the total amounts of the loans by Namco to the loan amounts reflected in the Promissory Notes. The ensuing pages of Trial Exhibit 107 consist of true and correct copies of the accounting records, bank statements, cancelled checks, and escrow statements of Namco, the originals of which are in my possession, that evidence the loans from Namco to Plaintiffs of those amounts. These records reflect that the loans to Plaintiffs memorialized in the Promissory Notes were actually funded by Namco in roughly the amounts set forth in the Promissory Notes." – **Objection: Lack of Foundation; Improper Opinion/Legal Conclusion (FRE 701, 702,**

704); Irrelevant (FRE 401); Improper Opinion (FRE 701); Inadmissible Hearsay (FRE 801)

3.      Paragraph 6, Page 3:23-28 – "The alphanumeric codes in the "Reference" column next to the Note Amounts on the first page of Trial Exhibit 107 correspond to each of the six Promissory Notes and were marked by my staff at my direction on the copies of each of the Promissory Notes that are contained in Trial Exhibit 107. The alphanumeric codes in the "Reference" column next to the Namco Funding amounts correspond to each of the transfer/loans made by Namco in connection with the purchase of the particular property in the Project that secured the Promissory Note for that particular property." – **Objection: Lack of Foundation/Assumes Facts; Improper Opinion/Legal Conclusion (FRE 701, 702, 704); Inadmissible Hearsay (FRE 801)**

4.      Paragraph 6, Page 4:1-3 – "Those codes were marked by my staff at my direction on the copies of the Namco bank and account records which evidence the loans made by Namco to Plaintiffs that are also contained in Trial Exhibit 107." – **Objection: Irrelevant (FRE 401); Lack of Foundation/Assumes Facts; (Improper Opinion/Legal Conclusion (FRE 701, 702, 704); Inadmissible Hearsay (FRE 801).**

5.      Paragraph 6, Page 4:3-10 – "Specifically, the second page of Trial Exhibit 107, numbered NAMCO 3039, is a Namco Quickbooks account report printout which shows all transactions in the "Tranmar Properties, LLC" accounts receivable account on Namco's books. In the "Amount" column, my staff hand-coded each of the outgoing transfers reflected in that printout with the alphanumeric "Namco Funding" reference code assigned to that payment on the first page of Trial Exhibit 107. Each of those "Namco Funding" reference codes was again coded by my staff on each of the underlying bank statements or escrow statements we were able to find that reflected the same loan amounts and dates." – **Objection: Lack of Foundation/Assumes Facts and Lack of Personal Knowledge (FRE 601); Improper Opinion/Legal Conclusion (FRE 701, 702, 704); Inadmissible Hearsay (FRE 801); Unauthenticated Document (FRE 901, FRE 1002); Irrelevant (FRE 401 and 403)**

6.      Paragraph 7, Page 4:11-14 – "Trial Exhibits 108 and 109, true and correct copies of which are attached hereto as Exhibits 8 and 9, are true and correct copies of email threads dated in late November and early December 2009 that were contained in the production of documents in this

3

EVIDENTIARY OBJECTIONS

adversary proceeding by defendant Ashland Properties, LLC in response to requests for production of documents." – **Objection: Irrelevant (FRE 401); Lack of Personal Knowledge (FRE 601); Inadmissible Hearsay (FRE 801); Unauthenticated Document and Best Evidence Rule (FRE 901; FRE 1002)**

7.     Exhibit 7/Trial Exhibit 107 – **Objection: Irrelevant (FRE 401 and 403); Improper Opinion/Legal Conclusion (FRE 701, 702, 704); Inadmissible Hearsay (FRE 801); Lack of Foundation**

8.     Exhibit 8/Trial Exhibit 108 – **Objection: Irrelevant (FRE 401); Lack of Personal Knowledge (FRE 601); Inadmissible Hearsay (FRE 801); Unauthenticated Document and Best Evidence Rule (FRE 901, FRE 1002)**

9.     Exhibit 9/Trial Exhibit 109 – **Objection: Irrelevant (FRE 401); Lack of Personal Knowledge (FRE 601); Inadmissible Hearsay (FRE 801); Unauthenticated Document and Best Evidence Rule (FRE 901, FRE 1002)**

### EVIDENTIARY OBJECTIONS TO THE SEDOR DECLARATION

1.     Paragraph 3, Page 2:14-16 – "On March 8, 2011, I conducted a search of the California Secretary of State's website for "Kamran Pasadena." The search result, a true and correct copy of which is attached hereto as Exhibit 2, indicates that the entity named "Karman Pasadena Inc." is a suspended corporation." – **Objection: Irrelevant (FRE 401); Lack of Foundation (FRE 601)**

2.     Exhibit 2 – **Objection: Irrelevant (FRE 401); Lack of Foundation (FRE 601); Hearsay (FRE 801); Unauthenticated Document (FRE 901, FRE 1005)**

DATED: March 22, 2011                          CHRISTMAN, KELLEY & CLARKE

By: _____
Matthew M. Clarke
Dugan P. Kelley
Attorneys for Plaintiffs and Counter-Defendants
Kamran Pasadena Group, Inc. and Kamran
Group, LLC

00/00/2010   13:10:43 FAX 2132499990   NATIONWIDE LEGAL

| In re: NAMCO CAPITAL GROUP, INC.<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER:  2:08-bk-32333-BR<br>ADVERSARY PROC. NO.:  2:10-ap-01244-BR |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 831 State Street, Santa Barbara, California 93101. A true and correct copy of the foregoing document described as **EVIDENTIARY OBJECTIONS OF PLAINTIFFS KAMRAN PASADENA GROUP, INC. AND KAMRAN GROUP, LLC TO DECLARATIONS AND EXHIBITS OF BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP, INC. AND DAN SEDOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):

On **March 23, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 23, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/23/11 | Kathy Koester | _Kathy Koester_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 9013-3.1**

00/00/2010   13:10:43  FAX 2132499990   NATIONWIDE LEGAL

| | |
|---|---|
| In re: NAMCO CAPITAL GROUP, INC.<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER: 2:08-bk-32333-BR<br>ADVERSARY PROC. NO.: 2:10-ap-01244-BR |

## II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL

**United States Trustee (LA)**
725 S Figueroa St # 2600
Los Angeles, CA 90017-5413

**David M. Poitras**
**Dan P. Sedor**
**Jeffer Mangels Butler & Mitchell LLP**
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067

**Sawtelle Properties LLC**
**Weissmann Wolff, et al**
9665 Wilshire Blvd, 9th Floor
Beverly Hills, CA 90212

**Soussan Hashemi**
**Weissmann Wolff, et al**
9665 Wilshire Blvd, 9th Floor
Beverly Hills, CA 90212

**John M. Rygh**
915 Wilshire Blvd, Suite 2100
Los Angeles, CA 90017

**Ashland Properties, LLC**
**Weissmann Wolff, et al**
9665 Wilshire Blvd, 9th Floor
Beverly Hills, CA 90212

**Mahmoud Fatorechi**
**Weissmann Wolff, et al**
9665 Wilshire Blvd, 9th Floor
Beverly Hills, CA 90212

**Morteza Homayounjam**
**Weissmann Wolff, et al**
9665 Wilshire Blvd, 9th Floor
Beverly Hills, CA 90212

**Saul Reiss**
Law Offices of Saul Reiss, P.C.
2800 28th St Ste 328
Santa Monica, CA 90405

**Richard S. Berger**
**Peter J. Gurfein**
**Landau Gottfried & Berger, LLP**
1801 Century Park East, Suite 1460
Los Angeles, CA 90067

## III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL:

### SERVED BY E-MAIL:

- **David M. Poitras**          dpoitras@jmbm.com
- **Robyn B. Sokol**          rsokol@ebg-law.com; ecf@ebg-law.com
- **Joseph A. Eisenberg**          jeisenberg@jmbm.com
- **Gregory M. Salvato**          gsalvato@salvatolawoffices.com; gsalvato@pmcos.com
- **Saul Reiss**          saulreiss@verizon.net
- **Richard S. Berger**          rberger@LGBFirm.com
- **Peter J. Gurfein**          pgurfein@LGBFirm.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**

00/00/2010  13:10:43  FAX  2132499990   NATIONWIDE LEGAL

| In re: NAMCO CAPITAL GROUP, INC. | CHAPTER 11 |
|---|---|
| | CASE NUMBER: 2:08-bk-32333-BR |
| Debtor(s). | ADVERSARY PROC. NO.: 2:10-ap-01244-BR |

## SERVED BY PERSONAL DELIVERY:

Honorable Barry Russell
United States Bankruptcy Court – Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1