STEVEN T. GUBNER – SBN 156593
ROBYN B. SOKOL – SBN 159506
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile:   (818) 827-9099

Attorneys for Bradley D. Sharp, Chapter 11 Trustee
for Namco Capital Group, Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| | |
|---|---|
| In Re:  NAMCO CAPITAL GROUP INC, a California corporation<br><br>Debtor. | Case No.: 2:08-bk-32333-BR<br><br>Chapter 11<br><br>Adv. No.:  2:10-ap-01244 BR |
| KAMRAN PASADENA GROUP, INC., a California corporation; and KAMRAN GROUP, LLC, a California limited liability company,<br><br>Plaintiffs,<br>v.<br><br>NAMCO CAPITAL GROUP INC, a California corporation;<br>EZRI NAMVAR, an individual;<br>WOODMAN PARTNERS, LLC, a California limited liability company;<br>FIDELITY NATIONAL TITLE COMPANY, a California corporation;<br>DANIEL JACOB ISSAC, an individual;<br>FAY FRANAK SARAFIAN, an individual;<br>DARIOUSH SOLEIMANI, an individual;<br>MORTEZA HOMAYOUNJAM, an individual;<br>MEHRNAZ HEKMATRAVAN, an individual;<br>JAMSHID BAHARVAR; an individual;<br>ASHLAND PROPERTIES, LLC, A California limited liability company;<br>FARMCO TRUST, SAWTELLE PROPERTIES, LLC; a California limited liability company;<br>MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEES FOR THE FATORECHI-HASHEMI TRUST; and DOES 1 THROUGH 100,<br><br>Defendants. | **JOINT STATUS REPORT OF CROSS-CLAIMANTS AND CROSS-DEFENDANTS AS TO CROSS-CLAIMS**<br><br><br>STATUS CONFERENCE:<br>DATE:        07/27/2011<br>TIME:        2:00 P.M.<br>PLACE:       COURTROOM 1668<br>             16TH FLOOR<br>             ROYBAL FEDERAL BLDG.<br>             255 E. TEMPLE STREET<br>             LOS ANGELES, CA  90012 |

1

432507

ASHLAND PROPERTIES, LLC, et al.,

Cross-Complainants

v.

BRADLEY S. SHARP, CHAPTER 11 TRUSTEE;

Cross-Defendants.

AND RELATED CROSS-CLAIMS AND COUNTERCLAIMS.

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE:**

The Parties submit the following Joint Status Report in accordance with Local Bankruptcy Rule 7016-1:

**A.    PLEADINGS/SERVICE**

1.    Have all parties been served?

   **Yes.**

2.    Have all parties filed and served Answers to the Complaint and/or Counter-Claim?

   **Yes.**

3.    Is this case at issue as to all parties and as to all causes of action?

   **Yes.**

4.    If your answers to any of the three preceding questions is anything other than an unqualified "Yes", then please explain:  **Not applicable.**

**B.    STATE OF DISCOVERY:**

Discovery is complete as to the Plaintiffs and the Namco Capital Group, Inc. estate ("Estate") only.  Discovery is still pending with respect to the balance of the defendants and cross-defendants. A discovery cut-off date should be set.

**C.    CONTEMPLATED MOTIONS:**

None at this time.

**D.    PROSPECTS FOR SETTLEMENT:**

The Trustee, on behalf of the Bankruptcy Estate, and  Fay Faranak Sarafian, Darioush Soleimani, Morteza Homayounjam, Jamshid Baharvar; Ashland Properties, LLC, A California limited liability company; Jonathan Faramarz Massachi, as Trustee of the Farmco Trust, Sawtelle Properties, LLC; a California limited liability company; Mahmoud Fatorechi And Soussan Hashemi As Trustees For The Fatorechi-Hashemi Trust **("Ashland Defendants")** participated in mediation before Judge Goldberg on June 21, 2011 and reached an agreement which the parties are in the process of documenting.  The settlement will resolve  Cross-Claims and Counterclaims involving the Trustee and the Ashland Defendants in this adversary proceeding as well as the Motion for Relief from Stay brought by the Ashland Defendants.  Settlement discussions have not occurred with the balance of the Defendants Daniel Jacob Isaacs or Mehrnaz Hekmatravan.

**E.    PROPOSED PRE-TRIAL CONFERENCE DATE:**

A pre-trial conference should be scheduled after discovery is complete.

**F.    ANY OTHER ISSUES IMPACTING MATTER:**

As the Trustee contends that all issues have been resolved with respect to the Plaintiffs and the Estate, the balance of the adversary proceeding should proceed.  Other than the documenting of the settlement agreement, no other issues impacting the matter exist at this time, except that Plaintiff apparently contends it retains unresolved claims against the Ashland Defendants, and others.  The balance of the Adversary Proceeding, the Cross Claims should proceed at this time and a discovery cut-off date should be set for a date no more than six months from the status conference.

DATED:  July 12, 2011                                    EZRA BRUTZKUS GUBNER LLP

By _____

Robyn B. Sokol
Attorneys for Plaintiff , Bradley D. Sharp,
Chapter 11 Trustee

SALVATO LAW OFFICES

By /s/ Gregory M. Salvato
Gregory M. Salvato
Attorneys for Fay Faranak Sarafian, Dariush Soleimani, Morteza Homayounjam, Jamshid Baharvar, Ashland Properties LLC, Faramarz (Jonathan) Massachi, as Trustee of the Farmco Trust, Sawtelle Properties LLC, Mahmoud Fatorechi, Soussan Hashemi,

LAW OFFICES OF SAUL REISS

By /S/
Saul Reiss
Attorneys for Mehrnaz Hekmatravan

Daniel Jacob Isaak, Pro Se

4

| In re: NAMCO CAPITAL GROUP INC.,<br><br>Debtor(s).<br><br>KAMRAN PASADENA GROUP, INC. , etc. vs. NAMCO CAPITAL GROUP | CHAPTER  11<br>CASE NUMBER  2:08-bk-32333-BR<br>ADV NUMBER   2:10-ap-01244-BR |
| --- | --- |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**21650 Oxnard Street, Suite 500, Woodland Hills, California 91367.**

A true and correct copy of the foregoing document described **JOINT STATUS REPORT OF CROSS-CLAIMANTS AND CROSS-DEFENDANTS AS TO CROSS-CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **July 15, 2011,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Gregory M Salvato    gsalvato@pmcos.com, calendar@salvatolawoffices.com
- Gregory M Salvato    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐    Service information continued on att0061ched page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **July 15, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**BY U.S. MAIL**

Honorable Barry Russell
United States Bankruptcy Court
Los Angeles Division – Roybal Federal Bldg.
255 E. Temple Street, Suite 1660
Los Angeles, CA  90012

Saul Reiss
Law Offices of Saul Reiss
2800 28th St. Ste 328
Santa Monica, CA 90405

Daniel Jacob Issak, Pro Se
10790 Wilshire Blvd., Ste 1102
Los Angeles, CA 90024

☐    Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 15, 2011 | NIKOLA A. FIELDS | /s/ Nikola A. Fields |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                **F 9013-3.1**