STEVEN T. GUBNER – SBN 156593
ROBYN B. SOKOL – SBN 159506
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile:  (818) 827-9099

Special Counsel for Bradley D. Sharp, Chapter 11 Trustee
for Namco Capital Group, Inc.

**FILED & ENTERED**

**AUG 31 2011**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier      DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES

| | |
|---|---|
| In Re:  NAMCO CAPITAL GROUP INC, a California corporation<br><br>Debtor. | Case No.: 2:08-bk-32333-BR<br><br>Chapter 11<br><br>Adv. No.:  2:10-ap-01244 BR |
| KAMRAN PASADENA GROUP, INC., a California corporation; and KAMRAN GROUP, LLC, a California limited liability company,<br><br>Plaintiffs,<br>v.<br><br>NAMCO CAPITAL GROUP INC, a California corporation; EZRI NAMVAR, an individual; WOODMAN PARTNERS, LLC, a California limited liability company; FIDELITY NATIONAL TITLE COMPANY, a California corporation; DANIEL JACOB ISSAC, an individual; FAY FRANAK SARAFIAN, an individual; DARIOUSH SOLEIMANI, an individual; MORTEZA HOMAYOUNJAM, an individual; MEHRNAZ HEKMATRAVAN, an individual; JAMSHID BAHARVAR; an individual; ASHLAND PROPERTIES, LLC, A California limited liability company; FARMCO TRUST, SAWTELLE PROPERTIES, LLC; a California limited liability company; MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEES FOR THE FATORECHI-HASHEMI TRUST; and DOES 1 THROUGH 100,<br><br>Defendants. | **SCHEDULING ORDER**<br><br>**STATUS CONFERENCE**:<br>**Date:**     07/27/2011<br>**Time:**     2:00 P.M.<br>**Place:**     Courtroom 1668<br>          16th Floor<br>          Roybal Federal Bldg.<br>          255 E. Temple Street<br>          Los Angeles, CA  90012 |

1

*438762*

ASHLAND PROPERTIES, LLC, et al.,

         Cross-Complainants

v.

BRADLEY S. SHARP, CHAPTER 11 TRUSTEE;

         Cross-Defendants.

AND RELATED CROSS-CLAIMS AND COUNTERCLAIMS.

The within adversary proceeding duly came on for a status conference on July 27, 2011, the Honorable Barry Russell, United States Bankruptcy Judge, presiding.  Robyn B. Sokol of Ezra Brutzkus Gubner LLP appeared on behalf of Bradley D. Sharp, Chapter 11 Trustee.  All other appearances are as noted on the record.

The Court having considered the matters before it and having heard from counsel, it is

**HEREBY ORDERED AS FOLLOWS:**

1.     The last date by which all discovery (non-expert) shall be concluded is January 30, 2012.

2.     A further Status Conference shall be conducted on September 21, 2011 at 2:00 p.m. in this Court.  The parties are required to comply with applicable provisions of Local Bankruptcy Rule 7016-1.

# # #

DATED: August 31, 2011

_____
United States Bankruptcy Judge

*438762*

| In re: NAMCO CAPITAL GROUP INC., <br><br> KAMRAN PASADENA GROUP, INC. , etc. vs. NAMCO CAPITAL GROUP <br> Debtor(s). | CHAPTER  11 <br> CASE NUMBER  2:08-bk-32333-BR <br> ADV NUMBER   2:10-ap-01244-BR |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, California 91367.**

A true and correct copy of the foregoing document described **SCHEDULING ORDER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____**,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐    Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **August 3, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

### BY U.S. MAIL

Honorable Barry Russell
United States Bankruptcy Court
Los Angeles Division – Roybal Federal Bldg.
255 E. Temple Street, Suite 1660
Los Angeles, CA  90012

Saul Reiss
Law Offices of Saul Reiss
2800 28th St. Ste 328
Santa Monica, CA 90405

Daniel Jacob Issak, Pro Se
10790 Wilshire Blvd., Ste 1102
Los Angeles, CA 90024

☐    Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 3, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.

Bradley D. Sharp    namco@dsi.com

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 3, 2011 | KRISTINA DOW | /s/Kristina Dow |
| *Date* | *Type Name* | *Signature* |

3

*438762*

| In re:  NAMCO CAPITAL GROUP INC.,<br><br>KAMRAN PASADENA GROUP, INC. , etc. vs. NAMCO CAPITAL GROUP | Debtor(s). | CHAPTER  11<br>CASE NUMBER  2:08-bk-32333-BR<br>ADV NUMBER   2:10-ap-01244-BR |
|---|---|---|

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **SCHEDULING ORDER** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **August 3, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Matthew M Clarke    mclarke@cappellonoel.com
- Joseph A Eisenberg    jae@jmbm.com
- David M Poitras    dpoitras@jmbm.com
- Gregory M Salvato    gsalvato@pmcos.com, calendar@salvatolawoffices.com
- Gregory M Salvato    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- Robyn B Sokol    ecf@ebg-law.com, rsokol@ebg-law.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Saul Reiss
Law Offices of Saul Reiss
2800 28th Street, Suite 328
Santa Monica, CA  90405

Daniel Jacob Issak, Pro Se
10790 Wilshire Blvd., Suite 1102
Los Angeles, CA  90024

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

4

*438762*