Matthew Clarke, State Bar No. 184959
matt@christmankelley.com
Dugan P. Kelley, State Bar No. 207347
dugan@christmankelley.com
CHRISTMAN, KELLEY & CLARKE
2570 Justin Road, Suite 240
Highland Village, Texas 75077
Tel. 972-253-4440
Fax 866-611-9852

Attorneys for Plaintiffs
Kamran Pasadena Group, Inc. and Kamran Group, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES**

| | |
|---|---|
| In Re:  NAMCO CAPITAL GROUP INC, a California corporation<br><br>Debtor. | Case No.: 2:08-bk-32333-BR<br><br>Chapter 11<br><br>Adv. No.:  2:10-ap-01244 BR |
| KAMRAN PASADENA GROUP, INC., a California corporation; and KAMRAN GROUP, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>NAMCO CAPITAL GROUP INC, a California corporation;<br>EZRI NAMVAR, an individual;<br>WOODMAN PARTNERS, LLC, a California limited liability company;<br>FIDELITY NATIONAL TITLE COMPANY, a California corporation;<br>DANIEL JACOB ISSAC, an individual;<br>FAY FRANAK SARAFIAN, an individual;<br>DARIOUSH SOLEIMANI, an individual;<br>MORTEZA HOMAYOUNJAM, an individual;<br>MEHRNAZ HEKMATRAVAN, an individual;<br>JAMSHID BAHARVAR; an individual;<br>ASHLAND PROPERTIES, LLC, A California limited liability company;<br>FARMCO TRUST, SAWTELLE PROPERTIES, LLC; a California limited liability company;<br>MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEES FOR THE | **JOINT STATUS REPORT**<br><br>STATUS CONFERENCE:<br><br>DATE:          09/21/2011<br>TIME:          2:00 P.M.<br>PLACE:        COURTROOM 1668<br>                   16TH FLOOR<br>                   ROYBAL FEDERAL BLDG.<br>                   255 E. TEMPLE STREET<br>                   LOS ANGELES, CA  90012 |

1

FATORECHI-HASHEMI TRUST; and
DOES 1 THROUGH 100,

Defendants.

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE:**

The Parties submit the following Joint Status Report in accordance with Local Bankruptcy Rule 7016-1:

**A.  PLEADINGS/SERVICE**

1.  Have all parties been served?

**Yes.**

2.  Have all parties filed and served Answers to the Complaint and/or Counter-Claim?

**Yes.**

3.  Is this case at issue as to all parties and as to all causes of action?

**Yes.**

4.  If your answers to any of the three preceding questions is anything other than an unqualified "Yes", then please explain:

**B.  STATE OF DISCOVERY:**

After the Findings of Fact and Conclusions of Law following the April 27, 2011 trial on the limited issue of consideration, entered by the Court on August 11, 2011, Plaintiff is now ready to conduct discovery on the remaining issues to be adjudicated contained in the Original Complaint, filed February 24, 2010, including Causes of Action 1 through 15. Plaintiff proposes a discovery cut-off date to be set for January 30, 2011.

Defendant submits that the existing discovery cut-off date applied to all discovery in the main action, that Plaintiff in fact conducted discovery on all claims and causes of action set forth in the main action, and accordingly, there should be no further discovery in the main action.

**C.      CONTEMPLATED MOTIONS:**

Defendant intends to file a motion for summary judgment on all remaining claims and causes of action set forth in the main action.

**D.      PROSPECTS FOR SETTLEMENT:**

There are no settlement discussions ongoing at this time.

**E.      PROPOSED PRE-TRIAL CONFERENCE DATE:**

A pre-trial conference took place on January 11, 2011 for the limited issues that were adjudicated on April 27, 2011.  No other pre-trial conference dates or trial dates are currently set.  If summary judgment is not granted, the parties propose March 20, 2012 for a pre-trial conference or another convenient date for the Court's calendar.

**F.      ANY OTHER ISSUES IMPACTING MATTER:**

None at this time.

**G.      ALTERNATIVE DISPUTE RESOLUTION:**

There are no current prospects for Alternative Dispute Resolution at this time.

DATED: September 7, 2011                    JEFFER MANGELS BUTLER & MITCHELL LLP


By: /s/ David M. Poitras
        DAVID M. POITRAS P.C.
        Attorneys for Defendant, Bradley D. Sharp,
        Chapter 11 Trustee for Namco Capital Group Inc.


CHRISTIMAN KELLEY & CLARKE, PC


By: /s/ Dugan P. Kelley
        Matthew Clarke
        Dugan P. Kelley
        Attorneys for Plaintiffs
        Kamran Pasadena Group, Inc. and Kamran
        Group, LLC

3

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as ***JOINT STATUS REPORT*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 7, 2011,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Matthew M Clarke    mclarke@cappellonoel.com
- Marc S Cohen    mcohen@kayescholer.com
- Ashleigh A Danker    adanker@kayescholer.com
- Joseph A Eisenberg    jae@jmbm.com
- David M Poitras    dpoitras@jmbm.com
- Gregory M Salvato    gsalvato@pmcos.com, calendar@salvatolawoffices.com
- Gregory M Salvato    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- Robyn B Sokol    ecf@ebg-law.com, rsokol@ebg-law.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **September 7, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 7, 2011 | Billie Terry | _(signature)_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                   **F 9013-3.1.PROOF.SERVICE**

## ADDITIONAL SERVICE INFORMATION:

### II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL

### SERVED BY OVERNIGHT MAIL

Honorable Barry Russell
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

### SERVED BY U.S. MAIL

**Ashland Properties LLC; Mahmoud Fatorechi; Soussan Hashemi; Morteza Homayounjam; Sawtelle Properties LLC**
Weissmann Wolff et al
9665 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212

**Mahmoud Fatorechi**
Weissmann Wolff et al
9665 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212

**Mehrnaz Hekmatravan**
Saul Reiss
Law Offices of Saul Reiss
2800 28th St., Ste 328
Santa Monica, CA 90405

**Fidelity National Title Company**
John M Rygh
915 Wilshire Blvd., Ste 2100
Los Angeles, CA 90017

### III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL

### SERVED BY EMAIL

**Attorneys for Kamran Pasadena Group, Inc.**
Christman, Kelley and Clarke
Dugan P. Kelley
Email: dugan@christmankelley.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.