STEVEN T. GUBNER – SBN 156593
ROBYN B. SOKOL – SBN 159506
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile:  (818) 827-9099
Email:      sgubner@ebg-law.com
            rsokol@ebg-law.com

Attorneys for Bradley D. Sharp, Chapter 11 Trustee
for Namco Capital Group, Inc.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| | |
|---|---|
| In Re:  NAMCO CAPITAL GROUP INC, a California corporation | Case No.: 2:08-bk-32333-BR |
| Debtor. | Chapter 11 |
| | Adv. No.:  2:10-ap-01244 BR |
| KAMRAN PASADENA GROUP, INC., a California corporation; and KAMRAN GROUP, LLC, a California limited liability company, | **JOINT STATUS REPORT OF CROSS-CLAIMANTS AND CROSS-DEFENDANTS AS TO CROSS-CLAIMS** |
| Plaintiffs, | |
| v. | |
| NAMCO CAPITAL GROUP INC, a California corporation; EZRI NAMVAR, an individual; WOODMAN PARTNERS, LLC, a California limited liability company; FIDELITY NATIONAL TITLE COMPANY, a California corporation; DANIEL JACOB ISSAC, an individual; FAY FRANAK SARAFIAN, an individual; DARIOUSH SOLEIMANI, an individual; MORTEZA HOMAYOUNJAM, an individual; MEHRNAZ HEKMATRAVAN, an individual; JAMSHID BAHARVAR; an individual; ASHLAND PROPERTIES, LLC, A California limited liability company; FARMCO TRUST, SAWTELLE PROPERTIES, LLC; a California limited liability company; MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEES FOR THE FATORECHI-HASHEMI TRUST; and DOES 1 THROUGH 100, | STATUS CONFERENCE: DATE:      SEPTEMBER 21, 2011 TIME:      2:00 P.M. PLACE:     COURTROOM 1668 16TH FLOOR ROYBAL FEDERAL BLDG. 255 E. TEMPLE STREET LOS ANGELES, CA  90012 |
| Defendants. | |

1

432507

ASHLAND PROPERTIES, LLC, et al.,

   Cross-Complainants

v.

BRADLEY S. SHARP, CHAPTER 11 TRUSTEE;

   Cross-Defendants.

AND RELATED CROSS-CLAIMS AND COUNTERCLAIMS.

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE:**

 The Parties submit the following Joint Status Report in accordance with Local Bankruptcy Rule 7016-1:

**A. PLEADINGS/SERVICE**

 1. Have all parties been served?

  **Yes.**

 2. Have all parties filed and served Answers to the Complaint and/or Counter-Claim?

  **Yes.**

 3. Is this case at issue as to all parties and as to all causes of action?

  **Yes.**

 4. If your answers to any of the three preceding questions is anything other than an unqualified "Yes", then please explain:  **Not applicable.**

**B. STATE OF DISCOVERY:**

 The discovery cut-off date is January 30, 2011.

**C. CONTEMPLATED MOTIONS:**

2

432507

The Trustee may bring a summary judgment motion with respect to the cross-claims.

**D.      PROSPECTS FOR SETTLEMENT:**

The Trustee, on behalf of the Bankruptcy Estate, and  Fay Faranak Sarafian, Darioush Soleimani, Morteza Homayounjam, Jamshid Baharvar; Ashland Properties, LLC, A California limited liability company; Jonathan Faramarz Massachi, as Trustee of the Farmco Trust, Sawtelle Properties, LLC; a California limited liability company; Mahmoud Fatorechi And Soussan Hashemi As Trustees For The Fatorechi-Hashemi Trust **("Ashland Defendants")** participated in mediation before Judge Goldberg on June 21, 2011 and reached an agreement.   The settlement agreement has been document and the parties continue to negotiate the terms of the settlement agreement.

Settlement discussions have not occurred with the balance of the Defendants, Daniel Jacob Isaacs or Mehrnaz Hekmatravan.

**E.      PROPOSED PRE-TRIAL CONFERENCE DATE:**

The parties request that a pre-trial conference be set in February 2011.

**F.      ANY OTHER ISSUES IMPACTING MATTER:**

The parties believe that at this time no purpose is served by bifurcating the Adversary Proceeding, the Cross Claims should proceed at this time along with the balance of the Adversary Proceeding and all dates should be the same.

DATED:  September 15, 2011                    EZRA BRUTZKUS GUBNER LLP


                                                              By: Robyn B. Sokol
                                                              _____
                                                                     Robyn B. Sokol
                                                              Attorneys for Plaintiff , Bradley D. Sharp,
                                                              Chapter 11 Trustee

3

432507

SALVATO LAW OFFICES

DATED:  September 15, 2011                By:_ /s/ Gregory M. Salvato _____

                                         Gregory M. Salvato
                          Attorneys for Fay Faranak Sarafian, Dariush
                          Soleimani, Morteza Homayounjam, Jamshid Baharvar,
                          Ashland Properties LLC, Faramarz (Jonathan)
                          Massachi, as Trustee of the Farmco Trust, Sawtelle
                          Properties LLC, Mahmoud Fatorechi, Soussan
                          Hashemi,


LAW OFFICES OF SAUL REISS


DATED:  September 15, 2011                By:  _____

                                         Saul Reiss
                          Attorneys for Mehrnaz Hekmatravan
                          Daniel Jacob Isaac, Pro Se

4

432507

Dated: September 15, 2011

LAW OFFICES OF SAUL REISS

By _____
Saul Reiss
Attorneys for Mehrnaz Hekmatravan


Daniel Jacob Isaac, Pro Se

4

432507

| In re: NAMCO CAPITAL GROUP INC., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:08-bk-32333-BR |
| KAMRAN PASADENA GROUP, INC. , etc. vs. NAMCO CAPITAL GROUP | ADV NUMBER 2:10-ap-01244-BR |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, California 91367.**

A true and correct copy of the foregoing document described **JOINT STATUS REPORT OF CROSS-CLAIMANTS AND CROSS-DEFENDANTS AS TO CROSS-CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by lbr 5005-2(d); and **(b)** in the manner indicated below

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **September 15, 2011,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Matthew M Clarke**    mclarke@cappel1onoel.com
**JosephA Eisenberg**    jae@jmbm.com
**David M Poitras**    dpoitras@jmbm.com
**Gregory M Salvato**    gsalvato@pmcos.com, calendar@salvatolawoffices.com
**Gregory M Salvato**    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
**United StatesTrustee (LA**)    ustpregion 16.la.ecf@usdoj.gov

☐    Service information continued on att0061ched page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **September 15, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

## BY U.S. MAIL

Honorable Barry Russell
United States Bankruptcy Court
Los Angeles Division – Roybal Federal Bldg.
255 E. Temple Street, Suite 1660
Los Angeles, CA  90012

Daniel Jacob Issak, Pro Se
10790 Wilshire Blvd., Ste 1102
Los Angeles, CA 90024

Saul Reiss
Law Offices of Saul Reiss
2800 28th St. Ste 328
Santa Monica, CA 90405

☐    Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 15, 2011 | JESSICA ROEL | /s/ Jessica Roel |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                          **F 9013-3.1**

| In re: NAMCO CAPITAL GROUP INC.,<br><br>KAMRAN PASADENA GROUP, INC. , etc. vs. NAMCO CAPITAL GROUP | Debtor(s). | CHAPTER  11<br>CASE NUMBER  2:08-bk-32333-BR<br>ADV NUMBER    2:10-ap-01244-BR |
|---|---|---|

## VIA U.S. MAIL

**Ashland Properties LLC; Mahmoud Fatorechi;** Soussan
**Hashemi; Morteza Homayounjam; Sawtelle Properties LLC**
Weissmann Wolff et al
9665 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212

**Fidelity National Title Company**
John M Rygh
915 Wilshire Blvd., Ste 2100
Los Angeles, CA 90017

**Mahmoud Fatorechi**
Weissmann Wolff et al
9665 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212

**Counsel for Kamran Pasadena Group**
Christman, Kelley & Clarke
Dugan P. Kelley
831 State Street
Santa Barbara, CA  93101

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**