STEVEN T. GUBNER – SBN 156593
ROBYN B. SOKOL – SBN 159506
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile:  (818) 827-9099

Special Litigation Counsel for Bradley D. Sharp,
Chapter 11 Trustee for Namco Capital Group, Inc.

FILED & ENTERED

OCT 13 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

CHANGES MADE BY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES

| | |
|---|---|
| In Re:  NAMCO CAPITAL GROUP INC, a California corporation<br><br>              Debtor.<br>_____<br><br>KAMRAN PASADENA GROUP, INC., a California corporation; and KAMRAN GROUP, LLC, a California limited liability company,<br><br>              Plaintiffs,<br>v.<br><br>NAMCO CAPITAL GROUP INC, a California corporation; EZRI NAMVAR, an individual; WOODMAN PARTNERS, LLC, a California limited liability company; FIDELITY NATIONAL TITLE COMPANY, a California corporation; DANIEL JACOB ISSAC, an individual; FAY FRANAK SARAFIAN, an individual; DARIOUSH SOLEIMANI, an individual; MORTEZA HOMAYOUNJAM, an individual; MEHRNAZ HEKMATRAVAN, an individual; JAMSHID BAHARVAR; an individual; ASHLAND PROPERTIES, LLC, A California limited liability company; FARMCO TRUST, SAWTELLE PROPERTIES, LLC; a California limited liability company; MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEES FOR THE FATORECHI-HASHEMI TRUST; and DOES 1 THROUGH 100,<br><br>              Defendants. | Case No.: 2:08-bk-32333-BR<br><br>Chapter 11<br><br>Adv. No.:  2:10-ap-01244 BR<br><br>**SCHEDULING ORDER**<br><br>**STATUS CONFERENCE**:<br>**Date:**  September 21, 2011<br>**Time:**  2:00 P.M.<br>**Place:**  Courtroom 1668<br>          16th Floor<br>          Roybal Federal Bldg.<br>          255 E. Temple Street<br>          Los Angeles, CA  90012 |

1

487596

ASHLAND PROPERTIES, LLC, et al.,

        Cross-Complainants

v.

BRADLEY S. SHARP, CHAPTER 11 TRUSTEE;

        Cross-Defendants.

AND RELATED CROSS-CLAIMS AND COUNTERCLAIMS.

The within adversary proceeding duly came on for a status conference on September 21, 2011, the Honorable Barry Russell, United States Bankruptcy Judge, presiding.  Robyn B. Sokol of Ezra Brutzkus Gubner LLP appeared on behalf of Bradley D. Sharp, Chapter 11 Trustee.  All other appearances are as noted on the record.

The Court having considered the matters before it and having heard from counsel, it is

**HEREBY ORDERED AS FOLLOWS:**

1.      The last date by which all discovery (non-expert) shall be concluded is January 30, 2012.

2.      A further Status Conference shall be conducted on December 13, 2011 at 2:00 p.m. in this Court.  The parties are required to comply with applicable provisions of Local Bankruptcy Rule 7016-1.

# # #

DATED: October 13, 2011

_____
United States Bankruptcy Judge

487596

2

| In re:  NAMCO CAPITAL GROUP INC., | CHAPTER  11 |
|---|---|
| Debtor(s). | CASE NUMBER  2:08-bk-32333-BR |
| KAMRAN PASADENA GROUP, INC. , etc. vs. NAMCO CAPITAL GROUP | ADV NUMBER  2:10-ap-01244-BR |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, California 91367.**

A true and correct copy of the foregoing document described **SCHEDULING ORDER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____**,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐    Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **September 27, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.

**BY U.S. MAIL**

Honorable Barry Russell
United States Bankruptcy Court
Los Angeles Division – Roybal Federal Bldg.
255 E. Temple Street, Suite 1660
Los Angeles, CA  90012

Daniel Jacob Issak, Pro Se
10790 Wilshire Blvd., Ste 1102
Los Angeles, CA 90024

Office of the U.S. Trustee
725 South Figueroa Street, 26th Floor
Los Angeles, CA  90017

☐    Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 27, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.

Bradley D. Sharp     namco@dsi.com
Saul Reiss     reisslaw@verizon.net

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 27, 2011 | KRISTINA DOW | /s/Kristina Dow |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

3

487596

| In re:  NAMCO CAPITAL GROUP INC.,  Debtor(s). | CHAPTER  11 |
|---|---|
|  | CASE NUMBER   2:08-bk-32333-BR |
| KAMRAN PASADENA GROUP, INC. , etc. vs. NAMCO CAPITAL GROUP | ADV NUMBER    2:10-ap-01244-BR |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **SCHEDULING ORDER** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **September 27, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Matthew M Clarke     matt@christmankelley.com
Marc S Cohen     mcohen@kayescholer.com
Ashleigh A Danker     adanker@kayescholer.com
Joseph A Eisenberg     jae@jmbm.com
David M Poitras     dpoitras@jmbm.com
Gregory M Salvato     gsalvato@pmcos.com, calendar@salvatolawoffices.com
Gregory M Salvato     gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
Robyn B Sokol     ecf@ebg-law.com, rsokol@ebg-law.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Daniel Jacob Issak, Pro Se
10790 Wilshire Blvd., Suite 1102
Los Angeles, CA  90024

☒ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

4

487596

II. **SERVED BY THE COURT VIA U.S. MAIL**:

Ashland Properties LLC
Weissmann Wolff et al
9665 Wilshire Blvd - 9th Floor
Beverly Hills, CA 90212

A Barry Cappello
Cappello & Noel LLP
831 State Street
Santa Barbara, CA 93101

Mahmoud Fatorechi
Soussan Hashemi
Morteza Homayounjam
Weissmann Wolff et al
9665 Wilshire Blvd - 9th Floor
Beverly Hills, CA 90212

Teresa Y Hillery
Fidelity National Law Group
915 Wilshire Blvd Ste 2100
Los Angeles, CA 90017

Kamran Pasadena Group, Inc.
Kaye Scholer LLP
Attn: Marc S. Cohen
1999 Avenue of the Stars-17th Floor
Los Angeles, CA 90067

Dugan P Kelley
Christman Kelley & Clarke, PC
2570 Justin Road-Suite 240
Highland Village, TX 75077

Timothy Neufeld
Neufeld Law Group
360 E 2nd St Ste 703
Los Angeles, CA 90012

John M Rygh
915 Wilshire Blvd Ste 2100
Los Angeles, CA 90017

Sawtelle Properties LLC
Weissmann Wolff
9665 Wilshire Blvd - 9th Fl
Beverly Hills, CA 90212

Bradley D. Sharp (TR)
Development Specialist, Inc.
333 So. Grand Ave., Suite 4070
Los Angeles, CA 90071-1524

487596