| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Susan I. Montgomery (Bar No. 120667)<br>1925 Century Park East, Suite 2000<br>Los Angeles, CA 90067<br>Telephone: (310) 556-8900<br>Facsimile: (310) 556-8905<br>e-mail: susan@simontgomerylaw.com<br><br>*Attorney for*  FATORECHI-HASHEMI FAMILY TRUST DATED MARCH 29, 2005 | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: NAMCO CAPITAL GROUP, INC. a California corporation,

Debtor.

| | |
|---|---|
| KAMRAN PASADENA GROUP, INC., et al.,<br><br>Plaintiff(s), | CHAPTER  11<br><br>CASE NUMBER  2:08-32333-BR |
| vs.<br>BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO GROUP, INC., et al.,<br>Defendant(s). | ☒   ADVERSARY NUMBER (If Applicable)<br>2:10-ap-01244-BR |

## SUBSTITUTION OF ATTORNEY

1.  The name of the party making this Substitution of Attorney is *(specify name)*:
FATORECHI-HASHEMI FAMILY TRUST DATED MARCH 29, 2005

2.  The name, address and telephone number of the New Attorney are *(specify)*:
Susan I. Montgomery, 1925 Century Park East, Suite 2000, Los Angeles, CA 90067
(310) 556-8900

3.  New Attorney hereby appears in the following matters:    ☒ The case    ☒ The above Adversary Proceeding

4.  The New Attorney is substituted as attorney of record in place and stead of the Present Attorney.  *(Specify name of Present Attorney):*  Gregory M. Salvato, Salvato Law Offices

Dated:

FATORECHI-HASHEMI FAMILY TRUST DATED MARCH 29, 2005

*Type Name of Party*                                    *Signature of Party*

I consent to the above substitution.

Dated:  10/17/11

Gregory M. Salvato

*Type Name of Present Attorney*                         *Signature of Present Attorney*

I am duly admitted to practice in this district.  The above substitution is accepted.

Dated:  10/21/11

Susan I. Montgomery

*Type Name of New Attorney*                             *Signature of New Attorney*

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                          **F 2090-1.4**

Substitution of Attorney - *Page 2*                          **F 2090-1.4**

| In re | CHAPTER _____ |
|---|---|
| Debtor. | CASE NUMBER |

## IMPORTANT NOTICE

The filing of the within Substitution of Attorney form does not obviate the need to be employed pursuant to the Bankruptcy Code.  See Local Bankruptcy Rule 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

---

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                              **F 2090-1.4**

**F 2090-1.4**

| In re | CHAPTER _____ |
|---|---|
| Debtor. | CASE NUMBER |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document described as _____
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.   On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____     _____
*Date*                          *Type Name*                                *Signature*

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 2090-1.4**

Substitution of Attorney - *Page 4*                              **F 2090-1.4**

| In re | CHAPTER _____ |
|---|---|
| Debtor. | CASE NUMBER |

**ADDITIONAL SERVICE INFORMATION** (if needed):

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                              **F 2090-1.4**