United States Bankruptcy Court
Central District of California

Kamran Pasadena Group, Inc.,
       Plaintiff

Adv. Proc. No. 10-01244-BR

Sharp,
      Defendant

## CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 3 | Date Rcvd: Dec 16, 2011 |
|---|---|---|---|
| | Form ID: pdf031 | Total Noticed: 15 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2011.

| | | |
|---|---|---|
| aty | +A Barry Cappello, | Cappello & Noel LLP, 831 State Street, Santa Barbara, CA 93101-3227 |
| aty | +Dugan P Kelley, | Christman Kelley & Clarke, PC, 2570 Justin Road, Suite 240, Highland Village, TX 75077-3016 |
| aty | +John M Rygh, | 915 Wilshire Blvd Ste 2100, Los Angeles, CA 90017-3450 |
| aty | +Matthew M Clarke, | Christman Kelley & Clarke, 831 State St, Santa Barbara, CA 93101-3227 |
| aty | +Saul Reiss, | Law Offices of Saul Reiss, 2800 28th St, Ste 328, Santa Monica, CA 90405-6201 |
| aty | +Timothy Neufeld, | Neufeld Law Group, 360 E 2nd St Ste 703, Los Angeles, CA 90012-4245 |
| tr | +Bradley D. Sharp (TR), | Development Specialist, Inc., 333 So. Grand Ave., Suite 4070, Los Angeles, CA 90071-1544 |
| dft | +Ashland Properties LLC, | Weissmann Wolff et al, 9665 Wilshire Blvd, 9th Floor, Beverly Hills, CA 90212-2316 |
| crd | +Faramarz Massachi, | Weissmann Wolff et al, 9665 Wilshire Blvd, 9th Floor, Beverly Hills, CA 90212-2316 |
| crd | +Faranak Faye Sarafian, | Weissmann Wolff, 9665 Wilshire Blvd, 9th Fl, Beverly Hills, CA 90212-2316 |
| pla | +Kamran Pasadena Group, Inc., | Kaye Scholer LLP, Attn: Marc S. Cohen, 1999 Avenue of the Stars, 17th Floor, Los Angeles, CA 90067-4622 |
| dft | +Mahmoud Fatorechi, | Weissmann Wolff et al, 9665 Wilshire Blvd, 9th Floor, Beverly Hills, CA 90212-2316 |
| dft | +Morteza Homayounjam, | Weissmann Wolff, 9665 Wilshire Blvd, 9th Fl, Beverly Hills, CA 90212-2316 |
| dft | +Sawtelle Properties LLC, | Weissmann Wolff, 9665 Wilshire Blvd, 9th Fl, Beverly Hills, CA 90212-2316 |
| dft | +Soussan Hashemi, | Weissmann Wolff, 9665 Wilshire Blvd, 9th Floor, Beverly Hills, CA 90212-2316 |

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                    TOTAL: 0

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

| | |
|---|---|
| crc | Bradley D. Sharp |
| dft | Bradley D. Sharp |
| crd | Bradley D. Sharp |
| cd | Bradley D. Sharp |
| crd | Daniel Jacob Isaac |
| dft | Daniel Jacob Isaac |
| crd | Darioush Soleimani |
| crc | Darioush Soleimani |
| cc | Darioush Soleimani |
| dft | Darioush Soleimani |
| dft | Faramarz Massachi |
| crc | Faramarz Massachi |
| cc | Faramarz Massachi |
| dft | Farank Faye Sarafian |
| crc | Farank Faye Sarafian |
| cc | Farank Faye Sarafian |
| dft | Farmco Trust |
| crd | Farmco Trust |
| dft | Fatorechi-Hashemi Trust |
| crd | Fatorechi-Hashemi Trust |
| dft | Fay Franak Sarafian |
| dft | Fidelity National Title Company |
| dft | Jamshid Baharvar |
| crd | Jamshid Baharvar |
| crc | Jamshid Baharvar |
| cc | Jamshid Baharvar |
| crd | Mehrnaz Hekmatravan |
| dft | Mehrnaz Hekmatravan |
| dft | Woodman Partners |
| crc* | +Ashland Properties LLC, Weissmann Wolff et al, 9665 Wilshire Blvd, 9th Floor, Beverly Hills, CA 90212-2316 |
| crc* | +Ashland Properties LLC, Weissmann Wolff et al, 9665 Wilshire Blvd, 9th Floor, Beverly Hills, CA 90212-2316 |
| cc* | +Ashland Properties LLC, Weissmann Wolff et al, 9665 Wilshire Blvd, 9th Floor, Beverly Hills, CA 90212-2316 |
| cd* | +Kamran Pasadena Group, Inc., Kaye Scholer LLP, Attn: Marc S. Cohen, 1999 Avenue of the Stars, 17th Floor, Los Angeles, CA 90067-4622 |
| cd* | +Kamran Pasadena Group, Inc., Kaye Scholer LLP, Attn: Marc S. Cohen, 1999 Avenue of the Stars, 17th Floor, Los Angeles, CA 90067-4622 |
| crd* | +Mahmoud Fatorechi, Weissmann Wolff et al, 9665 Wilshire Blvd, 9th Floor, Beverly Hills, CA 90212-2316 |

```
District/off: 0973-2          User: admin           Page 2 of 3              Date Rcvd: Dec 16, 2011
                              Form ID: pdf031        Total Noticed: 15

                ***** BYPASSED RECIPIENTS (continued) *****
crc*         +Mahmoud Fatorechi,   Weissmann Wolff et al,   9665 Wilshire Blvd,   9th Floor,
               Beverly Hills, CA 90212-2316
cc*          +Mahmoud Fatorechi,   Weissmann Wolff et al,   9665 Wilshire Blvd,   9th Floor,
               Beverly Hills, CA 90212-2316
crd*         +Morteza Homayounjam,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Fl,
               Beverly Hills, CA 90212-2316
crc*         +Morteza Homayounjam,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Fl,
               Beverly Hills, CA 90212-2316
cc*          +Morteza Homayounjam,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Fl,
               Beverly Hills, CA 90212-2316
crd*         +Sawtelle Properties LLC,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Fl,
               Beverly Hills, CA 90212-2316
crc*         +Sawtelle Properties LLC,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Fl,
               Beverly Hills, CA 90212-2316
cc*          +Sawtelle Properties LLC,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Fl,
               Beverly Hills, CA 90212-2316
crd*         +Soussan Hashemi,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Floor,
               Beverly Hills, CA 90212-2316
crc*         +Soussan Hashemi,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Floor,
               Beverly Hills, CA 90212-2316
cc*          +Soussan Hashemi,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Floor,
               Beverly Hills, CA 90212-2316
                                                                        TOTALS: 29, * 17, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 18, 2011**                              **Signature:** _Joseph Speetjens_

District/off: 0973-2          User: admin              Page 3 of 3              Date Rcvd: Dec 16, 2011
                             Form ID: pdf031           Total Noticed: 15


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2011 at the address(es) listed below:
          Ashleigh A Danker    on behalf of Plaintiff  Kamran Pasadena Group, Inc. adanker@kayescholer.com
          David M Poitras    on behalf of Defendant Bradley Sharp dpoitras@jmbm.com
          Gregory M Salvato    on behalf of Counter-Claimant  Ashland Properties LLC
           gsalvato@salvatolawoffices.com,  calendar@salvatolawoffices.com
          Gregory M Salvato    on behalf of Defendant  Ashland Properties LLC gsalvato@pmcos.com,
           calendar@salvatolawoffices.com
          Joseph A Eisenberg    on behalf of Defendant Bradley Sharp jae@jmbm.com
          Marc S Cohen    on behalf of Plaintiff  Kamran Pasadena Group, Inc. mcohen@kayescholer.com
          Matthew M Clarke    on behalf of Plaintiff  Kamran Pasadena Group, Inc. mclarke@cappellonoel.com
          Robyn B Sokol    on behalf of Counter-Defendant Bradley Sharp ecf@ebg-law.com,  rsokol@ebg-law.com
          Susan I Montgomery    on behalf of Counter-Claimant  Ashland Properties LLC
           susan@simontgomerylaw.com
          Teresa Y Hillery    on behalf of Defendant  Fidelity National Title Company teresa.hillery@fnf.com
          United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                              TOTAL: 11

Steven T. Gubner - Bar No. 156593
Robyn Sokol - Bar No. 159506
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA  91367
Telephone:  818.827.9000
Facsimile:  818.827.9099
Email:      sgubner@ebg-law.com
            rsokol@ebg-law.com

Special Counsel for Bradley D. Sharp,
Chapter 11 Trustee for Debtor Namco Capital Group, Inc.

FILED & ENTERED

DEC 16 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:08-bk-32333-BR |
| NAMCO CAPITAL GROUP, INC., | Chapter 7 |
| Debtor. | |
| _____ | Adv. Case No. 2:10-ap-01244 BR |
| KAMRAN PASADENA GROUP, INC., a California corporation; and KAMRAN GROUP, LLC, a California limited liability company, | **ORDER APPROVING STIPULATION RE:  25 WEST WALNUT AVENUE, PASEDENA, CALIFORNIA PROPERTY** |
| Plaintiffs, | NO HEARING REQUIRED |
| NAMCO CAPITAL GROUP INC, a California corporation; EZRI NAMVAR, an individual; WOODMAN PARTNERS, LLC, a California limited liability company; FIDELITY NATIONAL TITLE COMPANY, a California corporation; DANIEL JACOB ISSAC, an individual; FAY FRANAK SARAFIAN, an individual; DARIOUSH SOLEIMANI, an individual; MORTEZA HOMAYOUNJAM, an individual; MEHRNAZ HEKMATRAVAN, an individual; JAMSHID BAHARVAR; an individual; ASHLAND PROPERTIES, LLC, A California limited liability company; FARMCO TRUST, SAWTELLE PROPERTIES, LLC; a California limited liability company; MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEES FOR THE FATORECHI-HASHEMI TRUST; and DOES 1 THROUGH 100, | |

-1-

521443

ASHLAND PROPERTIES, LLC, et al.,

          Cross-Complainants

v.

BRADLEY S. SHARP, CHAPTER 11 TRUSTEE;

          Cross-Defendants.
_____

AND RELATED CROSS-CLAIMS AND COUNTERCLAIMS.
_____

Bradley D. Sharp, the duly qualified and acting chapter 11 trustee for the estate of Namco Capital Group, Inc., by and through his counsel, and Ashland Properties, LLC, a California limited liability company; Jamshid Baharvar, M.D. and Shohreh E. Baharvar; Mahmoud Fatorechi and Soussan Hashemi as Trustees of the Fatorechi-Hashemi Trust; Morteza Homayounjam, Jonathan (Faramarz) Massachi, asTrustee of the Farmo Trust, Faye Faranak Sarafian; Sawtelle Properties, LLC, a California limited liability company, and Darioush Soleimani, by and through their counsel, filed a Stipulation re 25 West Walnut Avenue, Pasadena, California Property (the "Stipulation") [Docket No. 109].

The Court having considered the matters before it and having reviewed the Stipulation of counsel for the Parties, it is

**ORDERED AS FOLLOWS:**

The Stipulation is approved.

###

DATED: December 16, 2011

_____
United States Bankruptcy Judge

-2-

521443

| In re: NAMCO CAPITAL GROUP INC.,<br><br>                                                        Debtor(s).<br><br>KAMRAN PASADENA GROUP, INC. , etc. vs. NAMCO CAPITAL GROUP | CHAPTER  11<br>CASE NUMBER  2:08-bk-32333-BR<br>ADV NUMBER   2:10-ap-01244-BR |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, California 91367.**

A true and correct copy of the foregoing document described **ORDER APPROVING STIPULATION RE: 25 WEST WALNUT AVENUE, PASEDENA, CALIFORNIA PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____**,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐    Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **December 12, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.

**BY U.S. MAIL**

Honorable Barry Russell
United States Bankruptcy Court
Los Angeles Division – Roybal Federal Bldg.
255 E. Temple Street, Suite 1660
Los Angeles, CA  90012

Counsel for Defendant
Susan I. Montgomery
Law Office of Susan I. Montgomery
1925 Century Park East, Ste 2000
Los Angeles, CA  90067-2712

Office of the U.S. Trustee
725 South Figueroa Street, 26th Floor
Los Angeles, CA  90017

☐    Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 12, 2011 | JESSICA ROEL | /s/ Jessica Roel |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

-3-

521443

| | |
|---|---|
| In re:  NAMCO CAPITAL GROUP INC.,<br><br>                               Debtor(s).<br><br>KAMRAN PASADENA GROUP, INC. , etc. vs. NAMCO CAPITAL GROUP | CHAPTER  11<br>CASE NUMBER  2:08-bk-32333-BR<br>ADV NUMBER  2:10-ap-01244-BR |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING STIPULATION RE: 25 WEST WALNUT AVENUE, PASEDENA, CALIFORNIA PROPERTY** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **December 12, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Susan I Montgomery     susan@simontgomerylaw.com
Robyn B Sokol     ecf@ebg-law.com, rsokol@ebg-law.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

-4-

521443