DAVID M. POITRAS P.C. (Bar No. 141309)
DAN P. SEDOR P.C. (Bar No. 139091)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone: 310.203.8080
Facsimile: 310.203.0567
Email: dpoitras@jmbm.com

Attorneys for Bradley D. Sharp
Chapter 11 Trustee for Namco Capital Group Inc.

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>NAMCO CAPITAL GROUP, INC.,<br>a California corporation,<br><br>Debtor. | Case No.: 2:08-bk-32333-BR<br><br>Chapter 11<br><br>Adversary No.: 2:10-ap-01244 BR |
| KAMRAN PASADENA GROUP, INC., a California corporation and KAMRAN GROUP, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP INC., a California corporation; WOODMAN PARTNERS, LLC, a California limited liability company; FIDELITY NATIONAL TITLE COMPANY, a California corporation; DANIEL JACOB ISSAC, an individual; FAY FRANAK SARAFIAN, an individual; DARIOUSH SOLEIMANI, an individual; MORTEZA HOMAYOUNJAM, an individual; MEHRNAZ HEKMATRAVAN, an individual; JAMSHID BAHARVAR, an individual; ASHLAND PROPERTIES, LLC, a California limited liability company; FARMCO TRUST, SAWTELLE PROPERTIES, LLC, a California limited liability company; MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEE FOR THE FATORECHI-HASHEMI TRUST; and DOES 1 THROUGH 100,<br><br>Defendant(s). | **NOTICE OF MOTION AND MOTION OF DEFENDANT BRADLEY D. SHARP, CHAPTER 11 TRUSTEE FOR NAMCO CAPITAL GROUP, INC. FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY ADJUDICATION, ON COMPLAINT**<br><br><br><br>Hearing:<br>Date: February 22, 2012<br>Time: 2:00 pm.<br>Place: Courtroom 1668<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

JMBM Jeffer Mangels Butler & Mitchell LLP

PRINTED ON
RECYCLED PAPER
LA 8483656v1

**TO THE HONORABLE BARRY RUSSELL AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE THAT** on February 22, 2012, at 2:00 p.m., or as soon thereafter as the matter can be heard, before the Honorable Barry Russell, United States Bankruptcy Judge, in Courtroom 1668, located at 255 East Temple Street, Los Angeles, California, the Bankruptcy Court will consider the *Motion of Defendant Bradley D. Sharp, Chapter 11 Trustee of Namco Capital Group, Inc. for Summary Judgment, or, in the Alternative, Partial Summary Adjudication, on Complaint* (the "Motion"), seeking entry of summary judgment, or, in the alternative, partial summary adjudication, pursuant to Fed. R. Bankr. Proc. Rule 7056, in substantially the form of the proposed Summary Judgment filed concurrently herewith, on the Complaint filed by Plaintiffs Kamran Pasadena Group, Inc. and Kamran Group, LLC.  The Motion is based upon this Notice and the Motion, Memorandum of Points and Authorities, the Statement of Undisputed Material Facts and Conclusions of Law in support of the Motion; the accompanying Request for Judicial Notice, Declaration of David M. Poitras and Declaration of Bradley D. Sharp, and any additional evidence and argument that may be submitted at or before the hearing on the Motion.

If the Court agrees that Plaintiffs' claims are both procedurally and substantively defective as the Trustee contends, then the Trustee is entitled to judgment as a matter of law on the entire Complaint.  If the Court agrees only with a portion of the Trustee's contentions, then the Trustee is entitled to the alternative relief of partial summary adjudication.

PRINTED ON
RECYCLED PAPER

Jeffer Mangels
Butler & Mitchell LLP

JMBM

LA 8483656v1

**PLEASE TAKE FURTHER NOTICE THAT, any objection, response, or joinder to this Motion shall be in the form required by Local Bankruptcy Rules 9013-1(f) and 7056-1 and filed with the Bankruptcy Court and served upon the Trustee's counsel, at the address set forth in the caption to the Motion, <u>no later than twenty-one (21) days prior to the date set for hearing on this Motion</u>.**

Respectfully submitted,

DATED:  January 11, 2012            JEFFER MANGELS BUTLER & MITCHELL LLP

By:  _/s/ David M. Poitras_
      DAVID M. POITRAS

Counsel for  DEFENDANT BRADLEY D. SHARP.,
CHAPTER 11 TRUSTEE FROM NAMCO CAPITAL
GROUP, INC.

PRINTED ON

RECYCLED PAPER

LA 8483656v1

- 3 -

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 1900 Avenue of the Stars, Seventh Floor, Los Angeles, California  90067-4308

A true and correct copy of the foregoing document described as **Notice Of Motion And Motion Of Defendant Bradley D. Sharp, Chapter 11 Trustee For Namco Capital Group, Inc. For Summary Judgment, Or, In The Alternative, Partial Summary Adjudication, On Complaint** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **_January 11, 2012_**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Matthew M Clarke    mclarke@cappellonoel.com
- Marc S Cohen    mcohen@kayescholer.com
- Ashleigh A Danker    adanker@kayescholer.com
- Joseph A Eisenberg    jae@jmbm.com
- Teresa Y Hillery    teresa.hillery@fnf.com
- Susan I Montgomery    susan@simontgomerylaw.com
- David M Poitras    dpoitras@jmbm.com
- Gregory M Salvato    gsalvato@pmcos.com, calendar@salvatolawoffices.com
- Gregory M Salvato    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- Robyn B Sokol    ecf@ebg-law.com, rsokol@ebg-law.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **_January 11, 2012,_** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
*Sent By Overnight Mail*:
Hon. Barry Russell, United States Bankruptcy Court, 255 E. Temple Street, Suite 1660, Los Angeles, CA 90012

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **_January 11, 2012_**_**,**_ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
Dugan P. Kelley    dugan@christmankelley.com
Matthew M. Clarke    matt@christmankelley.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 11, 2012 | Claudean Brandon | /s/ Claudean Brandon |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                        **F 9013-3.1.PROOF.SERVICE**