4

STATE OF CALIFORNIA,
COUNTY OF Los Angeles
On September 19, 2007 before me, Alpha C. Giles Notary Public,
Notary Public in and for said County and State, personally appeared
David Kohler , personally known to
me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose
name(s) is/are subscribed to the within instrument and acknowledged to me that
he/she/they executed the same in his/her/their authorized capacity(ies), and that by
his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which
the person(s) acted, executed the instrument.

Signature Alpha C. Giles

WITNESS my hand and official seal.

```
ALPHA C. GILES
Commission # 1707444
Notary Public - California
Los Angeles County
My Comm. Expires Nov 25, 2010
```

**Deed of Trust WITH POWER OF SALE (Long Form)**

DO NOT RECORD

DO NOT RECORD

## REQUEST FOR FULL RECONVEYANCE

To be used only when note has been paid.

Dated _____

| MAIL RECONVEYANCE TO: |
|---|
| |
| |
| |
| |

By _____

By _____

Page 3 of 3

Exhibit A-90

Exhibit 1

A CONDOMINIUM COMPRISED OF:

A) AN UNDIVIDED 0.57 PERCENT INTEREST IN LOT 1 OF TRACT NO. 33536, IN THE CITY OF
PASADENA, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN
BOOK 896 PAGE(S) 84 AND 85 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID
COUNTY.

EXCEPT UNITS 1 TO 6 INCLUSIVE AS SHOWN AND DEFINED ON THE CONDOMINIUM PLAN
RECORDED JULY 12, 1978 AS INSTRUMENT NO. 78-752467, IN SAID OFFICE OF THE COUNTY
RECORDER.

ALSO EXCEPT FROM THEREFROM ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES, AS
RESERVED IN VARIOUS DEEDS OF RECORD, ONE OF THEM BEING THE DEED RECORDED
JANUARY 21, 1974 AS INSTRUMENT NO. 71 OF OFFICIAL RECORDS.

B) UNIT 2 AS SHOWN AND DEFINED ON THE CONDOMINIUM PLAN REFERRED TO ABOVE.

APN: 5713-009-040

Exhibit A-91

Exhibit E 86

Case 2:10-ap-01244-BR Doc 1521 Filed 02/24/10 Entered 02/24/10 19:19:07 Desc
RJN Part 2 E Page 3 of 117

# EXHIBIT F

Exhibit A-92

Exhibit F 87

# PROMISSORY NOTE
## SECURED BY DEED OF TRUST
### (the "Note")

$3,600,000.00

Los Angeles, California
June 29, 2007

FOR VALUE RECEIVED, the undersigned ("Maker"), promises to pay to the order of Namco Capital Group, Inc., a California corporation, or the lawful holder of this Note ("Holder"), without grace, deduction, offset, extension, credit, notice or demand, at 12121 Wilshire Blvd., #1400, Los Angeles, CA 90025, or at such other place or to such other party as the Holder of this Note may from time to time designate in writing, the principal sum of Three Million Six Hundred Thousand and 00/100 Dollars ($3,600,000.00), together with interest at the rate of ten (10%) per annum which interest shall accrue monthly upon the principal amount hereof outstanding from time to time. Maker shall make payments of interest only to Holder, in the amount of $30,000.00 per month, in arrears, commencing on the first day of the first calendar month immediately following the date hereof, and continuing thereafter on the first day of each month until the maturity date of this Note.

The interest rate on this Note shall be computed on the basis of a 360-day year, based on the number of days actually elapsed.

This Note shall mature on June 28, 2008, at which time the balance of the outstanding principal sum of this Note, together with any and all accrued but unpaid interest and other charges under this Note, shall be due and payable. Payments for any month which is not a full calendar month shall be prorated on the basis of a thirty (30) day month, based on the actual number of days elapsed. All installments of principal and interest of this Note, and other amounts paid or due hereunder, shall be payable and paid in lawful money of the United States of America, in immediately available funds, at the address set forth above, or such other place as the Holder may designate in writing from time to time. Each payment hereunder shall, when made, be credited first to late charges and other expenses then payable to Holder, then to interest, and the remainder to principal.

Upon failure to pay any installments of interest, principal or other charges when due hereunder, or upon failure to perform or comply with any of the covenants or agreements contained herein or in any instrument securing payment of this Note, or any of the Loan Documents (as such terms is defined below), or upon the occurrence of an event of default (or any event which with notice, lapse of time, or both would constitute an event of default) under any of the Loan Documents, then such failure and/or event shall immediately and automatically constitute a default under this Note, and, at the option of the Holder hereof, the entire debt then remaining unpaid shall at once become due and payable. During the period commencing upon any such event of default and continuing until such default is cured, but without limiting or waiving, in any way, Maker's liability resulting from such default, and without limiting any rights or remedies of Holder under this Note or any of the other Loan Documents, or at law or equity, any and all delinquent amounts shall be added to the principal balance hereunder and shall bear interest at the rate set forth in this Note, compounded monthly. In addition, during the period commencing with such event of default, the interest rate applicable to the principal amount, as well as any and all delinquent amounts, shall be the total interest rate otherwise charged hereunder plus seven percent (7%) (or, if less,, the highest amount allowed by applicable law) , compounded monthly, whether or not the aforesaid option has been exercised. Any references in this Note or in any of the other Loan Documents to the "rate set forth in the Note" or similar designation shall be deemed to include such increased interest rate. In addition, such increased rate shall take effect and continue irrespective of any bankruptcy or similar action affecting Borrower and irrespective of the commencement or continuation of any legal proceedings (including judicial and/or non-judicial foreclosure proceedings) by Holder.

-1-

**EXHIBIT F**

Exhibit A-93

Exhibit F 88

If Maker shall fail to make any payment of interest or principal, including the final principal payment or combined principal and interest installment, including, without limitation, any amounts due under the immediately preceding paragraph hereof, or other amount due, within ten (10) days after the date the same is due and payable, a late charge shall be immediately due and payable. Maker recognizes that default by Maker in making the payments herein agreed to be paid when due will result in the Holder incurring additional expenses in servicing the loan, in loss to the Holder of the use of the money due and in frustration to the Holder in meeting its other financial and loan commitments. Maker agrees that, if for any reason Maker fails to pay any amounts due under this Note when due, Holder shall be entitled to compensation for the detriment caused thereby, but that it is extremely difficult and impractical to ascertain the amount of such compensation. Maker therefore agrees that a sum equal to ten cents ($.10) for each One Dollar ($1.00) of each payment of principal, interest, or other amounts to be paid hereunder which becomes delinquent is a reasonable estimate of the said compensation to the Holder of this Note, which sum Maker agrees to pay on demand. This clause is not intended to limit Maker's liability resulting from its default in any way, or Holder's rights or remedies with respect to such default, but is intended solely to compensate Holder in the event of Maker's delay in making any payment due hereunder. Any late charges which may accrue hereunder shall be payable not later than the date the next monthly installment is due under this Note. The sum past due and the late charge hereunder shall individually bear interest at the rate set forth in this Note, compounded monthly, from the due date of the sum past due until the date of the individual payment of such sums.

The Maker and endorsers severally waive presentment, protest and demand, notice of protest, demand and of dishonor and nonpayment of this Note, and expressly agree that this Note, or any payment hereunder, may be extended from time to time by Holder without in any way affecting the liability of the Maker and endorsers hereof.

The undersigned promises to pay all attorneys' fees and costs and other fees and costs (including, without limitation, trustees', consultants', accountants', engineers' and appraisers' fees and expenses) incurred by the Holder hereof in connection with the interpretation, collection and/or enforcement of this Note, and/or any of the other Loan Documents, (whether or not legal proceedings are brought by Holder), and/or the protection of the security thereunder, including, without limitation any such fees and expenses incurred by Holder in connection with, related to, or arising out of any judicial or non-judicial foreclosure proceedings.

This Note (and all interest and other charges thereon) is secured by a Long Form Deed of Trust and Assignment of Rents, executed by Maker, as Trustor, to Woodman Partners LLC, a California limited liability company, as trustee, in trust, for the benefit of Holder (the "Deed of Trust"), of even date herewith, all with respect to the properties described defined in the Deed of Trust). Additionally, Maker has executed a separate, unsecured and independent Environmental Indemnity in favor of Holder with respect to the Properties. Maker's obligations to Holder are guaranteed by that certain guarantees, of even date herewith, made by various parties, jointly and severally, in favor of Holder. All of the foregoing documents, are referred to herein as the "Loan Documents." Any default (or any event which with notice, lapse of time, or both, would constitute a default) under any of the Loan Documents shall, at the sole and absolute discretion and option of Holder, constitute a default under any or all of the other Loan Documents.

The loan made under this Note has been made or arranged by Namco Capital Group, Inc., a California corporation and licensed California real estate broker, and is exempt from usury limitations. However, if fulfillment of any provision hereof or of the other Loan Documents shall be deemed by a court of competent and final jurisdiction to violate any applicable usury restrictions, then, ipso facto, the obligation to be fulfilled shall be reduced to the limit of such validity, and any amount received in excess of such limit shall be applied to reduce the unpaid principal balance hereof and not to the payment of interest, it being understood that in no event shall interest or any other amount paid or agreed to be paid to Holder for the use, forbearance or detention of money to be advanced hereunder or pursuant to the Loan Documents exceed the highest lawful rate permissible under applicable usury laws.

-2-

Exhibit A-94

Exhibit F 89

Maker acknowledges and agrees that Holder has the right to transfer, assign or hypothecate all or any part of this Note, and/or the Loan Documents, to sell participations therein (provided, however, that such transfer, assignment, hypothecation or participation shall be at no expense to Maker). Maker agrees that it shall cooperate fully with Holder in connection with this paragraph promptly upon request and shall execute, and where appropriate, acknowledge and deliver, such estoppel certificates and other documents as Holder may require in connection therewith.

This Note shall be governed by and construed in accordance with the laws of the State of California.

This Note shall be prepayable upon no less than fifteen (15) days written notice to Holder.

No single or partial exercise of any power granted to Holder under this Note or the Loan Documents or any other agreement shall preclude any other or further exercise thereof or the exercise of any other power. No delay or omission on the part of Holder in exercising any right under this Note or the Loan Documents shall operate as a waiver of such right or any other right.

The terms of this Note apply to, inure to the benefit of, and bind all parties hereto, their heirs, legatees, devisees, administrators, executors, successors and assigns. Maker shall not sell, transfer, convey, exchange, assign, lease, sublease, pledge, hypothecate or encumber, voluntarily, involuntarily, by operation of law or otherwise (collectively, a "Transfer") the Properties or any portion thereof or interest therein without the prior written consent of Holder. Holder may grant or deny such consent in its sole discretion and, if consent should be given, any such Transfer shall be subject to (and, in the case of an encumbrance, subordinate to) the Deed of Trust, and to such conditions as Holder may impose in its sole and absolute discretion. In the event of any such Transfer without the prior written consent of Holder, Holder may, at its option, without demand or notice, declare all sums secured hereby immediately due and payable. Consent to one such Transfer shall not be deemed to be a waiver of the right to require consent to future or successive Transfers. As used herein, "Transfer" shall include the sale, agreement to sell, option to sell, conditional sale, exchange, transfer, assignment, leasing, subleasing or conveyance of Maker's interest in the Properties, or any portion thereof or interest therein, including, without limitation, air, water, oil, gas and mineral rights and development rights, whether voluntary, involuntary, by operation of law or otherwise. "Transfer" shall also include any security transaction, including the placing or permitting the placing on the Properties or any portion thereof or interest therein of any mortgage, deed of trust, pledge, hypothecation, assignment of rents or other security device, or, in the event Maker is a partnership, limited liability company, joint venture, trust or corporation, the sale, assignment, conveyance, transfer, disposition, pledge, hypothecation or encumbering of any of the capital stock of Maker or of any part of the beneficial or ownership interest of such partnership, limited liability company, venture or trust, or a withdrawal, dissolution, termination, substitution or change of any general partner or any joint venturer of Maker, whether voluntarily, involuntarily, by operation of law, or otherwise. The term "Transfer" shall also include any such Transfer with respect to any capital stock and/or any beneficial or ownership interest in any general partner, joint venturer or shareholder of Trustor.

Maker hereby covenants to execute and deliver to Holder an estoppel certificate and/or offset statement with respect to the Note or any of the Loan Documents and/or the status of this transaction and/or the Properties, and/or such other matters as Holder may require, immediately upon request therefor by Holder, and to immediately deliver to Holder such information, financial statements and other documents or items as Holder may require from Maker from time to time.

Holder shall have the full right, but not the obligation, to cure any default under, or to acquire, pay down, pay off or otherwise satisfy, any lien, encumbrance, security interest or claim which affects or may affect the Properties, or any part thereof or interest therein (whether or not prior to the Deed of Trust), and if Holder pays or satisfies any such lien, encumbrance, security interest or claim or makes any payment or cures any default thereunder, or makes any other advance hereunder or under any of the Loan Documents, Holder may add any amounts so paid to the amounts secured by the Deed of Trust, and any and all such amounts shall be paid by Maker to Holder upon demand, shall bear interest at the same rate

-3-

Exhibit A-95

Exhibit F 90

specified to be paid on outstanding indebtedness under this Note, compounded monthly, until paid, and all such amounts shall be secured by the Deed of Trust until paid.

If "Maker" consists of more than one person or entity executing this Note, each and every such person and/or entity shall be jointly and severally liable with respect to all obligations of "Maker" under this Note.

MAKER:

Kamran Group, LLC

BY: David Golkar-Manager

-4-

Exhibit F 91

**This page is part of your document - DO NOT DISCARD**



**20071988920**  Pages: 007

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

·08/24/07 AT 11:25AM.

Fee: 37.00
Tax: 0.00
Other: 0.00

Total: 37.00

1089407     200708240760043   Mail

## TITLE(S) :



L E A D   S H E E T

**Assessor's Identification Number (AIN)**
To be completed by Examiner OR Title Company in black Ink.     **Number of AIN's Shown**



**THIS FORM IS NOT TO BE DUPLICATED**

Exhibit A-97

Exhibit F 92



08/24/07

20071988920

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO
Namco Capital Group, Inc.
12121 Wilshire Blvd. #1400
Los Angeles, CA 90025

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## LONG FORM DEED OF TRUST AND ASSIGNMENT OF RENTS

This Deed of Trust, made this 29th day of June 2007
Kamran Group, LLC, a California limited liability company                                    , between
                                                                                      hereinafter called TRUSTOR,
whose address is 8891 Research Drive, Irvine CA 92618
                    (number and street)                                        (city)      (zone)      (state)

        Woodman Partners LLC, a California limited liability company                      herein called TRUSTEE, and
        Namco Capital Group, Inc., a California corporation                               herein called BENEFICIARY,

Witnesseth: That Trustor IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS TO TRUSTEE IN TRUST, WITH POWER OF SALE, that property in
Los Angeles                                                                County, California, described as:

SET FORTH IN EXHIBIT "ONE" ATTACHED HERETO AND MADE A PART HEREOF.

TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority hereinafter given to and conferred upon Beneficiary to collect and apply such rents, issues and profits.

For the Purpose of Securing:
    1. Performance of each agreement of Trustor herein contained. 2. Payment of the indebtedness evidenced by one promissory note of even date herewith, and any extension of renewal thereof, in the principal sum of $3,600,000.00 executed by Trustor in favor of Beneficiary or order.:

To Protect the Security of This Deed of Trust, Trustor Agrees:
    (1) To keep said property in good condition and repair; not to remove or demolish any building thereon; to complete or restore promptly and in good and workmanlike manner any building which may be constructed, damaged or destroyed thereon and to pay when due all claims for labor performed and materials furnished therefor; to comply with all laws affecting said property or requiring any alterations or improvements to be made thereon; not to commit or permit waste thereof; not to commit, suffer or permit any act upon said property in violation of law; to cultivate, irrigate, fertilize, fumigate, prune and do all other acts which from the character or use of said property may be reasonable necessary, the specific enumeration herein not excluding the general.
    (2) To provide maintain and deliver to Beneficiary fire insurance satisfactory to and with loss payable to Beneficiary. The amount collected under any fire or other insurance policy may be applied by Beneficiary upon any indebtedness secured hereby and in such order as Beneficiary may determine, or at option of Beneficiary the entire amount so collected or any part thereof may be released to Trustor. Such application or release shall not cure or waive any default or notice of default hereunder or invalidate any act done pursuant to such notice.
    (3) To appear in and defend any action or proceeding purporting to affect the security hereof or the rights or powers of Beneficiary or Trustee; and to pay all costs and expenses, including cost of evidence of title and attorney's fees in a reasonable sum, in any such action or proceeding in which Beneficiary or Trustee may appear, and in any suit brought by Beneficiary to foreclose this Deed.
    (4) To pay: at least ten days before delinquency all taxes and assessments affecting said property, including assessments on appurtenant water stock; when due, all incumbrances, charges and liens, with interest, on said property or any part thereof, which appear to be prior or superior hereto; all costs, fees and expenses of this Trust.
    Should Trustor fail to make any payment or to do any act as herein provided, then Beneficiary or Trustee, but without obligation so to do and without notice to or demand upon Trustor and without releasing Trustor from any obligation hereof, may: make or do the same in such manner and to such extent as either may deem necessary to protect the security hereof, Beneficiary or Trustee being authorized to enter upon said property for such purposes; appear in and defend any action or proceeding purporting to affect the security hereof or the rights or powers of Beneficiary or Trustee; pay, purchase, contest or compromise any incumbrance, charge or lien which in the judgment of either appears to be prior or superior hereto; and, in exercising any such powers, pay necessary expenses, employ counsel and pay his reasonable fees.
    (5) To pay immediately and without demand all sums so expended by Beneficiary or Trustee, with interest from date of expenditure at the amount allowed by law in effect at the date hereof, and to pay for any statement provided for by law in effect at the date hereof regarding the obligation secured hereby any amount demanded by the Beneficiary not to exceed the maximum allowed by law at the time when said statement is demanded.
    (6) That any award of damages in connection with any condemnation for public use of or injury to said property or any part thereof is hereby assigned and shall be paid to Beneficiary who may apply or release such moneys received by him in the same manner and with the same effect as above provided for disposition of proceeds of fire or other insurance.
    (7) That by accepting payment of any sum secured hereby after its due date, Beneficiary does not waive his right either to require prompt payment when due of all other sums so secured or to declare default for failure so to pay.
    (8) That at any time or from time to time, without liability therefor and without notice, upon written request of Beneficiary and presentation of this Deed and said note for endorsement, and without affecting the personal liability of any person for payment of the indebtedness secured hereby, Trustee may: reconvey any part of said property; consent to the making of any map or plat thereof; join in granting any easement thereon; or join in any extension agreement or any agreement subordinating the lien or charge hereof.

Exhibit A-98

Exhibit F 93

3

(9) That upon written request of Beneficiary stating that all sums secured hereby have been paid, and upon surrender of this Deed and said note to Trustee for cancellation and retention and upon payment of its fees, Trustee shall reconvey, without warranty, the property then held hereunder. The recitals in such reconveyance of any matters or facts shall be conclusive proof of the truthfulness thereof. The grantee in such reconveyance may be described as "the person or persons legally entitled thereto." Five years after issuance of such full reconveyance, Trustee may destroy said note and this Deed (unless directed in such request to retain them).

(10) That as additional security, Trustor hereby gives to and confers upon Beneficiary the right, power and authority, during the continuance of these Trusts, to collect the rents, issues and profits of said property, reserving unto Trustor the right, prior to any default by Trustor in payment of any indebtedness secured hereby or in performance of any agreement hereunder, to collect and retain such rents, issues and profits as they become due and payable. Upon any such default, Beneficiary may at any time without notice, either in person, by agent, or by a receiver to be appointed by a court, and without regard to the adequacy of any security for the indebtedness hereby secured, enter upon and take possession of said property or any part thereof, in his own name sue for or otherwise collect such rents, issues and profits, including those past due and unpaid, and apply the same, less costs and expenses of operation and collection, including reasonable attorney's fees, upon any indebtedness secured hereby, and in such order as Beneficiary may determine. The entering upon and taking possession of said property, the collection of such rents, issues and profits and the application thereof as aforesaid, shall not cure or waive any default or notice of default hereunder or invalidate any act done pursuant to such notice.

(11) That upon default by Trustor in payment of any indebtedness secured hereby or in performance of any agreement hereunder, Beneficiary may declare all sums secured hereby immediately due and payable by delivery to Trustee of written declaration of default and demand for sale and of written notice of default and of election to cause to be sold said property, which notice Trustee shall cause to be filed for record. Beneficiary also shall deposit with Trustee this Deed, said note and all documents evidencing expenditures secured hereby.

After the lapse of such time as may then be required by law following the recordation of said notice of default, and notice of sale having been given as then required by law, Trustee, without demand on Trustor, shall sell said property at the time and place fixed by it in said notice of sale, either as a whole or in separate parcels, and in such order as it may determine, at public auction to the highest bidder for cash in lawful money of the United States, payable at time of sale. Trustee may postpone sale of all or any portion of said property by public announcement at such time and place of sale, and from time to time thereafter may postpone such sale by public announcement at the time fixed by the preceding postponement. Trustee shall deliver to such purchaser its deed conveying the property so sold, but without any covenant or warranty, express or implied. The recitals in such deed of any matters or facts shall be conclusive proof of the truthfulness thereof. Any person, including Trustor, Trustee, or Beneficiary as hereinafter defined, may purchase at such sale.

After deducting all costs, fees and expenses of Trustee and of this Trust, including cost of evidence of title in connection with sale, Trustee shall apply the proceeds of sale to payment of: all sums expended under the terms hereof, not then repaid, with accrued interest at the amount allowed by law in effect at the date hereof; all other sums then secured hereby; and the remainder, if any, to the person or persons legally entitled thereto.

(12) Beneficiary, or any successor in ownership of any indebtedness secured hereby, may from time to time, by instrument in writing, substitute a successor or successors to any Trustee named herein or acting hereunder, which instrument, executed by the Beneficiary and duly acknowledged and recorded in the office of the recorder of the county or counties where said property is situated, shall be conclusive proof of proper substitution of such successor Trustee or Trustees, who shall, without conveyance from the Trustee predecessor, succeed to all its title, estate, rights, powers and duties. Said instrument must contain the name of the original Trustor, Trustee and Beneficiary hereunder, the book and page where this Deed is recorded and the name and address of the new Trustee.

(13) That this Deed applies to, inures to the benefit of, and binds all parties hereto, their heirs, legatees, devisees, administrators, executors, successors and assigns. The term Beneficiary shall mean the owner and holder, including pledgees, of the note secured hereby, whether or not named as Beneficiary herein. In this Deed, whenever the context so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

(14) That Trustee accepts this Trust when this Deed, duly executed and acknowledged, is made a public record as provided by law. Trustee is not obligated to notify any party hereto of pending sale under any other Deed of Trust or of any action or proceeding in which Trustor, Beneficiary or Trustee shall be a party unless brought by Trustee.

(15) In the event (a) of a default under this Deed of Trust, or (b) Trustor sells, transfers, grants, hypothecates, conveys, encumbers, alienates, or assigns (voluntarily, involuntarily, or by operation of law), enters into a contract of sale of, or leases, the Property, or any portion of the Property or any interest therein, or any other obligations secured by this Deed of Trust, together with accrued interest thereon, immediately due and payable. Trustor shall provide to Lender a complete and exact duplicate copy of any contract providing for the transfer of any interest in the Property, or any deed of trust or similar instrument creating a lien or encumbrance on the Property, immediately upon the execution of any such contract, deed of trust, or other instrument. No waiver of Lender's right to accelerate shall be effective unless it is in writing.

(16) Trustor acknowledges that the transfer or further encumbrance of the Property which is encumbered by this Deed of Trust could significantly and materially alter, impair or reduce Beneficiary's security for the note secured hereby (the "Note"). Among other things, Trustor acknowledges that Beneficiary has relied upon the principals of Trustor and their experience in owning and operating the Property in connection with the closing of the loan evidenced by the Note. Accordingly, in the event that the Property or any part thereof or interest therein shall be sold, conveyed, disposed of, alienated, hypothecated, assigned, pledged, mortgaged, further encumbered or otherwise transferred or Trustor shall be divested of its title to the Property or any interest therein, in any manner or way, whether voluntarily or involuntarily, without the prior written consent of Beneficiary being first obtained (which consent may be withheld in Beneficiary's sole and absolute discretion), then, the same shall constitute an Event of Default hereunder and under the Note and Beneficiary shall have the right, at its option, to declare any or all of the indebtedness secured hereby, irrespective of the maturity date specified herein, immediately due and payable and to otherwise exercise any of its other rights and remedies contained herein. Without limiting the generality of the foregoing, it is agreed that the sale, conveyance, transfer or disposition of any of the interest in of any entity which is named as a Trustor herein; or the sale, conveyance, transfer or disposition of any of the interest in any entity whose shares or membership interest may have been pledged to Beneficiary under any other loan document between the parties shall be deemed to be a transfer of an interest in the Property. If any consent to a transfer is given, the transferee by such transfer shall automatically become subject to and obligated by the terms of this Note and all of the other Loan Documents, but Trustor, and any other maker or guarantor of this Note shall not in any way be released from any liability or from any of Trustor's obligations hereunder. Consent to any one transfer shall not be deemed to be a waiver of the right to require consent to future or successive transfers.

The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth.

Signature of Trustor                                              Signature of Trustor

Kamran Group, LLC

By: David Golkar-Manager

Page 2 of 3

Exhibit A-99

Exhibit F 94

4

STATE OF CALIFORNIA,
COUNTY OF _____

On _____ before me, _____ Notary Public in and for said County and State, personally appeared _____ _____, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Signature _____

WITNESS my hand and official seal.

ALPHA C. GILES
Commission # 1707444
Notary Public - California
Los Angeles County
My Comm. Expires Nov 25, 2010

(This space for official notarial seal)

DO NOT RECORD

DO NOT RECORD

## REQUEST FOR FULL RECONVEYANCE

To be used only when note has been paid.

Dated _____

MAIL RECONVEYANCE TO:

_____

Deed of Trust
WITH POWER OF SALE
(Long Form)

Page 3 of 3

Exhibit A-100

Exhibit F 95

Case 2:10-ap-01244-BR   Doc 1-21   Filed 02/11/02   Entered 02/11/02 17:16:35   Desc
PJN Part 3   Page 12 of 117



EXHIBIT "ONE"

Exhibit A-101

Exhibit F 96

## LEGAL DESCRIPTION

Real property in the City of Pasadena, County of Los Angeles, State of California, described as follows:

PARCEL 1:

THAT PORTION OF BLOCK "V" OF THE SUBDIVISION OF LAND BELONGING TO J .H. PAINTER AND B. F. BALL, IN THE CITY OF PASADENA, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 4 PAGE 549 OF MISCELLANEOUS RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE WEST LINE OF SAID BLOCK "V"; DISTANT THEREON 515 FEET SOUTH OF THE NORTHWEST CORNER; THENCE EAST 317 FEET; THENCE SOUTH 64.52 FEET TO THE NORTH LINE OF THE LAND CONVEYED BY DEED RECORDED IN BOOK 2632 PAGE 225 OF DEEDS; THENCE WESTERLY ALONG SAID NORTH LINE 317 FEET TO THE WEST LINE OF SAID BLOCK "V"; THENCE NORTHERLY ALONG SAID WESTERLY LINE 64.52 FEET TO THE POINT OF BEGINNING.

EXCEPT THEREFROM THAT PORTION CONVEYED TO WILLIAM H. YOUNG AND WIFE, BY DEED RECORDED IN BOOK 6662 PAGE 191, OFFICIAL RECORDS, DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHEAST CORNER OF LOT 9 OF BARNHART, PETRIE, CRAWFORD AND SAWYER'S SUBDIVISION, AS PER MAP RECORDED IN BOOK 13 PAGE 16 OF MISCELLANEOUS RECORDS OF SAID COUNTY; THENCE WEST ALONG THE SOUTH LINE OF LOT 9, 70 FEET; THENCE SOUTH PARALLEL WITH THE SOUTH PROLONGATION OF THE EAST LINE OF SAID LOT 9, 64.52 FEET TO THE NORTH LINE OF THE LAND CONVEYED BY DEED RECORDED IN BOOK 2632 PAGE 225, OF DEEDS; THENCE EAST ALONG SAID NORTH LINE, 95 FEET TO THE EAST LINE OF THE LAND CONVEYED BY DEED RECORDED IN BOOK 2629 PAGE 162 OF DEEDS; THENCE NORTH ALONG SAID LAST MENTIONED EAST LINE 64.52 FEET TO THE EAST PROLONGATION OF THE SOUTH LINE OF SAID LOT 9; THENCE WEST ALONG THE SAID EAST PROLONGATION 25 FEET TO THE POINT OF BEGINNING.

ALSO EXCEPT THE WEST 4 FEET THEREOF CONVEYED TO THE CITY OF PASADENA, BY DEED RECORDED IN BOOK 3738 PAGE 261 OF DEEDS.

PARCEL 2:

A PORTION OF BLOCK "V" OF SUBDIVISION OF LANDS OF J. H. PAINTER AND B. F. BALL, IN THE CITY OF PASADENA, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 4 PAGE 549 OF MISCELLANEOUS RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE WESTERLY LINE OF SAID BLOCK "V" DISTANT 579.52 FEET SOUTH OF THE NORTHWEST CORNER OF SAID BLOCK "V"; THENCE EAST 220.4 FEET; THENCE SOUTH 64.53 FEET; THENCE WEST 220.4 FEET TO THE WESTERLY LINE OF SAID BLOCK; THENCE NORTH ALONG SAID WESTERLY LINE 64.53 FEET TO THE POINT OF BEGINNING.

EXCEPT THEREFROM THE WESTERLY 4 FEET THEREOF AS CONVEYED TO THE CITY OF PASADENA, BY DEED RECORDED IN BOOK 3812 PAGE 55 OF DEEDS.

*United General Title Insurance Company*

Exhibit A-102

Exhibit F 97

Case 2:10-ap-01244-BR   Doc 1-21   Filed 02/11/02   Entered 02/11/02 19:16:35   Desc
Exhibit Exhibits E - K   Page 22 of 42

Order Number: 8003-292437NPB1
Page Number: 7

APN:  5725-021-024 (Affects: Parcel 2) and 5725-021-025 (Affects: Parcel 1)

*United General Title Insurance Company*

Exhibit A-103

**Exhibit F 98**

# EXHIBIT G

Exhibit A-104

Exhibit G 99

7113 8257 1473 7787 0745

11-1309

COPY of Document Recorded
2009· 1709793
Has not been compared with original
Original will be returned when
processing has been completed.
LOS ANGELES COUNTY REGISTRAR-RECORDER COUNTY CLERK

Recording Requested By
and When Recorded Mail to:

Fidelity National Title Company
135 Main St. Ste.1900
San Francisco, CA 94105

Trustee Sale No: 09-00811-4C
Loan No: Walnut Ave Unit 501

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

### IMPORTANT NOTICE

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION,** and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until three months from the date this notice of default may be recorded (which date of recordation appears on this notice).

This amount is $949,105.86 as of November 1, 2009, and will increase until your account becomes current.

While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition to reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than the end of the three-month period stated above) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

o find out the amount you must pay, or to arrange for payment to stop the foreclosure, or your property is in foreclosure for any other reason, contact:

**EXHIBIT G**

Exhibit A-105

Exhibit G 100

Bradley D. Sharp, Chapter 11 Trustee for
Namco Capital Group, Inc.
c/o Fidelity National Title Company
135 Main St. Ste.1900
San Francisco, CA 94105
Phone: 415-247-2450 TS# 09-00811-4 c

If you have any questions, you should contact a lawyer or the governmental agency which
may have insured your loan. Notwithstanding the fact that your property is in foreclosure,
you may offer your property for sale, provided the sale is concluded prior to the conclusion
of the foreclosure.

REMEMBER, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.

NOTICE IS HEREBY GIVEN: That default has been declared by the current beneficiary (the
"Beneficiary") under that certain Long Form Deed of Trust and Assignment of Rents dated
as of September 10, 2007, executed by Kamran Group, LLC, a California limited liability
company, as trustor (the "Original Trustor"), to secure obligations in favor of Namco Capital
Group, Inc., as beneficiary, recorded on September 17, 2007, as Instrument No.
20072133956 of Official Records in the office of the Recorder of Los Angeles County,
California (the "Original Deed of Trust"), and that

The Original Deed of Trust and any modifications thereto are collectively referred to herein
from time to time as the "Deed of Trust", and that

The Deed of Trust encumbers certain property more particularly described therein (with any
additions thereto and less any reconveyances therefrom, the "Trust Property"), and that

The Deed of Trust secures the payment of and the performance of certain obligations,
including but not limited to, the obligations set forth in that certain Promissory Note
Secured by Deed of Trust with a face amount of $600,000.00 (the "Original Note"), and that

The Original Note and any modifications thereto are collectively referred to herein from time
to time as the "Note", and that

The Note and any other documents evidencing the obligations secured by the Deed of
Trust, together with any modifications thereto, are collectively referred to herein from time
to time as the "Secured Obligations"; and that

The term "Trustor" as used herein shall mean either the Original Trustor or, if applicable, its
successor in interest with respect to the Trust Property, and that

The term "Trustee" as used herein shall mean the original trustee under the Deed of Trust
or, if applicable, its successors in interest, and that

Capitalized terms not defined herein shall have the same meaning as those in the Note,
Secured Obligations, the Deed of Trust and/or any other loan documents, and that

A breach of, and default in, the obligations for which said Deed of Trust is security has
occurred in that the Trustor has failed to perform obligations pursuant to or under the
Secured Obligations and/or the Deed of Trust, specifically: failed to pay the balance of the
principal sum which became due; together with interest due thereon; together with late
charges due; together with default interest due; and that

Exhibit A-106    Exhibit G 101

The Trustor has failed, or shall hereafter fail, to pay all other and subsequent interest and/or principal together with late charges and/or default interest and/or any and all other obligations and indebtedness as may become due under the terms of or under the Secured Obligations and/or Deed of Trust and not performed and/or paid including, without limitation, reimbursement to the Beneficiary and/or the Trustee of any of the following fees, costs and expenses heretofore or hereafter incurred, suffered or paid by the Beneficiary and/or the Trustee in connection with the Secured Obligations and/or Deed of Trust, the Trustor or the Trust Property:

1. Attorneys' fees and costs including, without limitation, those incurred in connection with foreclosure of the Deed of Trust, appointment of a receiver with respect to the Trust Property, litigation over the amount, validity, enforcement or priority of the Secured Obligations and/or Deed of Trust, or commencement of an action or proceeding for relief from any bankruptcy court or other judicial or administrative stay, order or injunction, and all other such matters;

2. Real and/or personal property taxes, or payments under or with respect to prior or junior liens or encumbrances, insurance premiums and all other such matters;

3. Protection, preservation, repairs, restoration or completion of the Trust Property, and all other such matters;

4. Compliance with any applicable laws, regulations or orders, and all other such matters;

5. Trustee's fees, trustee's sale guarantee premiums, and other foreclosure costs, and all other such matters; and that

It is the intention of the Beneficiary to include herein all delinquent sums or obligations now or hereafter secured by and under the Deed of Trust, whether presently known or unknown, and whether or not specifically set forth herein, and that

By reason thereof, the present beneficiary under such Deed of Trust has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the Trust Property to be sold to satisfy the obligations secured thereby.

Date: November 11, 2009
09-00811-4 C

Fidelity National Title Company,
Agent for the Beneficiary
By: Title Court Services, Inc., authorized signor

By: Lisa Reyes, Authorized agent

# EXHIBIT H

Exhibit A-108

Exhibit H 103

7113 8257 1473 7787 0844

11·13·09

Recording Requested By
and When Recorded Mail to:

COPY of Document Recorded
**2009· 1709794**
*. ... ..nas compared with original
... ...that will be returned when
... ...cessing has been completed.
...GELES COUNTY REGISTRAR-RECORDER COUNTY CLERK

Fidelity National Title Company
135 Main St. Ste.1900
San Francisco, CA 94105

---

Trustee Sale No: 09-00812-4C
Loan No:  Walnut Ave Unit 504

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

## IMPORTANT NOTICE

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION,** and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until three months from the date this notice of default may be recorded (which date of recordation appears on this notice).

This amount is $2,056,396.15 as of November 1, 2009, and will increase until your account becomes current.

While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition to reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than the end of the three-month period stated above) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact :

**EXHIBIT H**

Exhibit A-109

**Exhibit H 104**

Bradley D. Sharp, Chapter 11 Trustee for
Namco Capital Group, Inc.
c/o Fidelity National Title Company
135 Main St. Ste.1900
San Francisco, CA 94105
Phone: 415-247-2450 TS# 09-00812-4 c

If you have any questions, you should contact a lawyer or the governmental agency which
may have insured your loan. Notwithstanding the fact that your property is in foreclosure,
you may offer your property for sale, provided the sale is concluded prior to the conclusion
of the foreclosure.

REMEMBER, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.

NOTICE IS HEREBY GIVEN: That default has been declared by the current beneficiary (the
"Beneficiary") under that certain Long Form Deed of Trust and Assignment of Rents dated
as of September 10, 2007, executed by Kamran Group, LLC, a California limited liability
company, as trustor (the "Original Trustor"), to secure obligations in favor of Namco Capital
Group, Inc., as beneficiary, recorded on September 17, 2007, as Instrument No.
20072133936 of Official Records in the office of the Recorder of Los Angeles County,
California (the "Original Deed of Trust"), and that

The Original Deed of Trust and any modifications thereto are collectively referred to herein
from time to time as the "Deed of Trust", and that

The Deed of Trust encumbers certain property more particularly described therein (with any
additions thereto and less any reconveyances therefrom, the "Trust Property"), and that

The Deed of Trust secures the payment of and the performance of certain obligations,
including but not limited to, the obligations set forth in that certain Promissory Note
Secured by Deed of Trust with a face amount of $1,300,000.00 (the "Original Note"), and that

The Original Note and any modifications thereto are collectively referred to herein from time
to time as the "Note", and that

The Note and any other documents evidencing the obligations secured by the Deed of
Trust, together with any modifications thereto, are collectively referred to herein from time
to time as the "Secured Obligations", and that

The term "Trustor" as used herein shall mean either the Original Trustor or, if applicable, its
successor in interest with respect to the Trust Property, and that

The term "Trustee" as used herein shall mean the original trustee under the Deed of Trust
or, if applicable, its successors in interest, and that

Capitalized terms not defined herein shall have the same meaning as those in the Note,
Secured Obligations, the Deed of Trust and/or any other loan documents, and that

A breach of, and default in, the obligations for which said Deed of Trust is security has
occurred in that the Trustor has failed to perform obligations pursuant to or under the
Secured Obligations and/or the Deed of Trust, specifically: failed to pay the balance of the
principal sum which became due; together with interest due thereon; together with late
charges due; together with default interest due; and that

Exhibit A-110

Exhibit H 105

The Trustor has failed, or shall hereafter fail, to pay all other and subsequent interest and/or principal together with late charges and/or default interest and/or any and all other obligations and indebtedness as may become due under the terms of or under the Secured Obligations and/or Deed of Trust and not performed and/or paid including, without limitation, reimbursement to the Beneficiary and/or the Trustee of any of the following fees, costs and expenses heretofore or hereafter incurred, suffered or paid by the Beneficiary and/or the Trustee in connection with the Secured Obligations and/or Deed of Trust, the Trustor or the Trust Property:

1. Attorneys' fees and costs including, without limitation, those incurred in connection with foreclosure of the Deed of Trust, appointment of a receiver with respect to the Trust Property, litigation over the amount, validity, enforcement or priority of the Secured Obligations and/or Deed of Trust, or commencement of an action or proceeding for relief from any bankruptcy court or other judicial or administrative stay, order or injunction, and all other such matters;

2. Real and/or personal property taxes, or payments under or with respect to prior or junior liens or encumbrances, insurance premiums and all other such matters;

3. Protection, preservation, repairs, restoration or completion of the Trust Property, and all other such matters;

4. Compliance with any applicable laws, regulations or orders, and all other such matters;

5. Trustee's fees, trustee's sale guarantee premiums, and other foreclosure costs, and all other such matters; and that

It is the intention of the Beneficiary to include herein all delinquent sums or obligations now or hereafter secured by and under the Deed of Trust, whether presently known or unknown, and whether or not specifically set forth herein, and that

By reason thereof, the present beneficiary under such Deed of Trust has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the Trust Property to be sold to satisfy the obligations secured thereby.

Date: November 11, 2009
09-00812-4 C

Fidelity National Title Company,
Agent for the Beneficiary
By: Title Court Services, Inc., authorized signor

By: Lisa Reyes, authorized agent



Exhibit A-111

Exhibit H 106

# EXHIBIT I

Exhibit A-112

Exhibit I 107

7113 8257 1473 7787 0660

Recording Requested By
and When Recorded Mail to:

11-1309

of Document Recorded
2009-1709792
has not been compared with original
Original will be returned when
processing has been completed.
LOS ANGELES COUNTY REGISTRAR-RECORDER COUNTY CLERK

Fidelity National Title Company
135 Main St. Ste.1900
San Francisco, CA  94105

Trustee Sale No: 09-00609-4C
Loan No:  Walnut Ave Unit 1

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

### IMPORTANT NOTICE

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION,** and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until three months from the date this notice of default may be recorded (which date of recordation appears on this notice).

This amount is $8,207,101.79 as of November 1, 2009, and will increase until your account becomes current.

While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition to reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than the end of the three-month period stated above) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or your property is in foreclosure for any other reason, contact :

### EXHIBIT I

Exhibit A-113

Exhibit I 108

Bradley D. Sharp, Chapter 11 Trustee for
Namco Capital Group, Inc.
c/o Fidelity National Title Company
135 Main St. Ste.1900
San Francisco, CA  94105
Phone: 415-247-2450  TS# 09-00809-4  c

If you have any questions, you should contact a lawyer or the governmental agency which
may have insured your loan.  Notwithstanding the fact that your property is in foreclosure,
you may offer your property for sale, provided the sale is concluded prior to the conclusion
of the foreclosure.

REMEMBER, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.

NOTICE IS HEREBY GIVEN: That default has been declared by the current beneficiary (the
"Beneficiary") under that certain Long Form Deed of Trust and Assignment of Rents dated
as of June 29, 2007, executed by Pasadena Athletic Club, Inc., a California corporation, as
trustor (the "Original Trustor"), to secure obligations in favor of Namco Capital Group, Inc.,
as beneficiary, recorded on August 24, 2007, as Instrument No. 20071990505 of Official
Records in the office of the Recorder of Los Angeles County, California  (the "Original Deed
of Trust"), and that

The Original Deed of Trust and any modifications thereto are collectively referred to herein
from time to time as the "Deed of Trust", and that

The Deed of Trust encumbers certain property more particularly described therein (with any
additions thereto and less any reconveyances therefrom, the "Trust Property"), and that

The Deed of Trust secures the  payment of and the performance of certain obligations,
including but not limited to, the obligations set forth in that certain Promissory Note
Secured by Deed of Trust with a face amount of $5,000,000.00, executed by Kamran Group
Pasadena, Inc., formerly known as Pasadena Athletic Club, Inc. (the "Original Note"), and
that

The Original Note and any modifications thereto are collectively referred to herein from time
to time as the "Note", and that

The Note and any other documents evidencing the obligations secured by the Deed of
Trust, together with any modifications thereto, are collectively referred to herein from time
to time as the "Secured Obligations", and that

The term "Trustor" as used herein shall mean either the Original Trustor or, if applicable, its
successor in interest with respect to the Trust Property, and that

The term "Trustee" as used herein shall mean the original trustee under the Deed of Trust
or, if applicable, its successors in interest, and that

Capitalized terms not defined herein shall have the same meaning as those in the Note,
Secured Obligations, the Deed of Trust and/or any other loan documents, and that

Exhibit A-114

Exhibit I 109

A breach of, and default in, the obligations for which said Deed of Trust is security has occurred in that the Trustor has failed to perform obligations pursuant to or under the Secured Obligations and/or the Deed of Trust, specifically: failed to pay the balance of the principal sum which became due; together with interest due thereon; together with late charges due; together with default interest due; and that

The Trustor has failed, or shall hereafter fail, to pay all other and subsequent interest and/or principal together with late charges and/or default interest and/or any and all other obligations and indebtedness as may become due under the terms of or under the Secured Obligations and/or Deed of Trust and not performed and/or paid including, without limitation, reimbursement to the Beneficiary and/or the Trustee of any of the following fees, costs and expenses heretofore or hereafter incurred, suffered or paid by the Beneficiary and/or the Trustee in connection with the Secured Obligations and/or Deed of Trust, the Trustor or the Trust Property:

1. Attorneys' fees and costs including, without limitation, those incurred in connection with foreclosure of the Deed of Trust, appointment of a receiver with respect to the Trust Property, litigation over the amount, validity, enforcement or priority of the Secured Obligations and/or Deed of Trust, or commencement of an action or proceeding for relief from any bankruptcy court or other judicial or administrative stay, order or injunction, and all other such matters;

2. Real and/or personal property taxes, or payments under or with respect to prior or junior liens or encumbrances, insurance premiums and all other such matters;

3. Protection, preservation, repairs, restoration or completion of the Trust Property, and all other such matters;

4. Compliance with any applicable laws, regulations or orders, and all other such matters;

5. Trustee's fees, trustee's sale guarantee premiums, and other foreclosure costs, and all other such matters; and that

It is the intention of the Beneficiary to include herein all delinquent sums or obligations now or hereafter secured by and under the Deed of Trust, whether presently known or unknown, and whether or not specifically set forth herein, and that

By reason thereof, the present beneficiary under such Deed of Trust has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the Trust Property to be sold to satisfy the obligations secured thereby.

Date: November 10, 2009
09-00809-4 C

Fidelity National Title Company,
Agent for the Beneficiary
By: Title Court Services, Inc., authorized signor

By: Lisa Rofes, Authorized Agent

Exhibit A-115

Exhibit I 110

Case 2:10-ap-01244-BR Doc 1521 Filed 02/24/10 Entered 02/24/10 19:16:35 Desc
RJN Part 2 Page 27 of 117

# EXHIBIT J

Exhibit A-116

Exhibit J 111

7113 8257 1473 7876 0113

Recording Requested By
and When Recorded Mail to:

Fidelity National Title Company
138 Main St. Ste.1900
San Francisco, CA 94105

**Recorded**

NOV 18 2009

Fidelity National Title Company

Trustee Sale No: 09-00810-4C
Loan No: Walnut Ave Unit 505

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

### IMPORTANT NOTICE

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION,** and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until three months from the date this notice of default may be recorded (which date of recordation appears on this notice).

This amount is $711,829.37 as of November 1, 2009, and will increase until your account becomes current.

While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition to reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than the end of the three-month period stated above) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact :



**EXHIBIT J**

Exhibit A-117

Exhibit J 112

Bradley D. Sharp, Chapter 11 Trustee for
Namco Capital Group, Inc.
c/o Fidelity National Title Company
135 Main St. Ste.1900
San Francisco, CA 94105
Phone: 415-247-2450  TS# 09-00810-4  c

If you have any questions, you should contact a lawyer or the governmental agency which
may have insured your loan. Notwithstanding the fact that your property is in foreclosure,
you may offer your property for sale, provided the sale is concluded prior to the conclusion
of the foreclosure.

REMEMBER, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.

NOTICE IS HEREBY GIVEN: That default has been declared by the current beneficiary (the
"Beneficiary") under that certain Long Form Deed of Trust and Assignment of Rents dated
as of September 10, 2007, executed by Kamran Group, LLC, a California limited liability
company, as trustor (the "Original Trustor"), to secure obligations in favor of Namco Capital
Group, Inc., as beneficiary, recorded on September 17, 2007, as Instrument No.
20072133932 of Official Records in the office of the Recorder of Los Angeles County,
California (the "Original Deed of Trust"), and that

The Original Deed of Trust and any modifications thereto are collectively referred to herein
from time to time as the "Deed of Trust", and that

The Deed of Trust encumbers certain property more particularly described therein (with any
additions thereto and less any reconveyances therefrom, the "Trust Property"), and that

The Deed of Trust secures the payment of and the performance of certain obligations,
including but not limited to, the obligations set forth in that certain Promissory Note
Secured by Deed of Trust with a face amount of $450,000.00 (the "Original Note"), and that

The Original Note and any modifications thereto are collectively referred to herein from time
to time as the "Note", and that

The Note and any other documents evidencing the obligations secured by the Deed of
Trust, together with any modifications thereto, are collectively referred to herein from time
to time as the "Secured Obligations", and that

The term "Trustor" as used herein shall mean either the Original Trustor or, if applicable, its
successor in interest with respect to the Trust Property, and that

The term "Trustee" as used herein shall mean the original trustee under the Deed of Trust
or, if applicable, its successors in interest, and that

Capitalized terms not defined herein shall have the same meaning as those in the Note,
Secured Obligations, the Deed of Trust and/or any other loan documents, and that

A breach of, and default in, the obligations for which said Deed of Trust is security has
occurred in that the Trustor has failed to perform obligations pursuant to or under the
Secured Obligations and/or the Deed of Trust, specifically: failed to pay the balance of the
principal sum which became due; together with interest due thereon; together with late
charges due; together with default interest due; and that

Exhibit A-118

Exhibit J 113

The Trustor has failed, or shall hereafter fail, to pay all other and subsequent interest and/or principal together with late charges and/or default interest and/or any and all other obligations and indebtedness as may become due under the terms of or under the Secured Obligations and/or Deed of Trust and not performed and/or paid including, without limitation, reimbursement to the Beneficiary and/or the Trustee of any of the following fees, costs and expenses heretofore or hereafter incurred, suffered or paid by the Beneficiary and/or the Trustee in connection with the Secured Obligations and/or Deed of Trust, the Trustor or the Trust Property:

1. Attorneys' fees and costs including, without limitation, those incurred in connection with foreclosure of the Deed of Trust, appointment of a receiver with respect to the Trust Property, litigation over the amount, validity, enforcement or priority of the Secured Obligations and/or Deed of Trust, or commencement of an action or proceeding for relief from any bankruptcy court or other judicial or administrative stay, order or injunction, and all other such matters;

2. Real and/or personal property taxes, or payments under or with respect to prior or junior liens or encumbrances, insurance premiums and all other such matters;

3. Protection, preservation, repairs, restoration or completion of the Trust Property, and all other such matters;

4. Compliance with any applicable laws, regulations or orders, and all other such matters;

5. Trustee's fees, trustee's sale guarantee premiums, and other foreclosure costs, and all other such matters; and that

It is the intention of the Beneficiary to include herein all delinquent sums or obligations now or hereafter secured by and under the Deed of Trust, whether presently known or unknown, and whether or not specifically set forth herein, and that

By reason thereof, the present beneficiary under such Deed of Trust has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the Trust Property to be sold to satisfy the obligations secured thereby.

Date: November 10, 2009
09-00810-4 C

Fidelity National Title Company,
Agent for the Beneficiary.
By: Title Court Services, Inc., authorized signor

By: _____

Case 2:10-ap-01244-BR   Doc 1521   Filed 02/24/10   Entered 02/24/10 19:19:07   Desc
RJN Part 2   Page 31 of 117

# EXHIBIT K

Exhibit A-120

**Exhibit K 115**

7113 8257 1473 7787 0622

Recording Requested By
and When Recorded Mail to:

COPY   11-13-09
of Document Recorded
2009- 1709791
Has not been compared with original
Original will be returned when
processing has been completed.
LOS ANGELES COUNTY REGISTRAR-RECORDER COUNTY CLERK

Fidelity National Title Company
135 Main St. Ste.1900
San Francisco, CA 94105

---

Trustee Sale No: 09-00808-4C
Loan No: N. Marengo / Kamran

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

### IMPORTANT NOTICE

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION,** and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until three months from the date this notice of default may be recorded (which date of recordation appears on this notice).

This amount is $5,909,113.16 as of November 1, 2009, and will increase until your account becomes current.

While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition to reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than the end of the three-month period stated above) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or your property is in foreclosure for any other reason, contact:

### EXHIBIT K

Exhibit A-121

Exhibit K 116

Bradley D. Sharp, Chapter 11 Trustee for
Namco Capital Group, Inc.
c/o Fidelity National Title Company
135 Main St. Ste.1900
San Francisco, CA 94105
Phone: 415-247-2450   TS# 09-00808-4 C

If you have any questions, you should contact a lawyer or the governmental agency which
may have insured your loan. Notwithstanding the fact that your property is in foreclosure,
you may offer your property for sale, provided the sale is concluded prior to the conclusion
of the foreclosure.

**REMEMBER, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.**

NOTICE IS HEREBY GIVEN: That default has been declared by the current beneficiary (the
"Beneficiary") under that certain Long Form Deed of Trust and Assignment of Rents dated
as of June 29, 2007, executed by Kamran Group, LLC, a California limited liability company,
as trustor (the "Original Trustor"), to secure obligations in favor of Namco Capital Group,
Inc., as beneficiary, recorded on August 24, 2007, as Instrument No. 20071988920 of Official
Records in the office of the Recorder of Los Angeles County, California (the "Original Deed
of Trust"), and that

The Original Deed of Trust and any modifications thereto are collectively referred to herein
from time to time as the "Deed of Trust", and that

The Deed of Trust encumbers certain property more particularly described therein (with any
additions thereto and less any reconveyances therefrom, the "Trust Property"), and that

The Deed of Trust secures the payment of and the performance of certain obligations,
including but not limited to, the obligations set forth in that certain Promissory Note
Secured by Deed of Trust with a face amount of $3,600,000.00 (the "Original Note"), and that

The Original Note and any modifications thereto are collectively referred to herein from time
to time as the "Note", and that

The Note and any other documents evidencing the obligations secured by the Deed of
Trust, together with any modifications thereto, are collectively referred to herein from time
to time as the "Secured Obligations", and that

The term "Trustor" as used herein shall mean either the Original Trustor or, if applicable, its
successor in interest with respect to the Trust Property, and that

The term "Trustee" as used herein shall mean the original trustee under the Deed of Trust
or, if applicable, its successors in interest, and that

Capitalized terms not defined herein shall have the same meaning as those in the Note,
Secured Obligations, the Deed of Trust and/or any other loan documents, and that

A breach of, and default in, the obligations for which said Deed of Trust is security has
occurred in that the Trustor has failed to perform obligations pursuant to or under the
Secured Obligations and/or the Deed of Trust, specifically: failed to pay the balance of the
principal sum which became due; together with interest due thereon; together with late
charges due; together with default interest due; and that

Exhibit A-122        Exhibit K 117

The Trustor has failed, or shall hereafter fail, to pay all other and subsequent interest and/or principal together with late charges and/or default interest and/or any and all other obligations and indebtedness as may become due under the terms of or under the Secured Obligations and/or Deed of Trust and not performed and/or paid including, without limitation, reimbursement to the Beneficiary and/or the Trustee of any of the following fees, costs and expenses heretofore or hereafter incurred, suffered or paid by the Beneficiary and/or the Trustee in connection with the Secured Obligations and/or Deed of Trust, the Trustor or the Trust Property:

1. Attorneys' fees and costs including, without limitation, those incurred in connection with foreclosure of the Deed of Trust, appointment of a receiver with respect to the Trust Property, litigation over the amount, validity, enforcement or priority of the Secured Obligations and/or Deed of Trust, or commencement of an action or proceeding for relief from any bankruptcy court or other judicial or administrative stay, order or injunction, and all other such matters;

2. Real and/or personal property taxes, or payments under or with respect to prior or junior liens or encumbrances, insurance premiums and all other such matters;

3. Protection, preservation, repairs, restoration or completion of the Trust Property, and all other such matters;

4. Compliance with any applicable laws, regulations or orders, and all other such matters;

5. Trustee's fees, trustee's sale guarantee premiums, and other foreclosure costs, and all other such matters; and that

It is the intention of the Beneficiary to include herein all delinquent sums or obligations now or hereafter secured by and under the Deed of Trust, whether presently known or unknown, and whether or not specifically set forth herein, and that

By reason thereof, the present beneficiary under such Deed of Trust has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the Trust Property to be sold to satisfy the obligations secured thereby.

Date: November 10, 2009
09-00808-4 C

Fidelity National Title Company,
Agent for the Beneficiary
By: Title Court Service, Inc., authorized signor

By: Lisa Reyes, authorized agent

Exhibit A-123

Exhibit K 118

FORM B104 (08/07)                                                      2007 USBC, Central District of California

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Page 2) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

| PLAINTIFFS KAMRAN PASADENA GROUP, INC., AND KAMRAN GROUP, LLC | DEFENDANTS BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP, INC., ET AL. |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.) Cappello & Noël LLP 831 State Street Santa Barbara, CA 93101 | ATTORNEYS (If Known) SEE ATTACHMENT A |
| PARTY (Check One Box Only) ☐ Debtor      ☐ U.S. Trustee/Bankruptcy Admin ☐ Creditor    ☑ Other ☐ Trustee | PARTY (Check One Box Only) ☐ Debtor      ☐ U.S. Trustee/Bankruptcy Admin ☐ Creditor    ☐ Other ☑ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Immediate Court intervention is necessary to stop the wrongful foreclosure and fraudulent transfer of three pieces of real property in Pasadena, California. The current bankruptcy Trustee is purporting to send out Notices of Default and proceed with a non-judicial foreclosure on Promissory Notes that were procured without consideration.

## NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
[3] 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
[4] 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
[5] 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
[1] 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
[2] 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☑ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |

Other Relief Sought

Exhibit A-124

FORM B104 (08/07), page 2                                           2007 USBC, Central District of California

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| **NAME OF DEBTOR**<br>NAMCO CAPITAL GROUP, INC. | | **BANKRUPTCY CASE NO.**<br>2:08-bk-3233-BR |
| **DISTRICT IN WHICH CASE IS PENDING**<br>CENTRAL | **DIVISIONAL OFFICE**<br>LOS ANGELES | **NAME OF JUDGE**<br>BARRY RUSSELL |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| **PLAINTIFF** | **DEFENDANT** | **ADVERSARY PROCEEDING NO.** |
| **DISTRICT IN WHICH ADVERSARY IS PENDING** | **DIVISIONAL OFFICE** | **NAME OF JUDGE** |
| **SIGNATURE OF ATTORNEY (OR PLAINTIFF)** | | |
| **DATE**<br>2/24/10 | **PRINT NAME OF ATTORNEY (OR PLAINTIFF)**<br>MARC S. COHEN | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendents.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.

Exhibit A-125

**ATTACHMENT A**

**ATTORNEYS FOR DEFENDANT BRADLEY D. SHARP CHAPTER 11 TRUSTEE FOR NAMCO CAPITAL GROUP, INC.:**

Joseph A. Eisenberg
Jeisenberg@jmbm.com
David M. Poitras
DPoitras@jmbm.com
Jeffer, Mangles, Butler, Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067


Timothy Neufeld
tneufeld@neufeldlawgroup.com
Neufeld Law Group
360 E. Second Street
Suite 703
Los Angeles, CA 90012
(Special Litigation Counsel)

09019.003 - 161287.1

Exhibit A-126

# EXHIBIT B

AUG-11-2011 12:42

10/00/2011 16:10:27 FAX 2132499990 NATIONWIDE LEGAL



Matthew Clarke, State Bar No. 184919
matt@christmankelley.com
Dugan P. Kelley, State Bar No. 267347
dugan@christmankelley.com
CHRISTMAN KELLEY & CLARKE, PC
2570 Justin Road, Suite 240
Highland Village, Texas 75077
Tel. 972-253-4440
Fax 866-611-9852

Attorneys for Plaintiffs
Kamran Pasadena Group, Inc. and Kamran Group, LLC

**ENTERED**
AUG 11 2011
CLERK U S BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

**FILED**
AUG 11 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

Lodged **FILED**
AUG 01 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>NAMCO CAPITAL GROUP, INC.,<br>a California corporation,<br><br>Debtor. | Case No.: 2:08-BK-32333-BR<br><br>Chapter 11<br><br>Adversary No.: 2:10-AP-01244-BR |
| KAMRAN PASADENA GROUP, INC., a California corporation and KAMRAN GROUP, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP INC., a California corporation; WOODMAN PARTNERS, LLC, a California limited liability company; FIDELITY NATIONAL TITLE COMPANY, a California corporation; DANIEL JACOB ISSAC, an individual; FAY FRANAK SARAFIAN, an individual; DARIOUSH SOLEIMANI, an individual; MORTEZA HOMAYOUNJAM, an individual; MEHRNAZ HEKMATRAVAN, an individual; JAMSHID BAHARVAR, an individual; ASHLAND PROPERTIES, LLC, a California limited liability company; FARMCO TRUST, SAWTELLE PROPERTIES, LLC, a California limited liability company; MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEE FOR THE FATORECHI-HASHEMI TRUST; and DOES 1 THROUGH 100,<br><br>Defendant(s). | **[PLAINTIFFS' PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW**<br><br>Trial Date: April 27, 2011<br>Time: 10:00 a.m.<br>Place: Courtroom 1668<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

FINDINGS OF FACT AND CONCLUSIONS OF LAW

Exhibit B-127

The above-captioned adversary matter between plaintiffs Kamran Pasadena Group, Inc. and Kamran Group, LLC (collectively, "Plaintiffs") and defendant Bradley D. Sharp, Chapter 11 Trustee of Namco Capital Group, Inc., came on for trial on April 27, 2011 at 10:00 a.m., before the undersigned United States Bankruptcy Judge, in Courtroom 1668, located at 255 East Temple Street, Los Angeles, California. The Court having reviewed the declarations and exhibits filed by the parties, the objections thereto and the parties' trial briefs, and having considered the statements of counsel with at the trial before this Court and after due deliberation thereon and good and sufficient cause appearing therefore, the Court hereby makes the following findings of fact and conclusions of law.[1]

## I.   FINDINGS OF FACT

1.   This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter relates to the administration of the debtor's bankruptcy estate and is accordingly a core matter pursuant to 28 U.S.C. §§ 157(b)(2)(A) and (O).

2.   Venue of this case is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.   On December 22, 2008, an involuntary chapter 11 petition was filed against Namco Capital Group, Inc., a California corporation ("Namco"). On January 29, 2009, an order for relief was entered in the Namco bankruptcy case.

4.   On May 8, 2009, the Court entered an order approving the appointment of Bradley D. Sharp as the Chapter 11 Trustee (the "Trustee") in the Namco bankruptcy case.

5.   Plaintiff Kamran Group, LLC was and is a California limited liability company, whose sole member is David Golkar ("Golkar"). Golkar is also the sole shareholder of Kamran Group, Inc. Kamran Group Pasadena, Inc.'s existence or non-existence was not decided by this Court in the limited consideration trial. Namco was and is a California corporation. Ezri Namvar was the principal and/or agent for Namco in its dealings with Plaintiffs.

---

[1]   Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate. *See* Fed. R. Bankr. P. 7052.

FINDINGS OF FACT AND CONCLUSIONS OF LAW

Exhibit B-128

6. "Kamran Group, Pasadena Inc. Formerly known as Pasadena Athletic Club Inc.," by and through its President, David Golkar, executed a Promissory Note Secured by Deed of Trust as "Maker" dated September 11, 2008, in favor of Namco Capital Group, Inc. in the amount of $1,700,000. Kamran Group Pasadena, Inc.'s existence or non-existence was not decided by this Court in the limited consideration trial. This entities existence or non-existence was irrelevant for purposes of the limited issue of consideration.

7. "Kamran Group, LLC," by and through its Manager, David Golkar, executed a Promissory Note Secured by Deed of Trust as "Maker" dated September 10, 2007, in favor of Namco Capital Group, Inc. in the amount of $600,000.

8. "Kamran Group, LLC," by and through its Manager, David Golkar, executed a Promissory Note Secured by Deed of Trust as "Maker" dated September 10, 2007, in favor of Namco Capital Group, Inc. in the amount of $1,300,000.

9. "Kamran Group, LLC," by and through its Manager, David Golkar, executed a Promissory Note Secured by Deed of Trust as "Maker" dated September 10, 2007, in favor of Namco Capital Group, Inc. in the amount of $450,000.

10. "Kamran Group, LLC," by and through its Manager, David Golkar, executed a Promissory Note Secured by Deed of Trust as "Maker" dated June 29, 2007, in favor of Namco Capital Group, Inc. in the amount of $3,600,000.

11. "Kamran Group Pasadena, Inc. Formerly known as Pasadena Athletic Club Inc.," by and through its President, David Golkar, executed a Promissory Note Secured by Deed of Trust as "Maker" dated June 29, 2007, in favor of Namco Capital Group, Inc. in the amount of $5,000,000. Kamran Group Pasadena, Inc.'s existence or non-existence was not decided by this Court in the limited consideration trial. This entities existence or non-existence was irrelevant for purposes of the limited issue of consideration.

12. The promissory notes recited in paragraphs 6 through 11 above are referred to collectively herein as the "Promissory Notes."

13. Plaintiffs received consideration for the Promissory Notes.

2

FINDINGS OF FACT AND CONCLUSIONS OF LAW

Exhibit B-129

AUG-11-2011 12:45   Case 2:10-ap-01244-BR   Doc 93   Filed 08/11/11   Entered 08/11/11 13:17:44   Desc
Main Document   Page 4 of 11

14.  No other findings of fact are made under the Joint Pretrial Order, including, but not limited to:

a.  Pursuant to Joint Pretrial Order ¶B(2), whether Kamran Group, LLC and/or Kamran Pasadena Group, Inc., on the one hand, and Namco Capital Group, Inc., on the other hand, entered into a joint venture agreement for the purpose of acquiring and developing real property.

b.  Pursuant to Joint Pretrial Order ¶B(3), whether any funds advanced by Namco to either of Plaintiffs, if any, was in furtherance of the joint venture between the parties for the acquisition and development of real property.

c.  Pursuant to Joint Pretrial Order ¶B(4), whether any funds advanced by Namco to either of Plaintiffs, if any, was equity contributed by Namco to the joint venture between the parties.

d.  Pursuant to Joint Pretrial Order ¶B(5), whether Namco made payments directly to consultants, contractors, architects, engineers, and/or other third-parties performing services in the development of real property.

e.  Pursuant to Joint Pretrial Order ¶B(6), whether payments made by Namco directly to consultants, contractors, architects, engineers, and/or other third-parties performing services in the development of real property, if any, were in furtherance of the joint venture agreement between the parties for the acquisition and development of real property.

f.  Pursuant to Joint Pretrial Order ¶B(7), whether Plaintiffs, respectively, defaulted on the Promissory Notes.

15.  No findings of fact are made with respect to the claims and defenses asserted in the following pleadings filed in this adversary matter:

a.  Plaintiff's claims for the following, not implicating the limited of issue of consideration, including Breach of Written Contract/Promissory Notes, Breach of Implied Covenant of Good Faith and Fair Dealing, Declaratory Relief, Injunctive Relief, Fraudulent Inducement, Fraud – Intentional Concealment, Fraud – Negligent

FINDINGS OF FACT AND CONCLUSIONS OF LAW

Exhibit B-130

Concealment, Conversion – Declaration of Constructive/Resulting Trust, Interference with Prospective Economic Advantage, Decree of Dissolution and Winding-Up of Joint Venture, To Set Aside Fraudulent Transfer of the Assets Belonging to Plaintiffs, Rescission, Cancellation, Slander of Title, and For an Accounting, filed by Plaintiffs on February 24, 2010 ("Plaintiffs' Claims") [Adv. Docket No. 1];

b.      Counterclaims for Fraud, Judicial Foreclosure or Collateral Assignment, Breach of Personal Guaranty Agreement, and Constructive Trust, filed by Mehrnaz Hekmatravan on April 21, 2010 (the "Hekmatravan Counterclaims") [Adv. Docket No. 13];

c.      Answer to the Hekmatravan Counterclaims filed by Ashland Properties, LLC, Jamshid Baharvar, Faramarz Massachi, as Trustee of the Farmo Trust Dated January 1, 2007, Mahmoud Fatorechi and Soussan Hashemi, Trustees of Fatorechi-Hashemi Family Trust Dated March 29, 2005, Morteza Homayounjam, Faranak Faye Sarafian, Sawtelle Properties, LLC and Darioush Soleimani (the "Ashland Parties") on May 24, 2010 (the "Ashland Answer") [Adv. Docket No. 16];

d.      Answer to the Hematravan Counterclaims and Cross Claim for Declaratory Relief, filed by the Trustee on May 28, 2010 (the "Trustee Cross Claim") [Adv. Docket No. 20]; or

e.      Counterclaim and Cross Claim For: (1) Determination of the Extent, Validity, And Priority of Liens; (2) Relief From The Automatic Stay; and (3) Other Equitable Relief, filed by the Ashland Parties on June 7, 2010 (the "Ashland Counter Claim") [Adv. Docket No. 35].

## II.      CONCLUSIONS OF LAW

1.      Consideration was tendered pursuant to and under the Promissory Notes.

2.      No other conclusions of law are made under the Joint Pretrial Order, including, but not limited to:

\\\

4

FINDINGS OF FACT AND CONCLUSIONS OF LAW

Exhibit B-131

a.    Pursuant to Joint Pretrial Order ¶C(2), whether funds advanced by Namco, if any, was characterized as debt to be repaid pursuant to the Promissory Notes or equity contributed in and to the joint venture agreement between Namco and Plaintiffs. Defendant contends that this issue is irrelevant to the issue of whether consideration was given for the Promissory Notes.

b.    Pursuant to Joint Pretrial Order ¶C(3), whether the Promissory Notes are void or otherwise unenforceable.

c.    Pursuant to Joint Pretrial Order ¶C(4), whether the conduct of Namco, including tendering any monies to any Kamran entity, was in furtherance of the joint venture relationship, equity rather than debt, or should be equitably subordinated due to Ezri Namvar's actions in directing the actions of Namco.

d.    Pursuant to Joint Pretrial Order ¶C(5), whether the improper conduct of Namco in its attempt to mischaracterize its relationship with Plaintiffs as one of debtor/creditor, rather than that the parties entered into a joint venture agreement, gives rise to the need for equitable subordination pursuant to Federal Bankruptcy Code § 501(c) to prevent manifest injustice.

e.    Any other legal issues encompassed by the disputed issues of fact set forth in the Joint Pretrial Order.

3.    Pursuant to paragraph J of the Joint Pretrial Order [Adv. Docket No. 69], the Joint Pretrial Order specified the foregoing issues of fact and law as those remaining to be litigated, superseded the pleadings, and governed the trial of this cause. Conclusions of fact and law were only limited to the issues as set out in the Joint Pretrial Order ¶¶ B(1), C(1).

4.    The *ex parte* application of Plaintiffs for a continuance of the trial is denied.

5.    The declarations of David Golkar and Alex Helmi and the reply declaration of David Golkar are inadmissible and stricken as a consequence of those witnesses' failure to appear at trial for cross examination.

5

FINDINGS OF FACT AND CONCLUSIONS OF LAW

Exhibit B-132

6.    No conclusions of law are made with respect to the claims and defenses asserted in the Hekmatravan Counterclaims, the Ashland Answer, the Trustee Cross Claim or the Ashland Counter Claim.

An order consistent with the foregoing will be entered forthwith.

DATE: _____8/11/11_____

_____
Judge Barry Russell

6

FINDINGS OF FACT AND CONCLUSIONS OF LAW

Exhibit B-133

| In re: NAMCO CAPITAL GROUP, INC. | CHAPTER 11 |
| | CASE NUMBER: 2:08-bk-32333-BR |
| Debtor(s). | ADVERSARY PROC. NO.: 2:10-ap-01244-BR |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 831 State Street, Santa Barbara, California 93101. A true and correct copy of the foregoing document described as **[PLAINTIFFS' PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**

On **August 1, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 1, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/1/11 | Kathy Koester | _Kathy Koester_ |
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                 **F 9013-3.1**

Exhibit B-134

| In re:  NAMCO CAPITAL GROUP, INC. | CHAPTER 11 |
| Debtor(s). | CASE NUMBER: 2:08-bk-32333-BR |
|  | ADVERSARY PROC. NO.: 2:10-ap-01244-BR |

## II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL

**United States Trustee (LA)**
725 S Figueroa St # 2600
Los Angeles, CA 90017-5413

**David M. Poitras**
**Dan P. Sedor**
**Jeffer Mangels Butler & Mitchell LLP**
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067

**Sawtelle Properties LLC**
**Weissmann Wolff, et al**
9665 Wilshire Blvd, 9th Floor
Beverly Hills, CA 90212

**Soussan Hashemi**
**Weissmann Wolff, et al**
9665 Wilshire Blvd, 9th Floor
Beverly Hills, CA 90212

**John M. Rygh**
915 Wilshire Blvd, Suite 2100
Los Angeles, CA 90017

**Ashland Properties, LLC**
**Weissmann Wolff, et al**
9665 Wilshire Blvd, 9th Floor
Beverly Hills, CA 90212

**Mahmoud Fatorechi**
**Weissmann Wolff, et al**
9665 Wilshire Blvd, 9th Floor
Beverly Hills, CA 90212

**Morteza Homayounjam**
**Weissmann Wolff, et al**
9665 Wilshire Blvd, 9th Floor
Beverly Hills, CA 90212

**Saul Reiss**
Law Offices of Saul Reiss, P.C.
2800 28th St Ste 328
Santa Monica, CA 90405

**Richard S. Berger**
**Peter J. Gurfein**
**Landau Gottfried & Berger, LLP**
1801 Century Park East, Suite 1460
Los Angeles, CA 90067

## III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL:

### SERVED BY E-MAIL:

- David M. Poitras — dpoitras@jmbm.com
- Robyn B. Sokol — rsokol@ebg-law.com; ecf@ebg-law.com
- Joseph A. Eisenberg — jeisenberg@jmbm.com
- Gregory M. Salvato — gsalvato@salvatolawoffices.com
- Saul Reiss — saulreiss@verizon.net
- Richard S. Berger — rberger@LGBFirm.com
- Peter J. Gurfein — pgurfein@LGBFirm.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**

Exhibit B-135

| In re: NAMCO CAPITAL GROUP, INC. | CHAPTER 11 |
|---|---|
| | CASE NUMBER: 2:08-bk-32333-BR |
| Debtor(s). | ADVERSARY PROC. NO.: 2:10-ap-01244-BR |

### SERVED BY PERSONAL DELIVERY:

Honorable Barry Russell
United States Bankruptcy Court – Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

*F 9013-3.1*

Exhibit B-136

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4)** **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that an order entitled (*specify*) Finding of Fact and Conlcusion of Law was entered on the date indicated a 8/11/2011 on the first page of this judgment or order and will be served in the manner indicated below:

**I.** **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 8/11/2011 , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Matthew M Clarke   mclarke@cappellonoel.com
- Marc S Cohen   mcohen@kayescholer.com
- Ashleigh A Danker   adanker@kayescholer.com
- Joseph A Eisenberg   jae@jmbm.com
- David M Poitras   dpoitras@jmbm.com
- Gregory M Salvato   gsalvato@pmcos.com, calendar@salvatolawoffices.com
- Gregory M Salvato   gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- Robyn B Sokol   ecf@ebg-law.com, rsokol@ebg-law.com
- United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.** **SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III.** **TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                        **F 9021-1.1.NOTICE.ENTERED.ORDER**
                                                     Exhibit B-137

# EXHIBIT C

PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT (SBN 089395)
ASSISTANT UNITED STATES TRUSTEE
Dare Law (SBN 155714)
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
725 South Figueroa Street, Suite 2600
Los Angeles, California 90017-5418
(213) 894-4925 telephone
(213) 894-2603 facsimile
dare.law@usdoj.gov

**FILED & ENTERED**

MAY 08 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| NAMCO CAPITAL GROUP, INC. a California corporation; and EZRI NAMVAR, an individual, <br><br><br><br> Debtors. <br><br> X Affects Namco Capital Group, Inc. only | Case No. 2:08-bk-32333-BR <br> (Jointly administered with Case. No. 2:08-bk-32349-BR) <br><br> Chapter 11 <br><br> ORDER APPROVING APPOINTMENT OF A CHAPTER 11 TRUSTEE IN THE CASE OF NAMCO CAPITAL GROUP, INC. <br><br> Date: <br> Time:  [no hearing required] <br> Ctrm: |

The Court has considered the United States Trustee's Application for Order Approving

Appointment of Chapter 11 Trustee and Fixing Bond, and Approves the Application.

# # #

_____
United States Bankruptcy Judge

DATED: May 8, 2009

1

Exhibit C-138

| In re:<br><br>**Namco Capital Group Inc.**<br>**(Affects Namco Capital Group, Inc. only** | CHAPTER | 11 |
|---|---|---|
| Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**725 South Figueroa Street, Suite 2600, Los Angeles, California 90017-1574**

The foregoing document described as: **ORDER APPROVING APPOINTMENT OF A CHAPTER 11 TRUSTEE IN THE CASE OF NAMCO CAPITAL GROUP, INC.**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.** __TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")__ – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __May 5, 2009__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒        Service information continued on attached page

**II.** __SERVED BY U.S. MAIL OR OVERNIGHT MAIL__(indicate method for each person or entity served)**:**
On __May 5, 2009,__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge __will be__ completed no later than 24 hours after the document is filed.*

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒        Service information continued on attached page

**III.** __SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL__ (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on__May 5, 2009__ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge __will be__ completed no later than 24 hours after the document is filed.* **Upon filing I will be giving a field document to a Court delivery service consistent with our normal business practice, with instructions to deliver the copy to the bin outside the suite (Court Manual Appendix F), as follows:**

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒        Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 5, 2009 | Violet Thompson | /s/ Violet Thompson |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

Exhibit C-139

**F 9013-3.1**

| In re:<br><br>**Namco Capital Group Inc.**<br>**(Affects Namco Capital Group, Inc. only** | CHAPTER | 11 |
|---|---|---|
| Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

## <u>ADDITIONAL SERVICE INFORMATION</u>

<u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u>

- Bradley Sharp   BSharp@dsi.biz
- Michael Jay Berger     michael.berger@bankruptcypower.com
- Alicia Clough    alicia.clough@kayescholer.com
- Yona Conzevoy    yconzevoy@dwclaw.com
- Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Melissa Davis    mdavis@shbllp.com
- Daniel Denny    ddenny@gibsondunn.com
- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Jon H Freis    jon@jhflaw.net
- Sandford Frey    Sfrey@cmkllp.com
- Philip A Gasteier    pgasteier@rdwlawcorp.com
- Barry S Glaser    bglaser@swjlaw.com
- Steven Glaser    sglaser@wwllp.com
- Robert P Goe    kmurphy@goeforlaw.com
- M. Jonathan Hayes    jhayes@polarisnet.net
- Seymone Javaherian    sj@javlaw.com
- Ira Benjamin Katz    Ikatz@katzlaw.net
- Stuart I Koenig    Skoenig@cmkllp.com
- John P Kreis    jkreis@attglobal.net
- Jeffrey A Krieger    jkrieger@ggfirm.com
- Pamela Labruyere    pamela@sgsslaw.com
- Jennifer Leland    jwaldner@pwkllp.com
- Elmer D Martin    elmermartin@msn.com
- Hal M Mersel    mark.mersel@bryancave.com
- Elissa Miller    emiller@sulmeyerlaw.com
- Ali M Mojdehi    ali.m.m.mojdehi@bakernet.com, christine.e.baur@bakernet.com, andrew.mcdermott@bakernet.com, anne.w.hamann@bakernet.com, jane.b.mackie@bakernet.com
- Monserrat Morales    mmorales@pwkllp.com
- Randall P Mroczynski    randym@cookseylaw.com
- Vicente Matias Murrell    murrell.vicente@pbgc.gov
- R. Todd Neilson    tneilson@ecf.epiqsystems.com, vdoran@lecg.com;sgreenan@lecg.com
- Scott H Noskin    snoskin@mirmanbubman.com
- William Novotny    william.novotny@mwmf.com
- Sam S Oh    sam.oh@limruger.com, alisia.dunbar@limruger.com
- Jenny Y Park Garner    jpark@sheppardmullin.com
- Penelope Parmes    pparmes@rutan.com
- Lawrence Peitzman    lpeitzman@pwkllp.com
- Leo D Plotkin    lplotkin@lsl-la.com
- Christopher S Reeder    creeder@reederlugreen.com
- Jeremy E Rosenthal    jrosenthal@sidley.com
- Gregory M Salvato    gsalvato@pmcos.com
- Benjamin Seigel    bseigel@buchalter.com, IFS_filing@buchalter.com
- David B Shemano    dshemano@pwkllp.com
- Nico N Tabibi    nico@tabibilaw.com
- Sam Tabibian    sam.tabibian@gmail.com
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- Howard J Weg    hweg@pwkllp.com
- Beth Ann R Young    bry@lnbrb.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

Exhibit C-140

**F 9013-3.1**

| In re: | | CHAPTER | 11 |
|---|---|---|---|
| **Namco Capital Group Inc.** **(Affects Namco Capital Group, Inc. only** | | | |
| | Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

## <u>SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL:</u>

The Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street
Bin Outside of Suite 1660
Los Angeles, CA 90012-3332


**END OF LIST OF PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

Exhibit C-141    **F 9013-3.1**

| In re: | | CHAPTER | 11 |
|---|---|---|---|
| **Namco Capital Group Inc.** (Affects Namco Capital Group, Inc. only | Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

## SERVED BY MAIL:

**Debtor:**

Namco Capital Group Inc
12121 Wilshire Blvd Ste 1400
Los Angeles, CA 90025
Attn. Howard Grobstein, CRO

Ashland Properties LLC
Weissmann Wolff et al
9665 Wilshire Blvd, 9th Floor
Beverly Hills, CA 90212

Baker & McKenzie LLP
12544 High Bluff Dr 3rd St
San Diego, CA 92130-3051

Cathay Bank
c/o Frandzel Robins Bloom & Csato, L.C.
6500 Wilshire Blvd., 17th Floor
Los Angeles, CA 90048

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Farhadian Family Trust C/O Housing
            Farhadian
20419 Lemarsh Street
Chatsworth, CA 91311

Franchise Tax Board
ATTN: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

Informal Credit Group of Namco and Namvar
10960 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90024-3881

Internal Revenue Service
P O Box 21126
Philadelphia, PA 19114-0325

Jack & Gitta Nagel Foundation
6222 Wilshire Blvd., Suite 400
Los Angeles, CA 90048

L.A. County Tax Collector
Bankruptcy Unit
2615 S. Grand
Los Angeles, CA 90007-2668

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053-0200

Namco Capital Group Inc
12121 Wilshire Blvd Ste 1400
Los Angeles, CA 90025

Neufeld Law Group
360 E Second St Ste 703
Los Angeles, Ca 90012

Nojan Holdings
640 Endrino Place
Beverly Hills, CA 90210

Pension Benefit Guaranty
Corporation of the Chief
Counsel
1200 K Street, N.W., Suite
340
Washington, DC 20005-4026

Physicians Reciprocal
Insurers
c/o Penelope Parmes, Esq.
Rutan & Tucker LLP
611 Anton Blvd #1400
Costa Mesa, CA 92626

Satrap Family Trust dated
7/28/1988 C/O Abbas Satrap
Trustee
3908 Castlerock Road
Malibu, CA 90265

Sawtelle Properties LLC
Weissmann Wolff
9665 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212

Securities & Exchange
Commission
5670 Wilshire Avenue., 11th
Floor
Los Angeles, CA 90036

Shulman Hodges & Bastian
LLP
26632 Towne Centre Dr, Ste
300
Foothill Ranch, CA 92610

The Sunset Trust C/O
Teymour Khouhian Trustee
PO Box 572532
Tarzana, CA 91357

Trustee of the Farmo Trust
Weissmann Wolff et al
9665 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212

Trustees of Fatorechi-
Hashemi Family Trust
Weissmann Wolff et al
9665 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212

Wall Street Nevada LLC C/O
The Merrill Group of
Companies
5850 Canoga Ave Ste 650
Woodland Hills, CA 91367

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012

1826 Niddo Inv
PO Box 260104
Encino CA 91426

1826 Nikoo
PO Box 260104
Encino, CA 91426

450 Roxbury Properties
450 N Roxbury Dr Unit 10
Beverly Hills, CA 90210

4M Investments
1400 E Olympic Blvd Ste 200
Los Angeles, CA 90021

5140 Pacific Blvd LLC
16109 Dickens St
Encino, CA 91426

780 La Brea LLC
12121 Wilshire Blvd Ste1400
Los Angeles, CA 90025

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

Exhibit C-142

**F 9013-3.1**

| In re: | | CHAPTER | 11 |
|---|---|---|---|
| **Namco Capital Group Inc.**<br>**(Affects Namco Capital Group, Inc. only** | | | |
| | Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

ALBORZ INVESTMENT CO LLC
3820 DEL AMO BLVD STE 235
TORRANCE, CA 90503-7716

ANDESHIR HAKHAMIAN
1415 LOMA VISTA DR.
BEVERLY HILLS, CA 90210-2626

AZIZ JAVAHERY
1948 OVERLAND AVE STE 204
LOS ANGELES, CA 90025

Aaron Baharvar
2001 Santa Monica Blvd Ste 690
Santa Monica, CA 90404

Abbas Satrap
3908 Castlerock Rd
Malibu, CA 90265

Abdolla Laura Hendifar
15522 Moorpark Ste 10
Encino, CA 91436

Abner Kermani
1620 S Los Angeles St Ste C
Los Angeles, CA 90015

Abraham Assil
1000 S Westgate Ave Unit 10
Los Angeles, CA 90049

Abraham Assil
1000 S Westgate #100
Los Angeles CA 90049

Abraham Yeroushlami
10673 W Pico Blvd
Los Angeles, CA 90064

Abrishami Plan
1801 Avenue Of Stars Ste 935
Los Angeles, CA 90067

Afagh Hassid
9861 Oceancrest
Huntington Beach, CA 92646

Afshin Levy
12021 Wilshire Blvd Ste 361
Los Angeles, CA 90025

Albert Assil
1000 S Westgate Ave Unit 10
Los Angeles, CA 90049

Alborz Investment
3820 Del Amo Blvd
Torrance, CA 90503

Ali Varastehpour
P O Box 491381
Los Angeles, CA 90049

All Century Inc
15910 Ventura Blvd Ste1505
Encino, CA 91436

All N One Legal Support Inc
1545 Wilshire Blvd Ste 715
Los Angeles, CA 90017

Alyeshmerni Siona
10724 Wilshire Blvd
Los Angeles, CA 90024

American Express
PO Box 0001
Los Angeles, CA 90096-0001

Andrew Rabiei
10622 Kinnard Ave Ste 20
Los Angeles, CA 90024

Angela Nahai
2866 Deep Canyon
Beverly Hills, CA 90210

Anthony Mirzaie
2601 Venture Dr
Norman, OK 73069

Anthony Mobasser
9201 Sunset Blvd Ste 618
Los Angeles, CA 90069

Arash Anvarzadeh
1215 Brockton Ave Unit 304
Los Angeles, CA 90025

Arash Hakhamian
1415 Loma Vista Dr
Beverly Hills, CA 90210

Architectural West
2908 Nebraska Ave
Santa Monica, CA 90404

Ardeshir Hakhamian
1415 Loma Vista Dr
Beverly Hills, CA 90210

Ariel Droger
11970 Montana Ave Ste 116
Los Angeles, CA 90049

Ariella Baharvar
2001 Santa Monica Blvd Ste
690
Santa Monica, CA 90404

Ariyah Arshadnia
423 S Rexford Dr Unit 106
Beverly Hills, CA 90212

Artech Properties, LLC
c/o Beth Ann R Young Esq.
Levene Neale Bender Rankin
& Brill
10250 Constellation Blvd
Ste.1700
Los Angeles, CA 90067

Ashland Properties
11022 Santa Monica Blvd Ste
280
Los Angeles, CA 90025

Ashton Golbar
10850 Wilshire Blvd Ste 1170
Los Angeles, CA 90024

Attaollah Roham
805 Gatos Place
Palos Verdes, CA 90274

Avonam
1000 S Westgate Ave Unit 10
Los Angeles, CA 90049

Azadegan Soleiman
450 West Pioneer Dr Ste 669
Glendale, CA 91203

Azam Sherafatmand
3921 Emerald St
Torrance, CA 90503

Azita Efraim
18062 Blue Sail Dr
Pacific Palisades, CA 90272

Babak Hakakian
181 Madison Ave
New York, NY 10016

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

Exhibit C-143

**F 9013-3.1**

Case 2:08-bk-32333-BR    Doc 283    Filed 09/08/09    Entered 09/08/09 15:34:57    Desc
Main Document    Page 7 of 47

| In re: | | CHAPTER | 11 |
|---|---|---|---|
| **Namco Capital Group Inc.**<br>**(Affects Namco Capital Group, Inc. only** | Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

Babak Mebtahi
2038 Midvale Ave
Los Angeles, CA 90025

Bahram Razi
9164 W Pico Blvd
Los Angeles, CA 90034

Bani Esraili Hersel
10790 Wilshire Blvd Ste 1703
Los Angeles, CA 90024

Bank Midwest N A
P O Box 26458
Kansas City, MO 64196-6458

Bank of Nevada
P O Box 26237
Las Vegas, NV 89126-0237

BankFirst
225 South Sixth St Ste 2900
Minneapolis, MN 55402

Barookh Berookhim
201 Ocean Ave Unit 704 P
Santa Monica, CA 90402

Batol Jafari
3820 Del Amo Blvd Ste 235
Torrance, CA 90503

Behrooz Aframian
640 S Hill St Ste 353
Los Angeles, CA 90014

Behzad Khavarani
8642 Gregory Way Ste 206
Los Angeles, CA 90035

Bejan Broukhim
700 S Flower St
Los Angeles, CA 90017

Ben Mahjoubi
3474 White Rose Way
Encino, CA 91436

Beni Aminzadeh
9544 W Pico Blvd
Los Angeles, CA 90035

Benjamin Seigel, Esq.
Buchalter Nemer
1000 Wilshire Blvd Ste 1500
Los Angeles, CA 90017-2457

Beverly Hills Bancorp
P O Box 805
Woodland Hills, CA 91367

Beverly Hills Pro Billing
8306 Wilshire Blvd Ste 7052
Beverly Hills, CA 90211

Bijan Farajzadeh
17 Mourly Ct
North Hills, NY 11507

Bijan Fereydouny
4451 Petit Ave
Encino, CA 91436

Bijan Hoorfar
15033 Lauriston Ave
Los Angeles, CA 90064

Bijan Kianmahd
1013 S Los Angeles St Ste 500
Los Angeles, CA 90015

Bijan Nahai
465 S Beverly Dr Ste 200
Beverly Hills, CA 90212

Bijan Rabbani
2235 Patricia Ave
Los Angeles, CA 90064

Bijan Radnia
20320 Avalon Blvd
Carson, CA 90746

Bijan Saidnia
131 S Maple Dr Ste 202
Beverly Hills, CA 90212

Blackhawk Properties
450 N Roxbury Dr
Beverly Hills, CA 90210

Blackstone Shaw
8900 W Olympic Blvd
Beverly Hills, CA 90211

Brenden Broumand
2143 Mandeville Canyon
Los Angeles, CA 90049

Broumand Poury
2143 Mandeville Canyon
Los Angeles, CA 90049

Bruce Kadz
725 N Roxbury Dr
Beverly Hills, CA 90210

Buckingham Heights
2143 Mandeville Canyon
Los Angeles, CA 90049

Budget Suites
2143 Mandeville Canyon
Los Angeles, CA 90049

CSC Entity Services LLC
103 Foulk Road Suite 200
Wilmington, DE 19803

Cal Neva
2143 Mandeville Canyon
Los Angeles, CA 90049

Calcoast Realty Advisors LLC
1450 W Redondo Beach Blvd Ste 150
Gardena, CA 90247

Calexico
2143 Mandeville Canyon
Los Angeles, CA 90049

Candiotty and Block
9200 W Sunset Blvd 9th Flr
Los Angeles, CA 90069

Canyon Partners
Realty Holding Co IV LLC
9665 Wilshire Bl Ste 2000
Beverly Hills, CA 90212

Canyon Springs Shopping Center LLC
9301 Wilshire Blvd Ste315
Beverly Hills, CA 90210

Cape Apartments
1158 26th St
Santa Monica, CA 90413

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

Exhibit C-144
**F 9013-3.1**

| In re: | | CHAPTER | 11 |
| --- | --- | --- | --- |
| **Namco Capital Group Inc.**<br>**(Affects Namco Capital Group, Inc. only** | | | |
| | Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

Carolin Saghian
P O Box 7143
Beverly Hills, CA 90212

Carsten Haiem
701 N Rodeo Dr
Beverly Hills, CA 90210

Cathay Bank
777 North Broadway
Los Angeles, CA 90012

Center Bank
3435 Wilshire Blvd Ste 700
Los Angeles, CA 90010

Champion Fire Systems Inc
12170 Santa Margarita Court
Rancho Cucamonga, CA 91730

Chariot Financial Analysis Inc
15 Grenache
Irvine, CA 92614

Charles Paris
1515 Abbot Kenney Blvd Ste 200
Venice, CA 90291

Chesed Foundation
12121 Wilshire Blvd Ste 1400
Los Angeles, CA 90025

Christopher A Joseph and Assoc
11849 Olympic Blvd Ste 101
Los Angeles, CA 90064

Cisneros Landscaping Maintenance
P O Box 1458
Lake Elsinore, CA 92531

City Of Beverly Hills
Finance Admin
455 N Rexford Drive Rm 240
Beverly Hills, CA 90210

Clark County Treasurer
500 S Grand Central Pkwy 1st floor
Las Vegas, NV 89155-1220

Class Information Services
2020 Hurley Way Ste 350
Sacramento, CA 95825

Clifford and Brown
1430 Truxton Ave Ste 900
Bakersfield, CA 93301

Colfax Properties
450 N Roxbury Dr Ste 10
Beverly Hills, CA 90210

Colton Public Utilities
P O Box 1367
Colton, CA 92324-0831

Community Bank of Nevada
7676 West Lake Mead Blvd
Las Vegas, NV 89128

Convenient Distr and Sanoor
Inc
Attn Frank Kohanim
441 S Los Angeles St
Los Angeles, CA 90013

Corporation Service Company
P O Box 13397
Philadelphia, PA 19101-3397

Cowen Nancy
1515 Abbot Kenney Blvd Ste
200
Venice, CA 90291

Crenshaw Medical
P O Box 491464
Los Angeles, CA 90049

D D M Group
P O Box 15519
Beverly Hills, CA 90209

Daian Dariush
2301 E 7th Street
Los Angeles, CA 90023

Daniel Babajoni
c/o Daniel J McCarthy
Hill, Farrer & Burrill LLP
300 S Grand Ave, 37th Flr
Los Angeles, CA 90071

Daniel Babajooni
9326 Kidare Ave
Skokie, IL 60076

Daniel Hakakian
181 Madison Ave
New York, NY 10016

Daniela Baharvar
2001 Santa Monica Blvd Ste
690
Santa Monica, CA 90404

Danny Pakravan
3131 Antelo Rd
Los Angeles, CA 90077

Darioush Soleimani
911 N Rexford Dr
Beverly Hills, CA 90210

David Davoodian
10537 Santa Monica Blvd Ste
200
Los Angeles, CA 90025

David Fereydouny
4451 Petit Ave
Encino, CA 91436

David Golkar
575 Anton Blvd Ste 880
Costa Mesa, CA 92626

David Haghani
1855 Lincoln Blvd
Santa Monica, CA 90404

David Haghnazarzadeh
18210 Hatteras St
Tarzana, CA 91356

David Haghnazarzadeh, aka
David Zadeh
c/o Daniel J McCarthy
Hill, Farrer & Burrill LLP
300 S Grand Ave, 37th Flr
Los Angeles, CA 90071

David Mossahebfar
11636 Montana Ave Ste 209
Los Angeles, CA 90049

David Namvar
5681 S Downey Rd
Vernon, CA 90058

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Exhibit C-145
**F 9013-3.1**

| In re: | | CHAPTER | 11 |
|---|---|---|---|
| **Namco Capital Group Inc.** **(Affects Namco Capital Group, Inc. only** | Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

David Paris
1515 Abbot Kenney Blvd Ste 200
Venice, CA 90291

David Pourbaba
5211 West Adams Blvd
Los Angeles, CA 90016

David Selki
3029 Corda Dr
Los Angeles, CA 90049

David Taban
888 S Figueroa St Ste 1900
Los Angeles, CA 90017

David Tehrani
1131 S Wetherly Dr
Los Angeles, CA 90035

David York
11611 San Vicente Blvd Ste 520
Los Angeles, CA 90049

David Zarabi
523 N Rodeo Dr
Beverly Hills, CA 90210

Delaware Sec of St Div of Corps
PO Box 74072
Baltimore, MD 21274-4072

Denise Valafar
4933 Vega Lane
Las Vegas, NV 89130

Dept of Water County of Kauai
P O Box 1706
Lihue, HI 96766-5706

Desert Micheals
175 N Swall Dr Ste 305
Beverly Hills, CA 90211

Desert Oasis
1158 26th St
Santa Monica, CA 90413

Deutsche Bank National, Inc.
c\o McCarthy Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101

Development Ventures, LLC
Joseph D. Block, Esq.
Law Offices of Candiotty and
Block
9200 W. Sunset Blvd., 9th Fl.
Los Angeles, CA 90069

Domus Design
181 Madison Ave
New York, NY 10016

Doostan Investments
3820 Del Amo Blvd Ste 235
Torrance, CA 90503

Dorit Kermanian
8213 Desert Beach Dr
Las Vegas, NV 89128

Dorita Ashoori
1811 Manning Ave Unit 202
Los Angeles, CA 90025

Doron Kermanian
8213 Desert Beach Dr
Las Vegas, NV 89128

Drivers Way
8950 W Olympic Blvd
Beverly Hills, CA 90211

Ebrahim Kashani
1221 Holmby Avenue
Los Angeles, CA 90024

Ebrahim Kermani
1620 S Los Angeles St Ste C
Los Angeles, CA 90015

Edward Lavi
814 S Wooster St Ste 103
Los Angeles, CA 90035

Elbon LLC
18062 Blue Sail Dr
Pacific Palisades, CA 90272

Elena Nourhian
12333 Ridge Circle
Los Angeles, CA 90049

Elham Zarabian
137 S Palm Ste 401
Beverly Hills, CA 90211

Eliaho Cohanim
4609 Dunman Ave
Woodland Hills, CA 91367

Elian Nourhian
12333 Ridge Circle
Los Angeles, CA 90049

Elias Abrishami
P O Box 10476
Beverly Hills, CA 90213

Elizabeth Kermani
1620 S Los Angeles St Ste C
Los Angeles, CA 90015

Elizabeth Separzadeh
4170 Fair Ave PH6
Studio City, CA 91602

Elliott Sharaby
4481 N 41st Ct
Hollywood, FL 33021

Elodie Khavarani
8642 Gregory Way Ste 206
Los Angeles, CA 90035

Eloy
18062 Blue Sail Dr
Pacific Palisades, CA 90272

Emanuel Aframian
12838 Marlboro St
Los Angeles, CA 90049

Emona Or
121 N Oakhurst Dr
Beverly Hills, CA 90210

Employment Development
Dept
Attn Bankruptcy Group MIC
92E
P O Box 826880
Sacramento, CA 94280

Enayat Nahai
10560 Wilshire Blvd Ste 2101
Los Angeles, CA 90024

Epport Richman Robbins LLP
1875 Century Park E, # 800
Los Angeles, CA 90067

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Exhibit C-146

*January 2009*                                                                 **F 9013-3.1**

| In re: | CHAPTER | 11 |
|---|---|---|
| **Namco Capital Group Inc.** <br> **(Affects Namco Capital Group, Inc. only** <br><br> Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

Epsilon Electronics
1550 S Maple Ave
Montebello, CA 90640

Eshag Kashi
115 N Weatherly Ave
Beverly Hills, CA 90211

Eshagh Darvish
1619 S Bentley Ste 103
Los Angeles, CA 90025

Eshagh Kahalilirad
1489 S Canfield Ave
Los Angeles, CA 90035

Eshmail Arshadnia
11983 Mayfield Ave
Los Angeles, CA 90049

Eskandar Arshadnia
144 45 76 Road Flushing
Flushing, NY 11367

Eskander Hakakian
c/o Beth Ann R Young Esq.
Levene Neale Bender Rankin & Brill
10250 Constellation Blvd Ste.1700
Los Angeles, CA 90067

Esko LLC
575 Anton Blvd Ste 820
Costa Mesa, CA 92626

Esther Efraim
18062 Blue Sail Dr
Pacific Palisades, CA 90272

Esther Sara Babazadeh Broukhim
1933 Mt Olympus
Los Angeles, CA 90046

Eximo Inc
3820 Del Amo Blvd Ste 235
Torrance, CA 90503

Expo
3820 Del Amo Blvd Ste 235
Torrance, CA 90503

Ezilan
3820 Del Amo Blvd Ste 235
Torrance, CA 90503

Ezra Denis
463 S Bundy Dr
Los Angeles, CA 90049

Ezra Namtel Namvar
5681 S Downey Rd
Vernon, CA 90058

Ezri Namvar
12121 Wilshire Blvd Suite
1400
Los Angeles, CA 90025

FARID AFRA TR OF THE
FARID AFRA PROFIT
SHARING
C/O SAUL REISS
2800 28TH ST STE 328
STA MONICA, CA 90405

Fahimeh Hezghian
808 4th St Ste 318
Santa Monica, CA 90403

Farahnaz Rabiezadeh
1250 S Beverly Glen Blvd Ste
207
Los Angeles, CA 90024

Farahnaz Shahian
6310 San Vicente Blvd Ste
285
Los Angeles, CA 90048

Farahnaz-Shahian
1300 Midvale Ave #208
Los Angeles, CA 90024

Faramarz Massachi
18338 Charlton Ln
Northridge, CA 91326

Faramarz Rabban
3045 Elvido Dr
Los Angeles, CA 90049

Faranak Sarafian
121 N Almont Dr Ste 305
Beverly Hills, CA 90211

Farhad Shamtub
12021 Wilshire Blvd Ste 880
Los Angeles, CA 90025

Farhad Yazdinian
11950 San Vicente Blvd Ste
200
Los Angeles, CA 90049

Farhadian Family
23861 W Mc Bean Parkway
Valencia, CA 91355

Farhadian Family Trust
C/O Housing Farhadian
20419 Lemarsh Street
Chatworth CA 91311

Farhady Michelle
3001 Beverly Glen Cir
Bel Air, CA 90077

Fariba Miles
248 S Rexford Dr Ste 2
Beverly Hills, CA 90212

Farid Afra
P O Box 18432
Beverly Hills, CA 90209

Farideh Kohanim
325 N Oakhurst Dr Ste 403
Beverly Hills, CA 90210

Farnoush Amid
10535 Wilshire Blvd Ste 403
Los Angeles, CA 90024

Farokhlaga Mousa Kalimi
6329 Warner Dr
Los Angeles, CA 90048

Farr Massachi
16830 Nannette St
Granada Hills, CA 91344

Farshid Rahbar
1158 26th St
Santa Monica, CA 90413

Farzad Pakravan
2529 Chamber St
Vernon, CA 90058

Farzadmehr Morteza
609 N Camden Dr
Beverly Hills, CA 90210

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

Exhibit C-147

**F 9013-3.1**

| In re: | CHAPTER | 11 |
|--------|---------|-----|
| **Namco Capital Group Inc.**<br>**(Affects Namco Capital Group, Inc. only** | | |
| Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

Farzaneh Nehoray
1545 Bentley Ave Ste 402
Los Angeles, CA 90025

Federal Express
PO Box 7221
Pasadena, CA 91109-7321

Feizollah Efraim
18062 Blue Sail Dr
Pacific Palisades, CA 90272

Fereshteh Kohanim
11710 Barrington Ct
Los Angeles, CA 90049

First Crop Aviation Inc
35620 W Carranza Rd
Stanfield, AZ 85272

Foremost Real Rami and Co
10 W 47th St Ste 44
New York, NY 10036

Franchise Tax Board
Attn Bankruptcy
PO Box 2952
Sacramento, CA 95812-2952

Frank Navi, Trustee of the FNM Family Trust
c/o Daniel J McCarthy
300 S Grand Ave, 37th Flr.
Los Angeles, CA 90071

Fred Mahjoubi
3474 White Rose Way
Encino, CA 91436

Gabriela Baharvar
2001 Santa Monica Blvd Ste 690
Santa Monica, CA 90404

Galloway
2701 Ocean Park Blvd Ste 140
Santa Monica, CA 90405

Gardner Family
510 N Crescent Dr
Beverly Hills, CA 90210

General Electric Capital Corp
Attn Paul Henning
500 West Monroe St Ste 500
Chicago, IL 60661

George Eshaghian
16200 Ventura Blvd Ste 201
Encino, CA 91436

George Harounian
9152 Alden Dr Ste 1
Beverly Hills, CA 90210

Geraldine Weber
1135 Maytor Place
Beverly Hills, CA 90210

Ghazaleh Shamoeil
1818 Pelham Ave Ste 107
Los Angeles, CA 90025

Greenberg Traurig LLP
650 Towne Center Dr Ste 1700
Costa Mesa, CA 92626

Greg Zarrin
10680 Pico Blvd Ste 330
Los Angeles, CA 90064

Guity Namvar
1233 Amherst Ave Ste 305
Los Angeles, CA 90025

Gumport Reitman
550 S Hope St Ste 825
Los Angeles, CA 90071

HEKMAT HEKMATRAVAN
C/O SAUL REISS
2800 28TH ST STE 328
STA MONICA, CA 90405

HINO 8 LLC
808 4th St Ste 318
Santa Monica, CA 90403

HPC Industries
10250 Costellation Blvd Ste 2820
Los Angeles, Ca 90067

HSBC Mortgage Corporation
PO Box 4612
Buffalo, NY 14270-4612

Haiem GP
701 N Rodeo Dr
Beverly Hills, CA 90210

Handelman Consulting Inc
16633 Ventura Blvd Ste 1220
Encino, CA 91436

Hanmi Bank
3660 Wilshire Blvd PH A
Los Angeles, CA 90010

Harbor
1073 Linda Flora Dr
Los Angeles, CA 90049

Haron Shabatian
5879 W Pico Blvd
Los Angeles, CA 90019

Haroon Hanasab
1073 Linda Flora Dr
Los Angeles, CA 90049

Haroot Abramian
9530 Glory Ave
Tujunga, CA 91042

Haroun Kohan
3901 Olive St
Irvine, CA 92606

Haroun Yamini
701 N Beverly Glen Blvd
Los Angeles, CA 90077

Helen Shadi
1221 Holmby Ave
Los Angeles, CA 90024

Henry Shahery
1014 Pamera Dr
Beverly Hills, CA 90210

Hersel Neman
1620 S Los Angeles St Ste C
Los Angeles, CA 90015

Hertsel Babajooni
P O Box 491335
Los Angeles, CA 90049

Hilda Bayanfar
628 S Bundy Dr
Los Angeles, CA 90049

Hollis Development Inc
700 Lido Park Dr Ste 29
Newport Beach, CA 92663

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

Exhibit C-148
**F 9013-3.1**

| In re: | CHAPTER | 11 |
|---|---|---|
| **Namco Capital Group Inc.** **(Affects Namco Capital Group, Inc. only** Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

Homayoun Namvar
808 4th St Ste 318
Santa Monica, CA 90403

Hooshang Lavian
16311 Ventura Blvd Ste 660
Encino, CA 91436

Houshang Broumand
2143 Mandeville Canyon
Los Angeles, CA 90049

Houshang Namvar
12121 Wilshire Blvd Ste 1400
Los Angeles, CA 90025

IJAY Inc
25920 Rolling Hills Rd
Torrance, CA 90505

ISABEL HAROUNIAN
164 N LEDOUX RD
BEVERLY HILLS, CA 90211

Ifra Khoubian
10450 Wilshire Blvd
Los Angeles, CA 90024

Ilana Namvar
12121 Wilshire Blvd Ste 1400
Los Angeles, CA 90025

Illulian Benjamin
308 N Palm Dr
Beverly Hills, CA 90210

Illulian Chaya Rachel
308 N Palm Dr
Beverly Hills, CA 90210

Illulian Danny
308 N Palm Dr
Beverly Hills, CA 90210

Illulian Yousef
308 N Palm Dr
Beverly Hills, CA 90210

Imperial Lighting
8965 W Washington Blvd
Culver City, CA 90232

Internal Revenue Service
P O Box 21126
Philadelphia, PA 19114

Iraj Farhadian
20419 Lemarsh St
Chatsworth, CA 91311

Iraj Farhadian
20419 Lemarsh Street
Chatsworth CA 91311

Iraj Shirazi
5006 Dobkin Ave
Tarzana, CA 91356

Iraj Shirazi
5006 Dobkin Ave
Tarzana,CA 91356-4310

Iran Elena Rad Moosiki
148 N Kenter Ave
Los Angeles, CA 90049

J s Parking Lot Maintenance
75 W Nuevo Rd Ste 216
Perris, CA 92571

JAVANIAN LLC
1946 OVERLAND AVE STE 204
LOS ANGELES, CA 90025

JJJK Partners
1620 S Los Angeles St Ste C
Los Angeles, CA 90015

Jack Haber
234 N Bowling Green Way
Los Angeles, CA 90049

Jack and Gitta Nagel Foundation
6222 Wilshire Blvd Ste 650
Los Angeles, CA 90048

Jacob Baharvar
4508 Valdez Place
Tarzana, CA 91356

Jacob Cohen
123 Groverton Place
Los Angeles, CA 90077

Jacob Rahmanizad
8900 Burton Way Ste 304
Beverly Hills, CA 90211

Jacob Razi
9836 National Blvd
Los Angeles, CA 90034

Jaffa Chadorchi
10450 Wilshire Blvd
Los Angeles, CA 90024

Jaffa Chadorchi
10450 Wilshire Blvd #4J
Los Angeles CA 90024-4638

Jams Inc
P O Box 512850
Los Angeles, CA 90051-0850

Jamshid Baharvar
2001 Santa Monica Blvd Ste 690
Santa Monica, CA 90404

Janet Mashian
849 Shehnandoah Ste 305
Los Angeles, CA 90035

Janets Collection
609 Middle Neck Rd
Great Neck, NY 11023

Javinian LLC
1946 Overland Ave Ste 204
Los Angeles, CA 90025

Jennifer Greenhut
569 N Rossmore Ave Ste 314
Los Angeles, CA 90004

Jennifer Shemouel
423 S Rexford Dr Ste 206
Beverly Hills, CA 90212

Jessica Kimiabakhash
1005 Schuyler Rd
Beverly Hills, CA 90210

Jinus Kahen
10630 Wikines Ave Ste 101
Los Angeles, CA 90024

Jinus Kahenian
5317 Laurel Canyon Blvd
North Hollywood, CA 91607

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

Exhibit C-149

**F 9013-3.1**

| In re:<br><br>**Namco Capital Group Inc.**<br>**(Affects Namco Capital Group, Inc. only** | CHAPTER | 11 |
| --- | --- | --- |
| Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

John Chung
11273 Wareham Ct
Loma Linda, CA 92354

John Cohen
4169 Clear Valley Dr
Encino, CA 91436

John David Fischer
1901 Avenue of the Stars Suite 1020
Los Angeles, CA 90067

John Fakhere Kashani
1116 Coldwater Canyon Dr
Beverly Hills, CA 90210

John Rashti
207 E Pico Blvd
Los Angeles, CA 90015

John Separzadeh
4126 Green Meadow Ctr
Encino, CA 91316

John Y Harounian
11970 Montana Ave Ste 114
Los Angeles, CA 90049

Jonathan Baharvar
4508 Valdez Place
Tarzana, CA 91356

Joseph Bendji
P O Box 670957
Flushing, NY 11367

Joseph Benji
P O Box 670957
Flushing, NY 11367

Joseph Davidian
3 Vicente Terrace Ste 308
Santa Monica, CA 90401

Joseph Ghadir
3001 Beverly Glen Cir
Bel Air, CA 90077

Joseph Haghnazarzadeh
521 N Mountain Ave Ste E
Upland, CA 91786

Joseph Kahenian
5317 Laurel Canyon Blvd
North Hollywood, CA 91607

Joseph Minazadeh
P O Box 261141
Encino, CA 91426

Joseph Pirian
130 N Carmelina St
Los Angeles, CA 90049

Joseph Rabbani
10552 Clearwood CT
Los Angeles, CA 90077

Joseph Ramani
792 Linda Flora Dr
Los Angeles, CA 90049

Joseph Shabani
1717 San Ysidro Dr
Beverly Hills, CA 90210

Juan Jose Hernandez
PO Box 161
Wilmington, CA 90748

Justin Kahen
10630 Wikines Ave Ste 101
Los Angeles, CA 90024

KAMRAN RAMINFARD
2637 WESTRIGE RD
LOS ANGELES, CA 90049

Kaivan Kiai
17525 Ventura blvd #100
Encino CA 91316

Kalimeh Massachi Pari
4922 Zelzah Avenue
Encino, CA 91316

Kalimeh Pari
4922 Zelzah Avenue
Encino, CA 91316

Kamran Benji
506 Gretna Green Way
Los Angeles, CA 90049

Kamran Gharibian
1110 Shadow Hillway
Beverly Hills, CA 90210

Kamran Nazarian
175 S Thurston Ave
Los Angeles, CA 90049

Kamran Raminfard
606 S Hill ST #618
Los Angeles CA 90014

Kamran Raminfard
606 S Hill St Unit 618
Los Angeles, CA 90014

Kanani Family
3055 Elvido Dr
Los Angeles, CA 90049

Kest Enterprises
840 Ivy Lane
Santa Barbara, CA 93108

Keyvan Aframian
640 S Hill St Ste 353
Los Angeles, CA 90014

Keyvan Kiai
1222 Amherst Ave Ste 201
Los Angeles, CA 90036

Keyvan Yousefi
340 Hauster Blvd Ste 125
Los Angeles, CA 90036

Khadavi Family
9861 Oceancrest
Huntington Beach, CA 92646

Khalil Varastehpour
247 Medio Dr
Los Angeles, CA 90049

Khorshid Razi
9836 National Blvd
Los Angeles, CA 90034

Khosrow Pakravan
10421 Wyton Dr
Los Angeles, CA 90024

Koorosh Gidanian
Attn Mottahedeh Family
P O Box 5244
Laguna Beach, CA 92652

Kourosh Aghai
121 N Oakhurst Dr
Beverly Hills, CA 90210

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Exhibit C-150

**F 9013-3.1**

| In re:<br><br>**Namco Capital Group Inc.**<br>**(Affects Namco Capital Group, Inc. only** | CHAPTER | 11 |
|---|---|---|
| Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

Kourosh Naziri
4186 Tweedy Blvd
South Gate, CA 90280

Krane and Smith
16255 Ventura Blvd Ste 600
Encino, CA 91436

LA County Treasurer and Tax Collector
PO Box 54110
Los Angeles CA 90054-0110

LA Top Convenient Stores
441 S Los Angeles St
Los Angeles, CA 90013

LOS ANGELES CITY ATTORNEY'S OFFICE
ATTN WENDY LOO
200 N MAIN ST STE 920
LOS ANGELES, CA 90012

LTLR Inc
121 N Oakhurst Dr
Beverly Hills, CA 90210

Labcog
441 S Los Angeles St
Los Angeles, CA 90013

Lacy
441 S Los Angeles St
Los Angeles, CA 90013

Ladan Hakhamian Ashkan Taklifi
1415 Loma Vista Dr
Beverly Hills, CA 90210

Ladan Vajdi
24986 Normans Way
Calabasas, CA 91302

Lanam
3694 Valley Meadow Rd
Sherman Oaks, CA 91403

Larisa Krichmar
59 Harbour Court
Staten Island, NY 10308

Latham and Watkins LLP
633 West Fifth St Ste 4000
Los Angeles, CA 90071-2007

Law Offices Of Fred F
Mashian
9255 Sunset Blvd Ste 630
Los Angeles, CA 90069

Law Offices of Frame and
Matsumoto
P O Box 895
Coalinga, CA 93210

Leah Baharvar
821 Woodmere Cts Unit 3C
Woodmere, NY 11598

Leeor Arshadnia
2400 Roscomare Rd
Los Angeles, CA 90077

Leila Baharvar
2001 Santa Monica Blvd Ste
690
Santa Monica, CA 90404

Leoni Family
5544 Collingwood Circle
Calabasas, CA 91367

Levy Illulian
308 N Palm Dr
Beverly Hills, CA 90210

Lida Saadat
10660 Wilshire Blvd Ste 703
Los Angeles, CA 90024

Lila Farhany
16109 Dickens St
Encino, CA 91436

Linda Moreh
1121 S Crest Dr
Los Angeles, CA 90035

Liton Lighting
6 Oakmont Dr
Los Angeles, CA 90049

Los Angeles County Tax
Collector
P O Box 54027
Los Angeles, CA 90054-0018

Los Angeles Dpt of Water and
Power
P O Box 30908
Los Angeles, CA 90030

Los Angeles Jets Track Club
1251 S Bronson Ave
Los Angeles, CA 90019

Lynda Marino
840 Ivy Lane
Santa Barbara, CA 93108

M Zarabian Revocable Trust
306 N Palm
Beverly Hills, CA 90210

M M P Family
130 N Carmelina St
Los Angeles, CA 90049

M Y Levy
201 N La Peer Dr Ste 401
Beverly Hills, CA 90211

M Zarabian Revocable Trust
306 N Palm
Beverly Hills CA 90210-4919

M and S Partnership
2953 Dona Susana
Studio City, CA 91604

M and Y Management
606 S Olive St Ste 600
Los Angeles, CA 90014

MAGD Enterprises
P O Box 2964
Beverly Hills, CA 90213

MANI & TALIA RAMINFARD
2637 WESTRIGE RD
LOS ANGELES, CA 90049

MEHRDAD NAIM
1849 S Bentley Ave Ste 201
Los Angeles CA 90025

MEHRNAZ HEKMATRAVAN
c/o Saul Reiss, Esq.
2800 28th St Ste 328
Santa Monica CA 90405

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Exhibit C-151

*January 2009*

**F 9013-3.1**

| In re: | CHAPTER | 11 |
|---|---|---|
| **Namco Capital Group Inc.**<br>**(Affects Namco Capital Group, Inc. only**<br><div align="right">Debtor(s)</div> | CASE NUMBER | 2:08-bk-32333-BR |

MICHEAL DESSERT DEVELOPMENT
175 SWALL DR STE 305
BEVERLY HILLS, CA 90211-1998

MICHEL NEDJATHAIEM
100 S DOHENY DR STE 715
LOS ANGELES, CA 90048-2993

MOJGAN AGHAI
317 S HOLT AVE #3E
LOS ANGELES, CA 90048

MRCA Photo Stop Sign
Enforcement Program
PO Box 76911
Cleveland, OH 44101

Madeline Mousa
307 N Saltair
Brentwood, CA 90049

Mahi Rastegar
1005 Schuyler Rd
Beverly Hills, CA 90210

Mahmoud Fatorechi
10445 Wilshire Blvd Ste 1102
Los Angeles, CA 90024

Mahnaz Sepehr
5150 Chimineas Ave
Tarzana CA 91356

Mahnaz Sepehr
5150 Chimineas Ave
Tarzana, CA 91356

Mahvash Minoo Shaheri
311 S Doheny Dr Ste 104
Los Angeles, CA 90048

Majid Tabatabai
26152 Kenrose Circle
Calabasas, CA 91302

Majid Tabibzadeh
1523 Basso Terr
Glendale, CA 91202

Malihe Lahijani
3694 Valley Meadow Rd
Sherman Oaks, CA 91403

Mandana Yedidsion
14440 Dickens St Ste 215
Sherman Oaks, CA 91423

Manijeh Soleimanzadeh
2750 W Appalachian Court
Westlake Village, CA 91362

Manocher Norhian
12333 Ridge Circle
Los Angeles, CA 90049

Manootcher Pirian
130 N Carmelina St
Los Angeles, CA 90049

Manouchehr Gozarkhah
1101 Rexford Dr
Los Angeles, CA 90035

Manouchehr and Mahin
Gozarkhah
1101 Rexford Dr
Los Angeles, CA 90035

Manoucher Galdjie
2701 Ocean Park Blvd Ste
140
Santa Monica, CA 90405

Manoutcher Galdjie
2701 Ocean Park Blvd Ste
140
Santa Monica, CA 90405

Mansoor Alyeshmerni
10724 Wilshire Blvd Ste1109
Los Angeles, CA 90024

Mansoor Ayleshmerni
9454 Wilshire Blvd Penthouse
Beverly Hills, CA 90212

Mansour Issakharian
10790 Wilshire Blvd Ste 1102
Los Angeles, CA 90024

Mansour Yaghoubzadeh
1101 Hillcrest Rd
Beverly Hills, CA 90210

Mantab
11940 San Vicente Blvd
Los Angeles, CA 90049

Maram Holdings
12121 Wilshire Blvd Ste 1400
Los Angeles, CA 90025

Marc Ashghian
11900 W Olympic Blvd Ste
540
Los Angeles CA 90064

Marc Ashghian
11900 W Olympic Blvd Ste
540
Los Angeles, CA 90064

Marc Tavakoli
c/o The Gersh Law Firm Inc.
15821 Ventura Blvd Ste 515
Encino CA 91436

Maria Tahour
415 N Oakhurst Dr Ste 208
Beverly Hills, CA 90210

Marian Jalil
10550 Wilshire Blvd Ste 703
Los Angeles, CA 90024

Mariana Jalil
10550 Wilshire Blvd Ste 703
Los Angeles, CA 90024

Maricopa County Treasurer
301 W Jefferson Ste 100
Phoenix, AZ 85003-2199

Mark Amin
2700 Colorado Ave 3rd floor
Santa Monica, CA 90404

Mark Naim
6 Hamptworth Dr
Great Neck, NY 11024

Marshall Bank
Attn Rebecca Bergin
255 South Sixth St Ste 2900
Minneapolis, MN 55402

Marya Fesheraki
46 Mirador
Irvine, CA 92612

Maryam Fesheraki
46 Mirador
Irvine, CA 92612

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Exhibit C-152

**F 9013-3.1**

| In re:<br>**Namco Capital Group Inc.**<br>**(Affects Namco Capital Group, Inc. only** | CHAPTER | 11 |
|---|---|---|
| Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

Maryam Pirian
130 N Carmelina St
Los Angeles, CA 90049

Maryam Selki
875 Cumpstock Ave Ste 6E
Los Angeles, CA 90024

Massoud Eshmoili
848 S Wall St
Los Angeles, CA 90014

Massoud Koshki
5532 Sylvia Ave
Tarzana, CA 91356

Massoud Mesri
20870 Kelvin Place
Woodland Hills, CA 91367

Massoud Pakravan
8529 S Rosemead Blvd
Pico Rivera, CA 90660

Massoud Poursalimi
208 S Oakhurst Dr
Beverly Hills, CA 90212

Matilal Patel
25915 Brokmere Ave
Loma Linda, CA 92354

Matthews Gold Kennedy and Snow Inc
6530 North 16th Street
Phoenix, AZ 85016

Mayer Separzadeh
807 E 12th St Ste 401
Los Angeles, CA 90021

Mehrdad Cohanim
595 Stewart Ave Ste 410
Garden City, NY 11530

Mehrdad Naim
1849 S Bentley Ave Ste 201
Los Angeles, CA 90025

Mehrnaz Hekmatravan
130 N Swall
Beverly Hills, CA 90211

Melody Torbati
3318 Dona Marie Dr
Studio City, CA 91604

Mercedes Benz Credit
Corporation
PO Box 9001680
Louisville, KY 40290-1680

Meslee Insurance Services Inc
611 Wilshire Blvd Ste 805
Los Angeles, CA 90017

Metro Matrix
16501 Ventura Bl Ste 305
Encino, CA 91436

Michael Ghodsian
651 S Beverly Glen Blvd
Los Angeles, CA 90024

Michael Kahen
10630 Wikines Ave Ste 101
Los Angeles, CA 90024

Michael Molayem
1422 N Kenter Ave
Los Angeles, CA 90049

Michael Sakhai
1550 Loma Vista Dr
Beverly Hills, CA 90210

Michel Haiem
100 S Doheny Dr Ste 715
Los Angeles, CA 90048

Michele Kimiabakhsh
1005 Schuyler Rd
Beverly Hills, CA 90210

MidFirst Bank
2555 East Camelback Road
Suite 760
Phoenix, AZ 85016

Midfirst Bank
Attn Melissa Brenes
P O Box 76149
Oklahoma City, OK 76149

Midland Loan Services Inc
Lockbox Number 771223
1223 Solutions Center
Chicago, IL 60677-1002

Mike and Shala Pashai Family
Trust
1028 Hillcrest Rd
Beverly Hills, CA 90210

Mill Ave Properties
450 N Roxbury Dr Ste1050
Beverly Hills, CA 90210

Minoo Ghodsian
651 S Beverly Glen Blvd
Los Angeles, CA 90024

Minoo Zarabi
721 N Bedford Dr
Beverly Hills, CA 90210

Miracle Mile Chamber of
Commerce
5858 Wilshire Bl Ste 205
Los Angeles, CA 90036

Mirae Bank
3265 Wilshire Blvd
Los Angeles, CA 90010

Mirae Bank
Attn: David Park
3255 Wilshire Bl Ste 1100
Los Angeles, CA 90010

Miriam J Mindes Ventura
425 No Arden Blvd
Los Angeles, CA 90004

Mitchell Rabbi
10535 Wilshire Blvd Ste D11
Los Angeles, CA 90024

Mitra Emrani
1832 Brockton Ave
Los Angeles, CA 90025

Mohammad Karimi
1729 Armacost Ave Ste 5
Los Angeles, Ca 90025

Mohammad Tahami
P O Box 9381
Brea, CA 92822

Moiz Ashourpour
240 S Crescent Dr
Beverly Hills, CA 90212

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Exhibit C-153

January 2009  **F 9013-3.1**

| In re: | | CHAPTER | 11 |
|---|---|---|---|
| **Namco Capital Group Inc.** **(Affects Namco Capital Group, Inc. only** | Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

Moiz Ashourpour
c/o Saul Reiss Esq
2800 28th St Ste 328
Santa Monica CA 90405

Mojgan Aghai
121 N Oakhurst Dr
Beverly Hills, CA 90210

Mojgan Kohannim
19 Woodland Road
Roslyn, NY 11576

Mojtab Jafari
3921 Emerald St
Torrance, CA 90503

Mojtaba Jafari
3921 Emerald St
Torrance, CA 90503

Monica Separzadeh
4291 Bandini Blvd
Los Angeles, CA 90023

Montana 18 LLC
1422 N Kenter Ave
Los Angeles, CA 90049

Moosai Revocable
304 N Foothill Rd
Beverly Hills, CA 90210

Morad Mottahedeh
18 Birchdale Lane
Port Washington, NY 11050

Morris Tahour
1359 Beckwith
Los Angeles, CA 90049

Morteza Homayounjam
10535 Wilshire Blvd Ste 807
Los Angeles, CA 90024

Moses and Singer LLP
405 Lexington Avenue
New York, NY 10174-1299

Mottahedeh Family
P O Box 5244
Laguna Beach, CA 92652

Mozafar Koshki
4846 Van Nuys Blvd
Sherman Oaks, CA 91423

NEMAT & EDNA SHABBOUI
POB 15401
BEVERLY HILLS, CA 90209

Nadab Melamed
339 N Oakhurst Dr Ste 304
Beverly Hills, CA 90210

Nader Eshaghian
10390 Wilshire Blvd Ste 1707
Los Angeles, CA 90024

Nader Haghnazarzadeh
4537 Ellenita Ave
Tarzana, CA 91356

Nader Hakakian
181 Madison Ave
New York, NY 10016

Nadine Krakov
191 S Beverly Dr
Beverly Hills, CA 90212

Nahal Pirian
130 N Carmelina St
Los Angeles, CA 90049

Nahid Nazarian
1340 Carla Lane
Beverly Hills, CA 90210

Nahid Solouki
1333 Centinela Ave Ste 1
Santa Monica, CA 90404

Namco Capital Group Inc
12121 Wilshire Blvd Suite
1400
Los Angeles, CA 90025

Namco Financial Exchange
Corp
1001 Amherst Ave
Los Angeles, CA 90049

Namco Financial Inc
1001 Amherst Ave
Los Angeles, CA 90049

Namco Insurance Services Inc
12121 Wilshire Blvd Ste 1400
Los Angeles, CA 90025

Nasco
1515 Abbot Kenney Blvd Ste
200
Venice, CA 90291

Naser Abdi
11711 Ohio Ave Unit 311
Los Angeles, CA 90025

Nasser Naimollah
1001 Amherst Ave
Los Angeles, CA 90049

National Registered Agents
Inc
PO Box 927
West Windsor, NJ 08550-0927

Nedjat Sarshar
15470 Duomo Via
Los Angeles, CA 90077

Neman Family Trust
1620 S Los Angeles St Ste C
Los Angeles, CA 90015

Nemat Shabboui
229 S Oakhurst Dr
Beverly Hills, CA 90212

Nesbit Vassar Mccown and
Roden LLP
15851 Dallas Parkway Ste
800
Addison, TX 75001

Neufeld
9200 West Sunset Blvd 9th
Floor
Los Angeles, CA 90069

Neufeld Law Group
360 East Second Street Ste
703
Los Angeles, CA 90012

Niaz Hekmat
16501 Ventura Blvd Ste 305
Encino, CA 91436

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

Exhibit C-154

**F 9013-3.1**

| In re: | CHAPTER | 11 |
|---|---|---|
| **Namco Capital Group Inc.** **(Affects Namco Capital Group, Inc. only** | | |
| Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

Nicholas F Klein
3039 Dannyhill Drive
Los Angeles, CA 90064

Nicole Kahen
10630 Wikines Ave Ste 101
Los Angeles, CA 90024

Nicole Massachi
16830 Nannette St
Granada Hills, CA 91344

Nojan Holdings
640 Endrino Place
Beverly Hills, CA 90210

Northup Capital Group LLC
5926 Sallisaw Court
San Diego, CA 92120

OR-EMONA CULTURAL CENTER
121 N OAKHURST DR
BEVERLY HILLS, CA 90210-5504

Odette Nazarian
P O Box 958
El Segundo, CA 90245

Okhowat Manoocher
11615 Nebraska Ave Ste 3
Los Angeles, CA 90025

Omid Razi
9836 National Blvd
Los Angeles, CA 90034

Ozora Trading
P O Box 67657
Los Angeles, CA 90067

PARVIZ NADJAT HAIEM
C/O SAUL REISS
2800 28TH ST STE 328
Santa Monica, CA 90405

PAYAM BOSTANI
358 E. OLIVE AVE
BURBANK CA 91502

PES FAMILY TRUST
6015 RANDOLPH ST
CITY OF COMMERCE, CA 90040

PES Family
2132 Century Pl
Los Angeles, CA 90067

Pacesetters
P O Box 67657
Los Angeles, CA 90067

Pacibel LLC
12121 Wilshire Blvd
Los Angeles, CA 90024

Pacific Capital Bank N A
PO Box 60839
Santa Barbara, CA 93160

Panamex Group
5681 S Downey Rd
Vernon, CA 90058

Parham Nagdechi
11706 Dorothy St
Los Angeles, CA 90049

Pari Mirharooni
12408 Sunset Blvd
Los Angeles, CA 90049

Parisa Alhashim
10450 Wilshire Blvd Unit 4F
Los Angeles, CA 90024

Park General Inc.
Attn Nasser Zaghi
14542 Yale Court
Los Angeles, CA 94022

Parvaneh Kohan
9153 Burton Way Ste 3
Beverly Hills, CA 90210

Parvin Esmailzadeh
575 Anton Blvd Ste 820
Costa Mesa, CA 92626

Parvin Ghadir
3001 Beverly Glen Cir
Bel Air, CA 90077

Parviz Haeim
701 N Rodeo Dr
Beverly Hills, CA 90210

Payam Bostani
849 Shehnandoah Unit 305
Los Angeles, CA 90035

Peitzman Weg Kempinsky LLP
10100 Santa Monica Blvd Ste 1450
Los Angeles, CA 90067

Penhun Ltd
24355 Lyons Ave Ste 214
Santa Clarita, CA 91321

Pentaco
12121 Wilshire Blvd Ste 1400
Los Angeles, CA 90025

Pentaco
24355 Lyons Ave Ste 214
Santa Clarita, CA 91321

Peters Serena
11327 Donna Lisa Lane
Studio City, CA 91604

Physicians Reciprocal
555 East Lancaster Ave Ste 500
Radnor, PA 19087

Plaza Sherman
P O Box 7008
Beverly Hills, CA 90212

Plaza Sunpec
9454 Wilshire Blvd Ste 711
Beverly Hills, CA 90212

Pouran Pashai
10026 Cielo Dr
Beverly Hills, CA 90210

Princeton Holdings
1801 Avenue Of Stars Ste 1035
Los Angeles, CA 90067

Printers Company
12121 Wilshire Blvd Ste 104
Los Angeles, CA 90025

Puritan Intl
201 Ocean Ave Ste 406 P
Santa Monica, CA 90402

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Exhibit C-155

**F 9013-3.1**

| In re: | | CHAPTER | 11 |
|---|---|---|---|
| **Namco Capital Group Inc.** **(Affects Namco Capital Group, Inc. only** | | | |
| | Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

ROX CONSULTING GROUP INC
575 ANTON BL STE 880
COSTA MESA, CA 92626-7027

RPM
606 S Olive St Ste 600
Los Angeles, CA 90014

Rachel David Dalia Jack Mohaber
234 N Bowling Green Way
Los Angeles, CA 90049

Rachel Mottahedeh
120 S Swall Dr Ste 211
Los Angeles, CA 90048

Rachel Paris
1515 Abbot Kenney Blvd Ste 200
Venice, CA 90291

Radfar Morad
1917 Manning Ave Ste 4
Los Angeles, CA 90025

Radiant Services
651 W Knox St
Gardena, CA 90248

Rahbar Trustees
1158 26th St
Santa Monica, CA 90413

Rain and Hail Insurance Services
PO Box 10496
Des Moines, IA 50306

Rainbow LV Properties
8900 Burton Way Ste 304
Beverly Hills, CA 90211

Ramin Gabayan
16351 Sloan Dr
Los Angeles, CA 90049

Ramin Lavian
6700 11th Ave
Los Angeles, CA 90043

Ramin Namvar
12121 Wilshire Blvd Ste 1400
Los Angeles, CA 90025

Ramineh Fani and Nowakhtar
LLP
5757 Wilshire Blvd Ste 937
Los Angeles, CA 90036

Raphael Separzadeh
4291 Bandini Blvd
Los Angeles, CA 90023

Rastegar Family
1005 Schuyler Rd
Beverly Hills, CA 90210

Rebecca Hakhamian
1415 Loma Vista Dr
Beverly Hills, CA 90210

Regal Group
888 S Figueroa St Ste 1900
Los Angeles, CA 90017

Ridge Foothill
450 N Roxbury Dr Ste 10
Beverly Hills, CA 90210

Ridgeway Business Park LLC
Joseph Ghadir
3001 Beverly Glen Cir
Bel Air, CA 90077

Rita Novahian
10583 Eastborne Ave
Los Angeles, CA 90024

Robert Paris
1515 Abbot Kenney Blvd Ste
200
Venice, CA 90291

Robhana Inc
1073 Linda Flora Dr
Los Angeles, CA 90049

Robin Hekmat
8161 Sunset Blvd
Los Angeles, CA 90046

Ronald Michelman Esq.
Michelman & Michelman LLP
20265 Ventura Blvd Ste D
Woodland Hills, CA 91364

Roni Rofeim
8586 Wilshire Blvd
Beverly Hills, CA 90211

Roshanak Salim
10401 Wilshire Blvd Ste 302
Los Angeles, CA 90024

Rouhollah Kashani
420 Trousdale Place
Beverly Hills, CA 90210

Rouhollah Solouki
1333 Centinela Ave Ste 1
Santa Monica, CA 90404

Rox Consulting Group Inc
8891 Research Drive
Irvine, CA 92618

Roxana Rastegar
1005 Schuyler Rd
Beverly Hills, CA 90210

Roxy 15
805 Gatos Place
Palos Verdes, CA 90274

Roya Arshadnia
2400 Roscomare Rd
Los Angeles, CA 90077

Roya Boucherian
17881 Puerto Vallarta
Encino, CA 91316

Roya Rashti
2514 29th St
Santa Monica, CA 90405

Ruben Kohanof
4233 Louise St
Encino, CA 91316

Ruben Melamed
4801 W Jefferson Blvd
Los Angeles, CA 90016

Rug Warehouse
3270 Helms Ave
Los Angeles, CA 90034

Rural Community Insurance
Services
12 S San Marcos Pl
Chandler, AZ 85225-0000

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

Exhibit C-156

**F 9013-3.1**

| In re: | | CHAPTER | 11 |
|---|---|---|---|
| **Namco Capital Group Inc.** | | | |
| **(Affects Namco Capital Group, Inc. only** | | | |
| | Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

S K Lim
1091 E S Mt Vernon
Colton, CA 92324

SAEED HEKMAT-NIAZ
16501 VENTURA BL STE 305
ENCINO, CA 91436-2064

SARALY ANAVIM
c/o Saul Reiss, ESQ.
2800 28TH STREET, SUITE 328
SANTA MONICA, CA 90405

SC Fallon LLC
7510 Longley Ln Ste 102
Reno, NV 89511

SC Glenwood LLC
7510 Longley Ln Ste 102
Reno, NV 89511

SC Hawks Nest LLC
7510 Longley Ln Ste 102
Reno, NV 89511

SC Napavine LLC
7510 Longley Ln Ste 102
Reno, NV 89511

SECURITAS SECURITY SERVICES USA
ATTN: JAIME BERGARA CREDIT MANAGER
4330 PARK TERRACE DR
WESTLAKE VILLAGE CA 91361

SLT Consultants
P O Box 36836
Los Angeles, CA 90036

SMB Corp
10638 Culver Blvd
Century City, CA 90232

SMN Family Trust
10417 Eastborne Ave Ste 7
Los Angeles, CA 90024

SRF Investments
5526 S Soto
Vernon, CA 90058

Sabahat Navid-Tabrizi
c/o 441 N Oakhurst Dr Apt 605
Beverly Hills CA 90210

Sabahat Tabrizi
1226 Warner Ave Ste 202
Los Angeles, CA 90024

Sabar Family
16330 Royal Hills Dr
Encino, CA 91436

Saeed Cohen
P O Box 7525
Beverly Hills, CA 90212

Safco Holdings
1850 S Sepulveda Blvd Ste
200
Los Angeles, CA 90025

Safi John
1850 S Sepulveda Blvd Ste
200
Los Angeles, CA 90025

Said Anavim
317 N Palm Dr Unit 2A
Beverly Hills, CA 90210

Said Anavim - Saeed Anayim
317 N Palm Dr. Unit 2A
Beverly Hill, CA 90210-4199

Said Bral
420 E 11th St Ste 304
Los Angeles, CA 90015

Said Pakravan
3131 Antelo Rd
Los Angeles, CA 90077

Said Yaghoubzadeh
1101 Hillcrest Rd
Beverly Hills, CA 90210

Samie Pashai
10026 Cielo Dr
Beverly Hills, CA 90210

Samoohaie Rahbar Family
Sion
1158 26th St
Santa Monica, CA 90413

San Jacinto Retail Center LLC
27032 Rocking Horse Lane
Laguna Hills, CA 92653

Sanaz Koshki
5532 Sylvia Ave
Tarzana, CA 91356

Sanjay Patel
11273 Wareham Ct
Loma Linda, CA 92354

Sanjay Patel
c/o Daniel J McCarthy
Hill, Farrer & Burrill LLP
300 S Grand Ave, 37th Flr
Los Angeles, CA 90071

Sanoor Inc
441 S Los Angeles St
Los Angeles, CA 90013

Sarah Harounian
164 N Ledoux Rd
Beverly Hills, CA 90211

Saraly Anavim
22534 Paul River Dr
Calabasas, CA 91302

Satrap Family Trust dated
7/28/1988
c/o Abbas Satrap Trustee
3908 Castlerock Road
Malibu CA 90265

Secretary of State LLC Unit
1500 11th St 3rd floor
Sacramento, CA 95814

Securitas Security Srvs USA
Inc
File 57220
Los Angeles, CA 90074-7220

Securities Exchange
Commission
5670 Wilshire Blvd 11th Floor
Los Angeles, CA 90036

Security Pacific Bancorp
845 N Euclid Avenue
Ontario, CA 91762

Security Pacific Credit
12121 Wilshire Blvd Ste 1300
Los Angeles, CA 90025

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Exhibit C-157

**F 9013-3.1**

| In re: | | CHAPTER | 11 |
|---|---|---|---|
| **Namco Capital Group Inc.** **(Affects Namco Capital Group, Inc. only** | Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

Select Patrol 2006 Data Proc
P O Box 94214
Pasadena, CA 91109

Seligson Rothman and Rothman
29 West Thirtieth St 10th Flr
New York, NY 1001-4461

Sepideh Rashtian
10390 Wilshire Blvd Ste 512
Los Angeles, CA 90024

Serversupport
2313 N San Fernando Blvd
Burbank, CA 91504

Shabani and Shabani LLP
1801 Avenue of the Stars Ste 1035
Los Angeles, CA 90067

Shabnam Kimiabakhsh
1005 Schuyler Rd
Beverly Hills, CA 90210

Shadi Messian
122 N Anita Dr
Los Angeles, CA 90049

Shahla Motamed
264 S Weatherly Dr
Beverly Hills, CA 90211

Shahla Nikgohar
10417 Eastborne Ave Ste 7
Los Angeles, CA 90024

Shahram Bral
1875 Century Park East Ste 1770
Los Angeles, CA 90067

Shahram Elyaszadeh
1911 San Vicente Blvd Ste 255
Los Angeles, CA 90049

Shahram Reihanian
131 S Maple Dr
Beverly Hills, CA 90212

Shahriar Arshadnia
11983 Mayfield Ave
Los Angeles, CA 90049

Shahrokh Keywanfar
15531 Hamner Dr
Los Angeles, CA 90077

Shahrokh Keywanfar
651 W Knox St
Gardena, Ca 90268

Shanit Arshadnia
2400 Roscomare Rd
Los Angeles, CA 90077

Sharareh Hedvat
14647 Dickens Ave Ste 4
Sherman Oaks, CA 91403

Sharona Noparast
10630 Wikines Ave Ste 101
Los Angeles, CA 90024

Shayfar Financial Services
Attn Joseph Shayfar
14250 Ventura Blvd 2nd Floor
Sherman Oaks, CA 91423

Sheri Rabeie
1624 Hills Ave Ste 2
Los Angeles, CA 90024

Shervin Arshadnia
11983 Mayfield Ave
Los Angeles, CA 90049

Sheyda Harounian
164 N Ledoux Rd
Beverly Hills, CA 90211

Shirin Reynolds
4935 N Sabino Gulch CT
Tuscon, AZ 85750

Shokrolah Separzadeh
5545 Aura Ave
Tarzana, CA 91356

Shokrolah Separzadeh
c/o Mayer Separzadeh
807 E 12th St #401
Los Angeles CA 90021

Siamak Hakakian
181 Madison Ave
New York, NY 10016

Siamak Okhovat
15475 Duomo Via
Los Angeles, CA 90077

Sima Aghai
2648 Bedford St
Los Angeles, CA 90034

Sion Khadavi
5101 Balboa Blvd Ste 212
Encino, CA 91316

Sion Neman
1620 S Los Angeles St Ste C
Los Angeles, CA 90015

Siona Alyeshmerni
10724 Wilshire Blvd Ste1109
Los Angeles, CA 90024

Sisko Enterprises
32 Evans Dr
Glen Head, NY 11545

Soheila Omrani
4924 Enfield Ave
Encino, CA 91316

Sohrab Shakib
16861 Ventura Blvd Ste 303
Encino, CA 91436

Soleiman Azadegan
10660 Wilshire Blvd Ste 804
Los Angeles, CA 90024

Soleman Naim
403 21st St
Santa Monica, CA 90402

Solomon Rastegar
Kaye Scholer LLP
Attn: Ronald L. Leibow
1999 Avenue of the Stars,
Suite 1700
Los Angeles, CA 90067-6048

Soraya Soofer
325 17th St
Santa Monica, CA 90402

Soroudi Ben
P O Box 17119
Beverly Hills, CA 90209

Southern California Gas
Company
P O Box 3150
San Dimas, CA 91773

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

Exhibit C-158

**F 9013-3.1**

| In re: | CHAPTER | 11 |
|---|---|---|
| **Namco Capital Group Inc.** (Affects Namco Capital Group, Inc. only | | |
| Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

St Patrick
12121 Wilshire Blvd Ste 1400
Los Angeles, CA 90025

Starpoint Property Management LLC
450 N Roxbury Dr Ste 10
Beverly Hills, CA 90210

Steven Dean and Assoc Profit Sharing Plan
Joseph Chair Trustee
3001 Beverly Glen Cir
Bel Air, CA 90077

Stock Auction
210 Beaver Street St
Edward, NE 68660

Sunset 8 Investors LLC
9454 Wilshire Blvd Ste 711
Beverly Hills, CA 90212

Survivors of Darvish Family
P O BOX 3046
Santa Monica, CA 90408

Talia Mani Raminfard
2637 Westridge Rd
Los Angeles, CA 90049

The Abulafia Trust
315 S Beverly Dr
Beverly Hills, CA 90212

The Bibijan Melamed Family Trust
1352 Allenford
Los Angeles, CA 90049-3612

The Enayat
888 S Figueroa St Ste 1900
Los Angeles, CA 90017

The FMN
12424 Wilshire Blvd Ste 860
Los Angeles, CA 90025

The Farhadian Family Trust
Attn Honshang Farhadian
20419 Lemarsh St
Chatsworth, CA 91311

The Jacob Shabtai
4291 Bandini Blvd
Los Angeles, CA 90023

The Jacob and Soraya
Separzadeh Trust
4291 Bandini Blvd
Los Angeles, CA 90023

The Khalilirad Family
1489 S Canfield Ave
Los Angeles, CA 90035

The Law Offices of Robert C
Weiss PC
1801 Century Park East Ste
1600
Los Angeles, CA 90067

The MMN Family Trust
440 N Oakhurst Dr Ste 301
Beverly Hills, CA 90210

The Manoucher and Mahin
Medizadeh
1740 Malcolm Ave Ste 305
Los Angeles, CA 90024

The Mouris Separzadeh Trust
20670 Martinez St
Woodland Hills, CA 91364

The Nagel
6222 Wilshire Blvd
Los Angeles, CA 90048

The Phillips Firm
Wells Fargo Center
333 S Grand Ave 25th Flr
Los Angeles, CA 90071

The Rahbar
156 N Le Doux Rd
Beverly Hills, CA 90211

The Satrap Family Trust
Attn Abbas Satrap Trustee
3908 Castlerock Rd
Malibu, CA 90265

The Sunset Trust
Attn Teymour Khouhian as
Trustee
P O Box 572532
Tarzana, CA 91357

Thomas Friedman
2101 10th St Ste D
Santa Monica, CA 90405

Town and Country Bank
8620 W Tropicana Ave
Las Vegas, NV 89147

Travelers CL Remittance
Center
CL Remittance Center
Hartford, CT 06183-1008

Treasurer Tax Collector
172 W Third St 1st Flr
San Bernardino, CA 92415-
0360

Tri City
3318 Dona Marie Dr
Studio City, CA 91604

Tricommerce
3318 Dona Marie Dr
Studio City, CA 91604

Trioaks LLC
12121 Wilshire Blvd Ste 1400
Los Angeles, CA 90025

Trust B Banafsheh
10433 Wilshire
Los Angeles, CA 90024

U S Bank
P O Box 790117
St Louis, MO 63179-0117

UCB
Attn Darcy Nelson
8632 East Valley Blvd
Rosemead, CA 91770

United Commercial Bank
PO Box 7670
San Francisco, CA 94120

Unitex
10433 Wilshire
Los Angeles, CA 90024

Unity Ent
888 S Figueroa St Ste 1900
Los Angeles, CA 90017

Val Muraoka
1917 S Garth Ave
Los Angeles, CA 90034

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Exhibit C-159

**F 9013-3.1**

| In re: | | CHAPTER | 11 |
|---|---|---|---|
| **Namco Capital Group Inc.** **(Affects Namco Capital Group, Inc. only** Debtor(s) | | CASE NUMBER | 2:08-bk-32333-BR |

Verizon Wireless
PO Box 9622
Mission Hills, CA 91346-9622

Victoria Aka
11666 Mayfield Ave Unit 301
Los Angeles, CA 90049

Vida Lavi
307 N Saltair Ave
Brentwood, CA 90049

Villelli Ent Inc
1001 W Whittier Blvd
La Habra, CA 90631

WFS 22706 PCH LLC
1135 Maytor Place
Beverly Hills, CA 90210

WN Birdview LLC
12121 Wilshire Blvd Ste 1400
Los Angeles, CA 90025

WN Cliffside
12121 Wilshire Blvd Ste 1400
Los Angeles, CA 90025

Wall Street Nevada LLC
c/o The Merrill Group of Companies
5850 Canoga Ave Ste 650
Woodland Hills CA 91367

Wells Fargo
Real Estate Group
MAC E2148 015 Dept 8696
Los Angeles, CA 90084-8696

Wells Fargo Real Estate Group
Attn Jennifer Gordon
P O Box 966
El Segundo, CA 90245

Wholesale Produce Plaza
1400 E Olympic Blvd
Los Angeles, CA 90021

William Boots
3000 Sandhill Rd Bldg 1 Ste 240
Menlo Park, CA 94025

Wilshire 19 LLC
807 E 12th St Ste 401
Los Angeles, CA 90021

Wilshire Ardmore
807 E 12th St Ste 401
Los Angeles, CA 90021

Wilshire Bundy Plaza Holdings
12121 Wilshire Blvd Ste 1400
Los Angeles, CA 90025

Wishlab LLC
12121 Wilshire Blvd Ste 1400
Los Angeles, CA 90025

Woodman Partners LLC
12121 Wilshire Blvd Ste 1400
Los Angeles, CA 90025

Y Tara
2866 Deep Canyon
Beverly Hills, CA 90210

Yael Shraga
659 Grenta Greenway
Los Angeles, CA 90049

Yamin Family
640 Clinton Place
Beverly Hills, CA 90210

Yedidia Investments
1620 S Los Angeles St Ste C
Los Angeles, CA 90015

Yedidia Shraga
659 Gretna Green Ave
Los Angeles, CA 90049

Yodeem Sudabeh
11701 Texas Ave
Los Angeles, CA 90025

Yonathan Shraga
659 Gretna Green Ave
Los Angeles, CA 90049

Yousefi Zand
17900 Tarzana St
Encino, CA 91316

Zarabi Khosrow
2285 Gloaming Way
Beverly Hills, CA 90210

Abraham Assil
1000 S Westgate #100
Los Angeles, CA 90049

Ali M Mojdehi
Baker & McKenzie LLP
12544 High Bluff Dr Third Flr
San Diego, CA 92130

Beth Ann R Young
10250 Constellation Blvd
Ste1700
Los Angeles, CA 90067

Christine E Baur
Baker & McKenzie LLP
12544 High Bluff Dr 3rd Fl
San Diego, CA 92130-3051

Daniel Issak
Weissmann Wolff
9665 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212

Daniel J McCarthy
Hill Farrer & Burrill LLP
One California Plaza 37th Fl
300 S Grand Av
Los Angeles, CA 90071

Dariush Soleimani
Weissmann Wolff
9665 Wilshire Blvd, 9th Fl
Beverly Hills, CA 90212

David Haghani
c/o Alexander Escandari
9100 Wilshire Blvd. #725
Beverly Hills, CA 90212

David Pourbaba
8271 Melrose Ave #200
Los Angeles, CA 90046

David Zadeh
Fredman Lieberman LLP
1875 Century Park East, Suite
2200
Los Angeles, CA 90067

David B Shemano
10100 Santa Monica Blvd Ste
1450
Los Angeles, CA 90067

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

Exhibit C-160

**F 9013-3.1**

| In re: | | CHAPTER | 11 |
|---|---|---|---|
| **Namco Capital Group Inc.**<br>**(Affects Namco Capital Group, Inc. only** | | | |
| | Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

Dr. David and Mojgan K. York
c/o Leo D. Plotkin
Levy, Small & Lallas
815 Moraga Drive
Los Angeles, CA 90049-1633

Eric P Israel
2029 Century Pk East 3rd Flr
Los Angeles, CA 90067-2904

Faramarz Massachi
Weissmann Wolff
9665 Wilshire Blvd, 9th Fl.
Beverly Hills, CA 90212

Faranak Faye Sarafian
Weissmann Wolff
9665 Wilshire Blvd., 9th Fl.
Beverly Hills, CA 90212

Gillian N Brown
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Fl
Los Angeles, CA 90067-4100

Howard J Weg
Peitzman Weg & Kempinsky LLP
10100 Santa Monica Blvd Ste 1450
Los Angeles, CA 90067

Iraj Farhadian
20419 Lemarsh Street
Chatsworth, CA 91311

JOHN P KREIS
350 S Grand Ave, Suite 1520
LOS ANGELES, CA 90071

Jennifer Leland
Peitzman Weg & Kempinsky
LLP
10100 Santa Monica Blvd Ste
1450
Los Angeles, CA 90067

Kamran Raminfard
606 S Hill St #618
Los Angeles, CA 90014

Mahmoud Fatorechi
Weissmann Wolff et al
9665 Wilshire Blvd, 9th Fl.
Beverly Hills, CA 90212

Mahnaz Sepehr
5150 Chimineas Ave
Tarzana, CA 91356
Marc Ashghian
11900 W Olympic Blvd Ste
540
Los Angeles, CA 90064

Maryam Pirian
Parker, Milliken, et al.
c/o Gregory M. Salvato, Esq.
555 S. Flower Street, 30th Fl.
Los Angeles, CA 90071-2440

Monserrat Morales
10100 Santa Monica Blvd Ste
1450
Los Angeles, CA 90067

Morteza Homayounjam
Weissmann Wolff
9665 Wilshire Blvd, 9th Fl.
Beverly Hills, CA 90212

Mousa Namvar
c/o Brian Davidoff, Esq.
Rutter Hobbs & Davidoff
Incorporated
1901 Avenue of the Stars,
Suite 1700
Los Angeles, CA 90067

R. Todd Neilson
LECG, LLP
2049 Century Park East, Suite
2300
Los Angeles, CA 90067

Robert P. Goe
Goe & Forsythe LLP
660 Newport Center Drive,
Suite 320
Newport Beach, CA 92660

Solomon Rastegar
Kaye Scholer LLP
1999 Avenue of the Stars,
Suite 1700
Los Angeles, CA 90067-6048

Soussan Hashemi
Weissmann Wolff
9665 Wilshire Blvd, 9th Fl.
Beverly Hills, CA 90212

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

Exhibit C-161

**F 9013-3.1**

| In re: | | CHAPTER | 11 |
|---|---|---|---|
| **Namco Capital Group Inc.** **(Affects Namco Capital Group, Inc. only** | | | |
| | Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

### NOTE TO USERS OF THIS FORM:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST SERVED BY OFFICE OF TRUSTEE

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING APPOINTMENT OF A CHAPTER 11 TRUSTEE IN THE CASE OF NAMCO CAPITAL GROUP, INC.** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of May 5, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9021-1.1**

Exhibit C-162

| In re:<br><br>**Namco Capital Group Inc.**<br>**(Affects Namco Capital Group, Inc. only** | CHAPTER | 11 |
| | | |
| Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

## ADDITIONAL SERVICE INFORMATION

### TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- Bradley Sharp   BSharp@dsi.biz
- Michael Jay Berger    michael.berger@bankruptcypower.com
- Alicia Clough    alicia.clough@kayescholer.com
- Yona Conzevoy    yconzevoy@dwclaw.com
- Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Melissa Davis    mdavis@shbllp.com
- Daniel Denny    ddenny@gibsondunn.com
- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Jon H Freis    jon@jhflaw.net
- Sandford Frey    Sfrey@cmkllp.com
- Philip A Gasteier    pgasteier@rdwlawcorp.com
- Barry S Glaser    bglaser@swjlaw.com
- Steven Glaser    sglaser@wwllp.com
- Robert P Goe    kmurphy@goeforlaw.com
- M. Jonathan Hayes    jhayes@polarisnet.net
- Seymone Javaherian    sj@javlaw.com
- Ira Benjamin Katz    Ikatz@katzlaw.net
- Stuart I Koenig    Skoenig@cmkllp.com
- John P Kreis    jkreis@attglobal.net
- Jeffrey A Krieger    jkrieger@ggfirm.com
- Pamela Labruyere    pamela@sgsslaw.com
- Jennifer Leland    jwaldner@pwkllp.com
- Elmer D Martin    elmermartin@msn.com
- Hal M Mersel    mark.mersel@bryancave.com
- Elissa Miller    emiller@sulmeyerlaw.com
- Ali M Mojdehi    ali.m.m.mojdehi@bakernet.com, christine.e.baur@bakernet.com, andrew.mcdermott@bakernet.com, anne.w.hamann@bakernet.com, jane.b.mackie@bakernet.com
- Monserrat Morales    mmorales@pwkllp.com
- Randall P Mroczynski    randym@cookseylaw.com
- Vicente Matias Murrell    murrell.vicente@pbgc.gov
- R. Todd Neilson    tneilson@ecf.epiqsystems.com, vdoran@lecg.com;sgreenan@lecg.com
- Scott H Noskin    snoskin@mirmanbubman.com
- William Novotny    william.novotny@mwmf.com
- Sam S Oh    sam.oh@limruger.com, alisia.dunbar@limruger.com
- Jenny Y Park Garner    jpark@sheppardmullin.com
- Penelope Parmes    pparmes@rutan.com
- Lawrence Peitzman    lpeitzman@pwkllp.com
- Leo D Plotkin    lplotkin@lsl-la.com
- Christopher S Reeder    creeder@reederlugreen.com
- Jeremy E Rosenthal    jrosenthal@sidley.com
- Gregory M Salvato    gsalvato@pmcos.com
- Benjamin Seigel    bseigel@buchalter.com, IFS_filing@buchalter.com
- David B Shemano    dshemano@pwkllp.com
- Nico N Tabibi    nico@tabibilaw.com
- Sam Tabibian    sam.tabibian@gmail.com
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- Howard J Weg    hweg@pwkllp.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Exhibit C-163

*January 2009*                                                                                          **F 9013-3.1**

| In re: | | CHAPTER | 11 |
|---|---|---|---|
| **Namco Capital Group Inc.** **(Affects Namco Capital Group, Inc. only** | | | |
| | Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

- Beth Ann R Young     bry@lnbrb.com

**SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL:**

The Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street
Bin Outside of Suite 1660
Los Angeles, CA 90012-3332


**END OF LIST OF PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**

Exhibit C-164

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                              **F 9013-3.1**

| In re: | CHAPTER | 11 |
|--------|---------|-----|
| **Namco Capital Group Inc.** (Affects Namco Capital Group, Inc. only)  Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

Namco Capital Group Inc
12121 Wilshire Blvd Ste 1400
Los Angeles, CA 90025
Attn. Howard Grobstein, CRO

Ashland Properties LLC
Weissmann Wolff et al
9665 Wilshire Blvd, 9th Floor
Beverly Hills, CA 90212

Baker & McKenzie LLP
12544 High Bluff Dr 3rd St
San Diego, CA 92130-3051

Cathay Bank
c/o Frandzel Robins Bloom & Csato, L.C.
6500 Wilshire Blvd., 17th Floor
Los Angeles, CA 90048

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Farhadian Family Trust C/O Housing
Farhadian
20419 Lemarsh Street
Chatsworth, CA 91311

Franchise Tax Board
ATTN: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

Informal Credit Group of Namco and Namvar
10960 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90024-3881

Internal Revenue Service
P O Box 21126
Philadelphia, PA 19114-0325

Jack & Gitta Nagel Foundation
6222 Wilshire Blvd., Suite 400
Los Angeles, CA 90048

L.A. County Tax Collector
Bankruptcy Unit
2615 S. Grand
Los Angeles, CA 90007-2668

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053-0200

Namco Capital Group Inc
12121 Wilshire Blvd Ste 1400
Los Angeles, CA 90025

Neufeld Law Group
360 E Second St Ste 703
Los Angeles, Ca 90012

Nojan Holdings
640 Endrino Place
Beverly Hills, CA 90210

Pension Benefit Guaranty
Corporation of the Chief Counsel
1200 K Street, N.W., Suite 340
Washington, DC 20005-4026

Physicians Reciprocal Insurers
c/o Penelope Parmes, Esq.
Rutan & Tucker LLP
611 Anton Blvd #1400
Costa Mesa, CA 92626

Satrap Family Trust dated
7/28/1988 C/O Abbas Satrap
Trustee
3908 Castlerock Road
Malibu, CA 90265

Sawtelle Properties LLC
Weissmann Wolff
9665 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212

Securities & Exchange
Commission
5670 Wilshire Avenue., 11th Floor
Los Angeles, CA 90036

Shulman Hodges & Bastian LLP
26632 Towne Centre Dr, Ste 300
Foothill Ranch, CA 92610

The Sunset Trust C/O Teymour
Khouhian Trustee
PO Box 572532
Tarzana, CA 91357

Trustee of the Farmo Trust
Weissmann Wolff et al
9665 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212

Trusteees of Fatorechi-Hashemi
Family Trust
Weissmann Wolff et al
9665 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212

Wall Street Nevada LLC C/O The
Merrill Group of Companies
5850 Canoga Ave Ste 650
Woodland Hills, CA 91367

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012

1826 Niddo Inv
PO Box 260104
Encino CA 91426

1826 Nikoo
PO Box 260104
Encino, CA 91426

450 Roxbury Properties
450 N Roxbury Dr Unit 10
Beverly Hills, CA 90210

4M Investments
1400 E Olympic Blvd Ste 200
Los Angeles, CA 90021

5140 Pacific Blvd LLC
16109 Dickens St
Encino, CA 91426

780 La Brea LLC
12121 Wilshire Blvd Ste1400
Los Angeles, CA 90025

ALBORZ IN
VESTMENT CO LLC
3820 DEL AMO BLVD STE 235
TORRANCE, CA 90503-7716

ANDESHIR HAKHAMIAN
1415 LOMA VISTA DR.
BEVERLY HILLS, CA 90210-262

AZIZ JAVAHERY
1948 OVERLAND AVE STE 204
LOS ANGELES, CA 90025

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

Exhibit C-165 **F 9021-1.1**

| In re: | | CHAPTER | 11 |
|---|---|---|---|
| **Namco Capital Group Inc.** (Affects Namco Capital Group, Inc. only | | | |
| | Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

Aaron Baharvar
2001 Santa Monica Blvd Ste 690
Santa Monica, CA 90404

Abbas Satrap
3908 Castlerock Rd
Malibu, CA 90265

Abdolla Laura Hendifar
15522 Moorpark Ste 10
Encino, CA 91436

Abner Kermani
1620 S Los Angeles St Ste C
Los Angeles, CA 90015

Abraham Assil
1000 S Westgate Ave Unit 10
Los Angeles, CA 90049

Abraham Assil
1000 S Westgate #100
Los Angeles CA 90049

Abraham Yeroushlami
10673 W Pico Blvd
Los Angeles, CA 90064

Abrishami Plan
1801 Avenue Of Stars Ste 935
Los Angeles, CA 90067

Afagh Hassid
9861 Oceancrest
Huntington Beach, CA 92646

Afshin Levy
12021 Wilshire Blvd Ste 361
Los Angeles, CA 90025

Albert Assil
1000 S Westgate Ave Unit 10
Los Angeles, CA 90049

Alborz Investment
3820 Del Amo Blvd
Torrance, CA 90503

Ali Varastehpour
P O Box 491381
Los Angeles, CA 90049

All Century Inc
15910 Ventura Blvd Ste1505
Encino, CA 91436

All N One Legal Support Inc
1545 Wilshire Blvd Ste 715
Los Angeles, CA 90017

Alyeshmerni Siona
10724 Wilshire Blvd
Los Angeles, CA 90024

American Express
PO Box 0001
Los Angeles, CA 90096-0001

Andrew Rabiei
10622 Kinnard Ave Ste 20
Los Angeles, CA 90024

Angela Nahai
2866 Deep Canyon
Beverly Hills, CA 90210

Anthony Mirzaie
2601 Venture Dr
Norman, OK 73069

Anthony Mobasser
9201 Sunset Blvd Ste 618
Los Angeles, CA 90069

Arash Anvarzadeh
1215 Brockton Ave Unit 304
Los Angeles, CA 90025

Arash Hakhamian
1415 Loma Vista Dr
Beverly Hills, CA 90210

Architectural West
2908 Nebraska Ave
Santa Monica, CA 90404

Ardeshir Hakhamian
1415 Loma Vista Dr
Beverly Hills, CA 90210

Ariel Droger
11970 Montana Ave Ste 116
Los Angeles, CA 90049

Ariella Baharvar
2001 Santa Monica Blvd Ste 690
Santa Monica, CA 90404

Ariyah Arshadnia
423 S Rexford Dr Unit 106
Beverly Hills, CA 90212

Artech Properties, LLC
c/o Beth Ann R Young Esq.
Levene Neale Bender Rankin & Brill
10250 Constellation Blvd Ste.1700
Los Angeles, CA 90067

Ashland Properties
11022 Santa Monica Blvd Ste 280
Los Angeles, CA 90025

Ashton Golbar
10850 Wilshire Blvd Ste 1170
Los Angeles, CA 90024

Attaollah Roham
805 Gatos Place
Palos Verdes, CA 90274

Avonam
1000 S Westgate Ave Unit 10
Los Angeles, CA 90049

Azadegan Soleiman
450 West Pioneer Dr Ste 669
Glendale, CA 91203

Azam Sherafatmand
3921 Emerald St
Torrance, CA 90503

Azita Efraim
18062 Blue Sail Dr
Pacific Palisades, CA 90272

Babak Hakakian
181 Madison Ave
New York, NY 10016

Babak Mebtahi
2038 Midvale Ave
Los Angeles, CA 90025

Bahram Razi
9164 W Pico Blvd
Los Angeles, CA 90034

Bani Esraili Hersel
10790 Wilshire Blvd Ste 1703
Los Angeles, CA 90024

Bank Midwest N A
P O Box 26458
Kansas City, MO 64196-6458

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

Exhibit C-166 **F 9021-1.1**

| In re: | CHAPTER | 11 |
|---|---|---|
| **Namco Capital Group Inc.** <br> **(Affects Namco Capital Group, Inc. only** <br><br> Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

Bank of Nevada
P O Box 26237
Las Vegas, NV 89126-0237

BankFirst
225 South Sixth St Ste 2900
Minneapolis, MN 55402

Barookh Berookhim
201 Ocean Ave Unit 704 P
Santa Monica, CA 90402

Batol Jafari
3820 Del Amo Blvd Ste 235
Torrance, CA 90503

Behrooz Aframian
640 S Hill St Ste 353
Los Angeles, CA 90014

Behzad Khavarani
8642 Gregory Way Ste 206
Los Angeles, CA 90035

Bejan Broukhim
700 S Flower St
Los Angeles, CA 90017

Ben Mahjoubi
3474 White Rose Way
Encino, CA 91436

Beni Aminzadeh
9544 W Pico Blvd
Los Angeles, CA 90035
Benjamin Seigel, Esq.
Buchalter Nemer
1000 Wilshire Blvd Ste 1500
Los Angeles, CA 90017-2457

Beverly Hills Bancorp
P O Box 805
Woodland Hills, CA 91367

Beverly Hills Pro Billing
8306 Wilshire Blvd Ste 7052
Beverly Hills, CA 90211

Bijan Farajzadeh
17 Mourly Ct
North Hills, NY 11507

Bijan Fereydouny
4451 Petit Ave
Encino, CA 91436

Bijan Hoorfar
15033 Lauriston Ave
Los Angeles, CA 90064

Bijan Kianmahd
1013 S Los Angeles St Ste
500
Los Angeles, CA 90015

Bijan Nahai
465 S Beverly Dr Ste 200
Beverly Hills, CA 90212

Bijan Rabbani
2235 Patricia Ave
Los Angeles, CA 90064

Bijan Radnia
20320 Avalon Blvd
Carson, CA 90746

Bijan Saidnia
131 S Maple Dr Ste 202
Beverly Hills, CA 90212

Blackhawk Properties
450 N Roxbury Dr
Beverly Hills, CA 90210

Blackstone Shaw
8900 W Olympic Blvd
Beverly Hills, CA 90211

Brenden Broumand
2143 Mandeville Canyon
Los Angeles, CA 90049

Broumand Poury
2143 Mandeville Canyon
Los Angeles, CA 90049

Bruce Kadz
725 N Roxbury Dr
Beverly Hills, CA 90210

Buckingham Heights
2143 Mandeville Canyon
Los Angeles, CA 90049

Budget Suites
2143 Mandeville Canyon
Los Angeles, CA 90049

CSC Entity Services LLC
103 Foulk Road Suite 200
Wilmington, DE 19803

Cal Neva
2143 Mandeville Canyon
Los Angeles, CA 90049

Calcoast Realty Advisors LLC
1450 W Redondo Beach Blvd Ste
150
Gardena, CA 90247

Calexico
2143 Mandeville Canyon
Los Angeles, CA 90049

Candiotty and Block
9200 W Sunset Blvd 9th Flr
Los Angeles, CA 90069

Canyon Partners
Realty Holding Co IV LLC
9665 Wilshire Bl Ste 2000
Beverly Hills, CA 90212

Canyon Springs Shopping Center
LLC
9301 Wilshire Blvd Ste315
Beverly Hills, CA 90210

Cape Apartments
1158 26th St
Santa Monica, CA 90413

Carolin Saghian
P O Box 7143
Beverly Hills, CA 90212

Carsten Haiem
701 N Rodeo Dr
Beverly Hills, CA 90210

Cathay Bank
777 North Broadway
Los Angeles, CA 90012

Center Bank
3435 Wilshire Blvd Ste 700
Los Angeles, CA 90010

Champion Fire Systems Inc
12170 Santa Margarita Court
Rancho Cucamonga, CA 91730

Chariot Financial Analysis Inc
15 Grenache
Irvine, CA 92614

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

Exhibit C-167 **F 9021-1.1**

| In re: | | CHAPTER | 11 |
| --- | --- | --- | --- |
| **Namco Capital Group Inc.** (Affects Namco Capital Group, Inc. only | | | |
| | Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

Charles Paris
1515 Abbot Kenney Blvd Ste 200
Venice, CA 90291

Chesed Foundation
12121 Wilshire Blvd Ste 1400
Los Angeles, CA 90025

Christopher A Joseph and Assoc
11849 Olympic Blvd Ste 101
Los Angeles, CA 90064

Cisneros Landscaping Maintenance
P O Box 1458
Lake Elsinore, CA 92531

City Of Beverly Hills
Finance Admin
455 N Rexford Drive Rm 240
Beverly Hills, CA 90210

Clark County Treasurer
500 S Grand Central Pkwy 1st floor
Las Vegas, NV 89155-1220

Class Information Services
2020 Hurley Way Ste 350
Sacramento, CA 95825

Clifford and Brown
1430 Truxton Ave Ste 900
Bakersfield, CA 93301

Colfax Properties
450 N Roxbury Dr Ste 10
Beverly Hills, CA 90210

Colton Public Utilities
P O Box 1367
Colton, CA 92324-0831

Community Bank of Nevada
7676 West Lake Mead Blvd
Las Vegas, NV 89128

Convenient Distr and Sanoor Inc
Attn Frank Kohanim
441 S Los Angeles St
Los Angeles, CA 90013

Corporation Service Company
P O Box 13397
Philadelphia, PA 19101-3397

Cowen Nancy
1515 Abbot Kenney Blvd Ste 200
Venice, CA 90291

Crenshaw Medical
P O Box 491464
Los Angeles, CA 90049

D D M Group
P O Box 15519
Beverly Hills, CA 90209

Daian Dariush
2301 E 7th Street
Los Angeles, CA 90023

Daniel Babajoni
c/o Daniel J McCarthy
Hill, Farrer & Burrill LLP
300 S Grand Ave, 37th Flr
Los Angeles, CA 90071

Daniel Babajooni
9326 Kidare Ave
Skokie, IL 60076

Daniel Hakakian
181 Madison Ave
New York, NY 10016

Daniela Baharvar
2001 Santa Monica Blvd Ste 690
Santa Monica, CA 90404

Danny Pakravan
3131 Antelo Rd
Los Angeles, CA 90077

Darioush Soleimani
911 N Rexford Dr
Beverly Hills, CA 90210

David Davoodian
10537 Santa Monica Blvd Ste 200
Los Angeles, CA 90025

David Fereydouny
4451 Petit Ave
Encino, CA 91436

David Golkar
575 Anton Blvd Ste 880
Costa Mesa, CA 92626

David Haghani
1855 Lincoln Blvd
Santa Monica, CA 90404

David Haghnazarzadeh
18210 Hatteras St
Tarzana, CA 91356

David Haghnazarzadeh, aka Dav Zadeh
c/o Daniel J McCarthy
Hill, Farrer & Burrill LLP
300 S Grand Ave, 37th Flr
Los Angeles, CA 90071

David Mossahebfar
11636 Montana Ave Ste 209
Los Angeles, CA 90049

David Namvar
5681 S Downey Rd
Vernon, CA 90058

David Paris
1515 Abbot Kenney Blvd Ste 200
Venice, CA 90291

David Pourbaba
5211 West Adams Blvd
Los Angeles, CA 90016

David Selki
3029 Corda Dr
Los Angeles, CA 90049

David Taban
888 S Figueroa St Ste 1900
Los Angeles, CA 90017

David Tehrani
1131 S Wetherly Dr
Los Angeles, CA 90035

David York
11611 San Vicente Blvd Ste 520
Los Angeles, CA 90049

David Zarabi
523 N Rodeo Dr
Beverly Hills, CA 90210

Delaware Sec of St Div of Corps
PO Box 74072
Baltimore, MD 21274-4072

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

Exhibit C-168 **F 9021-1.1**

| In re: | | CHAPTER | 11 |
| --- | --- | --- | --- |
| **Namco Capital Group Inc.** (Affects Namco Capital Group, Inc. only | | | |
| | Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

Denise Valafar
4933 Vega Lane
Las Vegas, NV 89130

Dept of Water County of Kauai
P O Box 1706
Lihue, HI 96766-5706

Desert Micheals
175 N Swall Dr Ste 305
Beverly Hills, CA 90211

Desert Oasis
1158 26th St
Santa Monica, CA 90413

Deutsche Bank National, Inc.
c\o McCarthy Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101

Development Ventures, LLC
Joseph D. Block, Esq.
Law Offices of Candiotty and Block
9200 W. Sunset Blvd., 9th Fl.
Los Angeles, CA 90069

Domus Design
181 Madison Ave
New York, NY 10016

Doostan Investments
3820 Del Amo Blvd Ste 235
Torrance, CA 90503

Dorit Kermanian
8213 Desert Beach Dr
Las Vegas, NV 89128

Dorita Ashoori
1811 Manning Ave Unit 202
Los Angeles, CA 90025

Doron Kermanian
8213 Desert Beach Dr
Las Vegas, NV 89128

Drivers Way
8950 W Olympic Blvd
Beverly Hills, CA 90211

Ebrahim Kashani
1221 Holmby Avenue
Los Angeles, CA 90024

Ebrahim Kermani
1620 S Los Angeles St Ste C
Los Angeles, CA 90015

Edward Lavi
814 S Wooster St Ste 103
Los Angeles, CA 90035

Elbon LLC
18062 Blue Sail Dr
Pacific Palisades, CA 90272

Elena Nourhian
12333 Ridge Circle
Los Angeles, CA 90049
Elham Zarabian
137 S Palm Ste 401
Beverly Hills, CA 90211

Eliaho Cohanim
4609 Dunman Ave
Woodland Hills, CA 91367

Elian Nourhian
12333 Ridge Circle
Los Angeles, CA 90049

Elias Abrishami
P O Box 10476
Beverly Hills, CA 90213

Elizabeth Kermani
1620 S Los Angeles St Ste C
Los Angeles, CA 90015

Elizabeth Separzadeh
4170 Fair Ave PH6
Studio City, CA 91602

Elliott Sharaby
4481 N 41st Ct
Hollywood, FL 33021

Elodie Khavarani
8642 Gregory Way Ste 206
Los Angeles, CA 90035

Eloy
18062 Blue Sail Dr
Pacific Palisades, CA 90272

Emanuel Aframian
12838 Marlboro St
Los Angeles, CA 90049

Emona Or
121 N Oakhurst Dr
Beverly Hills, CA 90210

Employment Development Dept
Attn Bankruptcy Group MIC 92E
P O Box 826880
Sacramento, CA 94280

Enayat Nahai
10560 Wilshire Blvd Ste 2101
Los Angeles, CA 90024

Epport Richman Robbins LLP
1875 Century Park E, # 800
Los Angeles, CA 90067

Epsilon Electronics
1550 S Maple Ave
Montebello, CA 90640

Eshag Kashi
115 N Weatherly Ave
Beverly Hills, CA 90211

Eshagh Darvish
1619 S Bentley Ste 103
Los Angeles, CA 90025

Eshagh Kahalilirad
1489 S Canfield Ave
Los Angeles, CA 90035

Eshmail Arshadnia
11983 Mayfield Ave
Los Angeles, CA 90049

Eskandar Arshadnia
144 45 76 Road Flushing
Flushing, NY 11367

Eskander Hakakian
c/o Beth Ann R Young Esq.
Levene Neale Bender Rankin &
Brill
10250 Constellation Blvd Ste.170
Los Angeles, CA 90067

Esko LLC
575 Anton Blvd Ste 820
Costa Mesa, CA 92626

Esther Efraim
18062 Blue Sail Dr
Pacific Palisades, CA 90272

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

Exhibit C-169 **F 9021-1.1**

| In re: | | CHAPTER | 11 |
|---|---|---|---|
| **Namco Capital Group Inc.** **(Affects Namco Capital Group, Inc. only** | | | |
| | Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

Esther Sara Babazadeh Broukhim
1933 Mt Olympus
Los Angeles, CA 90046

Eximo Inc
3820 Del Amo Blvd Ste 235
Torrance, CA 90503

Expo
3820 Del Amo Blvd Ste 235
Torrance, CA 90503

Ezilan
3820 Del Amo Blvd Ste 235
Torrance, CA 90503

Ezra Denis
463 S Bundy Dr
Los Angeles, CA 90049

Ezra Namtel Namvar
5681 S Downey Rd
Vernon, CA 90058

Ezri Namvar
12121 Wilshire Blvd Suite 1400
Los Angeles, CA 90025

FARID AFRA TR OF THE FARID AFRA
PROFIT SHARING
C/O SAUL REISS
2800 28TH ST STE 328
STA MONICA, CA 90405

Fahimeh Hezghian
808 4th St Ste 318
Santa Monica, CA 90403

Farahnaz Rabiezadeh
1250 S Beverly Glen Blvd Ste 207
Los Angeles, CA 90024

Farahnaz Shahian
6310 San Vicente Blvd Ste 285
Los Angeles, CA 90048

Farahnaz-Shahian
1300 Midvale Ave #208
Los Angeles, CA 90024

Faramarz Massachi
18338 Charlton Ln
Northridge, CA 91326

Faramarz Rabban
3045 Elvido Dr
Los Angeles, CA 90049

Faranak Sarafian
121 N Almont Dr Ste 305
Beverly Hills, CA 90211

Farhad Shamtub
12021 Wilshire Blvd Ste 880
Los Angeles, CA 90025

Farhad Yazdinian
11950 San Vicente Blvd Ste
200
Los Angeles, CA 90049

Farhadian Family
23861 W Mc Bean Parkway
Valencia, CA 91355

Farhadian Family Trust
C/O Housing Farhadian
20419 Lemarsh Street
Chatworth CA 91311

Farhady Michelle
3001 Beverly Glen Cir
Bel Air, CA 90077

Fariba Miles
248 S Rexford Dr Ste 2
Beverly Hills, CA 90212

Farid Afra
P O Box 18432
Beverly Hills, CA 90209

Farideh Kohanim
325 N Oakhurst Dr Ste 403
Beverly Hills, CA 90210

Farnoush Amid
10535 Wilshire Blvd Ste 403
Los Angeles, CA 90024

Farokhlaga Mousa Kalimi
6329 Warner Dr
Los Angeles, CA 90048

Farr Massachi
16830 Nannette St
Granada Hills, CA 91344

Farshid Rahbar
1158 26th St
Santa Monica, CA 90413

Farzad Pakravan
2529 Chamber St
Vernon, CA 90058

Farzadmehr Morteza
609 N Camden Dr
Beverly Hills, CA 90210

Farzaneh Nehoray
1545 Bentley Ave Ste 402
Los Angeles, CA 90025

Federal Express
PO Box 7221
Pasadena, CA 91109-7321

Feizollah Efraim
18062 Blue Sail Dr
Pacific Palisades, CA 90272

Fereshteh Kohanim
11710 Barrington Ct
Los Angeles, CA 90049

First Crop Aviation Inc
35620 W Carranza Rd
Stanfield, AZ 85272

Foremost Real Rami and Co
10 W 47th St Ste 44
New York, NY 10036

Franchise Tax Board
Attn Bankruptcy
PO Box 2952
Sacramento, CA 95812-2952

Frank Navi, Trustee of the FNM
Family Trust
c/o Daniel J McCarthy
300 S Grand Ave, 37th Flr.
Los Angeles, CA 90071

Fred Mahjoubi
3474 White Rose Way
Encino, CA 91436

Gabriela Baharvar
2001 Santa Monica Blvd Ste 690
Santa Monica, CA 90404

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                Exhibit C-170 **F 9021-1.1**

| In re: | | CHAPTER | 11 |
|---|---|---|---|
| **Namco Capital Group Inc.** (Affects Namco Capital Group, Inc. only | | | |
| | Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

Galloway
2701 Ocean Park Blvd Ste 140
Santa Monica, CA 90405

Gardner Family
510 N Crescent Dr
Beverly Hills, CA 90210

General Electric Capital Corp
Attn Paul Henning
500 West Monroe St Ste 500
Chicago, IL 60661

George Eshaghian
16200 Ventura Blvd Ste 201
Encino, CA 91436

George Harounian
9152 Alden Dr Ste 1
Beverly Hills, CA 90210

Geraldine Weber
1135 Maytor Place
Beverly Hills, CA 90210

Ghazaleh Shamoeil
1818 Pelham Ave Ste 107
Los Angeles, CA 90025

Greenberg Traurig LLP
650 Towne Center Dr Ste 1700
Costa Mesa, CA 92626

Greg Zarrin
10680 Pico Blvd Ste 330
Los Angeles, CA 90064

Guity Namvar
1233 Amherst Ave Ste 305
Los Angeles, CA 90025

Gumport Reitman
550 S Hope St Ste 825
Los Angeles, CA 90071

HEKMAT HEKMATRAVAN
C/O SAUL REISS
2800 28TH ST STE 328
STA MONICA, CA 90405

HINO 8 LLC
808 4th St Ste 318
Santa Monica, CA 90403

HPC Industries
10250 Costellation Blvd Ste 2820
Los Angeles, Ca 90067

HSBC Mortgage Corporation
PO Box 4612
Buffalo, NY 14270-4612

Haiem GP
701 N Rodeo Dr
Beverly Hills, CA 90210

Handelman Consulting Inc
16633 Ventura Blvd Ste 1220
Encino, CA 91436

Hanmi Bank
3660 Wilshire Blvd PH A
Los Angeles, CA 90010

Harbor
1073 Linda Flora Dr
Los Angeles, CA 90049

Haron Shabatian
5879 W Pico Blvd
Los Angeles, CA 90019

Haroon Hanasab
1073 Linda Flora Dr
Los Angeles, CA 90049

Haroot Abramian
9530 Glory Ave
Tujunga, CA 91042

Haroun Kohan
3901 Olive St
Irvine, CA 92606

Haroun Yamini
701 N Beverly Glen Blvd
Los Angeles, CA 90077

Helen Shadi
1221 Holmby Ave
Los Angeles, CA 90024

Henry Shahery
1014 Pamera Dr
Beverly Hills, CA 90210

Hersel Neman
1620 S Los Angeles St Ste C
Los Angeles, CA 90015

Hertsel Babajooni
P O Box 491335
Los Angeles, CA 90049

Hilda Bayanfar
628 S Bundy Dr
Los Angeles, CA 90049

Hollis Development Inc
700 Lido Park Dr Ste 29
Newport Beach, CA 92663

Homayoun Namvar
808 4th St Ste 318
Santa Monica, CA 90403

Hooshang Lavian
16311 Ventura Blvd Ste 660
Encino, CA 91436

Houshang Broumand
2143 Mandeville Canyon
Los Angeles, CA 90049

Houshang Namvar
12121 Wilshire Blvd Ste 1400
Los Angeles, CA 90025

IJAY Inc
25920 Rolling Hills Rd
Torrance, CA 90505

ISABEL HAROUNIAN
164 N LEDOUX RD
BEVERLY HILLS, CA 90211

Ifra Khoubian
10450 Wilshire Blvd
Los Angeles, CA 90024

Ilana Namvar
12121 Wilshire Blvd Ste 1400
Los Angeles, CA 90025

Illulian Benjamin
308 N Palm Dr
Beverly Hills, CA 90210

Illulian Chaya Rachel
308 N Palm Dr
Beverly Hills, CA 90210

Illulian Danny
308 N Palm Dr
Beverly Hills, CA 90210

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

Exhibit C-171 **F 9021-1.1**

| In re:<br><br>**Namco Capital Group Inc.**<br>**(Affects Namco Capital Group, Inc. only** | CHAPTER | 11 |
| --- | --- | --- |
| Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

Illulian Yousef
308 N Palm Dr
Beverly Hills, CA 90210

Imperial Lighting
8965 W Washington Blvd
Culver City, CA 90232

Internal Revenue Service
P O Box 21126
Philadelphia, PA 19114

Iraj Farhadian
20419 Lemarsh St
Chatsworth, CA 91311

Iraj Farhadian
20419 Lemarsh Street
Chatsworth CA 91311

Iraj Shirazi
5006 Dobkin Ave
Tarzana, CA 91356

Iraj Shirazi
5006 Dobkin Ave
Tarzana,CA 91356-4310

Iran Elena Rad Moosiki
148 N Kenter Ave
Los Angeles, CA 90049

J s Parking Lot Maintenance
75 W Nuevo Rd Ste 216
Perris, CA 92571

JAVANIAN LLC
1946 OVERLAND AVE STE 204
LOS ANGELES, CA 90025

JJJK Partners
1620 S Los Angeles St Ste C
Los Angeles, CA 90015

Jack Haber
234 N Bowling Green Way
Los Angeles, CA 90049

Jack and Gitta Nagel Foundation
6222 Wilshire Blvd Ste 650
Los Angeles, CA 90048

Jacob Baharvar
4508 Valdez Place
Tarzana, CA 91356

Jacob Cohen
123 Groverton Place
Los Angeles, CA 90077

Jacob Rahmanizad
8900 Burton Way Ste 304
Beverly Hills, CA 90211

Jacob Razi
9836 National Blvd
Los Angeles, CA 90034

Jaffa Chadorchi
10450 Wilshire Blvd
Los Angeles, CA 90024

Jaffa Chadorchi
10450 Wilshire Blvd #4J
Los Angeles CA 90024-4638

Jams Inc
P O Box 512850
Los Angeles, CA 90051-0850

Jamshid Baharvar
2001 Santa Monica Blvd Ste 690
Santa Monica, CA 90404

Janet Mashian
849 Shehnandoah Ste 305
Los Angeles, CA 90035

Janets Collection
609 Middle Neck Rd
Great Neck, NY 11023

Javinian LLC
1946 Overland Ave Ste 204
Los Angeles, CA 90025

Jennifer Greenhut
569 N Rossmore Ave Ste 314
Los Angeles, CA 90004

Jennifer Shemouel
423 S Rexford Dr Ste 206
Beverly Hills, CA 90212

Jessica Kimiabakhash
1005 Schuyler Rd
Beverly Hills, CA 90210

Jinus Kahen
10630 Wikines Ave Ste 101
Los Angeles, CA 90024

Jinus Kahenian
5317 Laurel Canyon Blvd
North Hollywood, CA 91607

John Chung
11273 Wareham Ct
Loma Linda, CA 92354

John Cohen
4169 Clear Valley Dr
Encino, CA 91436

John David Fischer
1901 Avenue of the Stars Suite 1020
Los Angeles, CA 90067

John Fakhere Kashani
1116 Coldwater Canyon Dr
Beverly Hills, CA 90210

John Rashti
207 E Pico Blvd
Los Angeles, CA 90015

John Separzadeh
4126 Green Meadow Ctr
Encino, CA 91316

John Y Harounian
11970 Montana Ave Ste 114
Los Angeles, CA 90049

Jonathan Baharvar
4508 Valdez Place
Tarzana, CA 91356

Joseph Bendji
P O Box 670957
Flushing, NY 11367

Joseph Benji
P O Box 670957
Flushing, NY 11367

Joseph Davidian
3 Vicente Terrace Ste 308
Santa Monica, CA 90401

Joseph Ghadir
3001 Beverly Glen Cir
Bel Air, CA 90077

Joseph Haghnazarzadeh
521 N Mountain Ave Ste E
Upland, CA 91786

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

Exhibit C-172 **F 9021-1.1**

| In re: | | CHAPTER | 11 |
|---|---|---|---|
| **Namco Capital Group Inc.** **(Affects Namco Capital Group, Inc. only** Debtor(s) | | CASE NUMBER | 2:08-bk-32333-BR |

Joseph Kahenian
5317 Laurel Canyon Blvd
North Hollywood, CA 91607

Joseph Minazadeh
P O Box 261141
Encino, CA 91426

Joseph Pirian
130 N Carmelina St
Los Angeles, CA 90049

Joseph Rabbani
10552 Clearwood CT
Los Angeles, CA 90077

Joseph Ramani
792 Linda Flora Dr
Los Angeles, CA 90049

Joseph Shabani
1717 San Ysidro Dr
Beverly Hills, CA 90210

Juan Jose Hernandez
PO Box 161
Wilmington, CA 90748

Justin Kahen
10630 Wikines Ave Ste 101
Los Angeles, CA 90024

KAMRAN RAMINFARD
2637 WESTRIGE RD
LOS ANGELES, CA 90049

Kaivan Kiai
17525 Ventura blvd #100
Encino CA 91316

Kalimeh Massachi Pari
4922 Zelzah Avenue
Encino, CA 91316

Kalimeh Pari
4922 Zelzah Avenue
Encino, CA 91316

Kamran Benji
506 Gretna Green Way
Los Angeles, CA 90049

Kamran Gharibian
1110 Shadow Hillway
Beverly Hills, CA 90210

Kamran Nazarian
175 S Thurston Ave
Los Angeles, CA 90049

Kamran Raminfard
606 S Hill ST #618
Los Angeles CA 90014

Kamran Raminfard
606 S Hill St Unit 618
Los Angeles, CA 90014

Kanani Family
3055 Elvido Dr
Los Angeles, CA 90049

Kest Enterprises
840 Ivy Lane
Santa Barbara, CA 93108

Keyvan Aframian
640 S Hill St Ste 353
Los Angeles, CA 90014

Keyvan Kiai
1222 Amherst Ave Ste 201
Los Angeles, CA 90036

Keyvan Yousefi
340 Hauster Blvd Ste 125
Los Angeles, CA 90036

Khadavi Family
9861 Oceancrest
Huntington Beach, CA 92646

Khalil Varastehpour
247 Medio Dr
Los Angeles, CA 90049

Khorshid Razi
9836 National Blvd
Los Angeles, CA 90034

Khosrow Pakravan
10421 Wyton Dr
Los Angeles, CA 90024

Koorosh Gidanian
Attn Mottahedeh Family
P O Box 5244
Laguna Beach, CA 92652

Kourosh Aghai
121 N Oakhurst Dr
Beverly Hills, CA 90210

Kourosh Naziri
4186 Tweedy Blvd
South Gate, CA 90280

Krane and Smith
16255 Ventura Blvd Ste 600
Encino, CA 91436

LA County Treasurer and Tax
Collector
PO Box 54110
Los Angeles CA 90054-0110

LA Top Convenient Stores
441 S Los Angeles St
Los Angeles, CA 90013

LOS ANGELES CITY
ATTORNEY'S OFFICE
ATTN WENDY LOO
200 N MAIN ST STE 920
LOS ANGELES, CA 90012

LTLR Inc
121 N Oakhurst Dr
Beverly Hills, CA 90210

Labcog
441 S Los Angeles St
Los Angeles, CA 90013

Lacy
441 S Los Angeles St
Los Angeles, CA 90013

Ladan Hakhamian Ashkan Taklifi
1415 Loma Vista Dr
Beverly Hills, CA 90210

Ladan Vajdi
24986 Normans Way
Calabasas, CA 91302

Lanam
3694 Valley Meadow Rd
Sherman Oaks, CA 91403

Larisa Krichmar
59 Harbour Court
Staten Island, NY 10308

Latham and Watkins LLP
633 West Fifth St Ste 4000
Los Angeles, CA 90071-2007

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

Exhibit C-173 **F 9021-1.1**

| In re:<br>**Namco Capital Group Inc.**<br>**(Affects Namco Capital Group, Inc. only** | CHAPTER | 11 |
|---|---|---|
| Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

Law Offices Of Fred F Mashian
9255 Sunset Blvd Ste 630
Los Angeles, CA 90069

Law Offices of Frame and Matsumoto
P O Box 895
Coalinga, CA 93210

Leah Baharvar
821 Woodmere Cts Unit 3C
Woodmere, NY 11598

Leeor Arshadnia
2400 Roscomare Rd
Los Angeles, CA 90077

Leila Baharvar
2001 Santa Monica Blvd Ste 690
Santa Monica, CA 90404

Leoni Family
5544 Collingwood Circle
Calabasas, CA 91367

Levy Illulian
308 N Palm Dr
Beverly Hills, CA 90210

Lida Saadat
10660 Wilshire Blvd Ste 703
Los Angeles, CA 90024

Lila Farhany
16109 Dickens St
Encino, CA 91436

Linda Moreh
1121 S Crest Dr
Los Angeles, CA 90035

Liton Lighting
6 Oakmont Dr
Los Angeles, CA 90049

Los Angeles County Tax Collector
P O Box 54027
Los Angeles, CA 90054-0018

Los Angeles Dpt of Water and Power
P O Box 30908
Los Angeles, CA 90030

Los Angeles Jets Track Club
1251 S Bronson Ave
Los Angeles, CA 90019

Lynda Marino
840 Ivy Lane
Santa Barbara, CA 93108

M Zarabian Revocable Trust
306 N Palm
Beverly Hills, CA 90210

M M P Family
130 N Carmelina St
Los Angeles, CA 90049

M Y Levy
201 N La Peer Dr Ste 401
Beverly Hills, CA 90211

M Zarabian Revocable Trust
306 N Palm
Beverly Hills CA 90210-4919

M and S Partnership
2953 Dona Susana
Studio City, CA 91604

M and Y Management
606 S Olive St Ste 600
Los Angeles, CA 90014

MAGD Enterprises
P O Box 2964
Beverly Hills, CA 90213

MANI & TALIA RAMINFARD
2637 WESTRIGE RD
LOS ANGELES, CA 90049

MEHRDAD NAIM
1849 S Bentley Ave Ste 201
Los Angeles CA 90025

MEHRNAZ HEKMATRAVAN
c/o Saul Reiss, Esq.
2800 28th St Ste 328
Santa Monica CA 90405

MICHEAL D
ESSERT DEVELOPMENT
175 SWALL DR STE 305
BEVERLY HILLS, CA 90211-
1998

MICHEL NEDJATHAIEM
100 S DOHENY DR STE 715
LOS ANGELES, CA 90048-
2993

MOJGAN AGHAI
317 S HOLT AVE #3E
LOS ANGELES, CA 90048

MRCA Photo Stop Sign
Enforcement Program
PO Box 76911
Cleveland, OH 44101

Madeline Mousa
307 N Saltair
Brentwood, CA 90049

Mahi Rastegar
1005 Schuyler Rd
Beverly Hills, CA 90210

Mahmoud Fatorechi
10445 Wilshire Blvd Ste 1102
Los Angeles, CA 90024

Mahnaz Sepehr
5150 Chimineas Ave
Tarzana CA 91356

Mahnaz Sepehr
5150 Chimineas Ave
Tarzana, CA 91356

Mahvash Minoo Shaheri
311 S Doheny Dr Ste 104
Los Angeles, CA 90048

Majid Tabatabai
26152 Kenrose Circle
Calabasas, CA 91302

Majid Tabibzadeh
1523 Basso Terr
Glendale, CA 91202

Malihe Lahijani
3694 Valley Meadow Rd
Sherman Oaks, CA 91403

Mandana Yedidsion
14440 Dickens St Ste 215
Sherman Oaks, CA 91423

Manijeh Soleimanzadeh
2750 W Appalachian Court
Westlake Village, CA 91362

Manocher Norhian
12333 Ridge Circle
Los Angeles, CA 90049

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

Exhibit C-174 **F 9021-1.1**

| In re:<br><br>**Namco Capital Group Inc.**<br>**(Affects Namco Capital Group, Inc. only** <br><br>Debtor(s) | CHAPTER    11 |
|---|---|
| | CASE NUMBER    2:08-bk-32333-BR |

Manootcher Pirian
130 N Carmelina St
Los Angeles, CA 90049

Manouchehr Gozarkhah
1101 Rexford Dr
Los Angeles, CA 90035

Manouchehr and Mahin Gozarkhah
1101 Rexford Dr
Los Angeles, CA 90035

Manoucher Galdjie
2701 Ocean Park Blvd Ste 140
Santa Monica, CA 90405

Manoutcher Galdjie
2701 Ocean Park Blvd Ste 140
Santa Monica, CA 90405

Mansoor Alyeshmerni
10724 Wilshire Blvd Ste1109
Los Angeles, CA 90024

Mansoor Ayleshmerni
9454 Wilshire Blvd Penthouse
Beverly Hills, CA 90212

Mansour Issakharian
10790 Wilshire Blvd Ste 1102
Los Angeles, CA 90024

Mansour Yaghoubzadeh
1101 Hillcrest Rd
Beverly Hills, CA 90210

Mantab
11940 San Vicente Blvd
Los Angeles, CA 90049

Maram Holdings
12121 Wilshire Blvd Ste 1400
Los Angeles, CA 90025

Marc Ashghian
11900 W Olympic Blvd Ste 540
Los Angeles CA 90064

Marc Ashghian
11900 W Olympic Blvd Ste 540
Los Angeles, CA 90064

Marc Tavakoli
c/o The Gersh Law Firm Inc.
15821 Ventura Blvd Ste 515
Encino CA 91436

Maria Tahour
415 N Oakhurst Dr Ste 208
Beverly Hills, CA 90210

Marian Jalil
10550 Wilshire Blvd Ste 703
Los Angeles, CA 90024

Mariana Jalil
10550 Wilshire Blvd Ste 703
Los Angeles, CA 90024

Maricopa County Treasurer
301 W Jefferson Ste 100
Phoenix, AZ 85003-2199

Mark Amin
2700 Colorado Ave 3rd floor
Santa Monica, CA 90404

Mark Naim
6 Hamptworth Dr
Great Neck, NY 11024

Marshall Bank
Attn Rebecca Bergin
255 South Sixth St Ste 2900
Minneapolis, MN 55402

Marya Fesheraki
46 Mirador
Irvine, CA 92612

Maryam Fesheraki
46 Mirador
Irvine, CA 92612

Maryam Pirian
130 N Carmelina St
Los Angeles, CA 90049

Maryam Selki
875 Cumpstock Ave Ste 6E
Los Angeles, CA 90024

Massoud Eshmoili
848 S Wall St
Los Angeles, CA 90014

Massoud Koshki
5532 Sylvia Ave
Tarzana, CA 91356

Massoud Mesri
20870 Kelvin Place
Woodland Hills, CA 91367

Massoud Pakravan
8529 S Rosemead Blvd
Pico Rivera, CA 90660

Massoud Poursalimi
208 S Oakhurst Dr
Beverly Hills, CA 90212

Matilal Patel
25915 Brokmere Ave
Loma Linda, CA 92354

Matthews Gold Kennedy and
Snow Inc
6530 North 16th Street
Phoenix, AZ 85016

Mayer Separzadeh
807 E 12th St Ste 401
Los Angeles, CA 90021

Mehrdad Cohanim
595 Stewart Ave Ste 410
Garden City, NY 11530

Mehrdad Naim
1849 S Bentley Ave Ste 201
Los Angeles, CA 90025

Mehrnaz Hekmatravan
130 N Swall
Beverly Hills, CA 90211

Melody Torbati
3318 Dona Marie Dr
Studio City, CA 91604

Mercedes Benz Credit Corporatic
PO Box 9001680
Louisville, KY 40290-1680

Meslee Insurance Services Inc
611 Wilshire Blvd Ste 805
Los Angeles, CA 90017

Metro Matrix
16501 Ventura Bl Ste 305
Encino, CA 91436

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

Exhibit C-175 **F 9021-1.1**

| In re:<br><br>**Namco Capital Group Inc.**<br>**(Affects Namco Capital Group, Inc. only** <br><br>Debtor(s) | CHAPTER 11 |
|---|---|
| | CASE NUMBER 2:08-bk-32333-BR |

Michael Ghodsian
651 S Beverly Glen Blvd
Los Angeles, CA 90024

Michael Kahen
10630 Wikines Ave Ste 101
Los Angeles, CA 90024

Michael Molayem
1422 N Kenter Ave
Los Angeles, CA 90049

Michael Sakhai
1550 Loma Vista Dr
Beverly Hills, CA 90210

Michel Haiem
100 S Doheny Dr Ste 715
Los Angeles, CA 90048

Michele Kimiabakhsh
1005 Schuyler Rd
Beverly Hills, CA 90210

MidFirst Bank
2555 East Camelback Road Suite 760
Phoenix, AZ 85016

Midfirst Bank
Attn Melissa Brenes
P O Box 76149
Oklahoma City, OK 76149

Midland Loan Services Inc
Lockbox Number 771223
1223 Solutions Center
Chicago, IL 60677-1002

Mike and Shala Pashai Family Trust
1028 Hillcrest Rd
Beverly Hills, CA 90210

Mill Ave Properties
450 N Roxbury Dr Ste1050
Beverly Hills, CA 90210

Minoo Ghodsian
651 S Beverly Glen Blvd
Los Angeles, CA 90024

Minoo Zarabi
721 N Bedford Dr
Beverly Hills, CA 90210

Miracle Mile Chamber of
Commerce
5858 Wilshire Bl Ste 205
Los Angeles, CA 90036

Mirae Bank
3265 Wilshire Blvd
Los Angeles, CA 90010

Mirae Bank
Attn: David Park
3255 Wilshire Bl Ste 1100
Los Angeles, CA 90010

Miriam J Mindes Ventura
425 No Arden Blvd
Los Angeles, CA 90004

Mitchell Rabbi
10535 Wilshire Blvd Ste D11
Los Angeles, CA 90024

Mitra Emrani
1832 Brockton Ave
Los Angeles, CA 90025

Mohammad Karimi
1729 Armacost Ave Ste 5
Los Angeles, Ca 90025

Mohammad Tahami
P O Box 9381
Brea, CA 92822

Moiz Ashourpour
240 S Crescent Dr
Beverly Hills, CA 90212

Moiz Ashourpour
c/o Saul Reiss Esq
2800 28th St Ste 328
Santa Monica CA 90405

Mojgan Aghai
121 N Oakhurst Dr
Beverly Hills, CA 90210

Mojgan Kohannim
19 Woodland Road
Roslyn, NY 11576

Mojtab Jafari
3921 Emerald St
Torrance, CA 90503

Mojtaba Jafari
3921 Emerald St
Torrance, CA 90503

Monica Separzadeh
4291 Bandini Blvd
Los Angeles, CA 90023

Montana 18 LLC
1422 N Kenter Ave
Los Angeles, CA 90049

Moosai Revocable
304 N Foothill Rd
Beverly Hills, CA 90210

Morad Mottahedeh
18 Birchdale Lane
Port Washington, NY 11050

Morris Tahour
1359 Beckwith
Los Angeles, CA 90049

Morteza Homayounjam
10535 Wilshire Blvd Ste 807
Los Angeles, CA 90024

Moses and Singer LLP
405 Lexington Avenue
New York, NY 10174-1299

Mottahedeh Family
P O Box 5244
Laguna Beach, CA 92652

Mozafar Koshki
4846 Van Nuys Blvd
Sherman Oaks, CA 91423

NEMAT & EDNA SHABBOUI
POB 15401
BEVERLY HILLS, CA 90209

Nadab Melamed
339 N Oakhurst Dr Ste 304
Beverly Hills, CA 90210

Nader Eshaghian
10390 Wilshire Blvd Ste 1707
Los Angeles, CA 90024

Nader Haghnazarzadeh
4537 Ellenita Ave
Tarzana, CA 91356

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

Exhibit C-176 **F 9021-1.1**

| In re: | | CHAPTER | 11 |
| --- | --- | --- | --- |
| **Namco Capital Group Inc.** (Affects Namco Capital Group, Inc. only | | | |
| | Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

Nader Hakakian
181 Madison Ave
New York, NY 10016

Nadine Krakov
191 S Beverly Dr
Beverly Hills, CA 90212

Nahal Pirian
130 N Carmelina St
Los Angeles, CA 90049

Nahid Nazarian
1340 Carla Lane
Beverly Hills, CA 90210

Nahid Solouki
1333 Centinela Ave Ste 1
Santa Monica, CA 90404

Namco Capital Group Inc
12121 Wilshire Blvd Suite 1400
Los Angeles, CA 90025

Namco Financial Exchange Corp
1001 Amherst Ave
Los Angeles, CA 90049

Namco Financial Inc
1001 Amherst Ave
Los Angeles, CA 90049

Namco Insurance Services Inc
12121 Wilshire Blvd Ste 1400
Los Angeles, CA 90025

Nasco
1515 Abbot Kenney Blvd Ste 200
Venice, CA 90291

Naser Abdi
11711 Ohio Ave Unit 311
Los Angeles, CA 90025

Nasser Naimollah
1001 Amherst Ave
Los Angeles, CA 90049

National Registered Agents Inc
PO Box 927
West Windsor, NJ 08550-0927

Nedjat Sarshar
15470 Duomo Via
Los Angeles, CA 90077

Neman Family Trust
1620 S Los Angeles St Ste C
Los Angeles, CA 90015

Nemat Shabboui
229 S Oakhurst Dr
Beverly Hills, CA 90212
Nesbit Vassar Mccown and
Roden LLP
15851 Dallas Parkway Ste
800
Addison, TX 75001

Neufeld
9200 West Sunset Blvd 9th
Floor
Los Angeles, CA 90069

Neufeld Law Group
360 East Second Street Ste
703
Los Angeles, CA 90012

Niaz Hekmat
16501 Ventura Blvd Ste 305
Encino, CA 91436

Nicholas F Klein
3039 Dannyhill Drive
Los Angeles, CA 90064

Nicole Kahen
10630 Wikines Ave Ste 101
Los Angeles, CA 90024

Nicole Massachi
16830 Nannette St
Granada Hills, CA 91344

Nojan Holdings
640 Endrino Place
Beverly Hills, CA 90210

Northup Capital Group LLC
5926 Sallisaw Court
San Diego, CA 92120

OR-EMONA CULTURAL
CENTER
121 N OAKHURST DR
BEVERLY HILLS, CA 90210-
5504

Odette Nazarian
P O Box 958
El Segundo, CA 90245

Okhowat Manoocher
11615 Nebraska Ave Ste 3
Los Angeles, CA 90025

Omid Razi
9836 National Blvd
Los Angeles, CA 90034

Ozora Trading
P O Box 67657
Los Angeles, CA 90067

PARVIZ NADJAT HAIEM
C/O SAUL REISS
2800 28TH ST STE 328
Santa Monica, CA 90405

PAYAM BOSTANI
358 E. OLIVE AVE
BURBANK CA 91502

PES FAMILY TRUST
6015 RANDOLPH ST
CITY OF COMMERCE, CA 9004

PES Family
2132 Century Pl
Los Angeles, CA 90067

Pacesetters
P O Box 67657
Los Angeles, CA 90067

Pacibel LLC
12121 Wilshire Blvd
Los Angeles, CA 90024

Pacific Capital Bank N A
PO Box 60839
Santa Barbara, CA 93160

Panamex Group
5681 S Downey Rd
Vernon, CA 90058

Parham Nagdechi
11706 Dorothy St
Los Angeles, CA 90049

Pari Mirharooni
12408 Sunset Blvd
Los Angeles, CA 90049

Parisa Alhashim
10450 Wilshire Blvd Unit 4F
Los Angeles, CA 90024

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Exhibit C-177 **F 9021-1.1**

| In re: | | CHAPTER | 11 |
|---|---|---|---|
| **Namco Capital Group Inc.**<br>**(Affects Namco Capital Group, Inc. only** | | | |
| | Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

Park General Inc.
Attn Nasser Zaghi
14542 Yale Court
Los Angeles, CA 94022

Parvaneh Kohan
9153 Burton Way Ste 3
Beverly Hills, CA 90210

Parvin Esmailzadeh
575 Anton Blvd Ste 820
Costa Mesa, CA 92626

Parvin Ghadir
3001 Beverly Glen Cir
Bel Air, CA 90077

Parviz Haeim
701 N Rodeo Dr
Beverly Hills, CA 90210

Payam Bostani
849 Shehnandoah Unit 305
Los Angeles, CA 90035

Peitzman Weg Kempinsky LLP
10100 Santa Monica Blvd Ste 1450
Los Angeles, CA 90067

Penhun Ltd
24355 Lyons Ave Ste 214
Santa Clarita, CA 91321

Pentaco
12121 Wilshire Blvd Ste 1400
Los Angeles, CA 90025

Pentaco
24355 Lyons Ave Ste 214
Santa Clarita, CA 91321

Peters Serena
11327 Donna Lisa Lane
Studio City, CA 91604

Physicians Reciprocal
555 East Lancaster Ave Ste 500
Radnor, PA 19087

Plaza Sherman
P O Box 7008
Beverly Hills, CA 90212

Plaza Sunpec
9454 Wilshire Blvd Ste 711
Beverly Hills, CA 90212

Pouran Pashai
10026 Cielo Dr
Beverly Hills, CA 90210

Princeton Holdings
1801 Avenue Of Stars Ste 1035
Los Angeles, CA 90067

Printers Company
12121 Wilshire Blvd Ste 104
Los Angeles, CA 90025

Puritan Intl
201 Ocean Ave Ste 406 P
Santa Monica, CA 90402

ROX CONSULTING GROUP INC
575 ANTON BL STE 880
COSTA MESA, CA 92626-7027

RPM
606 S Olive St Ste 600
Los Angeles, CA 90014

Rachel David Dalia Jack Mohaber
234 N Bowling Green Way
Los Angeles, CA 90049

Rachel Mottahedeh
120 S Swall Dr Ste 211
Los Angeles, CA 90048

Rachel Paris
1515 Abbot Kenney Blvd Ste 200
Venice, CA 90291

Radfar Morad
1917 Manning Ave Ste 4
Los Angeles, CA 90025

Radiant Services
651 W Knox St
Gardena, CA 90248

Rahbar Trustees
1158 26th St
Santa Monica, CA 90413

Rain and Hail Insurance Services
PO Box 10496
Des Moines, IA 50306

Rainbow LV Properties
8900 Burton Way Ste 304
Beverly Hills, CA 90211

Ramin Gabayan
16351 Sloan Dr
Los Angeles, CA 90049

Ramin Lavian
6700 11th Ave
Los Angeles, CA 90043

Ramin Namvar
12121 Wilshire Blvd Ste 1400
Los Angeles, CA 90025

Ramineh Fani and Nowakhtar LL
5757 Wilshire Blvd Ste 937
Los Angeles, CA 90036

Raphael Separzadeh
4291 Bandini Blvd
Los Angeles, CA 90023

Rastegar Family
1005 Schuyler Rd
Beverly Hills, CA 90210

Rebecca Hakhamian
1415 Loma Vista Dr
Beverly Hills, CA 90210

Regal Group
888 S Figueroa St Ste 1900
Los Angeles, CA 90017

Ridge Foothill
450 N Roxbury Dr Ste 10
Beverly Hills, CA 90210

Ridgeway Business Park LLC
Joseph Ghadir
3001 Beverly Glen Cir
Bel Air, CA 90077

Rita Novahian
10583 Eastborne Ave
Los Angeles, CA 90024

Robert Paris
1515 Abbot Kenney Blvd Ste 200
Venice, CA 90291

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

Exhibit C-178 **F 9021-1.1**

| In re:<br><br>**Namco Capital Group Inc.**<br>(Affects Namco Capital Group, Inc. only | CHAPTER | 11 |
| | | |
| Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

Robhana Inc
1073 Linda Flora Dr
Los Angeles, CA 90049

Robin Hekmat
8161 Sunset Blvd
Los Angeles, CA 90046

Ronald Michelman Esq.
Michelman & Michelman LLP
20265 Ventura Blvd Ste D
Woodland Hills, CA 91364

Roni Rofeim
8586 Wilshire Blvd
Beverly Hills, CA 90211

Roshanak Salim
10401 Wilshire Blvd Ste 302
Los Angeles, CA 90024

Rouhollah Kashani
420 Trousdale Place
Beverly Hills, CA 90210

Rouhollah Solouki
1333 Centinela Ave Ste 1
Santa Monica, CA 90404

Rox Consulting Group Inc
8891 Research Drive
Irvine, CA 92618

Roxana Rastegar
1005 Schuyler Rd
Beverly Hills, CA 90210

Roxy 15
805 Gatos Place
Palos Verdes, CA 90274

Roya Arshadnia
2400 Roscomare Rd
Los Angeles, CA 90077

Roya Boucherian
17881 Puerto Vallarta
Encino, CA 91316

Roya Rashti
2514 29th St
Santa Monica, CA 90405

Ruben Kohanof
4233 Louise St
Encino, CA 91316

Ruben Melamed
4801 W Jefferson Blvd
Los Angeles, CA 90016

Rug Warehouse
3270 Helms Ave
Los Angeles, CA 90034

Rural Community Insurance
Services
12 S San Marcos Pl
Chandler, AZ 85225-0000

S K Lim
1091 E S Mt Vernon
Colton, CA 92324

SAEED HEKMAT-NIAZ
16501 VENTURA BL STE 305
ENCINO, CA 91436-2064

SARALY ANAVIM
c/o Saul Reiss, ESQ.
2800 28TH STREET, SUITE
328
SANTA MONICA, CA 90405

SC Fallon LLC
7510 Longley Ln Ste 102
Reno, NV 89511

SC Glenwood LLC
7510 Longley Ln Ste 102
Reno, NV 89511

SC Hawks Nest LLC
7510 Longley Ln Ste 102
Reno, NV 89511

SC Napavine LLC
7510 Longley Ln Ste 102
Reno, NV 89511

SECURITAS SECURITY
SERVICES USA
ATTN: JAIME BERGARA
CREDIT MANAGER
4330 PARK TERRACE DR
WESTLAKE VILLAGE CA
91361

SLT Consultants
P O Box 36836
Los Angeles, CA 90036

SMB Corp
10638 Culver Blvd
Century City, CA 90232

SMN Family Trust
10417 Eastborne Ave Ste 7
Los Angeles, CA 90024

SRF Investments
5526 S Soto
Vernon, CA 90058

Sabahat Navid-Tabrizi
c/o 441 N Oakhurst Dr Apt 605
Beverly Hills CA 90210

Sabahat Tabrizi
1226 Warner Ave Ste 202
Los Angeles, CA 90024

Sabar Family
16330 Royal Hills Dr
Encino, CA 91436

Saeed Cohen
P O Box 7525
Beverly Hills, CA 90212

Safco Holdings
1850 S Sepulveda Blvd Ste 200
Los Angeles, CA 90025

Safi John
1850 S Sepulveda Blvd Ste 200
Los Angeles, CA 90025

Said Anavim
317 N Palm Dr Unit 2A
Beverly Hills, CA 90210

Said Anavim - Saeed Anayim
317 N Palm Dr. Unit 2A
Beverly Hill, CA 90210-4199

Said Bral
420 E 11th St Ste 304
Los Angeles, CA 90015

Said Pakravan
3131 Antelo Rd
Los Angeles, CA 90077

Said Yaghoubzadeh
1101 Hillcrest Rd
Beverly Hills, CA 90210

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

Exhibit C-179 **F 9021-1.1**

| In re: | | CHAPTER | 11 |
|---|---|---|---|
| **Namco Capital Group Inc.** **(Affects Namco Capital Group, Inc. only** | Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

Samie Pashai
10026 Cielo Dr
Beverly Hills, CA 90210

Samoohaie Rahbar Family Sion
1158 26th St
Santa Monica, CA 90413

San Jacinto Retail Center LLC
27032 Rocking Horse Lane
Laguna Hills, CA 92653

Sanaz Koshki
5532 Sylvia Ave
Tarzana, CA 91356

Sanjay Patel
11273 Wareham Ct
Loma Linda, CA 92354

Sanjay Patel
c/o Daniel J McCarthy
Hill, Farrer & Burrill LLP
300 S Grand Ave, 37th Flr
Los Angeles, CA 90071

Sanoor Inc
441 S Los Angeles St
Los Angeles, CA 90013

Sarah Harounian
164 N Ledoux Rd
Beverly Hills, CA 90211

Saraly Anavim
22534 Paul River Dr
Calabasas, CA 91302

Satrap Family Trust dated 7/28/1988
c/o Abbas Satrap Trustee
3908 Castlerock Road
Malibu CA 90265

Secretary of State LLC Unit
1500 11th St 3rd floor
Sacramento, CA 95814

Securitas Security Srvs USA Inc
File 57220
Los Angeles, CA 90074-7220

Securities Exchange Commission
5670 Wilshire Blvd 11th Floor
Los Angeles, CA 90036

Security Pacific Bancorp
845 N Euclid Avenue
Ontario, CA 91762

Security Pacific Credit
12121 Wilshire Blvd Ste 1300
Los Angeles, CA 90025

Select Patrol 2006 Data Proc
P O Box 94214
Pasadena, CA 91109

Seligson Rothman and
Rothman
29 West Thirtieth St 10th Flr
New York, NY 1001-4461

Sepideh Rashtian
10390 Wilshire Blvd Ste 512
Los Angeles, CA 90024

Serversupport
2313 N San Fernando Blvd
Burbank, CA 91504

Shabani and Shabani LLP
1801 Avenue of the Stars Ste
1035
Los Angeles, CA 90067

Shabnam Kimiabakhsh
1005 Schuyler Rd
Beverly Hills, CA 90210

Shadi Messian
122 N Anita Dr
Los Angeles, CA 90049

Shahla Motamed
264 S Weatherly Dr
Beverly Hills, CA 90211

Shahla Nikgohar
10417 Eastborne Ave Ste 7
Los Angeles, CA 90024

Shahram Bral
1875 Century Park East Ste
1770
Los Angeles, CA 90067

Shahram Elyaszadeh
1911 San Vicente Blvd Ste
255
Los Angeles, CA 90049

Shahram Reihanian
131 S Maple Dr
Beverly Hills, CA 90212

Shahriar Arshadnia
11983 Mayfield Ave
Los Angeles, CA 90049

Shahrokh Keywanfar
15531 Hamner Dr
Los Angeles, CA 90077
Shahrokh Keywanfar
651 W Knox St
Gardena, Ca 90268

Shanit Arshadnia
2400 Roscomare Rd
Los Angeles, CA 90077

Sharareh Hedvat
14647 Dickens Ave Ste 4
Sherman Oaks, CA 91403

Sharona Noparast
10630 Wikines Ave Ste 101
Los Angeles, CA 90024

Shayfar Financial Services
Attn Joseph Shayfar
14250 Ventura Blvd 2nd Floor
Sherman Oaks, CA 91423

Sheri Rabeie
1624 Hills Ave Ste 2
Los Angeles, CA 90024

Shervin Arshadnia
11983 Mayfield Ave
Los Angeles, CA 90049

Sheyda Harounian
164 N Ledoux Rd
Beverly Hills, CA 90211

Shirin Reynolds
4935 N Sabino Gulch CT
Tuscon, AZ 85750

Shokrolah Separzadeh
5545 Aura Ave
Tarzana, CA 91356

Shokrolah Separzadeh
c/o Mayer Separzadeh
807 E 12th St #401
Los Angeles CA 90021

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Exhibit C-180 **F 9021-1.1**

| In re:<br><br>**Namco Capital Group Inc.**<br>**(Affects Namco Capital Group, Inc. only** | | CHAPTER | 11 |
| | Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

Siamak Hakakian
181 Madison Ave
New York, NY 10016

Siamak Okhovat
15475 Duomo Via
Los Angeles, CA 90077

Sima Aghai
2648 Bedford St
Los Angeles, CA 90034

Sion Khadavi
5101 Balboa Blvd Ste 212
Encino, CA 91316

Sion Neman
1620 S Los Angeles St Ste C
Los Angeles, CA 90015

Siona Alyeshmerni
10724 Wilshire Blvd Ste1109
Los Angeles, CA 90024

Sisko Enterprises
32 Evans Dr
Glen Head, NY 11545

.Soheila Omrani
4924 Enfield Ave
Encino, CA 91316

Sohrab Shakib
16861 Ventura Blvd Ste 303
Encino, CA 91436

Soleiman Azadegan
10660 Wilshire Blvd Ste 804
Los Angeles, CA 90024

Soleman Naim
403 21st St
Santa Monica, CA 90402

Solomon Rastegar
Kaye Scholer LLP
Attn: Ronald L. Leibow
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067-6048

Soraya Soofer
325 17th St
Santa Monica, CA 90402

Soroudi Ben
P O Box 17119
Beverly Hills, CA 90209

Southern California Gas
Company
P O Box 3150
San Dimas, CA 91773

St Patrick
12121 Wilshire Blvd Ste 1400
Los Angeles, CA 90025

Starpoint Property
Management LLC
450 N Roxbury Dr Ste 10
Beverly Hills, CA 90210

Steven Dean and Assoc Profit
Sharing Plan
Joseph Chair Trustee
3001 Beverly Glen Cir
Bel Air, CA 90077

Stock Auction
210 Beaver Street St
Edward, NE 68660

Sunset 8 Investors LLC
9454 Wilshire Blvd Ste 711
Beverly Hills, CA 90212

Survivors of Darvish Family
P O BOX 3046
Santa Monica, CA 90408

Talia Mani Raminfard
2637 Westridge Rd
Los Angeles, CA 90049

The Abulafia Trust
315 S Beverly Dr
Beverly Hills, CA 90212

The Bibijan Melamed Family
Trust
1352 Allenford
Los Angeles, CA 90049-3612

The Enayat
888 S Figueroa St Ste 1900
Los Angeles, CA 90017

The FMN
12424 Wilshire Blvd Ste 860
Los Angeles, CA 90025

The Farhadian Family Trust
Attn Honshang Farhadian
20419 Lemarsh St
Chatsworth, CA 91311

The Jacob Shabtai
4291 Bandini Blvd
Los Angeles, CA 90023

The Jacob and Soraya
Separzadeh Trust
4291 Bandini Blvd
Los Angeles, CA 90023

The Khalilirad Family
1489 S Canfield Ave
Los Angeles, CA 90035

The Law Offices of Robert C
Weiss PC
1801 Century Park East Ste 1600
Los Angeles, CA 90067

The MMN Family Trust
440 N Oakhurst Dr Ste 301
Beverly Hills, CA 90210

The Manoucher and Mahin
Medizadeh
1740 Malcolm Ave Ste 305
Los Angeles, CA 90024

The Mouris Separzadeh Trust
20670 Martinez St
Woodland Hills, CA 91364

The Nagel
6222 Wilshire Blvd
Los Angeles, CA 90048

The Phillips Firm
Wells Fargo Center
333 S Grand Ave 25th Flr
Los Angeles, CA 90071

The Rahbar
156 N Le Doux Rd
Beverly Hills, CA 90211

The Satrap Family Trust
Attn Abbas Satrap Trustee
3908 Castlerock Rd
Malibu, CA 90265

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

Exhibit C-181 **F 9021-1.1**

| In re:<br><br>**Namco Capital Group Inc.**<br>**(Affects Namco Capital Group, Inc. only** | | CHAPTER | 11 |
| | Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

The Sunset Trust
Attn Teymour Khouhian as Trustee
P O Box 572532
Tarzana, CA 91357

Thomas Friedman
2101 10th St Ste D
Santa Monica, CA 90405

Town and Country Bank
8620 W Tropicana Ave
Las Vegas, NV 89147

Travelers CL Remittance Center
CL Remittance Center
Hartford, CT 06183-1008

Treasurer Tax Collector
172 W Third St 1st Flr
San Bernardino, CA 92415-0360

Tri City
3318 Dona Marie Dr
Studio City, CA 91604

Tricommerce
3318 Dona Marie Dr
Studio City, CA 91604

Trioaks LLC
12121 Wilshire Blvd Ste 1400
Los Angeles, CA 90025

Trust B Banafsheh
10433 Wilshire
Los Angeles, CA 90024

U S Bank
P O Box 790117
St Louis, MO 63179-0117

UCB
Attn Darcy Nelson
8632 East Valley Blvd
Rosemead, CA 91770

United Commercial Bank
PO Box 7670
San Francisco, CA 94120

Unitex
10433 Wilshire
Los Angeles, CA 90024

Unity Ent
888 S Figueroa St Ste 1900
Los Angeles, CA 90017

Val Muraoka
1917 S Garth Ave
Los Angeles, CA 90034

Verizon Wireless
PO Box 9622
Mission Hills, CA 91346-9622

Victoria Aka
11666 Mayfield Ave Unit 301
Los Angeles, CA 90049

Vida Lavi
307 N Saltair Ave
Brentwood, CA 90049

Villelli Ent Inc
1001 W Whittier Blvd
La Habra, CA 90631

WFS 22706 PCH LLC
1135 Maytor Place
Beverly Hills, CA 90210

WN Birdview LLC
12121 Wilshire Blvd Ste 1400
Los Angeles, CA 90025

WN Cliffside
12121 Wilshire Blvd Ste 1400
Los Angeles, CA 90025

Wall Street Nevada LLC
c/o The Merrill Group of
Companies
5850 Canoga Ave Ste 650
Woodland Hills CA 91367

Wells Fargo
Real Estate Group
MAC E2148 015 Dept 8696
Los Angeles, CA 90084-8696

Wells Fargo Real Estate
Group
Attn Jennifer Gordon
P O Box 966
El Segundo, CA 90245

Wholesale Produce Plaza
1400 E Olympic Blvd
Los Angeles, CA 90021

William Boots
3000 Sandhill Rd Bldg 1 Ste 240
Menlo Park, CA 94025

Wilshire 19 LLC
807 E 12th St Ste 401
Los Angeles, CA 90021

Wilshire Ardmore
807 E 12th St Ste 401
Los Angeles, CA 90021

Wilshire Bundy Plaza Holdings
12121 Wilshire Blvd Ste 1400
Los Angeles, CA 90025

Wishlab LLC
12121 Wilshire Blvd Ste 1400
Los Angeles, CA 90025

Woodman Partners LLC
12121 Wilshire Blvd Ste 1400
Los Angeles, CA 90025

Y Tara
2866 Deep Canyon
Beverly Hills, CA 90210

Yael Shraga
659 Grenta Greenway
Los Angeles, CA 90049

Yamin Family
640 Clinton Place
Beverly Hills, CA 90210

Yedidia Investments
1620 S Los Angeles St Ste C
Los Angeles, CA 90015

Yedidia Shraga
659 Gretna Green Ave
Los Angeles, CA 90049

Yodeem Sudabeh
11701 Texas Ave
Los Angeles, CA 90025

Yonathan Shraga
659 Gretna Green Ave
Los Angeles, CA 90049

Yousefi Zand
17900 Tarzana St
Encino, CA 91316

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

Exhibit C-182 **F 9021-1.1**

| In re:<br>**Namco Capital Group Inc.**<br>**(Affects Namco Capital Group, Inc. only** | CHAPTER | 11 |
| --- | --- | --- |
| Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

Zarabi Khosrow
2285 Gloaming Way
Beverly Hills, CA 90210

Abraham Assil
1000 S Westgate #100
Los Angeles, CA 90049
Ali M Mojdehi
Baker & McKenzie LLP
12544 High Bluff Dr Third Flr
San Diego, CA 92130

Beth Ann R Young
10250 Constellation Blvd Ste1700
Los Angeles, CA 90067

Christine E Baur
Baker & McKenzie LLP
12544 High Bluff Dr 3rd Fl
San Diego, CA 92130-3051

Daniel Issak
Weissmann Wolff
9665 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212

Daniel J McCarthy
Hill Farrer & Burrill LLP
One California Plaza 37th Fl
300 S Grand Av
Los Angeles, CA 90071

Dariush Soleimani
Weissmann Wolff
9665 Wilshire Blvd, 9th Fl
Beverly Hills, CA 90212

David Haghani
c/o Alexander Escandari
9100 Wilshire Blvd. #725
Beverly Hills, CA 90212

David Pourbaba
8271 Melrose Ave #200
Los Angeles, CA 90046

David Zadeh
Fredman Lieberman LLP
1875 Century Park East, Suite 2200
Los Angeles, CA 90067

David B Shemano
10100 Santa Monica Blvd Ste 1450
Los Angeles, CA 90067

Dr. David and Mojgan K. York
c/o Leo D. Plotkin
Levy, Small & Lallas
815 Moraga Drive
Los Angeles, CA 90049-1633

Eric P Israel
2029 Century Pk East 3rd Flr
Los Angeles, CA 90067-2904

Faramarz Massachi
Weissmann Wolff
9665 Wilshire Blvd, 9th Fl.
Beverly Hills, CA 90212

Faranak Faye Sarafian
Weissmann Wolff
9665 Wilshire Blvd., 9th Fl.
Beverly Hills, CA 90212

Gillian N Brown
Pachulski Stang Ziehl & Jones
LLP
10100 Santa Monica Blvd.,
11th Fl
Los Angeles, CA 90067-4100

Howard J Weg
Peitzman Weg & Kempinsky
LLP
10100 Santa Monica Blvd Ste
1450
Los Angeles, CA 90067

Iraj Farhadian
20419 Lemarsh Street
Chatsworth, CA 91311

JOHN P KREIS
350 S Grand Ave, Suite 1520
LOS ANGELES, CA 90071

Jennifer Leland
Peitzman Weg & Kempinsky
LLP
10100 Santa Monica Blvd Ste
1450
Los Angeles, CA 90067

Kamran Raminfard
606 S Hill St #618
Los Angeles, CA 90014

Mahmoud Fatorechi
Weissmann Wolff et al
9665 Wilshire Blvd, 9th Fl.
Beverly Hills, CA 90212

Mahnaz Sepehr
5150 Chimineas Ave
Tarzana, CA 91356

Marc Ashghian
11900 W Olympic Blvd Ste 540
Los Angeles, CA 90064

Maryam Pirian
Parker, Milliken, et al.
c/o Gregory M. Salvato, Esq.
555 S. Flower Street, 30th Fl.
Los Angeles, CA 90071-2440

Monserrat Morales
10100 Santa Monica Blvd Ste
1450
Los Angeles, CA 90067

Morteza Homayounjam
Weissmann Wolff
9665 Wilshire Blvd, 9th Fl.
Beverly Hills, CA 90212

Mousa Namvar
c/o Brian Davidoff, Esq.
Rutter Hobbs & Davidoff
Incorporated
1901 Avenue of the Stars, Suite
1700
Los Angeles, CA 90067

R. Todd Neilson
LECG, LLP
2049 Century Park East, Suite
2300
Los Angeles, CA 90067

Robert P. Goe
Goe & Forsythe LLP
660 Newport Center Drive, Suite
320
Newport Beach, CA 92660

Solomon Rastegar
Kaye Scholer LLP
1999 Avenue of the Stars, Suite
1700
Los Angeles, CA 90067-6048

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

Exhibit C-183 **F 9021-1.1**

| In re: | | CHAPTER | 11 |
|---|---|---|---|
| **Namco Capital Group Inc.**<br>**(Affects Namco Capital Group, Inc. only** | | | |
| | Debtor(s) | CASE NUMBER | 2:08-bk-32333-BR |

Soussan Hashemi
Weissmann Wolff
9665 Wilshire Blvd, 9th Fl.
Beverly Hills, CA 90212

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

Exhibit C-184 **F 9021-1.1**

# EXHIBIT D

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT Central District Of California | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Namco Capital Group Inc<br>Ezri Namvar | Case Number: 2:08-32333-BR |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
David Golkar

Name and address where notices should be sent:
David Golkar
575 Anton Blvd  Ste 820 → 880
Costa Mesa, CA 92626-7027

FILED
APR 24 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Telephone number: 949-502-8118

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
*(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:**    $ 4,522,033.22

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** Cash + Consulting Services (Engineering)
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____

    **3a. Debtor may have scheduled account as:** _____
    (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
**Describe:**

**Value of Property:** $_____ **Annual Interest Rate____%**

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any:** $_____ **Basis for perfection:** _____

**Amount of Secured Claim:** $_____ **Amount Unsecured:** $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☒ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Cash Secured by promissory note

**Amount entitled to priority:**

$ 4,150,000 —

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: 4/21/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>David Golkar | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Exhibit D-185

011773

**PROMISSORY NOTE**

Los Angeles, California

**$4,300,000.00**                                    Dated: September 22, 2006

For value received, the undersigned (sometimes referred to herein as "NAMCO") promises to pay, without notice, demand, grace, deduction or offset, to David Golkar ("Holder"), in lawful money of the United States, in immediately available funds, the principal sum of Four Million Three Hundred Thousand and 00/100 **Dollars ($4,300,000.00)**, together with interest thereon upon 30 days advance notice (the "Maturity Date"),at 530 Vick Place, Beverly Hills, CA 90210 or such other place as the Holder hereof may designate. The Maturity Date shall be subject to extension as set forth below.

The outstanding principal amount of this Note shall bear interest at the rate of eight **Percent (8%)** per annum calculated on a 360/360 basis; that is by applying the ratio of the annual interest rate over a year of 360 days, multiplied by the outstanding principal balance, multiplied by the number of days the principal balance is outstanding (based on 30 days a month) . Interest only on the unpaid principal amount outstanding under this Note from time to time shall be payable, in arrears, on the first day of each calendar month beginning October 1, 2006 without notice, grace, demand, deduction or offset, until and including the Maturity Date, on which date, the principal amount hereof, together with all accrued and unpaid interest payable by the undersigned hereunder, shall be due and payable.

Notwithstanding any other provision of this Note, either party may notify the other for the pay off in writing at least 30 days before the undersigned shall become obligated to repay the principal sum of this Note. This provision applies to the Maturity Date as well.

In the event of any misrepresentation, breach of warranty, or other failure by the undersigned or any party to perform its obligations under this Note, all unpaid principal and interest under this Note shall, at Holder's sole discretion, be immediately due and payable, without demand, notice or presentment.

No amendment, modification, or waiver of any provision of this Note, nor consent to any departure by the undersigned therefrom shall be effective, irrespective of any course of dealing, unless the same shall be in writing and signed by the Holder, and then such waiver of consent shall be effective only in the specific instance and for the specific purpose for which given.

The options, powers and rights of the Holder specified herein are in addition to, and not in lieu of, those authorized by applicable law.

Notwithstanding anything set forth in this Note, no interest payment or interest rate charged hereunder shall exceed the maximum amount or rate permitted under applicable law.

The undersigned agrees to pay all costs and expenses incurred or payable by Holder in connection with any litigation brought for the enforcement or collection of this Note, including court costs and attorneys' fees and costs actually incurred.

To the extent permitted by applicable law, the undersigned waives notice of protest, presentment, demand and any other notice in connection with the collection of this Note.

Exhibit D-186

This Note shall be prepayable upon no less than thirty (30) days written notice to Holder.

This Note shall be binding on the undersigned, its successors and assigns and shall inure to the benefit of Holder, its successors and assigns.

Any payment hereunder which is required to be made on a day which is not a business day in the City of Los Angeles shall be payable on the next immediately succeeding business day and such additional time shall be included in the computation of interest.

This Note shall be governed by, and construed in accordance with, the laws of the State of California, and subject to such laws, shall be construed in accordance with the Heter Iskoh policies observed by the undersigned.

This Note replaces and supersedes all prior instruments, documents and agreements which evidence the indebtedness represented by this Note, all of which prior instruments, documents and agreements, shall be null and void and of no force or effect.

**Namco Capital Group, Inc.**

Ezri Namvar-President

Exhibit D-187

| *Creditor:*    (22985626)   <u>History</u><br>David Golkar<br>575 Anton Blvd Ste 880<br>Costa Mesa, CA 92626 | **Claim No: 148**<br>*Original Filed*<br>*Date*: 04/24/2009<br>*Original Entered*<br>*Date*: 04/29/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Garcia, Rolando<br>*Modified:* |
|---|---|---|

Unknown claimed:  $4522033.22

**Total**     **claimed: $4522033.22**

*History:*

<u>Details</u>    <u>148-1</u> 04/24/2009 Claim #148 filed by David Golkar, total amount claimed: $4522033.22
                        (Garcia, Rolando )

*Description:*

*Remarks:*

Exhibit D-188

# EXHIBIT E

B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT | Central District of California | PROOF OF CLAIM |
| --- | --- | --- |

| Name of Debtor: NAMCO CAPITAL GROUP, INC./EZRI NAMVAR | Case Number: 2:08-32333-BR |
| --- | --- |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
DAVID GOLKAR

Name and address where notices should be sent:
David Golkar
c/o Christman, Kelley & Clarke, PC
2570 Justin Road, Suite 240, Highland Village, Texas 75077

Telephone number:
(925) 253-4440

FILED
SEP 09 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                    Deputy Clerk

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:**          $            4,000,000.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** ___Through debtor's fraud,___ money given to purchase properties
(See instruction #2 on reverse side.)                    and pay consultants

**3. Last four digits of any number by which creditor identifies debtor:** _____

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:**   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
**Describe:**

**Value of Property:**$_____ **Annual Interest Rate** _____%

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any:** $_____   **Basis for perfection:** _____

**Amount of Secured Claim:** $_____   **Amount Unsecured:** $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

FOR COURT USE ONLY

| Date: 09/09/2011 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
| --- | --- |

*Matthew Clarke*

Matthew M. Clarke, attorney for David Golkar

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Exhibit E-189

| In re: NAMCO CAPITAL GROUP, INC.<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER: 2:08-bk-32333-BR<br>ADVERSARY PROC. NO.: 2:10-ap-01244-BR |
| --- | --- |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 831 State Street, Santa Barbara, California 93101. A true and correct copy of the foregoing document described as **PROOF OF CLAIM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On **September 9, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge **will be** completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 9, 2011,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge **will be** completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/9/11 | Kathy Koester | *Kathy Koester* |
| --- | --- | --- |
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1**

January 2009

Exhibit E-190

| | CHAPTER 11 |
|---|---|
| In re: NAMCO CAPITAL GROUP, INC. | CASE NUMBER: 2:08-bk-32333-BR |
| | ADVERSARY PROC. NO.: 2:10-ap-01244-BR |
| Debtor(s). | |

## II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL

### SERVED BY U.S. MAIL:

**United States Trustee (LA)**
725 S Figueroa St # 2600
Los Angeles, CA 90017-5413

**David M. Poitras**
**Dan P. Sedor**
**Jeffer Mangels Butler & Mitchell LLP**
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067

**Sawtelle Properties LLC**
**Weissmann Wolff, et al**
9665 Wilshire Blvd, 9th Floor
Beverly Hills, CA 90212

**Soussan Hashemi**
**Weissmann Wolff, et al**
9665 Wilshire Blvd, 9th Floor
Beverly Hills, CA 90212

**John M. Rygh**
915 Wilshire Blvd, Suite 2100
Los Angeles, CA 90017

**Ashland Properties, LLC**
**Weissmann Wolff, et al**
9665 Wilshire Blvd, 9th Floor
Beverly Hills, CA 90212

**Mahmoud Fatorechi**
**Weissmann Wolff, et al**
9665 Wilshire Blvd, 9th Floor
Beverly Hills, CA 90212

**Morteza Homayounjam**
**Weissmann Wolff, et al**
9665 Wilshire Blvd, 9th Floor
Beverly Hills, CA 90212

**Saul Reiss**
Law Offices of Saul Reiss, P.C.
2800 28th St Ste 328
Santa Monica, CA 90405

## III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL:

### SERVED BY E-MAIL:

- David M. Poitras
- Robyn B. Sokol
- Joseph A. Eisenberg
- Gregory M. Salvato
- Saul Reiss

dpoitras@jmbm.com
rsokol@ebg-law.com; ecf@ebg-law.com
jeisenberg@jmbm.com
gsalvato@salvatolawoffices.com
saulreiss@verizon.net

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

Exhibit E-191

| In re: NAMCO CAPITAL GROUP, INC.<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER: 2:08-bk-32333-BR<br>ADVERSARY PROC. NO.: 2:10-ap-01244-BR |
|---|---|

## SERVED BY PERSONAL DELIVERY:

Honorable Barry Russell
United States Bankruptcy Court – Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

Exhibit E-192

# EXHIBIT F

JMBM Jeffer Mangels
Butler & Mitchell LLP

JOSEPH A. EISENBERG P.C. (State Bar No. 52346)
DAVID M. POITRAS P.C. (State Bar No. 141309)
CAROLINE R. DJANG (State Bar No. 216313)
JEFFER, MANGELS, BUTLER & MITCHELL LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California  90067-4308
Telephone:     (310) 203-8080
Facsimile:     (310) 203-0567

Counsel for Bradley D. Sharp, Chapter 11 Trustee
for Namco Capital Group, Inc.

**FILED & ENTERED**

**NOV 24 2010**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re | ) Case No. 2:08-bk-32333-BR |
| | ) |
| **NAMCO CAPITAL GROUP, INC.**, a California corporation, | ) Chapter 11 |
| | ) |
| | ) **ORDER (1) ESTABLISHING CLAIMS** |
| | ) **BAR DATE FOR PRE-PETITION** |
| | ) **CLAIMS, OTHER THAN CLAIMS** |
| | ) **BETWEEN THE DEBTOR'S** |
| | ) **BANKRUPTCY ESTATE AND THE** |
| | ) **EZRI NAMVAR BANKRUPTCY** |
| | ) **ESTATE; (2) AUTHORIZING** |
| | ) **NOTICING OF CLAIMS BAR DATE BY** |
| Debtor. | ) **PUBLICATION; AND** |
| | ) **(3) AUTHORIZING PAYMENT OF** |
| | ) **EXPENDITURES OF PUBLICATION** |
| | ) |
| | ) **Claims Bar Date: November 13, 2009** |
| | ) |
| | ) **Hearing:** |
| | ) Date:      September 16, 2009 |
| | ) Time:      2:00 p.m. |
| | ) Place:     Courtroom 1668 |
| | ) 255 E. Temple Street |
| | ) Los Angeles, California |
| | ) |
| | ) |
| | ) |
| _____ | ) |

PRINTED ON

RECYCLED PAPER

6453067v1

Exhibit F-193

The Motion of Bradley D. Sharp, Chapter 11 Trustee (the "Trustee") for the Estate of Namco Capital Group, Inc. (the "Debtor"), for Order (1) Establishing Claims Bar Date for Pre-Petition Claims and Certain Post-Petition Administrative Expense Claims; (2) Authorizing Noticing of Claims Bar Date by Publication; and (3) Authorizing Payment of Expenditures of Publication (the "Motion"), came on for hearing on September 16, 2009, at 2:00 p.m., before the undersigned United States Bankruptcy Judge, in Courtroom 1668, located at 255 East Temple Street, Los Angeles, California.

The Court, having considered the Motion, no opposition having been filed thereto, and finding that notice of the hearing on the Motion was proper on all parties entitled to receive notice of the hearing and the Motion; cause exists under Federal Rules of Bankruptcy Procedure 2002(a)(7), 3003(c)(3), 2002(l) and 9008 for the relief requested in the Motion; and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The Motion is granted;

2. The deadline for the filing of proofs of pre-petition claims, other than claims between the Debtor's bankruptcy estate and the Ezri Namvar bankruptcy estate, is **November 13, 2009** (the "Claims Bar Date");

3. Any holder of a claim against the Debtor who is required, but fails, to file a proof of such claim in accordance with the Bar Date Order on or before the Claims Bar Date shall be forever barred, estopped, and enjoined from asserting such claim against the Debtor (or filing a proof of claim with respect thereto), and the Debtor and their successors and their respective property shall be forever discharged from any and all indebtedness or liability with respect to such claim, and such holder shall not be permitted to vote to accept or reject any chapter 11 plan or participate in any distribution in the Debtor's chapter 11 case on account of such claim or to receive further notices regarding such claim.

4. Any holder of a claim against the Debtor that is guaranteed by a non-debtor affiliate or a claim against a non-debtor affiliate that is guaranteed by the Debtor who fails to timely file a proof of claim in the Debtor's chapter 11 case may be enjoined from seeking recovery from such

Exhibit F-194

JMBM  Jeffer Mangels Butler & Mitchell LLP

affiliate and such claim may be discharged if the Debtor seeks and successfully obtains such relief after the Claims Bar Date.

5.  In addition to giving notice by U.S. mail to known potential creditors, the Trustee may give notice of the Claims Bar Date by publication in the <u>Los Angeles Times</u> for three consecutive days as set forth above and in a Farsi language newspaper, such as <u>Tehran Weekly Magazine</u> for three consecutive issues; and

6.  The Trustee is authorized to expend $2,736.00 for giving notice of the Claims Bar Date by publication.

7.  This order shall be effective as of September 16, 2009.

# # #

DATED: November 24, 2010

_____
United States Bankruptcy Judge

PRINTED ON

RECYCLED PAPER

6453067v1

JMBM | Jeffer Mangels Butler & Mitchell LLP

3

Exhibit F-195

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  1900 Avenue of the Stars, Seventh Floor, Los Angeles, California  90067-4308

A true and correct copy of the foregoing document described as ***ORDER (1) ESTABLISHING CLAIMS BAR DATE FOR PRE-PETITION CLAIMS, OTHER THAN CLAIMS BETWEEN THE DEBTOR'S BANKRUPTCY ESTATE AND THE EZRI NAMVAR BANKRUPTCY ESTATE; (2) AUTHORIZING NOTICING OF CLAIMS BAR DATE BY PUBLICATION; AND (3) AUTHORIZING PAYMENT OF EXPENDITURES OF PUBLICATION (Claims Bar Date: November 13, 2009)*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ***November 16, 2010,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Served By Overnight Mail:
Honorable Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

☐ Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 16, 2010 | Claudean Brandon | /s/ Claudean Brandon |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

**F 9013-3.1.PROOF.SERVICE**
Exhibit F-196

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4 ) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER (1) ESTABLISHING CLAIMS BAR DATE FOR PRE-PETITION CLAIMS, OTHER THAN CLAIMS BETWEEN THE DEBTOR'S BANKRUPTCY ESTATE AND THE EZRI NAMVAR BANKRUPTCY ESTATE; (2) AUTHORIZING NOTICING OF CLAIMS BAR DATE BY PUBLICATION; AND (3) AUTHORIZING PAYMENT OF EXPENDITURES OF PUBLICATION (Claims Bar Date: November 13, 2009)**
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **November 16, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

# F 9021-1.1.NOTICE.ENTERED.ORDER

Exhibit F-197

## I. <u>TO BE SERVED BY THE COURT VIA NEF</u>:

- Simon Aron    saron@wrslawyers.com
- Raymond H Aver    ray@averlaw.com
- Robert D Bass    rbass@greenbass.com
- Christine E Baur    christine.e.baur@bakernet.com, tracey.l.angelopoulos@bakernet.com;anne.w.hamann@bakernet.com;ali.m.m.mojdehi@bakernet.com;jane.b.mackie@bakernet.com
- Michael Jay Berger    michael.berger@bankruptcypower.com, cristina.frankian@bankruptcypower.com
- Stephen F Biegenzahn    efile@sfblaw.com
- J Scott Bovitz    bovitz@bovitz-spitzer.com
- Gillian N Brown    gbrown@pszjlaw.com, gbrown@pszjlaw.com
- Richard Burstein    rburstein@ebg-law.com, ecf@ebg-law.com
- Shirley Cho    scho@pszjlaw.com
- Matthew M Clarke    mclarke@cappellonoel.com
- Russell Clementson    russell.clementson@usdoj.gov
- Alicia Clough    alicia.clough@kayescholer.com
- Marc S Cohen    mcohen@kayescholer.com
- Yona Conzevoy    yconzevoy@dwclaw.com
- Ashleigh A Danker    adanker@kayescholer.com
- Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Melissa Davis    mdavis@shbllp.com
- Daniel Denny    ddenny@gibsondunn.com
- Richard K Diamond    rdiamond@dgdk.com
- Richard K Diamond    jlv@dgdk.com, rdiamond@ecf.epiqsystems.com
- Caroline Djang    crd@jmbm.com
- Joseph A Eisenberg    jae@jmbm.com
- Lei Lei Wang Ekvall    lekvall@wgllp.com
- Robert Esensten    resensten@wcclaw.com
- James R Felton    jfelton@greenbass.com
- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Alan W Forsley    awf@fredmanlieberman.com, awf@fkllawfirm.com
- Heather Fowler    heather.fowler@lw.com, colleen.rico@lw.com
- Jon H Freis    jon@jhflaw.net
- Sandford Frey    Sfrey@cmkllp.com
- Vanessa B Fung    vfung@sobini.com
- Philip A Gasteier    pag@lnbrb.com
- Randi R Geffner    rgeffner@wcclaw.com
- Thomas M Geher    tmg@jmbm.com
- Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Barry S Glaser    bglaser@swjlaw.com
- Steven Glaser    sglaser@wwllp.com
- Jeffrey I Golden    jgolden@wgllp.com
- Stanley E Goldich    sgoldich@pszjlaw.com
- David Gould    dgould@davidgouldlaw.com
- Steven T Gubner    sgubner@ebg-law.com, ecf@ebg-law.com
- Jeffery D Hermann    jhermann@orrick.com
- Rochelle A Herzog    rherzog@gershlegal.com, srobertson@gershlegal.com;hnapier@gershlegal.com
- Eric P Israel    eisrael@dgdk.com
- Seymone Javaherian    sj@javlaw.com
- Ira Benjamin Katz    lkatz@katzlaw.net
- George H Kim    george@gkimlaw.com
- Stuart I Koenig    Skoenig@cmkllp.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

**F 9021-1.1.NOTICE.ENTERED.ORDER**

Exhibit F-198

- Michael S Kogan    mkogan@ecjlaw.com
- Alan J Kornfeld    akornfeld@pszjlaw.com, akornfeld@pszjlaw.com
- John P Kreis    jkreis@attglobal.net
- Jeffrey A Krieger    jkrieger@ggfirm.com
- Pamela Labruyere    pamela@sgsslaw.com
- Ronald L Leibow    rleibow@kayescholer.com
- Jennifer Leland    jleland@pwkllp.com
- John T Madden    jmadden@wgllp.com
- Harris M Madnick    hmmadnick@reederlugreen.com
- William Malcolm    bill@mclaw.org
- Elmer D Martin    elmermartin@gmail.com
- Daniel J McCarthy    dmccarthy@hillfarrer.com
- David W. Meadows    david@davidwmeadowslaw.com
- Hal M Mersel    mark.mersel@bryancave.com
- Elissa Miller    emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com
- Ali M Mojdehi    ali.m.m.mojdehi@bakernet.com, brian.byun@bakermckenzie.com
- Susan I Montgomery    susan@simontgomerylaw.com
- Monserrat Morales    mmorales@pwkllp.com
- Randall P Mroczynski    randym@cookseylaw.com
- Vicente Matias Murrell    murrell.vicente@pbgc.gov
- R. Todd Neilson    tneilson@ecf.epiqsystems.com, vdoran@lecg.com;sgreenan@lecg.com
- Mike D Neue    mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- David Norouzi    david@norouzi.us
- William Novotny    william.novotny@mwmf.com
- Walter K Oetzell    woetzell@dgdk.com
- Sam S Oh    sam.oh@limruger.com, julie.yu@limruger.com;amy.lee@limruger.com
- Aram Ordubegian    ordubegian.aram@arentfox.com
- Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Jenny Y Park Garner    jpark@sheppardmullin.com
- Lawrence Peitzman    lpeitzman@pwkllp.com
- Leo D Plotkin    lplotkin@lsl-la.com, dsmall@lsl-la.com
- David M Poitras    dpoitras@jmbm.com
- Samuel Price    sprice@pooleshaffery.com
- Uzzi O Raanan    uor@dgdk.com
- Christopher S Reeder    ecfnotices@reederlu.com
- Jeremy E Rosenthal    jrosenthal@sidley.com
- Gregory M Salvato    gsalvato@pmcos.com, calendar@salvatolawoffices.com
- Gregory M Salvato    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- Bruce S Schildkraut    bruce.schildkraut@usdoj.gov
- Benjamin Seigel    bseigel@buchalter.com, IFS_filing@buchalter.com
- Steven M Sepassi    steve@sepassilaw.com
- David B Shemano    dshemano@pwkllp.com
- Brian P Simon    nightowl5755@yahoo.com
- Robyn B Sokol    ecf@ebg-law.com, rsokol@ebg-law.com
- Ryan J Stonerock    rstonerock@wrslawyers.com
- Nico N Tabibi    nico@tabibilaw.com
- Sam Tabibian    sam.tabibian@gmail.com
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- David A Tilem    davidtilem@tilemlaw.com,
  malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com;kfox@sulmeyerlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

**F 9021-1.1.NOTICE.ENTERED.ORDER**

Exhibit F-199

Case 2:08-bk-32333-BR    Doc 1150    Filed 11/24/10    Entered 11/24/10 14:06:02    Desc
Main Document    Page 8 of 8

- Howard J Weg     hweg@pwkllp.com
- Michael H Weiss     mw@weissandspees.com, lm@weissandspees.com;jb@weissandspees.com
- Monika S Wiener     wienerm@hbdlawyers.com
- Kimberly S Winick     kwinick@clarktrev.com
- Rebecca J Winthrop     winthropr@ballardspahr.com
- Richard Lee Wynne     rlwynne@jonesday.com, sjperry@jonesday.com
- Beth Ann R Young     bry@lnbrb.com
- Mark T Young     myoung@donahoeyoung.com
- Afshin Youssefyeh     ady@adylaw.com
- Dean A Ziehl     dziehl@pszjlaw.com, dziehl@pszjlaw.com

*August 2010*                                    **F 9021-1.1.NOTICE.ENTERED.ORDER**

Exhibit F-200

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 1900 Avenue of the Stars, Seventh Floor, Los Angeles, California  90067-4308

A true and correct copy of the foregoing document described as **Request for Judicial Notice in Support of Bradley D. Sharp, Chapter 11 Trustee of Namco Capital Group, Inc.'s Motion for Summary Judgment on Adversary Complaint** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On *January 11, 2012,* I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
- Matthew M Clarke    mclarke@cappellonoel.com
- Marc S Cohen    mcohen@kayescholer.com
- Ashleigh A Danker    adanker@kayescholer.com
- Joseph A Eisenberg    jae@jmbm.com
- Teresa Y Hillery    teresa.hillery@fnf.com
- Susan I Montgomery    susan@simontgomerylaw.com
- David M Poitras    dpoitras@jmbm.com
- Gregory M Salvato    gsalvato@pmcos.com, calendar@salvatolawoffices.com
- Gregory M Salvato    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- Robyn B Sokol    ecf@ebg-law.com, rsokol@ebg-law.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On *January 11, 2012,* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
*Sent By Overnight Mail*:
Hon. Barry Russell, United States Bankruptcy Court, 255 E. Temple Street, Suite 1660, Los Angeles, CA 90012

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *January 11, 2012        ,* I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
Dugan P. Kelley    dugan@christmankelley.com
Matthew M. Clarke    matt@christmankelley.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 11, 2012 | Claudean Brandon | /s/ Claudean Brandon |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                   **F 9013-3.1.PROOF.SERVICE**