DAVID M. POITRAS P.C. (Bar No. 141309)
DAN P. SEDOR P.C. (Bar No. 139091)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California  90067-4308
Telephone:    310.203.8080
Facsimile:    310.203.0567
Email:        dpoitras@jmbm.com

Attorneys for Bradley D. Sharp
Chapter 11 Trustee for Namco Capital Group Inc.

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>NAMCO CAPITAL GROUP, INC.,<br>a California corporation,<br><br>Debtor. | Case No.:  2:08-bk-32333-BR<br><br>Chapter 11<br><br>Adversary No.:  2:10-ap-01244 BR |
| KAMRAN PASADENA GROUP, INC., a California corporation and KAMRAN GROUP, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP INC., a California corporation; WOODMAN PARTNERS, LLC, a California limited liability company; FIDELITY NATIONAL TITLE COMPANY, a California corporation; DANIEL JACOB ISSAC, an individual; FAY FRANAK SARAFIAN, an individual; DARIOUSH SOLEIMANI, an individual; MORTEZA HOMAYOUNJAM, an individual; MEHRNAZ HEKMATRAVAN, an individual; JAMSHID BAHARVAR, an individual; ASHLAND PROPERTIES, LLC, a California limited liability company; FARMCO TRUST, SAWTELLE PROPERTIES, LLC, a California limited liability company; MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEE FOR THE FATORECHI-HASHEMI TRUST; and DOES 1 THROUGH 100,<br><br>Defendant(s). | **[PROPOSED] SUMMARY JUDGMENT ON COMPLAINT**<br><br>Hearing:<br>Date:      February 22, 2012<br>Time:      2:00 pm.<br>Place:     Courtroom 1668<br>           255 E. Temple Street<br>           Los Angeles, CA 90012 |

JMBM | Jeffer Mangels Butler & Mitchell LLP

PRINTED ON

RECYCLED PAPER
LA 8491000v1

[Proposed] Summary Judgment on Complaint

JMBM Jeffer Mangels
Butler & Mitchell LLP

This matter having come on before the Court on the *Motion of Defendant Bradley D. Sharp, Chapter 11 Trustee of Namco Capital Group, Inc. for Summary Judgment, or, in the Alternative, for Partial Summary Adjudication, on Complaint*[1] (the "Motion"), the Court having reviewed the Motion, the record in this case, and the supporting declarations and evidence and the Court finding that:

A.    This matter relates to the administration of the debtor's bankruptcy estate is accordingly a core matter pursuant to 28 U.S.C. §§ 157(b)(2)(A) and (O).

B.    Notice of the Motion was reasonable and appropriate under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

C.    There are no genuine issues of material fact and Defendant Bradley D. Sharp, Chapter 11 Trustee of Namco Capital Group, Inc. (the "Trustee") is entitled to judgment in his favor on the first claim for relief stated in the Complaint as a matter of law;

D.    There are no genuine issues of material fact and the Trustee is entitled to judgment in his favor on the second claim for relief stated in the Complaint as a matter of law;

E.    There are no genuine issues of material fact and the Trustee is entitled to judgment in his favor on the third claim for relief stated in the Complaint as a matter of law;

F.    There are no genuine issues of material fact and the Trustee is entitled to judgment in his favor on the fourth claim for relief stated in the Complaint as a matter of law;

G.    There are no genuine issues of material fact and the Trustee is entitled to judgment in his favor on the fifth claim for relief stated in the Complaint as a matter of law;

H.    There are no genuine issues of material fact and the Trustee is entitled to judgment in his favor on the sixth claim for relief stated in the Complaint as a matter of law;

I.    There are no genuine issues of material fact and the Trustee is entitled to judgment in his favor on the seventh claim for relief stated in the Complaint as a matter of law;

---

[1] Docket No. 1.

PRINTED ON
RECYCLED PAPER

LA 8491000v1

- 2 -    [Proposed] Summary Judgment on Complaint

J.       There are no genuine issues of material fact and the Trustee is entitled to judgment in his favor on the eighth claim for relief stated in the Complaint as a matter of law;

K.       There are no genuine issues of material fact and the Trustee is entitled to judgment in his favor on the ninth claim for relief stated in the Complaint as a matter of law;

L.       There are no genuine issues of material fact and the Trustee is entitled to judgment in his favor on the tenth claim for relief stated in the Complaint as a matter of law;

M.       There are no genuine issues of material fact and the Trustee is entitled to judgment in his favor on the eleventh claim for relief stated in the Complaint as a matter of law;

N.       There are no genuine issues of material fact and the Trustee is entitled to judgment in his favor on the twelfth claim for relief stated in the Complaint as a matter of law;

O.       There are no genuine issues of material fact and the Trustee is entitled to judgment in his favor on the thirteenth claim for relief stated in the Complaint as a matter of law;

P.       There are no genuine issues of material fact and the Trustee is entitled to judgment in his favor on the fourteenth claim for relief stated in the Complaint as a matter of law; and

Q.       There are no genuine issues of material fact and the Trustee is entitled to judgment in his favor on the fifteenth claim for relief stated in the Complaint as a matter of law.

**IT IS HEREBY ORDERED THAT**:

1.       The Motion is GRANTED.

2.       Summary judgment be, and hereby is, entered in the Trustee's favor on all claims for relief set forth in Complaint.

# # #

JMBM | Jeffer Mangels Butler & Mitchell LLP

PRINTED ON

RECYCLED PAPER

LA 8491000v1

- 3 -      [Proposed] Summary Judgment on Complaint

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  1900 Avenue of the Stars, Seventh Floor, Los Angeles, California  90067-4308


A true and correct copy of the foregoing document described as ***[PROPOSED] SUMMARY JUDGMENT ON COMPLAINT*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page


**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ***January 11, 2012,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

*Served By Overnight Mail*:
Hon. Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***January 11, 2012,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.
Dugan P. Kelley     dugan@christmankelley.com
Matthew M. Clarke     matt@christmankelley.com

☐ Service information continued on attached page


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 11, 2012 | Claudean Brandon | /s/ Claudean Brandon |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.