SUSAN I. MONTGOMERY (Bar No. 120667
1925 Century Park East, Suite 2000
Los Angeles, CA 90067
Telephone:  (310) 556-8900
Facsimile:  (310) 556-8905
e-mail: susan@simontgomerylaw.com

Attorneys for Defendants
Fay Faranak Sarafian, Dariush Soleimani, Morteza Homayounjam, Jamshi  Baharvar, Ashland Properties LLC, Faramarz (Jonathan) Massachi, as Trustee of the Farmco Trust, Sawtelle Properties LLC, Mahmoud Fatorechi, Soussan Hashemi

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| | |
|---|---|
| In Re:  NAMCO CAPITAL GROUP INC, a California corporation<br><br>Debtor. | Case No.: 2:08-bk-32333-BR<br><br>Chapter 11<br><br>Adv. No.:  2:10-ap-01244 BR |
| KAMRAN PASADENA GROUP, INC., a California corporation; and<br>KAMRAN GROUP, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>NAMCO CAPITAL GROUP INC, a California corporation; EZRI NAMVAR, an individual; WOODMAN PARTNERS, LLC, a California limited liability company; FIDELITY NATIONAL TITLE COMPANY, a California corporation; DANIEL JACOB ISSAC, an individual; FAY FRANAK SARAFIAN, an individual; DARIOUSH SOLEIMANI, an individual; MORTEZA HOMAYOUNJAM, an individual; MEHRNAZ HEKMATRAVAN, an individual; JAMSHID BAHARVAR; an individual; ASHLAND PROPERTIES, LLC, A California limited liability company; FARMCO TRUST, SAWTELLE PROPERTIES, LLC; a California limited liability company; MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEES FOR THE FATORECHI-HASHEMI TRUST; and DOES 1 THROUGH 100,<br><br>Defendants. | **JOINDER IN TRUSTEE'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY ADJUDICATION AS TO THE 3RD, 4TH, 11TH, 12TH, 13TH, 14TH AND 15TH CLAIMS FOR RELIEF OF PLAINTIFFS' COMPLAINT**<br><br>HEARING<br><br>DATE:    February 22, 2012<br>TIME:    2:00 P.M.<br>PLACE:   Courtroom 1668<br>          16th Floor<br>          Roybal Federal Bldg.<br>          255 E. Temple Street<br>          Los Angeles, CA  90012 |

1

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, AND TO PLAINTIFFS KAMRAN PASADENA GROUP, INC. AND KAMRAN GROUP, LLC, AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that defendants Fay Faranak Sarafian, Dariush Soleimani, Morteza Homayounjam, Jamshi Baharvar, Ashland Properties LLC, Faramarz (Jonathan) Massachi, as Trustee of the Farmco Trust, Sawtelle Properties LLC, Mahmoud Fatorechi, Soussan Hashemi, hereby join in the Trustee's motion for summary judgment or in the alternative for partial summary adjudication as to the 3RD, 4TH, 11TH, 12TH, 13TH, 14TH and 15TH Claims for Relief of the Plaintiffs' complaint filed on or about February 24, 2010.

The Motion for Summary Judgment is made pursuant to Fed.R.Bankr.P. 7056 incorporating Fed.R.Civ.P. 56, and is made on the grounds set forth in the Trustee's motion for summary judgment, memorandum of points and authorities in support thereof, and in the Trustee's concurrently filed Statement of Undisputed Facts and Conclusions of Law.

DATED: January 11, 2012

Respectfully submitted,

LAW OFFICE OF SUSAN I. MONTGOMERY

By:  /s/ Susan I. Montgomery
Susan I. Montgomery
Attorneys for Fay Faranak Sarafian, Dariush Soleimani, Morteza Homayounjam, Jamshi Baharvar, Ashland Properties LLC, Faramarz (Jonathan) Massachi, as Trustee of the Farmco Trust, Sawtelle Properties LLC, Mahmoud Fatorechi, Soussan Hashemi

| In re: Namco Capital Group Inc. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER : 2:10-ap-01244 BR |
| Kamran Pasadena Group v. Namco et al. | |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1925 Century Park East, Suite 2000, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **JOINDER IN TRUSTEE'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY ADJUDICATION AS TO THE 3RD, 4TH, 11TH, 12TH, 13TH, 14TH AND 15TH CLAIMS FOR RELIEF OF PLAINTIFFS' COMPLAINT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On *January 11, 2012*, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Matthew M Clarke    mclarke@cappellonoel.com
- Marc S Cohen    mcohen@kayescholer.com
- Ashleigh A Danker    adanker@kayescholer.com
- Joseph A Eisenberg    jae@jmbm.com
- Teresa Y Hillery    teresa.hillery@fnf.com

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On *January 11, 2012,* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

The Honorable Barry Russell        [By U.S. Mail]
United States Bankruptcy Court
Edward R. Roybal Federal Building
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *January 11, 2012,* I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such se
rvice method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 11, 2012 | Jennifer A. Montgomery | /s/ Jennifer A. Montgomery |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

3

| | |
|---|---|
| In re: Namco Capital Group Inc. | CHAPTER 11 |
| Debtor(s). | CASE NUMBER : 2:10-ap-01244 BR |
| Kamran Pasadena Group v. Namco et al. | |

## <u>CONTINUED SERVICE LIST</u>

### <u>BY NEF</u>

- Gregory M Salvato     gsalvato@pmcos.com, calendar@salvatolawoffices.com
- Gregory M Salvato     gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- Robyn B Sokol     ecf@ebg-law.com, rsokol@ebg-law.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
- Susan I Montgomery     susan@simontgomerylaw.com
- David M Poitras     dpoitras@jmbm.com

### <u>BY U.S. MAIL</u>

Matthew M Clarke
Christman Kelley & Clarke
831 State St
Santa Barbara, CA 93101

Dugan P Kelley
Christman Kelley & Clarke, PC
2570 Justin Road
Suite 240
Highland Village, TX 75077