STEVEN T. GUBNER – SBN 156593
ROBYN B. SOKOL – SBN 159506
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099

Attorneys for Bradley D. Sharp, Chapter 11 Trustee
for Namco Capital Group, Inc.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| | |
|---|---|
| In Re: NAMCO CAPITAL GROUP INC, a California corporation <br><br> Debtor. | Case No.: 2:08-bk-32333-BR <br><br> Chapter 11 <br><br> Adv. No.: 2:10-ap-01244 BR |
| KAMRAN PASADENA GROUP, INC., a California corporation; and KAMRAN GROUP, LLC, a California limited liability company, <br><br> Plaintiffs, <br> v. <br><br> NAMCO CAPITAL GROUP INC, a California corporation; EZRI NAMVAR, an individual; WOODMAN PARTNERS, LLC, a California limited liability company; FIDELITY NATIONAL TITLE COMPANY, a California corporation; DANIEL JACOB ISSAC, an individual; FAY FRANAK SARAFIAN, an individual; DARIOUSH SOLEIMANI, an individual; MORTEZA HOMAYOUNJAM, an individual; MEHRNAZ HEKMATRAVAN, an individual; JAMSHID BAHARVAR; an individual; ASHLAND PROPERTIES, LLC, A California limited liability company; FARMCO TRUST, SAWTELLE PROPERTIES, LLC; a California limited liability company; MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEES FOR THE FATORECHI-HASHEMI TRUST; and DOES 1 THROUGH 100, <br><br> Defendants. | **JOINT STATUS REPORT OF CROSS-CLAIMANTS AND CROSS-DEFENDANTS AS TO CROSS-CLAIMS** <br><br><br> STATUS CONFERENCE: <br> DATE:     February 22, 2011 <br> TIME:     2:00 P.M. <br> PLACE:   Courtroom 1668 <br>          16th Floor <br>          Roybal Federal Bldg. <br>          255 E. Temple Street <br>          Los Angeles, CA 90012 |

1

539698

ASHLAND PROPERTIES, LLC, et al.,

Cross-Complainants,

v.

BRADLEY S. SHARP, CHAPTER 11 TRUSTEE;

Cross-Defendants.

AND RELATED CROSS-CLAIMS AND COUNTERCLAIMS.

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE:**

The Parties submit the following Joint Status Report in accordance with Local Bankruptcy Rule 7016-1:

**A.      PLEADINGS/SERVICE**

1.      Have all parties been served?

**Yes.**

2.      Have all parties filed and served Answers to the Complaint and/or Counter-Claim?

**Yes.**

3.      Is this case at issue as to all parties and as to all causes of action?

**Yes.**

4.      If your answers to any of the three preceding questions is anything other than an unqualified "Yes", then please explain: **Not applicable.**

**B.      STATE OF DISCOVERY:**

Discovery is complete as to all parties.  The discovery cut-off date was January 30, 2012.

**C.      CONTEMPLATED MOTIONS:**

None.

**D.      PROSPECTS FOR SETTLEMENT:**

The Trustee, on behalf of the Bankruptcy Estate, and  Fay Faranak Sarafian, Darioush Soleimani, Morteza Homayounjam, Jamshid Baharvar; Ashland Properties, LLC, A California limited liability company; Jonathan Faramarz Massachi, as Trustee of the Farmco Trust, Sawtelle

2

539698

as Trustees for the Fatorechi-Hashemi Trust (**"Ashland Defendants"**) participated in mediation before Judge Goldberg on June 21, 2011 and reached an agreement. The Settlement with the Ashland Defendants has been filed along with a motion seeking approval of the Settlement Agreement [Docket No. 1692]. This motion was filed on January 19, 2012. A declaration of non-opposition will be filed as soon as is practicable after February 5, 2012, the first possible day that the local rules permit, and an order approving the settlement will be lodged therewith concurrently. The Trustee has also settled with Daniel Jacob Issac and Mehrnaz Hekmatravan. Settlement agreements with these defendants are being circulated and it is anticipated that motions seeking approval of these settlement agreements will be filed soon.

**E.   PROPOSED PRE-TRIAL CONFERENCE DATE:**

As all of the Cross-Claims have been fully resolved, a pre-trial conference is not necessary. The Parties propose that this matter be set for further status conference on April 24, 2012 at 2:00 p.m.

**F.   ANY OTHER ISSUES IMPACTING MATTER:**

All of the Parties to the Cross-Claims have agreed to settle the Cross-Claims.

DATED: February __8__, 2012

EZRA BRUTZKUS GUBNER LLP

By_____
Robyn B. Sokol
Attorneys for Plaintiff, Bradley D. Sharp, Chapter 11 Trustee

LAW OFFICE OF SUSAN I. MONTGOMERY

By_____
Susan I. Montgomery
Attorneys for Fay Faranak Sarafian, Dariush Soleimani, Morteza Homayounjam, Jamshi Baharvar, Ashland Properties LLC, Faramarz (Jonathan) Massachi, as Trustee of the Farmco Trust, Sawtelle Properties LLC, Mahmoud Fatorechi, Soussan Hashemi

539698

3

RECEIVED   02/07/2012 12:18   3105560885   SUSAN MONTGOMERY
- _ Feb. 7. 2012 12:22PM   LAW OFFICES OF SAUL REISS   No. 7425   P. 5

DATED: February __, 2012

LAW OFFICES OF SAUL REISS

By: _____
    Saul Reiss
Attorneys for Mehrnaz Hekmatravan

DATED: February __, 2012

By: _____
    Daniel Jacob Isaac, Pro Se

4

539698

| In re: NAMCO CAPITAL GROUP INC.,<br><br>Debtor(s).<br>KAMRAN PASADENA GROUP, INC. , etc. vs. NAMCO CAPITAL GROUP | CHAPTER  11<br>CASE NUMBER  2:08-bk-32333-BR<br>ADV NUMBER    2:10-ap-01244-BR |
| --- | --- |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**21650 Oxnard Street, Suite 500, Woodland Hills, California 91367.**

A true and correct copy of the foregoing document described **STIPULATION RE: 25 WEST WALNUT AVENUE, PASADENA, CALIFORNIA PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by lbr 5005-2(d); and **(b)** in the manner indicated below

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **February 8, 2012,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Susan I Montgomery**   susan@simontgomerylaw.com
**United StatesTrustee (LA)**   ustpregion 16.la.ecf@usdoj.gov

☐    Service information continued on att0061ched page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **February 8, 2012,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**BY U.S. MAIL**

Honorable Barry Russell
United States Bankruptcy Court
Los Angeles Division – Roybal Federal Bldg.
255 E. Temple Street, Suite 1660
Los Angeles, CA  90012

Daniel Jacob Issak
10790 Wilshire Blvd., Suite 1102
Los Angeles, CA  90024

Saul Reiss
Law Offices of Saul Reiss
2800 28th Street, Suite 328
Santa Monica, CA 90405

☐    Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 8, 2012 | NIKOLA A. FIELDS | /s/ Nikola A. Fields |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                    **F 9013-3.1**