DAVID M. POITRAS P.C. (Bar No. 141309)
DAN P. SEDOR P.C. (Bar No. 139091)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California  90067-4308
Telephone:    310.203.8080
Facsimile:    310.203.0567
Email:        dpoitras@jmbm.com

Attorneys for Defendant Bradley D. Sharp,
Chapter 11 Trustee for Namco Capital Group Inc.

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>NAMCO CAPITAL GROUP, INC.,<br>a California corporation,<br><br>Debtor. | Case No.:  2:08-bk-32333-BR<br><br>Chapter 11<br><br>Adversary No.:  2:10-ap-01244 BR |
| KAMRAN PASADENA GROUP, INC., a California corporation and KAMRAN GROUP, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP INC., a California corporation; WOODMAN PARTNERS, LLC, a California limited liability company; FIDELITY NATIONAL TITLE COMPANY, a California corporation; DANIEL JACOB ISSAC, an individual; FAY FRANAK SARAFIAN, an individual; DARIOUSH SOLEIMANI, an individual; MORTEZA HOMAYOUNJAM, an individual; MEHRNAZ HEKMATRAVAN, an individual; JAMSHID BAHARVAR, an individual; ASHLAND PROPERTIES, LLC, a California limited liability company; FARMCO TRUST, SAWTELLE PROPERTIES, LLC, a California limited liability company; MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEE FOR THE FATORECHI-HASHEMI TRUST; and DOES 1 THROUGH 100,<br><br>Defendant(s). | **STIPULATION FOR CONTINUANCE OF:**<br>**(1) PRETRIAL AND STATUS CONFERENCE RELATED TO THE COMPLAINT AND TRUSTEE'S CROSSCLAIMS; AND**<br>**(2) HEARING ON MOTION OF BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP, INC. FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY ADJUDICATION, ON COMPLAINT; DECLARATION OF DAVID M. POITRAS**<br><br>Pre-trial Conference & Hearing:<br>Date:     February 22, 2012<br>Time:     2:00 p.m.<br>Place:    Courtroom 1668<br>          255 E. Temple Street<br>          Los Angeles, CA 90012<br><br>Continued Pretrial Conference & Hearing:<br>Date:<br>Time:<br>Place:    Courtroom 1668<br>          255 East Temple Street<br>          Los Angeles, CA 90012 |

JMBM | Jeffer Mangels Butler & Mitchell LLP

PRINTED ON

RECYCLED PAPER
LA 8576323v1

WHEREAS, on February 24, 2010, Plaintiffs Kamran Pasadena Group, Inc. and Kamran Group, LLC ("Plaintiffs"), commenced this adversary proceeding by filing a Complaint against Bradley D. Sharp, Chapter 11 Trustee of Namco Capital group, Inc. (the "Trustee") and Fay Faranak Sarafian, Dariush Soleimani, Morteza Homayounjam, Jamshi Baharvar, Ashland Properties, LLC, Faramarz (Johnathan) Massachi, as Trustee of the Farmco Trust, Sawtelle Properties LLC, Mahmound Fatorechi, Soussan Hashemi (collectively, the "Defendants").

WHEREAS, at a Status Conference held on December 13, 2011, this Court scheduled a Pretrial Conference in this adversary proceeding matter for February 22, 2012.  The Pretrial Conference pertains to the main action/Complaint herein (the ""Pretrial Conference").  At the December 13, 2011 hearing, the Court also scheduled a status conference on the Counter-claims and Cross-claims filed by the Trustee, Ashland Properties, et al. and Mehrnaz Hekmatravan (the "Status Conference").

WHEREAS, the Court also set a hearing on the same date from the *Motion of Bradley D. Sharp, Chapter 11 Trustee of Namco Capital Group, Inc., for Summary Judgment, or in the Alternative for Partial Adjudication, on the Complaint* (the "MSJ").

WHEREAS, Plaintiffs and the Trustee have engaged in meaningful settlement negotiations and have reached a settlement compromise, for which they will seek court approval shortly hereafter pursuant to the *Trustee's Motion for An Order Approving and Authorizing the Execution and Performance Under the Settlement Agreement*, scheduled for hearing on March 7, 2012.

WHEREAS, the parties therefore seek to continue (1) the Pretrial Conference, (2) the Status Conference and (3) the hearing on the MSJ, all scheduled for February 22, 2012 to instead on or after March 31, 2012  in order to facilitate the settlement and avoid incurring unnecessary expense and demands on this Court's time.

PRINTED ON
RECYCLED PAPER

LA 8576323v1

- 2 -

NOW, **THEREFORE**, the Parties, through their counsel, hereby stipulate and respectfully request that the Pretrial Conference, the Status Conference and the MSJ, presently scheduled for February 22, 2012, at 2:00 p.m. be continued to a date convenient to the Court's calendar.

**IT IS SO STIPULATED.**

DATED: 2/15/2012          JEFFER MANGELS BUTLER & MITCHELL LLP

By: /s/ David M. Poitras
    DAVID M. POITRAS

Attorneys for Defendant Bradley D. Sharp, Chapter 11
Trustee of Namco Capital Group, Inc.

DATED: 2/16/2012          CHRISTMAN KELLEY & CLARKE

By:
For DUGAN P. KELLEY

Attorneys for Plaintiffs Kamran Pasadena Group, Inc.
and Kamran Group, LLC

DATED: 2/16/2012          LAW OFFICES OF SUSAN I. MONTGOMERY

By:
    SUSAN I. MONTGOMERY

Attorneys for Fay Faranak Sarafian, Dariush
Soleimani, Morteza Homayounjam, Jamshi Baharvar,
Ashland Properties, LLC, Faramarz (Johnathan)
Massachi, as Trustee of the Farmco Trust, Sawtelle
Properties LLC, Mahmound Fatorechi, Soussan
Hashemi

PRINTED ON
RECYCLED PAPER

LA 8576323v1

- 3 -

JMBM  Jeffer Mangels
Butler & Mitchell LLP

DATED: 2/16/2012

EZRA BRUTZKUS GUBNER LLP

By: 
ROBYN B. SOKOL

Attorneys for Cross-Claimant Bradley D. Sharp, Chapter 11 Trustee of Namco Capital Group, Inc.

DATED: 2/17/2012

LAW OFFICES OF SAUL REISS

By: /s/ Saul Reiss
SAUL REISS

Attorneys for Cross-Claim Plaintiff and Defendant Mehrnaz Hekmatravan

PRINTED ON
RECYCLED PAPER

LA 8576323v1

- 4 -

## DECLARATION OF DAVID M. POITRAS

I, David M. Poitras, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and before the United States Bankruptcy Court for the Central District of California. I am the principal of a professional corporation which a partner at Jeffer Mangels Butler & Mitchell, counsel to Defendant Bradley S. Sharp, Chapter 11 Trustee of Namco Capital Group, Inc. I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify thereto.

2. The Court has scheduled a Pretrial Conference in this matter for February 22, 2012 at 2:00 p.m.

3. The Court has scheduled a Status Conference on the Counter-claims and Cross-claims for February 22, 2012 at 2:00 p.m.

4. The Court has scheduled a hearing on the *Motion of Bradley D. Sharp, Chapter 11 Trustee of Namco Capital Group, Inc., for Summary Judgment, or in the Alternative for Partial Adjudication, on the Complaint* (the "MSJ") for February 22, 2012 at 2:00 p.m.

5. The Trustee and the Plaintiffs have engaged in meaningful settlement negotiations and have reached a settlement compromise, for which they will seek court approval concurrently herewith pursuant to the *Trustee's Motion for An Order Approving and Authorizing the Execution and Performance Under the Settlement Agreement* ("Compromise Motion"), scheduled for hearing on March 7, 2012 at 2:00 p.m.

6. The parties anticipate that a continuance of the Pretrial Conference, the Status Conference and MSJ will facilitate the settlement and avoid the parties incurring unnecessary expense appearing at the February 22, 2012 hearings and demands on this Court's time.

PRINTED ON
RECYCLED PAPER
LA 8576323v1

7.      Should the Trustee's Compromise Motion be granted and the adversary proceeding dismissed prior to the scheduled pretrial/status conference, the Trustee will file a status report by no later than seven (7) days prior to the hearing date, informing the Court that the adversary proceeding has been dismissed.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration is executed on this 15th day of February, 2012 at Los Angeles, California.

/s/ David M. Poitras
David M. Poitras

JMBM | Jeffer Mangels Butler & Mitchell LLP

PRINTED ON
RECYCLED PAPER

LA 8576323v1

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 1900 Avenue of the Stars, Seventh Floor, Los Angeles, California  90067-4308

A true and correct copy of the foregoing document described as ***Stipulation for Continuance of: (1) Pretrial and Status Conference Related to the Complaint and Trustee's Crossclaims; and (2) Hearing on Motion of Bradley D. Sharp, Chapter 11 Trustee of Namco Capital Group, Inc. for Summary Judgment, Or in the Alternative, Partial Summary Adjudication, on Complaint; Declaration of David M. Poitras*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***February 17, 2012***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On ***February 17, 2012***, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*Sent By Overnight Mail:*
Hon. Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***February 17, 2012***, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Dugan P. Kelley     dugan@christmankelley.com
Matthew M. Clarke     matt@christmankelley.com

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| *February 17, 2012* | Billie Terry | /s/ Billie Terry |
|---|---|---|
| Date | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                             **F 9013-3.1.PROOF.SERVICE**

**I.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING**:

- Matthew M Clarke    mclarke@cappellonoel.com
- Marc S Cohen    mcohen@kayescholer.com
- Ashleigh A Danker    adanker@kayescholer.com
- Joseph A Eisenberg    jae@jmbm.com
- Teresa Y Hillery    teresa.hillery@fnf.com
- Alexis M McGinness    amm@jmbm.com, vr@jmbm.com;fc3@jmbm.com
- Susan I Montgomery    susan@simontgomerylaw.com
- David M Poitras    dpoitras@jmbm.com
- Gregory M Salvato    gsalvato@pmcos.com, calendar@salvatolawoffices.com
- Gregory M Salvato    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- Robyn B Sokol    ecf@ebg-law.com, rsokol@ebg-law.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9013-3.1.PROOF.SERVICE**