DAVID M. POITRAS P.C. (Bar No. 141309)
DAN P. SEDOR P.C. (Bar No. 139091)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone: 310.203.8080
Facsimile: 310.203.0567
Email: dpoitras@jmbm.com

Attorneys for Defendant Bradley D. Sharp,
Chapter 11 Trustee for Namco Capital Group Inc.

FILED & ENTERED

FEB 17 2012

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY FORTIER DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>NAMCO CAPITAL GROUP, INC.,<br>a California corporation,<br><br>Debtor. | Case No.: 2:08-bk-32333-BR<br><br>Chapter 11<br><br>Adversary No.: 2:10-ap-01244 BR |
| KAMRAN PASADENA GROUP, INC., a California corporation and KAMRAN GROUP, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP INC., a California corporation; WOODMAN PARTNERS, LLC, a California limited liability company; FIDELITY NATIONAL TITLE COMPANY, a California corporation; DANIEL JACOB ISSAC, an individual; FAY FRANAK SARAFIAN, an individual; DARIOUSH SOLEIMANI, an individual; MORTEZA HOMAYOUNJAM, an individual; MEHRNAZ HEKMATRAVAN, an individual; JAMSHID BAHARVAR, an individual; ASHLAND PROPERTIES, LLC, a California limited liability company; FARMCO TRUST, SAWTELLE PROPERTIES, LLC, a California limited liability company; MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEE FOR THE FATORECHI-HASHEMI TRUST; and DOES 1 THROUGH 100,<br><br>Defendant(s). | **ORDER APPROVING STIPULATION FOR CONTINUANCE OF:**<br>**(1) PRETRIAL AND STATUS CONFERENCE RELATED TO THE COMPLAINT AND TRUSTEE'S CROSSCLAIMS; AND**<br>**(2) HEARING ON MOTION OF BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP, INC. FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY ADJUDICATION, ON COMPLAINT**<br><br>Pretrial Conference & Hearing:<br>Date: February 22, 2012<br>Time: 2:00 p.m.<br>Place: Courtroom 1668<br> 255 E. Temple Street<br> Los Angeles, CA 90012<br><br>Continued Pretrial Conference & Hearing:<br>Date:<br>Time:<br>Place: Courtroom 1668<br> 255 East Temple Street<br> Los Angeles, CA 90012 |

PRINTED ON
RECYCLED PAPER
LA 8582667v1

JMBM | Jeffer Mangels Butler & Mitchell LLP

The Parties have filed a Stipulation for Continuance of: (1) Pretrial and Status Conference Related to the Complaint and Trustee's Crossclaims; and (2) Hearing on Motion of Bradley D. Sharp, Chapter 11 Trustee of Namco Capital Group, Inc. for Summary judgment, or, in the Alternative, Partial Summary Adjudication, on Complaint [Docket No. 129].

The Court having considered the matters before it and having reviewed the stipulation of counsel for the parties,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.      The Pretrial Conference and Status Conference previously scheduled for February 22, 2012 is continued to APRIL 11, 2012 at 2:00 p.m.  The parties are required to comply with applicable provisions of Local Bankruptcy Rule 7016-1.

2.      The hearing on the Motion of *Bradley D. Sharp, Chapter 11 Trustee of Namco Capital Group, Inc. for Summary judgment, or, in the Alternative, Partial Summary Adjudication, on Complaint* scheduled for February 22, 2012, is continued to April 11, 2012 at 2:00 p.m.

# # #

DATED: February 17, 2012

United States Bankruptcy Judge

PRINTED ON

RECYCLED PAPER

LA 8582667v1

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 1900 Avenue of the Stars, Seventh Floor, Los Angeles, California  90067-4308

A true and correct copy of the foregoing document described as ***Order Approving Stipulation for Continuance of: (1) Pretrial and Status Conference Related to the Complaint and Trustee's Crossclaims; and (2) Hearing on Motion of Bradley D. Sharp, Chapter 11 Trustee of Namco Capital Group, Inc. for Summary Judgment, Or in the Alternative, Partial Summary Adjudication, on Complaint*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____**,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On *February 17, 2012,* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

*Sent By Overnight Mail*:
Hon. Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *February 17, 2012,* I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.
**SERVED BY EMAIL**
- Dugan P. Kelley    dugan@christmankelley.com
- Matthew M. Clarke    matt@christmankelley.com
- Robyn B Sokol    ecf@ebg-law.com, rsokol@ebg-law.com
- Susan I Montgomery    susan@simontgomerylaw.com
- Saul Reiss  saulreiss@verizon.net

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| *February 17, 2012* | Billie Terry | /s/ Billie Terry |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                              **F 9013-3.1.PROOF.SERVICE**

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ***Order Approving Stipulation for Continuance of: (1) Pretrial and Status Conference Related to the Complaint and Trustee's Crossclaims; and (2) Hearing on Motion of Bradley D. Sharp, Chapter 11 Trustee of Namco Capital Group, Inc. for Summary Judgment, Or in the Alternative, Partial Summary Adjudication, on Complaint*** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** ¥ Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ***February 17, 2012***, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Matthew M Clarke    mclarke@cappellonoel.com
- Marc S Cohen    mcohen@kayescholer.com
- Ashleigh A Danker    adanker@kayescholer.com
- Joseph A Eisenberg    jae@jmbm.com
- Teresa Y Hillery    teresa.hillery@fnf.com
- Alexis M McGinness    amm@jmbm.com, vr@jmbm.com;fc3@jmbm.com
- Susan I Montgomery    susan@simontgomerylaw.com
- David M Poitras    dpoitras@jmbm.com
- Gregory M Salvato    gsalvato@pmcos.com, calendar@salvatolawoffices.com
- Gregory M Salvato    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- Robyn B Sokol    ecf@ebg-law.com, rsokol@ebg-law.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:
**SERVED BY EMAIL**
- Dugan P. Kelley    dugan@christmankelley.com
- Saul Reiss  saulreiss@verizon.net

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                        **F 9021-1.1.NOTICE.ENTERED.ORDER**