MATTHEW CLARK (BAR NO. 184959)
DUGAN P. KELLEY (BAR NO. 207347)
CHRISTMAN, KELLEY & CLARKE, PC
2570 Justin Road, Suite 240
Highland Village, Texas 75077
Telephone: 972-253-4440; Fax: 866-611-9852
Email: matt@christmankelley.com; dugan@christmankelley.com

Attorneys for Plaintiffs,
Kamran Pasadena Group, Inc. and Kamran Group LLC

DAVID M. POITRAS P.C. (Bar No. 141309)
DAN P. SEDOR P.C. (Bar No. 139091)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California  90067-4308
Telephone: 310.203.8080; Fax: 310.203.0567
Email: dpoitras@jmbm.com

Attorneys for Defendant Bradley D. Sharp,
Chapter 11 Trustee for Namco Capital Group Inc.

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>NAMCO CAPITAL GROUP, INC.,<br>a California corporation,<br><br>Debtor. | Case No.: 2:08-bk-32333-BR<br><br>Chapter 11<br><br>Adversary No.: 2:10-ap-01244 BR |
| KAMRAN PASADENA GROUP, INC., a California corporation and KAMRAN GROUP, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP INC., a California corporation; WOODMAN PARTNERS, LLC, a California limited liability company; FIDELITY NATIONAL TITLE COMPANY, a California corporation; DANIEL JACOB ISSAC, an individual; FAY FRANAK SARAFIAN, an individual; DARIOUSH SOLEIMANI, an individual; MORTEZA HOMAYOUNJAM, an individual; MEHRNAZ HEKMATRAVAN, an individual; JAMSHID BAHARVAR, an individual; ASHLAND PROPERTIES, LLC, a California limited liability company; FARMCO TRUST, SAWTELLE PROPERTIES, LLC, a California limited liability company; MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEE FOR THE FATORECHI-HASHEMI TRUST; and DOES 1 THROUGH 100,<br><br>Defendant(s). | STIPULATION BETWEEN PLAINTIFFS KAMRAN PASADENA GROUP, INC. AND KAMRAN GROUP, LLC AND DEFENDANTS TO DISMISS COMPLAINT WITH PREJUDICE AGAINST ALL DEFENDANTS<br><br>[FRBP 7041]<br><br>[NO HEARING REQUIRED] |

JMBM Jeffer Mangels Butler & Mitchell LLP

PRINTED ON
RECYCLED PAPER
LA 8582152v1

**TO THE ABOVE ENTITLED COURT:**

Plaintiffs Kamran Pasadena Group, Inc. and Kamran Group, LLC (collectively, "Plaintiffs"), on the one hand, and Defendants Bradley D. Sharp, Chapter 11 Trustee of Namco Capital Group, Inc. (the "Trustee"), Mehrnaz Hekmatravan, Fay Faranak Sarafian, Dariush Soleimani, Morteza Homayounjam, Jamshi Baharvar, Ashland Properties, LLC, Faramarz (Johnathan) Massachi, as Trustee of the Farmco Trust, Sawtelle Properties LLC, Mahmound Fatorechi, Soussan Hashemi on the other hand, hereby agree, on the terms and conditions set forth herein, to the dismissal of the above captioned complaint, with prejudice.

A.     On February 24, 2010, Plaintiffs commenced this adversary proceeding by the filing of a Complaint (the "Complaint" or "Main Action") against the Trustee, Mehrnaz Hekmatravan, Fay Faranak Sarafian, Dariush Soleimani, Morteza Homayounjam, Jamshi Baharvar, Ashland Properties, LLC, Faramarz (Johnathan) Massachi, as Trustee of the Farmco Trust, Sawtelle Properties LLC, Mahmound Fatorechi, Soussan Hashemi, Woodman Partners, LLC, and Daniel Jacob Isaac (the "Defendants").[1]

B.     Thereafter, on April 21, 2010 Defendant Hekmatravan filed a Counter-claim against Plaintiffs, the Trustee, and others (the "Hekmatravan Counter-claim")(Adv. Docket No. 13). *The Hekmatravan Counter-claim is not being dismissed by this stipulation.*

C.     Thereafter, on May 28, 2010, the Trustee filed a Cross-claim against several of the Defendants identified above and others (the "Trustee Cross-claim")(Adv. Docket No. 20). *The Trustee Cross -claim is not being dismissed by this stipulation.*

D.     Thereafter, on June 7, 2010, several of the Defendants identified above filed Counter-claims and Cross-claims against the Plaintiffs and the Trustee (the "Counter - Cross - Claims")(Adv. Docket No. 35). *The Counter - Cross - Claims are not being dismissed by this stipulation.*

---

[1]     Fidelity National Title Company was also named as a defendant in the Main Action but was previously dismissed.

PRINTED ON

RECYCLED PAPER

JMBM | Jeffer Mangels Butler & Mitchell LLP

LA 8582152v1

E.     The claims referenced in Recitals B, C and D above have all been settled which settlements are subject to bankruptcy court approval.  Upon entry of final orders approving such settlements, all claims asserted in this adversary proceeding will be dismissed by separate orders of the bankruptcy court.

F.     Plaintiffs and Trustee have entered into a Settlement Agreement fully settling the Main Action, which settlement was approved by a final order of the bankruptcy court.

**NOW, THEREFORE**, Plaintiffs, Trustee and  Mehrnaz Hekmatravan, Fay Faranak Sarafian, Dariush Soleimani, Morteza Homayounjam, Jamshi Baharvar, Ashland Properties, LLC, Faramarz (Johnathan) Massachi, as Trustee of the Farmco Trust, Sawtelle Properties LLC, Mahmound Fatorechi, Soussan Hashemi agree that:

1.     The above captioned Complaint (and only the above-captioned Complaint) shall be dismissed as to all Defendants, with prejudice.  This adversary proceeding shall remain open regarding the Hekmatravan Counter-claim, the Trustee Cross-claim and the Counter - Cross - Claims.

2.     Plaintiffs and all Defendants named in the Main Action shall bear their own respective attorneys' fees and costs with  respect to this adversary proceeding.

3.     Plaintiffs, the Trustee and Mehrnaz Hekmatravan, Fay Faranak Sarafian, Dariush Soleimani, Morteza Homayounjam, Jamshi Baharvar, Ashland Properties, LLC, Faramarz (Johnathan) Massachi, as Trustee of the Farmco Trust, Sawtelle Properties LLC, Mahmound Fatorechi, Soussan Hashemi agree that no party shall be deemed to be a "prevailing party" in this adversary proceeding.

*[Signatures on Following Page]*

PRINTED ON

RECYCLED PAPER

LA 8582152v1

- 3 -

JMBM | Jeffer Mangels Butler & Mitchell LLP

DATED: March 7, 2012

CHRISTMAN, KELLEY & CLARK PC

By: _____
    Dugan P. Kelley

Attorneys for Plaintiffs Kamran Pasadena Group, Inc. and Kamran Group, LLC

DATED: March __, 2012

JEFFER MANGELS BUTLER & MITCHELL LLP

By: _____
    DAVID M. POITRAS

Attorneys for Defendant Bradley D. Sharp, Chapter 11 Trustee of Namco Capital Group, Inc.

DATED: March 9, 2012

LAW OFFICES OF SUSAN I. MONTGOMERY

By: _____
    SUSAN I. MONTGOMERY

Attorneys for Defendants Fay Faranak Sarafian, Dariush Soleimani, Morteza Homayounjam, Jamshi Baharvar, Ashland Properties, LLC, Faramarz (Johnathan) Massachi, as Trustee of the Farmco Trust, Sawtelle Properties LLC, Mahmound Fatorechi, Soussan Hashemi

DATED: March __, 2012

LAW OFFICES OF SAUL REISS, P.C.

By: _____
    SAUL REISS

Attorneys for Defendant Mehrnaz Hekmatravan

PRINTED ON
RECYCLED PAPER

LA 8582152v1

- 4 -

DATED: March __, 2012

CHRISTMAN, KELLEY & CLARK PC

By: _____
    Dugan P. Kelley

Attorneys for Plaintiffs Kamran Pasadena Group, Inc.
and Kamran Group, LLC

DATED: March 9, 2012

JEFFER MANGELS BUTLER & MITCHELL LLP

By: _____
    DAVID M. POITRAS

Attorneys for Defendant Bradley D. Sharp, Chapter 11
Trustee of Namco Capital Group, Inc.

DATED: March __, 2012

LAW OFFICES OF SUSAN I. MONTGOMERY

By: _____
    SUSAN I. MONTGOMERY

Attorneys for Defendants Fay Faranak Sarafian,
Dariush Soleimani, Morteza Homayounjam, Jamshi
Baharvar, Ashland Properties, LLC, Faramarz
(Johnathan) Massachi, as Trustee of the Farmco Trust,
Sawtelle Properties LLC, Mahmound Fatorechi,
Soussan Hashemi

DATED: March __, 2012

LAW OFFICES OF SAUL REISS, P.C.

By: _____
    SAUL REISS

Attorneys for Defendant Mehrnaz Hekmatravan

PRINTED ON

RECYCLED PAPER

LA 8582152v1

- 4 -

DATED: March __, 2012

CHRISTMAN, KELLEY & CLARK PC

By: _____
        Dugan P. Kelley

Attorneys for Plaintiffs Kamran Pasadena Group, Inc. and Kamran Group, LLC

DATED: March __, 2012

JEFFER MANGELS BUTLER & MITCHELL LLP

By: _____
        DAVID M. POITRAS

Attorneys for Defendant Bradley D. Sharp, Chapter 11 Trustee of Namco Capital Group, Inc.

DATED: March __, 2012

LAW OFFICES OF SUSAN I. MONTGOMERY

By: _____
        SUSAN I. MONTGOMERY

Attorneys for Defendants Fay Faranak Sarafian, Dariush Soleimani, Morteza Homayounjam, Jamshi Baharvar, Ashland Properties, LLC, Faramarz (Johnathan) Massachi, as Trustee of the Farmco Trust, Sawtelle Properties LLC, Mahmound Fatorechi, Soussan Hashemi

DATED: March 2, 2012

LAW OFFICES OF SAUL REISS, P.C.

By: _____
        SAUL REISS

Attorneys for Defendant Mehrnaz Hekmatravan

PRINTED ON RECYCLED PAPER

LA 8582152v1

- 4 -

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 1900 Avenue of the Stars, Seventh Floor, Los Angeles, California  90067-4308


A true and correct copy of the foregoing document described as ***Stipulation Between Plaintiffs Kamran Pasadena Group, Inc. and Kamran Group, LLC and Defendants to Dismiss Complaint with Prejudice Against all Defendants*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***March 14, 2012***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page


**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ***March 14, 2012,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

*Sent By Overnight Mail*:
Hon. Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***March 14, 2012,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Dugan P. Kelley    dugan@christmankelley.com
Matthew M. Clarke    matt@christmankelley.com
Saul Reiss    reisslaw@verizon.net

☐  Service information continued on attached page


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| *March 14, 2012* | Claudean Brandon | /s/ Claudean Brandon |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                    **F 9013-3.1.PROOF.SERVICE**

**I.** <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING**</u>:

- Matthew M Clarke     mclarke@cappellonoel.com
- Marc S Cohen     mcohen@kayescholer.com
- Ashleigh A Danker     adanker@kayescholer.com
- Joseph A Eisenberg     jae@jmbm.com
- Teresa Y Hillery     teresa.hillery@fnf.com
- Alexis M McGinness     amm@jmbm.com, vr@jmbm.com;fc3@jmbm.com
- Susan I Montgomery     susan@simontgomerylaw.com
- David M Poitras     dpoitras@jmbm.com
- Gregory M Salvato     gsalvato@pmcos.com, calendar@salvatolawoffices.com
- Gregory M Salvato     gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- Robyn B Sokol     ecf@ebg-law.com, rsokol@ebg-law.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                    **F 9013-3.1.PROOF.SERVICE**