United States Bankruptcy Court
Central District of California

Kamran Pasadena Group, Inc.,
     Plaintiff

Adv. Proc. No. 10-01244-BR

Sharp,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-2        User: admin        Page 1 of 3        Date Rcvd: Mar 15, 2012
                         Form ID: pdf031      Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2012.
```
aty          +A Barry Cappello,   Cappello & Noel LLP,   831 State Street,   Santa Barbara, CA 93101-3227
aty          +Dugan P Kelley,   Christman Kelley & Clarke, PC,   2570 Justin Road,   Suite 240,
               Highland Village, TX 75077-3016
aty          +John M Rygh,   915 Wilshire Blvd Ste 2100,   Los Angeles, CA 90017-3450
aty          +Matthew M Clarke,   Christman Kelley & Clarke,   831 State St,   Santa Barbara, CA 93101-3227
aty          +Saul Reiss,   Law Offices of Saul Reiss,   2800 28th St,   Ste 328,   Santa Monica, CA 90405-6201
aty          +Timothy Neufeld,   Neufeld Law Group,   360 E 2nd St Ste 703,   Los Angeles, CA 90012-4245
tr           +Bradley D. Sharp (TR),   Development Specialist, Inc.,   333 So. Grand Ave., Suite 4070,
               Los Angeles, CA 90071-1544
dft          +Ashland Properties LLC,   Weissmann Wolff et al,   9665 Wilshire Blvd,   9th Floor,
               Beverly Hills, CA 90212-2316
crd          +Faramarz Massachi,   Weissmann Wolff et al,   9665 Wilshire Blvd,   9th Floor,
               Beverly Hills, CA 90212-2316
crd          +Faranak Faye Sarafian,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Fl,
               Beverly Hills, CA 90212-2316
pla          +Kamran Pasadena Group, Inc.,   Kaye Scholer LLP,   Attn: Marc S. Cohen,
               1999 Avenue of the Stars,   17th Floor,   Los Angeles, CA 90067-4622
dft          +Mahmoud Fatorechi,   Weissmann Wolff et al,   9665 Wilshire Blvd,   9th Floor,
               Beverly Hills, CA 90212-2316
dft          +Morteza Homayounjam,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Fl,
               Beverly Hills, CA 90212-2316
dft          +Sawtelle Properties LLC,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Fl,
               Beverly Hills, CA 90212-2316
dft          +Soussan Hashemi,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Floor,
               Beverly Hills, CA 90212-2316
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                              TOTAL: 0

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
crc           Bradley D. Sharp
dft           Bradley D. Sharp
crd           Bradley D. Sharp
cd            Bradley D. Sharp
crd           Daniel Jacob Isaac
dft           Daniel Jacob Isaac
crd           Darioush Soleimani
crc           Darioush Soleimani
cc            Darioush Soleimani
dft           Darioush Soleimani
dft           Faramarz Massachi
crc           Faramarz Massachi
cc            Faramarz Massachi
dft           Farank Faye Sarafian
crc           Farank Faye Sarafian
cc            Farank Faye Sarafian
dft           Farmco Trust
crd           Farmco Trust
dft           Fatorechi-Hashemi Trust
crd           Fatorechi-Hashemi Trust
dft           Fay Franak Sarafian
dft           Fidelity National Title Company
dft           Jamshid Baharvar
crd           Jamshid Baharvar
crc           Jamshid Baharvar
cc            Jamshid Baharvar
crd           Mehrnaz Hekmatravan
dft           Mehrnaz Hekmatravan
dft           Woodman Partners
crd*         +Ashland Properties LLC,   Weissmann Wolff et al,   9665 Wilshire Blvd,   9th Floor,
               Beverly Hills, CA 90212-2316
crc*         +Ashland Properties LLC,   Weissmann Wolff et al,   9665 Wilshire Blvd,   9th Floor,
               Beverly Hills, CA 90212-2316
cc*          +Ashland Properties LLC,   Weissmann Wolff et al,   9665 Wilshire Blvd,   9th Floor,
               Beverly Hills, CA 90212-2316
cd*          +Kamran Pasadena Group, Inc.,   Kaye Scholer LLP,   Attn: Marc S. Cohen,
               1999 Avenue of the Stars,   17th Floor,   Los Angeles, CA 90067-4622
cd*          +Kamran Pasadena Group, Inc.,   Kaye Scholer LLP,   Attn: Marc S. Cohen,
               1999 Avenue of the Stars,   17th Floor,   Los Angeles, CA 90067-4622
crd*         +Mahmoud Fatorechi,   Weissmann Wolff et al,   9665 Wilshire Blvd,   9th Floor,
               Beverly Hills, CA 90212-2316
```

```
District/off: 0973-2            User: admin              Page 2 of 3              Date Rcvd: Mar 15, 2012
                               Form ID: pdf031          Total Noticed: 15


               ***** BYPASSED RECIPIENTS (continued) *****
crc*        +Mahmoud Fatorechi,   Weissmann Wolff et al,   9665 Wilshire Blvd,   9th Floor,
              Beverly Hills, CA 90212-2316
cc*         +Mahmoud Fatorechi,   Weissmann Wolff et al,   9665 Wilshire Blvd,   9th Floor,
              Beverly Hills, CA 90212-2316
crd*        +Morteza Homayounjam,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Fl,
              Beverly Hills, CA 90212-2316
crc*        +Morteza Homayounjam,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Fl,
              Beverly Hills, CA 90212-2316
cc*         +Morteza Homayounjam,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Fl,
              Beverly Hills, CA 90212-2316
crd*        +Sawtelle Properties LLC,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Fl,
              Beverly Hills, CA 90212-2316
crc*        +Sawtelle Properties LLC,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Fl,
              Beverly Hills, CA 90212-2316
cc*         +Sawtelle Properties LLC,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Fl,
              Beverly Hills, CA 90212-2316
crd*        +Soussan Hashemi,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Floor,
              Beverly Hills, CA 90212-2316
crc*        +Soussan Hashemi,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Floor,
              Beverly Hills, CA 90212-2316
cc*         +Soussan Hashemi,   Weissmann Wolff,   9665 Wilshire Blvd,   9th Floor,
              Beverly Hills, CA 90212-2316
                                                                      TOTALS: 29, * 17, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 17, 2012                    Signature: _____

District/off: 0973-2          User: admin            Page 3 of 3              Date Rcvd: Mar 15, 2012
                              Form ID: pdf031         Total Noticed: 15


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2012 at the address(es) listed below:
              Alexis M McGinness    on behalf of Defendant Bradley Sharp amm@jmbm.com,   vr@jmbm.com;fc3@jmbm.com
              Ashleigh A Danker    on behalf of Plaintiff  Kamran Pasadena Group, Inc. adanker@kayescholer.com
              David M Poitras    on behalf of Defendant Bradley Sharp dpoitras@jmbm.com
              Gregory M Salvato    on behalf of Counter-Claimant  Ashland Properties LLC
               gsalvato@salvatolawoffices.com,   calendar@salvatolawoffices.com
              Gregory M Salvato    on behalf of Defendant  Ashland Properties LLC gsalvato@pmcos.com,
               calendar@salvatolawoffices.com
              Joseph A Eisenberg    on behalf of Defendant Bradley Sharp jae@jmbm.com
              Marc S Cohen    on behalf of Plaintiff  Kamran Pasadena Group, Inc. mcohen@kayescholer.com
              Matthew M Clarke    on behalf of Plaintiff  Kamran Pasadena Group, Inc. mclarke@cappellonoel.com
              Robyn B Sokol    on behalf of Counter-Defendant Bradley Sharp ecf@ebg-law.com,   rsokol@ebg-law.com
              Susan I Montgomery    on behalf of Counter-Claimant  Ashland Properties LLC
               susan@simontgomerylaw.com
              Teresa Y Hillery    on behalf of Defendant  Fidelity National Title Company teresa.hillery@fnf.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                    TOTAL: 12

DAVID M. POITRAS P.C. (Bar No. 141309)
DAN P. SEDOR P.C. (Bar No. 139091)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California  90067-4308
Telephone:    310.203.8080
Facsimile:    310.203.0567
Email:    dpoitras@jmbm.com

Attorneys for Defendant Bradley D. Sharp,
Chapter 11 Trustee for Namco Capital Group Inc.

**FILED & ENTERED**

**MAR 15 2012**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier     DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>NAMCO CAPITAL GROUP, INC.,<br>a California corporation,<br><br>Debtor. | Case No.:  2:08-bk-32333-BR<br><br>Chapter 11<br><br>Adversary No.:  2:10-ap-01244 BR |
| KAMRAN PASADENA GROUP, INC., a California corporation and KAMRAN GROUP, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP INC., a California corporation; WOODMAN PARTNERS, LLC, a California limited liability company; FIDELITY NATIONAL TITLE COMPANY, a California corporation; DANIEL JACOB ISSAC, an individual; FAY FRANAK SARAFIAN, an individual; DARIOUSH SOLEIMANI, an individual; MORTEZA HOMAYOUNJAM, an individual; MEHRNAZ HEKMATRAVAN, an individual; JAMSHID BAHARVAR, an individual; ASHLAND PROPERTIES, LLC, a California limited liability company; FARMCO TRUST, SAWTELLE PROPERTIES, LLC, a California limited liability company; MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEE FOR THE FATORECHI-HASHEMI TRUST; and DOES 1 THROUGH 100,<br><br>Defendant(s). | **ORDER APPROVING:**<br><br>**STIPULATION BETWEEN KAMRAN PASADENA GROUP, INC. AND KAMRAN GROUP, LLC AND DEFENDANTS TO DISMISS COMPLAINT WITH PREJUDICE AGAINST ALL DEFENDANTS** |

JMBM | Jeffer Mangels Butler & Mitchell LLP

PRINTED ON

RECYCLED PAPER
LA 8627795v1

The Court having read and considered the *Stipulation Between Plaintiffs Kamran Pasadena Group, Inc. and Kamran Group, LLC and Defendants to Dismiss Complaint With Prejudice Against All Defendants* [Docket No. 132] (the "Stipulation") and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned adversary proceeding be and is hereby dismissed with prejudice, and each party shall bear its own costs.

# # #

DATED: March 15, 2012

_____

United States Bankruptcy Judge

JMBM | Jeffer Mangels Butler & Mitchell LLP

PRINTED ON
RECYCLED PAPER
LA 8627795v1

- 2 -

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 1900 Avenue of the Stars, Seventh Floor, Los Angeles, California  90067-4308

A true and correct copy of the foregoing document described as ***Order Approving:  Stipulation Between Kamran Pasadena Group, Inc. and Kamran Group, LLC and Defendants to Dismiss Complaint with Prejudice Against all Defendants*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____**,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ***March 14, 2012,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

*Sent By Overnight Mail*:
Hon. Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***March 14, 2012,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Dugan P. Kelley     dugan@christmankelley.com
Matthew M. Clarke     matt@christmankelley.com
Susan I Montgomery     susan@simontgomerylaw.com
Saul Reiss     reisslaw@verizon.net

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| *March 14, 2012* | Claudean Brandon | /s/ Claudean Brandon |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                  **F 9013-3.1.PROOF.SERVICE**

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **_Order Approving:  Stipulation Between Kamran Pasadena Group, Inc. and Kamran Group, LLC and Defendants to Dismiss Complaint with Prejudice Against all Defendants_** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** ¥ Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **_March 14, 2012_**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Matthew M Clarke    mclarke@cappellonoel.com
- Marc S Cohen    mcohen@kayescholer.com
- Ashleigh A Danker    adanker@kayescholer.com
- Joseph A Eisenberg    jae@jmbm.com
- Teresa Y Hillery    teresa.hillery@fnf.com
- Alexis M McGinness    amm@jmbm.com, vr@jmbm.com;fc3@jmbm.com
- Susan I Montgomery    susan@simontgomerylaw.com
- David M Poitras    dpoitras@jmbm.com
- Gregory M Salvato    gsalvato@pmcos.com, calendar@salvatolawoffices.com
- Gregory M Salvato    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- Robyn B Sokol    ecf@ebg-law.com, rsokol@ebg-law.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                   **F 9021-1.1.NOTICE.ENTERED.ORDER**