STEVEN T. GUBNER – SBN 156593
ROBYN B. SOKOL – SBN 159506
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile:   (818) 827-9099

Attorneys for Bradley D. Sharp, Chapter 11 Trustee
for Namco Capital Group, Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| | |
|---|---|
| In Re:  NAMCO CAPITAL GROUP INC, a California corporation <br><br> Debtor. | Case No.: 2:08-bk-32333-BR <br><br> Chapter 11 <br><br> Adv. No.:  2:10-ap-01244 BR |
| KAMRAN PASADENA GROUP, INC., a California corporation; and KAMRAN GROUP, LLC, a California limited liability company, <br><br> Plaintiffs, <br> v. <br><br> NAMCO CAPITAL GROUP INC, a California corporation; EZRI NAMVAR, an individual; WOODMAN PARTNERS, LLC, a California limited liability company; FIDELITY NATIONAL TITLE COMPANY, a California corporation; DANIEL JACOB ISSAC, an individual; FAY FRANAK SARAFIAN, an individual; DARIOUSH SOLEIMANI, an individual; MORTEZA HOMAYOUNJAM, an individual; MEHRNAZ HEKMATRAVAN, an individual; JAMSHID BAHARVAR; an individual; ASHLAND PROPERTIES, LLC, A California limited liability company; FARMCO TRUST, SAWTELLE PROPERTIES, LLC; a California limited liability company; MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEES FOR THE FATORECHI-HASHEMI TRUST; and DOES 1 THROUGH 100, <br><br> Defendants. | **STATUS REPORT RE SETTLEMENT** <br><br><br> STATUS CONFERENCE: <br> DATE:          April 11, 2011 <br> TIME:          2:00 P.M. <br> PLACE:        Courtroom 1668 <br>                    16th Floor <br>                    Roybal Federal Bldg. <br>                    255 E. Temple Street <br>                    Los Angeles, CA  90012 |

1

*570576*

ASHLAND PROPERTIES, LLC, et al.,

         Cross-Complainants,

v.

BRADLEY D. SHARP, CHAPTER 11 TRUSTEE;

         Cross-Defendants.

AND RELATED CROSS-CLAIMS AND COUNTERCLAIMS.

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE:**

A settlement has been reached as to the Cross-Claims of Bradley D. Sharp, Chapter 11 Trustee (the "Trustee") in the above-entitled adversary proceeding.  On or about February 17, 2012, the Court entered an order approving the compromise by and between the Trustee and Ashland Properties, LLC, Jamshid Baharvar, M.D., Shohreh E. Baharvar, Mahmoud Fatorechi and Soussan Hashemi as Trustees of the Fatorechi-Hashemi Trust, Morteza Homayounjam, Jonathan (Faramarz) Massachi, as  Trustee of the Farmo Trust, Faye Faranak Sarafian, Sawtelle Properties, LLC, and Darioush Soleimani .  On or about March 30, 2012, the Court entered an order approving the compromise with Daniel Jacob Isaak [Docket No. 1798].  On or about March 26, 2012, the Trustee lodged an order approving the compromise with Mehrnaz Hekmatravan.

The Trustee will lodge an order to dismiss the adversary proceeding once all terms of the settlements have been met.

DATED:  April 10, 2012                EZRA BRUTZKUS GUBNER LLP

                                    /s/ Robyn B. Sokol
By: _____
            Robyn B. Sokol
            Attorneys for Plaintiff,  Bradley D. Sharp,
            Chapter 11 Trustee

2

*570576*

| In re: NAMCO CAPITAL GROUP INC., | CHAPTER 11 |
| --- | --- |
| Debtor(s). | CASE NUMBER 2:08-bk-32333-BR |
| KAMRAN PASADENA GROUP, INC. , etc. vs. NAMCO CAPITAL GROUP | ADV NUMBER   2:10-ap-01244-BR |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**21650 Oxnard Street, Suite 500, Woodland Hills, California 91367.**

A true and correct copy of the foregoing document described **STATUS REPORT RE SETTLEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by lbr 5005-2(d); and **(b)** in the manner indicated below

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **April 10, 2012,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Susan I Montgomery**    susan@simontgomerylaw.com
**United StatesTrustee (LA**)    ustpregion 16.la.ecf@usdoj.gov

☐     Service information continued on att0061ched page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **April 10, 2012,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**BY U.S. MAIL**

Honorable Barry Russell
United States Bankruptcy Court
Los Angeles Division – Roybal Federal Bldg.
255 E. Temple Street, Suite 1660
Los Angeles, CA  90012

Saul Reiss
Law Offices of Saul Reiss
2800 28th Street, Suite 328
Santa Monica, CA 90405

Daniel Jacob Issak
10790 Wilshire Blvd., Suite 1102
Los Angeles, CA  90024

☐     Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐     Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 10, 2012 | NIKOLA A. FIELDS | /s/ Nikola A. Fields |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                          **F 9013-3.1**