STEVEN T. GUBNER - Bar No. 156593
ROBYN B. SOKOL – Bar No. 159506
DARREN B. NEILSON – Bar No. 276159
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA  91367
Telephone:  818.827.9000
Facsimile:  818.827.9099
Email:      sgubner@ebg-law.com
            rsokol@ebg-law.com
            dneilson@ebg-law.com

Special Counsel for Bradley D. Sharp, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:08-bk-32333-BR |
| NAMCO CAPITAL GROUP, INC., a California corporation, | Chapter 11 |
| | Adv. No. 2:11-ap-01244-BR |
| Debtor. | |
| KAMRAN PASADENA GROUP, INC., a California corporation; and KAMRAN GROUP, LLC, a California limited liability company, | **NOTICE OF DISMISSAL OF CROSS COMPLAINT UPON SETTLEMENT [FRCP 41(c)]** |
| Plaintiffs, | |
| v. | [No Hearing Required] |
| NAMCO CAPITAL GROUP INC, a California corporation; EZRI NAMVAR, an individual; WOODMAN PARTNERS, LLC, a California limited liability company; FIDELITY NATIONAL TITLE COMPANY, a California corporation; DANIEL JACOB ISSAC, an individual; FAY FRANAK SARAFIAN, an individual; DARIOUSH SOLEIMANI, an individual; MORTEZA HOMAYOUNJAM, an individual; MEHRNAZ HEKMATRAVAN, an individual; JAMSHID BAHARVAR; an individual; ASHLAND PROPERTIES, LLC, A California limited liability company; FARMCO TRUST, SAWTELLE PROPERTIES, LLC; a California limited liability company; MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEES FOR THE FATORECHI-HASHEMI TRUST; and DOES 1 through 100, | |
| Defendants. | |

-1-

584324

MEHRNAZ HEKMATRAVAN,

Claimant,

v.

BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP, INC. a California corporation, KAMRAN GROUP, LLC, a California Limited Liability Company, KAMRAN GROUP, INC., a California corporation, KAMRAN PASADENA, INC., a California corporation, DAVID J. GOLKAR an individual, HAMID TABATABAI aka HAMID TABA, an individual, VIOLET KASHANY, an individual, MORTEZA HOMAYOUNJAM, an individual, ASHLAND PROPERTIES, LLC, a California Limited Company, SAWTELLE PROPERTIES, LLC, JAMSHID BEHARVAR, an individual, FAYE FARANAK SARAFIAN, an individual, FARMO TRUST DATED JANUARY 1, 2007, a trust, DARIOUSH SOLEMANI, an individual, an individual, and DOES 101 through 125,

Defendants.

BRADLEY D. SHARP, Chapter 11 Trustee,

Cross-Plaintiff,

v.

MORTEZA HOMAYOUNJAM, an individual, ASHLAND PROPERTIES, LLC, a California limited liability company, SAWTELLE PROPERTIES, LLC, a California limited liability company, JAMSHID BAHARVAR, an individual, FAYE FARANAK SARAFIAN, an individual, FARMO TRUST DATED JANUARY 1, 2007, a trust, DARIOUSH SOLEMANI, an individual, DANIEL JACOB ISSAC, an individual, MEHRNAZ HEKMATRAVAN, an individual, MAHMOUD FATORECHI AND SOUSSAN HASHEMI AS TRUSTEES FOR THE FATORECHI-HASHEMI TRUST, a trust,

Cross-Defendants.

-2-

584324

**PLEASE TAKE NOTICE** that Bradley D. Sharp, Chapter 11 Trustee and Plaintiff herein, pursuant to Federal Rule of Civil Procedure 41(c), made applicable hereto by Federal Rules of Bankruptcy Procedure 7041, hereby dismisses the Cross-claim of Bradley Sharp for Declaratory Relief naming Morteza Homyounjam, an individual, Ashland Properties, LLC, a California limited liability company, Sawtelle Properties, LLC, a California limited liability company, Jamshid Baharvar, an individual, Faye Faranak Sarafian, an individual, Farmo Trust Dated January 1, 2007, a trust, Darioush Solemani, an individual, Daniel Jacob Issak, an individual, Mehrnaz Hekmatravan, an individual, and Mahmoud Fatorechi and Soussan Hashemi as Trustees for the Fatorechi-Hashemi Trust, a trust, with all parties to bear there own fees and costs.  The Court has approved three compromises, encompassing all members of the within Cross-claim, resulting in the dismissal. [Namco Capital Group, Inc.'s ECF Docket Nos. 1738, 1798, and 1815].

Dated:  May 10, 2012                                EZRA BRUTZKUS GUBNER LLP


                                                   By:   /s/ Robyn B. Sokol
                                                         ROBYN B. SOKOL
                                                         Special Counsel for Bradley Sharp,
                                                         Chapter 11 Trustee

-3-

584324

| In re: NAMCO CAPITAL GROUP INC., <br><br> Debtor(s). <br><br> KAMRAN PASADENA GROUP, INC. v. NAMCO CAPITAL GROUP, et al. | CHAPTER  11 <br> CASE NUMBER  2:08-bk-32333-BR <br> ADV NUMBER    2:10-ap-01244-BR |
|---|---|

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  **21650 Oxnard Street, Suite 500, Woodland Hills, California 91367.**

A true and correct copy of the foregoing document described **NOTICE OF DISMISSAL OF CROSS COMPLAINT UPON SETTLEMENT [FRCP 41(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **May 11, 2012,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒    Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On **May 11, 2012,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**BY U.S. MAIL**

Honorable Barry Russell
United States Bankruptcy Court
Los Angeles Division – Roybal Federal Bldg.
255 E. Temple Street, Suite 1660
Los Angeles, CA  90012

Attorneys for Cross-Defendant Mehrnaz Hekmatravan
Saul Reiss, Esq.
Law Offices of Saul Reiss
2800 28th Street, Suite 328
Santa Monica, CA  90405

Cross-Defendant In Pro Se
Daniel Jacob Issak
10790 Wilshire Blvd., Suite 1102
Los Angeles, CA  90024

☐    Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 11, 2012 | MELA ZEPEDA | /s/ Mela Zepeda |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

-4-

584324

| In re:  NAMCO CAPITAL GROUP INC., | CHAPTER  11 |
|---|---|
| Debtor(s). | CASE NUMBER  2:08-bk-32333-BR |
| KAMRAN PASADENA GROUP, INC. v. NAMCO CAPITAL GROUP, et al. | ADV NUMBER    2:10-ap-01244-BR |

### BY NOTICE OF ELECTRONIC FILING ("NEF")

Matthew M Clarke – mclarke@cappellonoel.com
Marc S Cohen – mcohen@kayescholer.com
Ashleigh A Danker – adanker@kayescholer.com
Joseph A Eisenberg – jae@jmbm.com
Teresa Y Hillery – teresa.hillery@fnf.com
Alexis M McGinness – amm@jmbm.com, vr@jmbm.com;fc3@jmbm.com
Susan I Montgomery – susan@simontgomerylaw.com
David M Poitras – dpoitras@jmbm.com
Gregory M Salvato – gsalvato@pmcos.com, calendar@salvatolawoffices.com
Gregory M Salvato – gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
United States Trustee (LA) – ustpregion16.la.ecf@usdoj.gov

-5-

584324