ORIGINAL

FILED

APR 17 2013

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case No.: 08-32333-BR
Adversary No.: 10-01244-BR

## NOTICE RE DISPOSITION OF EXHIBITS

NOTICE IS HEREBY GIVEN THAT EXHIBITS PRESENTED TO THE COURT MUST BE WITHDRAWN FROM THE CLERK'S OFFICE AFTER THE EXPIRATION OF THE TIME FOR APPEAL, OR WHERE NO APPEAL IS TAKEN, ENTRY OF A STIPULATION WAIVING OR ABANDONING THE RIGHT TO APPEAL, FINAL DISPOSITION OF THE APPEAL, OR BY ORDER OF THE COURT (LOCAL RULE 9070-1). EXHIBITS MUST BE WITHDRAWN WITHIN THIRTY (30) DAYS OF THIS NOTICE. EXHIBITS WHICH ARE NOT WITHDRAWN SHALL BE DESTROYED.

April 17, 2013

_____
Date

**KATHLEEN J. CAMPBELL**
U. S. Bankruptcy Court

By: _Litaun T. Lewis_

DEPUTY CLERK

Disposed of on _____     Deputy Clerk: _____

Withdrawn on _____     By: _____

**CERTIFICATE OF SERVICE BY MAIL**

I hereby certify that I sent a copy of the above <u>NOTICE OF DISPOSITION OF EXHIBITS</u>

to the parties listed below on <u>4/17/2013.</u>

**A Barry Cappello**
Cappello & Noel LLP
831 State Street
Santa Barbara, CA 93101

**Ashleigh A Danker**
Kaye Scholer LLP
1999 Avenue Of The Stars Ste 1700
Los Angeles, CA 90067-6048

**Dugan P Kelley**
Christman Kelley & Clarke, PC
2570 Justin Road
Suite 240
Highland Village, TX 75077

**Matthew M Clarke**
Christman Kelley & Clarke, PC
2570 Justin Road
Suite 240
Highland Village, TX 75077

**David M Poitras**
Jeffer Mangels Butler & Mitchell LLP
1900 Ave Of The Stars 7Th Flr
Los Angeles, CA 90067

**Joseph A Eisenberg**
Jeffer Mangels Butler & Marmaro LLP
1900 Ave Of The Stars, 7th Flr
Los Angeles, CA 90067

**Robyn B Sokol**
Ezra Brutzkus Gubner LLP
21650 Oxnard St Ste 500
Woodland Hills, CA 91367

**Timothy Neufeld**
Neufeld Law Group
360 E 2nd St Ste 703
Los Angeles, CA 90012

**Litaun T. Lewis**
**Deputy Clerk**