FILED

APR 17 2013

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

**Case No.: 08-32333-BR**
**Adversary No.: 10-01244-BR**

FILED

MAY 21 2013

### NOTICE RE DISPOSITION OF EXHIBITS

NOTICE IS HEREBY GIVEN THAT EXHIBITS PRESENTED TO THE COURT MUST BE WITHDRAWN FROM THE CLERK'S OFFICE AFTER THE EXPIRATION OF THE TIME FOR APPEAL, OR WHERE NO APPEAL IS TAKEN, ENTRY OF A STIPULATION WAIVING OR ABANDONING THE RIGHT TO APPEAL, FINAL DISPOSITION OF THE APPEAL, OR BY ORDER OF THE COURT (LOCAL RULE 9070-1). EXHIBITS MUST BE WITHDRAWN WITHIN THIRTY (30) DAYS OF THIS NOTICE. EXHIBITS WHICH ARE NOT WITHDRAWN SHALL BE DESTROYED.

April 17, 2013
_____
Date

**KATHLEEN J. CAMPBELL**
U. S. Bankruptcy Court

By:  Litaun T. Lewis

DEPUTY CLERK

Disposed of on  **MAY 21 2013** _____   Deputy Clerk  _Litaun T. Lewis_

Withdrawn on  _____   By: _____